**RUSS, AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Tel:  (310) 826-7474
Fax:  (310) 826-6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL
ASSOCIATES, INC., and
IMAGE-BASED SURGICENTER CORPORATION

**K&L GATES LLP**
Bradley W. Gunning (SBN: 251732)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Tel:  (310) 552-5000
Fax:  (310) 552-5001
Email:  brad.gunning@klgates.com

Attorneys for WASHINGTON RESEARCH
FOUNDATION

FILED
CLERK U.S. DISTRICT COURT

SEP 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CV11- 07591 MMM(FMOX)

NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,

vs.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Case No. _____

**COMPLAINT FOR PATENT INFRINGEMENT**

JURY TRIAL DEMANDED

COMPLAINT

RUSS, AUGUST & KABAT

Plaintiffs NeuroGrafix and Washington Research Foundation ("WRF") (collectively, "Plaintiffs") allege as follows:

1.      This case is an action for patent infringement of United States Patent No. 5,560,360 (the "'360 Patent") under the Patent Laws of the United States, as set forth in 35 U.S.C. §§271 and 280 through 285.

## PARTIES

2.      Plaintiff NeuroGrafix is a California corporation with its principal place of business located at 2716 Ocean Park Boulevard, Suite 3075, Santa Monica, California.

3.      Plaintiff Neurography Institute Medical Associates, Inc. ("NIMA") is a California corporation with its principal place of business in Santa Monica, California.

4.      Plaintiff Image-Based Surgicenter Corporation ("IBSC") is a California corporation with its principal place of business in Santa Monica, California.

5.      Plaintiff WRF is a not-for-profit corporation incorporated and existing under the laws of the State of Washington.

6.      On information and belief, defendant The Regents of the University of California ("The Regents") is a public corporation and agency of the State of California.   The Regents is a 26-member board, established under Article IX, Section 9 of the California Constitution, which governs the University of California.

## JURISDICTION AND VENUE

7.      This Court has federal subject matter jurisdiction over this action under 28 U.S.C. §§1331, 1332(a)(1), 1332(c)(1) and 1338(a).

8.      Venue is proper in this Court pursuant to 28 U.S.C. §§1391(a), 1391(c),  and  1400(b),  including  without  limitation  because  Defendant  is

1

1   advertising, marketing, using, selling, and/or offering to sell products in this
2   Judicial District.

3          9.     On May 12, 2011, The Regents entered into a stipulation wherein The
4   Regents waived their sovereign immunity as to the patent infringement cause of
5   action contained in this case.   The Stipulation is attached to this Complaint as
6   Exhibit A.

7                **FIRST CAUSE OF ACTION FOR PATENT INFRINGEMENT**

8          10.    Plaintiffs repeat and reallege the allegations contained in paragraphs 1
9   through 6 above, inclusive, as if fully repeated and restated herein.

10         11.    The University of Washington, a public institution of higher education
11  in the state of Washington, is the owner by assignment of the '360 Patent entitled
12  "Image Neurography and Diffusion Anisotropy Imaging."   The '360 Patent issued
13  on October 1, 1999.   A true and correct copy of the '360 Patent is attached as
14  Exhibit B.

15         12.    Aaron G. Filler, Jay S. Tsurda, Todd L. Richards, and Franklyn A.
16  Howe are listed as the inventors of the '360 Patent.

17         13.    WRF holds substantially all rights in the '360 Patent and has
18  exclusively licensed substantially all rights in the '360 Patent to NeuroGrafix in
19  December of 1998, retaining only certain potential reversion rights.

20         14.    The Regents received notice of the '360 Patent by as late as November
21  1996.   In 1995, inventor Aaron Filler joined the University of California – Los
22  Angeles ("UCLA") as a Spine Fellow and continued his prior research and
23  development in the field of neural tract imaging.   In July of 1996, Dr. Filler
24  became an Assistant Professor in Neurosurgery at UCLA.   In October of 1996, the
25  United States Patent Office ("USPTO") granted the '360 Patent.   After the '360
26  Patent issued, Dr. Filler used the technology of the '360 Patent while at UCLA, and
27  The Regents was aware of this fact.

28

RUSS, AUGUST & KABAT

2

RUSS, AUGUST & KABAT

15.     While at UCLA, Dr. Filler continued research and development, carefully recording and publishing academic peer reviewed reports based on all imaging cases performed.  However, Neil Martin – then the acting chairman of the Division of Neurosurgery at the University of California – took a firm position that the advances and developments in the '360 Patent did not merit further development by Dr. Filler.  This led Dr. Filler to depart from the faculty UCLA and commence a private practice of medicine in May of 2001 to better assure the development of these technologies for the common good of patients throughout the world.

16.     Just prior to his departure from UCLA, in March 2001, the Office of the President of the University of California required Dr. Filler to assign another invention to the Regents.  This invention – later granted at United States Patent No. 6,560,477 for magnetic resonance imaging of joints – cites the '360 Patent on its cover page.  The Regents therefore have been aware of the '360 Patent since March 2001.

17.     Upon information and belief, after the departure of Dr. Filler, The Regents did not use the technology of the '360 Patent until January 2008.

18.     Upon information and belief, The Regents have been and now are directly, jointly and/or indirectly infringing, by way of inducing infringement and/or contributing to the infringement of the '360 Patent in the State of California, in this judicial district, and elsewhere in the United States by, among other things, advertising, marketing, using, selling, and/or offering to sell products and services, including without limitation, the performance of and provision of equipment and methods for peripheral nerve MR Neurography and diffusion anisotropy based tractography.  By making, using, importing, offering for sale, and/or selling such products, The Regents have injured the Plaintiffs and are thus liable to the Plaintiffs for infringement of the '360 Patent under 35 U.S.C. § 271.  If The Regents are not deemed to directly infringe any of the claims of the '360 Patent,

1    those who The Regents induce to infringe and/or whose infringement to which The

2    Regents contribute are the end users of the above-referenced products and services.

3        ·   19.   The Regents knowingly, willfully, and deliberately infringed and, on

4    information and belief, continue to infringe the '360 Patent in conscious disregard

5    of Plaintiffs' rights, making this case exceptional within the meaning of 35 U.S.C.

6    § 285 and justifying treble damages pursuant to 35 U.S.C. § 284.

7        20.   As a result of The Regents infringement of the '360 Patent, Plaintiffs

8    have suffered monetary damages in an amount not yet determined, and will

9    continue to suffer damages in the future unless The Regents' infringing activities

10    are enjoined by this Court.

11        21.   The Regents' wrongful acts have damaged and will continue to

12    damage Plaintiffs irreparably, and Plaintiffs have no adequate remedy at law for

13    those wrongs and injuries.   In addition to their actual damages, Plaintiffs are

14    entitled to a preliminary and permanent injunction restraining and enjoining The

15    Regents and their agents, servants and employees, and all persons acting

16    thereunder, in concert with, or on their behalf, from infringing the '360 Patent.

17    **PRAYER FOR RELIEF**

18        WHEREFORE, Plaintiffs respectfully request that this Court enter:

19        1.   A judgment in favor of Plaintiffs that The Regents have infringed,

20    directly and/or indirectly, by way of inducing and/or contributing to the

21    infringement of the '360 Patent;

22        2.   An injunction enjoining The Regents and their officers, directors,

23    agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents,

24    and all others acting in concert or privity with any of them from infringing,

25    inducing the infringement of, or contributing to the infringement of the '360 Patent;

26        3.   A judgment and order requiring The Regents to pay Plaintiffs their

27    damages, costs, expenses, and prejudgment and post-judgment interest for The

28    Regents' infringement of the '360 Patent as provided under 35 U.S.C. § 284;

RUSS, AUGUST & KABAT

4.     An award to Plaintiffs for enhanced damages, as provided under 35 U.S.C. § 284, resulting from the knowing, deliberate, and willful nature of The Regents' prohibited conduct;

5.     A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiffs their reasonable attorneys' fees; and

6.     Any and all other relief to which Plaintiffs may show themselves to be entitled.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury of all issues so triable.

Respectfully submitted,

Dated:  September 14, 2011     **RUSS AUGUST & KABAT**

By: _____
Andrew D. Weiss

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:(310) 826-6991

Attorneys for Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION

RUSS, AUGUST & KABAT

5

Dated:  September 14, 2011

K&L GATES LLP

By: _Bradley W. Gunning_

Bradley W. Gunning

Bradley W. Gunning
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Tel:  (310) 552-5000
Fax:  (310) 552-5001
Email:  brad.gunning@klgates.com

Attorneys for WASHINGTON RESEARCH
FOUNDATION

RUSS, AUGUST & KABAT

COMPLAINT

COPY

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Carolyn Chang (CSB No. 217933)<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041<br>TELEPHONE NO.: 650-335-7654    FAX NO. *(Optional):* 650-938-5200<br>E-MAIL ADDRESS *(Optional):* cchang@fenwick.com<br>ATTORNEY FOR *(Name):* The Regents of the University of California | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PLAINTIFF/PETITIONER: Neurografix

DEFENDANT/RESPONDENT: The Regents of the University of California

**RECEIVED**

MAY 1 3 2011

FILING WINDOW

| · REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>    ☐ Motor Vehicle    ☐ Other<br>☐ Family Law    ☐ Eminent Domain<br>☑ Other *(specify)* : Inverse Condemnation, Denial of Due Process, etc. | BC447518 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):*              on *(date):*
      (4) ☐ Cross-complaint filed by *(name):*              on *(date):*
      (5) ☑ Entire action of all parties and all causes of action
      (6) ☑ Other *(specify):*\* Dismissal pursuant to <u>Stipulation and Voluntary Dismissal Without Prejudice</u>

2. *(Complete in all cases except family law cases.)*
   ☐ Court fees and costs were waived for a party in this case. *(This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).*

Date: May 12, 2011

Carolyn Chang

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
\*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ *Carolyn Chang* 1900
              (SIGNATURE)
Attorney or party without attorney for:
  ☐ Plaintiff/Petitioner    ☑ Defendant/Respondent
  ☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.\*\*
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
\*\* If a cross-complaint – or Response *(Family Law)* seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶
              (SIGNATURE)
Attorney or party without attorney for:
  ☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
  ☐ Cross-Complainant

*(To be completed by clerk)*
4. ☐ Dismissal entered as requested on *(date):*
5. ☐ Dismissal entered on *(date):*          as to only *(name):*
6. ☐ Dismissal not entered as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date:                 Clerk, by _____ , Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c) Cal. Rules of Court, rule 3.1390
*www.courtinfo.ca.gov*



1   CAROLYN CHANG (CSB NO. 217933)
    cchang@fenwick.com
2   MEREDITH ERDMAN (CSB NO. 273126)
    merdman@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, California 94041
5   Telephone: (650) 988-8500
    Facsimile:  (650) 938-5200
6
    HEATHER MEWES (CSB NO. 203690)
7   hmewes@fenwick.com
    JENNIFER J. JOHNSON (CSB NO. 252897)
8   jjjohnson@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th floor
    San Francisco, CA  94104
10  Telephone:    (415) 875-2300
    Facsimile:    (415) 281-1350
11
12  Attorneys for Defendant
    The REGENTS OF THE UNIVERSITY OF
13  CALIFORNIA

14

15          SUPERIOR COURT OF THE STATE OF CALIFORNIA

16            COUNTY OF LOS ANGELES - CENTRAL DISTRICT

17

18  NEUROGRAFIX; IMAGE-BASED            Case No. BC 447518
    SURGICENTER; INSTITUTE FOR NERVE
19  MEDICINE MEDICAL GROUP; CENTER      The Honorable Judge Shook, Dept. 53
    FOR ADVANCED SPINAL
20  NEUROSURGERY MEDICAL GROUP;
    NEUROGRAPHY INSTITUTE MEDICAL
21  ASSOCIATES,                         **STIPULATION AND VOLUNTARY
                                         DISMISSAL WITHOUT PREJUDICE**
22              Plaintiffs,
                                        Complaint Filed: Oct. 15, 2010
23          v.

24  The REGENTS OF THE UNIVERSITY OF
    CALIFORNIA; NEIL MARTIN, CHAIRMAN
25  OF THE DEPARTMENT OF
    NEUROSURGERY, UCLA; DOES 1-20,
26
                Defendants.
27

28

    STIPULATION AND VOLUNTARY DISMISSAL                    CASE NO. BC 447518

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    WHEREAS, on October 15, 2010, Plaintiffs filed the above-referenced lawsuit against

2    Defendants The Regents of the University of California ("The Regents"), Dr. Neil Martin ("Dr.

3    Martin"), and DOES 1-20 for Inverse Condemnation; Denial of Due Process; Denial of Equal

4    Protection; Trespass to Chattels; Conversion; Unjust Enrichment; Misappropriation; Unfair

5    Competition; and Negligence in connection with The Regents' and Dr. Martin's alleged use of

6    Neurography, including magnetic resonance neurography, diffusion weighted neurography, and

7    diffusion tensor imaging;

8    WHEREAS, in exchange for dismissal of these claims and an agreement not to pursue

9    these or any other state law claims against The Regents, Dr. Martin, or any other agent or

10   employee of The Regents relating to their alleged use of Neurography, including magnetic

11   resonance neurography, diffusion weighted neurography, and diffusion tensor imaging, The

12   Regents agree to waive Eleventh Amendment sovereign immunity in federal court only with

13   respect to a claim for infringement of U.S. Patent No. 5,560,360;

14   NOW THEREFORE, THE PARTIES, BY COUNSEL, HEREBY STIPULATE:

15        1.    Plaintiffs agree to voluntarily dismiss Case No. BC 447518 ("Action") without

16   prejudice, with each party to bear its own litigation costs and attorneys' fees related to the Action,

17   the dismissal to be filed concurrently herewith;

18        2.    Plaintiffs agree they will not assert against The Regents, Dr. Martin, and/or any

19   other agent or employee of The Regents in any state or federal court any state law claims based

20   on the alleged use of Neurography, including magnetic resonance neurography, diffusion

21   weighted neurography, and diffusion tensor imaging by The Regents, Dr. Martin, and or any

22   other agent or employee of The Regents; and

23        3.    In exchange for Plaintiffs' agreement in paragraph 2 above, The Regents agree to

24   waive sovereign immunity, whether pursuant to the Eleventh Amendment, inherent, or otherwise,

25   and expressly consent to being sued, only with respect to a claim for infringement of U.S. Patent

26   No. 5,560,360 that is filed within 90 days of dismissal of this Action. Except as expressly waived

27   in this Stipulation, The Regents, Dr. Martin, and/or any other agent or employee of The Regents

28   reserve all rights and defenses.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

2

1

2   SO STIPULATED.

3

4   Dated:   May ___, 2011                 FENWICK & WEST LLP

5

6                                          By: _____
                                               Carolyn Chang
7
                                           Attorneys for Defendants
8                                          THE REGENTS OF THE UNIVERSITY
                                           OF CALIFORNIA
9

10  Dated:   May 12, 2011                  STRASSBURG, GILMORE & WEI, LLP

11

12                                         By: _____ for
                                               Justin Strassburg
13
                                           Attorneys for Plaintiffs
14                                         NEUROGRAFIX; IMAGE-BASED
                                           SURGICENTER CORPORATION;
15                                         INSTITUTE FOR NERVE MEDICINE
                                           MEDICAL GROUP INC.; CENTER FOR
16                                         ADVANCED SPINAL
                                           NEUROSURGERY MEDICAL GROUP
17                                         INC., and NEUROGRAPHY INSTITUTE
                                           MEDICAL ASSOCIATES, INC.
18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND VOLUNTARY DISMISSAL                      CASE NO. BC 447518

1

2    SO STIPULATED.

3

4    Dated:   May 12, 2011                        FENWICK & WEST LLP

5

6                                                 By: _Carolyn Chang_

7                                                 Carolyn Chang

8                                                 Attorneys for Defendants
                                                  THE REGENTS OF THE UNIVERSITY
                                                  OF CALIFORNIA
9

10   Dated:   May ___, 2011                       STRASSBURG, GILMORE & WEI, LLP

11

12                                                By: _____

13                                                Justin Strassburg

14                                                Attorneys for Plaintiffs
                                                  NEUROGRAFIX; IMAGE-BASED
                                                  SURGICENTER CORPORATION;
15                                                INSTITUTE FOR NERVE MEDICINE
                                                  MEDICAL GROUP INC.; CENTER FOR
16                                                ADVANCED SPINAL
                                                  NEUROSURGERY MEDICAL GROUP
17                                                INC., and NEUROGRAPHY INSTITUTE
                                                  MEDICAL ASSOCIATES, INC.

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

3

STIPULATION AND VOLUNTARY DISMISSAL                        CASE NO. BC 447518

**[PROPOSED] ORDER GRANTING STIPULATION AND VOLUNTARY DISMISSAL**

Upon presentation of the Stipulation and Voluntary Dismissal, it is hereby ordered that:

1.     This Action is hereby dismissed without prejudice.

DATED: _____, 2011

_____
THE HONORABLE JOHN P. SHOOK
JUDGE OF THE SUPERIOR COURT

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

4

1
## PROOF OF SERVICE

2      The undersigned declares as follows:

3      I am a citizen of the United States and employed in San Francisco County, State of

4   California.  I am over the age of eighteen years and not a party to the within-entitled action.  My

5   business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco,

6   California  94104.  On the date set forth below, I served a copy of the following document:

7      **REQUEST FOR DISMISSAL**

8   on the interested party in the subject action by placing a true copy thereof as indicated below,

9   addressed as follows:

10      Justin K. Strassburg
        Strassburg, Gilmore & Wei, LLP
11      600 S. Lake Ave., Suite 305
        Pasadena, CA  91106
12      Facsimile:  (626) 683-9944

13

14  [X]  **BY US MAIL:**  by placing the document(s) listed above in a sealed envelope for
         collection and mailing following our ordinary business practices.  I am readily familiar
15       with our ordinary business practices for collecting and processing mail for the United
         States Postal Service, and mail that I place for collection and processing is regularly
16       deposited with the United States Postal Service that same day with postage prepaid.

17  [ ]  **BY OVERNIGHT COURIER:**  by placing the document(s) listed above in a sealed
         envelope with a prepaid shipping label for express delivery and causing such envelope to
18       be transmitted to an overnight delivery service for delivery by the next business day in the
         ordinary course of business.
19

20  [X]  **BY FACSIMILE:**  by causing to be transmitted via facsimile the document listed above
         to the addressee at the facsimile number set forth above.
21

22      I declare under penalty of perjury under the laws of the State of California that the

23   foregoing is true and correct.

24   Date:  May 13, 2011                              _Kim McIntyre_
                                                       Kim McIntyre
25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

CASE NO. BC 447518

US005560360A

# United States Patent [19]

## Filler et al.

| | |
|---|---|
| [11] Patent Number: | **5,560,360** |
| [45] Date of Patent: | **Oct. 1, 1996** |

[54] **IMAGE NEUROGRAPHY AND DIFFUSION ANISOTROPY IMAGING**

[75] Inventors: **Aaron G. Filler**, Seattle; **Jay S. Tsruda**, Mercer Island; **Todd L. Richards**, Seattle, all of Wash.; **Franklyn A. Howe**, London, England

[73] Assignee: **University of Washington**, Seattle, Wash.

[21] Appl. No.: **28,795**

[22] Filed: **Mar. 8, 1993**

[30] **Foreign Application Priority Data**

| | | | | |
|---|---|---|---|---|
| Mar. 9, 1992 | [GB] | United Kingdom | .................. | 9205058 |
| Mar. 13, 1992 | [GB] | United Kingdom | .................. | 9205541 |
| Mar. 30, 1992 | [GB] | United Kingdom | .................. | 9207013 |
| May 5, 1992 | [GB] | United Kingdom | .................. | 9209648 |
| May 21, 1992 | [GB] | United Kingdom | .................. | 9210810 |
| Jul. 31, 1992 | [GB] | United Kingdom | .................. | 9216383 |
| Jan. 22, 1993 | [GB] | United Kingdom | .................. | 9301268 |

[51] Int. Cl.$^6$ ...................................................... **A61B 5/055**
[52] U.S. Cl. .................................... **128/653.2; 324/307**
[58] Field of Search ........................... 128/653.1, 653.2, 128/653.3; 324/307, 309

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,735,247 | 5/1973 | Harker | ................................. | 128/653.1 |

| | | | | |
|---|---|---|---|---|
| 4,902,973 | 2/1990 | Keren | ........................................ | 324/312 |
| 5,070,876 | 12/1991 | Wright | ................................. | 128/653.3 |
| 5,078,141 | 1/1992 | Suzuki et al. | ......................... | 324/309 |
| 5,079,505 | 1/1992 | Deimling et al. | ...................... | 324/309 |
| 5,134,372 | 7/1992 | Inoue | ........................................ | 324/309 |
| 5,151,655 | 9/1992 | Harms et al. | .......................... | 324/309 |
| 5,218,964 | 6/1993 | Sepponen | ................................ | 324/309 |
| 5,250,899 | 10/1993 | Listerud et al. | ....................... | 324/309 |
| 5,261,405 | 11/1993 | Fossel | ................................. | 128/653.2 |

*Primary Examiner*—Marvin M. Lateef
*Assistant Examiner*—Brian L. Casler
*Attorney, Agent, or Firm*—Christensen, O'Connor, Johnson & Kindness PLLC

[57] **ABSTRACT**

A neurography system (10) is disclosed for generating diagnostically useful images of neural tissue (i.e., neurograms) employing a modified magnetic resonance imaging system (14). In one embodiment, the neurography system selectively images neural tissue by employing one or more gradients to discriminate diffusion anisotropy in the tissue and further enhances the image by suppressing the contribution of fat to the image. The neurography system is part of a broader medical system (12), which may include an auxiliary data collection system (22), diagnostic system (24), therapeutic system (26), surgical system (28), and training system (30). These various systems are all constructed to take advantage of the information provided by the neurography system regarding neural networks, which information was heretofore unavailable.

**66 Claims, 17 Drawing Sheets**







Fig. 12.



Fig. 13.B.



Fig. 1.



Fig. 13.A.



*step. 2B.*



*step. 5B.*



*step. 2A.*




*step. 5A.*



*step. 3.*




*step. 4.*



Fig. 6.



Fig. 7.



Fig. 8.



Fig. 9.



Fig. 10.



*Fig. 11A.* RADIO FREQUENCY PULSES

*Fig. 11B.* DEPHASING/ SPOILER GRADIENTS

*Fig. 11C.* SLICE SELECTION GRADIENTS

*Fig. 11D.* FREQUENCY ENCODING/ READOUT GRADIENT

*Fig. 11C.* PHASE ENCODING

*Fig. 11F.* DIFFUSION SENSITIZING GRADIENTS







**U.S. Patent**     Oct. 1, 1996     Sheet 10 of 17     **5,560,360**



Fig. 15A.



Fig. 15B.



Fig. 15d.



Fig. 15c.



*Fig. 16.*



*Fig. 17.*













Fig.19.



*Fig. 20.*



*Fig. 21.*



Fig.22.



*Fig. 23.*



*Fig. 14.*