1  CAROLYN CHANG (CSB NO. 217933)
   cchang@fenwick.com
2  MEREDITH ERDMAN (CSB NO. 273126)
   merdman@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, California 94041
5  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
6
   HEATHER MEWES (CSB NO. 203690)
7  hmewes@fenwick.com
   JENNIFER J. JOHNSON (CSB NO. 252897)
8  jjjohnson@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th floor
   San Francisco, CA  94104
10 Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
11

12 Attorneys for Defendant
   The REGENTS OF THE UNIVERSITY OF
13 CALIFORNIA

14

15                UNITED STATES DISTRICT COURT

16        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

17

| | |
|---|---|
| 18  NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>        Plaintiffs,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Defendant. | Case No. CV 11-07591 MRP (RZx)<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the undersigned attorney, JENNIFER J. JOHNSON of Fenwick & West LLP, enters her Notice of Appearance on behalf of The Regents of the University of California for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

Dated:  October 28, 2011         FENWICK & WEST LLP

By:  /s/ Jennifer J. Johnson
Jennifer J. Johnson

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA