Name & Address:
CAROLYN CHANG (CSB NO. 217933)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NEUROGRAFIX, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 11-07591 MRP (RZx) |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

(1) Defendant The Regents of the University of California's Memorandum in Support of Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1); (2) Declaration of Carolyn Chang; (3) Application to File Under Seal and Proposed Order.

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑  Other  The Regents of the University of California's Motion to Dismiss

**Reason:**

☑  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*):

November 14, 2011                              Carolyn Chang
Date                                           Attorney Name

                                               The Regents of the University of California
                                               Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**