CAROLYN CHANG (CSB NO. 217933)
cchang@fenwick.com
MEREDITH ERDMAN (CSB NO. 273126)
merdman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

HEATHER MEWES (CSB NO. 203690)
hmewes@fenwick.com
JENNIFER J. JOHNSON (CSB NO. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, California  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendant
The REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>                    Defendant. | Case No. CV 11-07591 MRP (RZx)<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Heather N. Mewes of Fenwick & West LLP, hereby enters her appearance on behalf of Defendant The Regents of the University of California.  Ms. Mewes' e-mail address, for purposes of receipt of Notices of Electronic Filing, is as follows:

Heather N. Mewes:  hmewes@fenwick.com; tpalmerino@fenwick.com.

Dated:  November 15, 2011                    FENWICK & WEST LLP


By:   /s/ Heather N. Mewes
       Heather N. Mewes

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

2