UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA11CV07591-MRP (RZx)            Date: November 21, 2011

Title: **NEUROGRAFIX v. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA., ET AL.,**
===============================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                  Not Present

**PROCEEDINGS:  RESETTING DEFENDANT'S MOTION TO DISMISS AND BRIEFING SCHEDULE**

    The Court on its on motion advances the Motion to Dismiss currently scheduled for Monday, January 2, 2012 at 11:00 a.m.(which is a court holiday) to Thursday, December 22, 2011 at 11:00 a.m.
    The Clerk having conferred with both parties have agreed upon a revised briefing schedule as follows: Opposition will be due on December 9, 2011 and Replies will be due on December 19, 2011.


MINUTES FORM 11                                                 Initials of Deputy Clerk CS
CIVIL - GEN                                                        TIMELA