**RUSS, AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Adam S. Hoffman, State Bar No. 218740
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel:  310.826.7474
Fax:  310.826.6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: ahoffman@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL
ASSOCIATES, INC., and
IMAGE-BASED SURGICENTER CORPORATION

**K&L GATES LLP**
Bradley W. Gunning (SBN: 251732)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Tel:  (310) 552-5000
Fax:  (310) 552-5001
Email:  brad.gunning@klgates.com

Attorneys for WASHINGTON RESEARCH FOUNDATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | Case No. 2:11-cv-07591-MRP-RZ<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>The Honorable Mariana R. Pfaelzer<br>United States District Court Judge<br><br>JURY TRIAL DEMANDED |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Russ, August & Kabat

TO THE COURT AND COUNSEL FOR ALL PARTIES OF RECORD:

Adam S. Hoffman of Russ, August & Kabat hereby enters his appearance on behalf of Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION. Mr. Hoffman's email address, for purposes of receipt of Notices of Electronic Filing, is as follows:

    ahoffman@raklaw.com

Respectfully submitted,

Dated:  December 6, 2011    **RUSS AUGUST & KABAT**

By:   */s/ Adam S. Hoffman*
       Adam S. Hoffman

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Adam S. Hoffman, State Bar No. 218740
Email: ahoffman@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:  (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX, NEUROGRAPHY
INSTITUTE MEDICAL ASSOCIATES,
INC., and IMAGE-BASED
SURGICENTER CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 6, 2011. Any other counsel of record will be served via First Class U.S. Mail on this same date.

By: /s/ *Adam S. Hoffman*
Adam S. Hoffman

RUSS, AUGUST & KABAT

2
NOTICE OF APPEARANCE