Name & Address:
Russ August & Kabat
Marc A. Fenster, State Bar No. 181067
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Email: mfenster@raklaw.com
Phone: (310) 826-7474
Fax: (310) 826-6991

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NeuroGrafix, Neurography Institute Med. Assoc., Inc., Image-Based Surgicenter Corp., Washington Research<br><br>PLAINTIFF(S)<br><br>v.<br><br>The Regents of the University of California<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 11-07591 MRP (RZx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1) Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing; (2) Application to File Under Seal; and (3) [Proposed] Order Granting Application to File Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

December 9, 2011
Date

Marc A. Fenster
Attorney Name

NeuroGrafix, NeuroGraphy Institute
Medical Associates, Inc. and
Party Represented  Image-Based Surgicenter
Corporation

Note:  File one Notice in each case, each time you manually file document(s).

RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 9, 2011.   Any other counsel of record will be served via First Class U.S. Mail on this same date.

By:  */s/ Fredricka Ung*
Fredricka Ung

1