**RUSS, AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Adam S. Hoffman, State Bar No. 218740
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel   (310) 826-7474
Fax  (310) 826-6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: ahoffman@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL
ASSOCIATES, INC., and
IMAGE-BASED SURGICENTER CORPORATION

Lodged Proposed Order

FILED 2011 DEC -9 PM 3:21 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | Case No. CV 11-07591 MRP (RZx)<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge<br><br>Hearing:   December 22, 2011<br>Time:       11:00 a.m.<br>Location:  Courtroom 12 |

RUSS, AUGUST & KABAT

APPLICATION TO FILE UNDER SEAL

ORIGINAL

Pursuant to Local Rule 79-5.1, Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc., and Image-Based Surgicenter Corporation hereby requests permission from the Court to file under seal the following documents:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing.

On November 29, 2011, the Court granted The Regents of the University of California's ("UC Regents") application to file under seal, among other things, two license agreements produced by Plaintiffs to the UC Regents. Dkt. No. 23. The license agreements were designated "Attorneys' Eyes Only." Plaintiffs request that the Court grant this application because Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing discusses and quotes the content of the confidential license agreements.

Plaintiffs therefore requests that the Court grant this application to file Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing under seal.

Respectfully submitted,

Dated: December 9, 2011

**RUSS, AUGUST & KABAT**

By: _____
Fredricka Ung

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com

Adam S. Hoffman
Email: ahoffman@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX, NEUROGRAPHY
INSTITUTE MEDICAL ASSOCIATES,
INC., and IMAGE-BASED
SURGICENTER CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025.

On December 9, 2011, I caused to be served the foregoing document described as **APPLICATION TO FILE UNDER SEAL** on interested parties in this action.

- ☒ BY E-MAIL
- ☒ I e-mailed the above referenced document to the addressees listed on attached Service List.
- ☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2011 at Los Angeles, California.

_____
Tiffany Vogt

---

1

APPLICATION TO FILE UNDER SEAL

## SERVICE LIST

*Counsel for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA*

Heather N Mewes
Fenwick & West LLP
555 California Street
San Francisco, CA 94041
415-975-2300
Fax: 415-281-1350
Email: hmewes@fenwick.com

Jennifer Jane Johnson
Fenwick & West LLP
555 California Street 12th Floor
San Francisco, CA 94104
415-875-2300
Fax: 415-281-1350
Email: jjjohnson@fenwick.com

Carolyn C Chang
Fenwick and West
275 Battery Street, 16th Floor
San Francisco, CA 94111
415-875-2300
Email: cchang@fenwick.com