**RUSS AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Adam S. Hoffman, State Bar No. 218740
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel   (310) 826-7474
Fax  (310) 826-6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: ahoffman@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL
ASSOCIATES, INC., and
IMAGE-BASED SURGICENTER CORPORATION



FILED
CLERK, U.S. DISTRICT COURT
DEC 1 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | Case No.  CV 11-07591 MRP (RZx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

---

[PROPOSED] ORDER GRANTING APPLICATION TO FILE U.

The Court, having read and considered Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter's Application to File Under Seal, HEREBY ORDERS that:

1. Plaintiffs' Application to File Under Seal is GRANTED; and
2. Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Under Rule 12(b)(1) for Lack of Standing shall be deemed filed under seal, pursuant to L.R. 79-5.1.

**IT IS SO ORDERED.**

Dated: December 12, 2011

The Honorable Mariana R. Pfaelzer
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025.

On December 9, 2011, I caused to be served the foregoing document described as **[PROPOSED ORDER] GRANTING APPLICATION TO FILE UNDER SEAL** on interested parties in this action.

☑ BY E-MAIL
☑ I e-mailed the above referenced document to the addressees listed on attached Service List.
☑ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2011 at Los Angeles, California.

_____
Tiffany Vogt

---

1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

# SERVICE LIST

*Counsel for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA*

Heather N Mewes
Fenwick & West LLP
555 California Street
San Francisco, CA 94041
415-975-2300
Fax: 415-281-1350
Email: hmewes@fenwick.com

Jennifer Jane Johnson
Fenwick & West LLP
555 California Street 12th Floor
San Francisco, CA 94104
415-875-2300
Fax: 415-281-1350
Email: jjjohnson@fenwick.com

Carolyn C Chang
Fenwick and West
275 Battery Street, 16th Floor
San Francisco, CA 94111
415-875-2300
Email: cchang@fenwick.com