UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA11CV07591-MRP (RZx)                    Date: December 21, 2011

Title: **NEUROGRAFIX v. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA., ET AL.,**
================================================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

 Cynthia Salyer                                 Not Reported
Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                    Not Present


**PROCEEDINGS:   RESETTING DEFENDANT'S MOTION TO DISMISS AND BRIEFING
                 SCHEDULE**

The Court on its own motion advances the Motion to Dismiss currently scheduled for Thursday, December 22, 2011 at 11:00 a.m. **to Thursday December 22, 2011 at 10:00 a.m.**


MINUTES FORM 11                                Initials of Deputy Clerk CS
CIVIL - GEN                                    TIME