UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA11CV07591-MRP (RZx)          Date: December 22, 2011

Title: **NEUROGRAFIX v. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA., ET AL.,**
========================================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Wil Wilcox |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS:

Adam Hoffman                          Carolyn Chang
Marc Fenster
Fredricka Ung

**PROCEEDINGS:  HEARING (held and completed) ON:**
**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., AND IMAGE-BASED SURGICENTER UNDER RULE 12 (B)(1) FOR LACK OF STANDING (fld 11/14/2011 doc #16)**

    The case is called and appearances are made.  Court and counsel discuss the status of the case and the pending motion.  The Court takes the motion under submission and its order will follow.

MINUTES FORM 11                                            Initials of Deputy Clerk CS
CIVIL - GEN                                                      TIME  1/0