CAROLYN CHANG (CSB NO. 217933)
cchang@fenwick.com
MEREDITH ERDMAN (CSB NO. 273126)
merdman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

HEATHER MEWES (CSB NO. 203690)
hmewes@fenwick.com
JENNIFER J. JOHNSON (CSB NO. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Defendant
The REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Case No. CV 11-07591 MRP (RZx)<br><br>**DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

CASE NO. CV 11-07591 MRP (RZx)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Regents of the University of California ("The Regents"), states that no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for The Regents, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: None.

.

Dated: January 19, 2011                    FENWICK & WEST LLP


                                           By: /s/ Carolyn Chang
                                               Carolyn Chang

                                           Attorneys for Defendant
                                           THE REGENTS OF THE UNIVERSITY
                                           OF CALIFORNIA