JENNIFER A. SKLENAR (SBN 200434)
jennifer.sklenar@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199

*Attorneys for Proposed
Intervenor-Defendant/
Counter-Claimant
General Electric Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:11-cv-07591-MRP-RZ<br><br>**DECLARATION OF JENNIFER A. SKLENAR IN SUPPORT OF GENERAL ELECTRIC COMPANY'S NOTICE OF MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24 AND MEMORANDUM IN SUPPORT**<br><br>Hearing Date: Monday, April 23, 2012<br>Time: 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

I, Jennifer A. Sklenar, declare as follows:

1. I am a partner at Arnold & Porter LLP, counsel for General Electric Company in this matter. I have personal knowledge of the facts stated herein, and, if called upon, could and would testify competently to them. I make this declaration in support of General Electric Company's Notice of Motion to Intervene Pursuant to Fed. R. Civ. P. 24 and Memorandum in Support, filed herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions, dated March 9, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Plaintiffs' Amended Disclosure of Asserted Claims and Infringement Contentions, dated March 12, 2012.

5. Attached hereto as Exhibit 3 is a true and correct copy of a press release entitled NeuroGrafix Statement on US Patent 5,560,360, dated November 23, 2011 that is available at http://www.neurgografix.com/news/neurografix-statement-on-us-patent-5560360.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: March 22, 2012      By: _____

Jennifer A. Sklenar (SBN 200434)
**ARNOLD & PORTER LLP**
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Email: jennifer.sklenar@aporter.com

-1-

Sklenar Decl. ISO GE Mot. To Intervene
Case No. 2:11-cv-07591-MRP-RZ

**Exhibit 1**

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
NEUROGRAFIX, NEUROGRAPHY
INSTITUTE MEDICAL ASSOCIATES, INC.,
IMAGE-BASED SURGICENTER CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | Case No. 2:11-cv-07591-MRP-RZ<br><br>**PLAINTIFFS' DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>The Honorable Mariana R. Pfaelzer<br>United States District Court Judge<br><br>JURY TRIAL DEMANDED |

In accordance with the Court's standard Case Management Order, NeuroGrafix provides the following Disclosure of Asserted Claims and Infringement Contentions relative to Defendants The Regents of The University Of California (the "Regents").

This disclosure is made solely for the purpose of this action. Discovery in this matter is at a very early stage and is ongoing. The Regents have not yet produced any documents and things, or provided any deposition testimony or other discovery in this action. NeuroGrafix's investigation regarding these and other potential grounds of infringement is ongoing. This disclosure is therefore based upon information that NeuroGrafix has been able to obtain publicly, together with NeuroGrafix's current good faith beliefs regarding the Accused Instrumentalities, and is given without prejudice to NeuroGrafix's right to obtain leave to supplement or amend its disclosure as additional facts are ascertained, analyses are made, research is completed, and claims are construed.

These disclosures are based at least in part upon NeuroGrafix's present understanding of the meaning and scope of the claims of U.S. Patent No. 5,560,360 (the "Filler Patent") in the absence of claim construction proceedings or discovery. NeuroGrafix reserves the right to seek leave to supplement or amend these disclosures if its understanding of the claims changes, including if the Court construes them.

## I.   ASSERTED CLAIMS (¶ 3(A))

Based on the information presently available, NeuroGrafix states that the Regents (and any of their predecessors in interest) infringe at least claims 36, 37, 39, 40, 41, 42, 43, 44, 46, 47, 49, 50, 51, 52, 53, 54, 63, 64, 65, and 66 of the Filler Patent, as shown by way of example in the claim chart served herewith in Exhibit A (the "Claim Chart"). The Regents directly infringe each of the claims pursuant to 35 U.S.C. § 271(a). For example, the Regents are directly infringing by its sale and offer for sale of the Accused Instrumentalities and by its use, testing and/or

development of the Accused Instrumentalities in the United States. In the alternative and in addition, the Regents induce the infringement of the asserted claims pursuant to 35 U.S.C. § 271(b) and/or contributed to the infringement of the asserted claims pursuant to 35 U.S.C. § 271(c). *See* Section IV (¶ 3(D)) below.

## II.   SPECIFIC ACCUSED INSTRUMENTALITIES (¶ 3(B))

Each of the Asserted Claims is infringed by the Regents' use of magnetic resonance hardware and software products capable of T2 MR neurography, diffusion weighted neurography, diffusion anisotropy imaging ("DAI"), diffusion tensor imaging ("DTI") and/or DTI tractography (the "Accused Instrumentalities"). The Regents use, sell, offer to sell or license, for example, the following magnetic resonance hardware and software products: Philips Achieva 3.0T, Philips Achieva 1.5T, Philips Intera 1.5T, Philips Intera 3.0T, Philips Eclipse 1.5T, GE 1.5T SignaHDx, GE Signa LX, GE 1.5T Signa, GE 1.5T Signa Echospeed, GE 1.5T EXCITE HD, GE 3T Signa HD, GE 3T EXCITE, and related software including but not limited to DIRAC (Diffusion Imaging Reconstruction and Analysis Collection), DIVA (Diffusion Imaging Visualization Application) and MiND (Metadata in NIfTI for DWI). The Accused Instrumentalities also include the associated workstations and the upgrade packages required for the MRI machines to perform DAI, DTI, and/or DTI tractography including but not limited to additional workstations, upgrade packages for the radio frequency (RF) and gradient subsystems, upgrade packages for the multi-channel RF coil and any other hardware upgrades necessary to upgrade an existing scanner to perform DAI, DTI, and/or DTI tractography.

The identified Accused Instrumentality is based on the information currently available to NeuroGrafix. NeuroGrafix may amend and supplement this disclosure, as well as the Claim Charts, as discovery in this matter proceeds.

| | |
|---|---|
| Dated: March 9, 2012 | Respectfully submitted,<br><br>**RUSS AUGUST & KABAT**<br><br>By: /s/ Andrew D. Weiss<br>   Andrew D. Weiss<br><br>Marc A. Fenster, State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Alexander C.D. Giza, State Bar No. 212327<br>Email: agiza@raklaw.com<br>Andrew D. Weiss, State Bar No. 232974<br>Email: aweiss@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>Attorneys for Plaintiffs<br>NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION |

**Exhibit 2**

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
NEUROGRAFIX, NEUROGRAPHY
INSTITUTE MEDICAL ASSOCIATES, INC.,
IMAGE-BASED SURGICENTER CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | Case No. 2:11-cv-07591-MRP-RZ<br><br>**PLAINTIFFS' AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>The Honorable Mariana R. Pfaelzer<br>United States District Court Judge<br><br>JURY TRIAL DEMANDED |

In accordance with the Court's standard Case Management Order, Plaintiffs Neurografix, Neurography Institute Medical Associates, Inc. and Image-Based Surgicenter Corporation (collectively, "NeuroGrafix") provide the following Disclosure of Asserted Claims and Infringement Contentions relative to Defendant The Regents of The University of California (the "Regents").

This disclosure is made solely for the purpose of this action. Discovery in this matter is at a very early stage and is ongoing. The Regents have not yet produced any documents and things, or provided any deposition testimony or other discovery in this action. NeuroGrafix's investigation regarding these and other potential grounds of infringement is ongoing. This disclosure is therefore based upon information that NeuroGrafix has been able to obtain publicly, together with NeuroGrafix's current good faith beliefs regarding the Accused Instrumentalities, and is given without prejudice to NeuroGrafix's right to obtain leave to supplement or amend its disclosure as additional facts are ascertained, analyses are made, research is completed, and claims are construed.

These disclosures are based at least in part upon NeuroGrafix's present understanding of the meaning and scope of the claims of U.S. Patent No. 5,560,360 (the "Filler Patent") in the absence of claim construction proceedings or discovery. NeuroGrafix reserves the right to seek leave to supplement or amend these disclosures if its understanding of the claims changes, including if the Court construes them.

## I.   ASSERTED CLAIMS (¶ 3(A))

Based on the information presently available, NeuroGrafix states that the Regents (and any of their predecessors in interest) infringe at least claims 36, 37, 39, 40, 41, 42, 43, 44, 46, 47, 49, 50, 51, 52, 53, 54, 63, 64, 65, and 66 of the Filler Patent, as shown by way of example in the claim chart served herewith in Exhibit A (the "Claim Chart"). The Regents directly infringe each of the claims pursuant to 35 U.S.C. § 271(a). For example, the Regents are directly infringing by its sale

and offer for sale of the Accused Instrumentalities and by its use, testing and/or development of the Accused Instrumentalities in the United States. In the alternative and in addition, the Regents induce the infringement of the asserted claims pursuant to 35 U.S.C. § 271(b) and/or contributed to the infringement of the asserted claims pursuant to 35 U.S.C. § 271(c). *See* Section IV (¶ 3(D)) below.

## II.   SPECIFIC ACCUSED INSTRUMENTALITIES (¶ 3(B))

Each of the Asserted Claims is infringed by the Regents' use of magnetic resonance hardware and software products capable of diffusion anisotropy imaging ("DAI"), diffusion tensor imaging ("DTI") and/or DTI tractography (the "Accused Instrumentalities"). The Regents use, sell, offer to sell or license, for example, the following magnetic resonance hardware and software products: Philips Achieva 3.0T, Philips Achieva 1.5T, Philips Intera 1.5T, Philips Intera 3.0T, Philips Eclipse 1.5T, GE 1.5T SignaHDx, GE Signa LX, GE 1.5T Signa, GE 1.5T Signa Echospeed, GE 1.5T EXCITE HD, GE 3T Signa HD, GE 3T EXCITE, and related software including but not limited to DIRAC (Diffusion Imaging Reconstruction and Analysis Collection), DIVA (Diffusion Imaging Visualization Application) and MiND (Metadata in NIfTI for DWI). The Accused Instrumentalities also include the associated workstations and the upgrade packages required for the MRI machines to perform DAI, DTI, and/or DTI tractography including but not limited to additional workstations, upgrade packages for the radio frequency (RF) and gradient subsystems, upgrade packages for the multi-channel RF coil and any other hardware upgrades necessary to upgrade an existing scanner to perform DAI, DTI, and/or DTI tractography.

The identified Accused Instrumentality is based on the information currently available to NeuroGrafix. NeuroGrafix may amend and supplement this disclosure, as well as the Claim Charts, as discovery in this matter proceeds.

Dated: March 12, 2012

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: /s/ Andrew D. Weiss
     Andrew D. Weiss

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION

**Exhibit 3**

**NeuroGrafix** — THE SOURCE FOR ADVANCED NEUROLOGIC VISUALIZATION

search this site...

- Home
- News
- About NeuroGrafix
- What We Do
- Contact NeuroGrafix

Home » News » NeuroGrafix Statement on US Patent 5,560,360

# NeuroGrafix Statement on US Patent 5,560,360

Posted on Nov 23, 2011

At this time, NeuroGrafix advises & reminds users of MR Neurography, Diffusion Tensor Imaging (DTI, HARDI, and Q-Ball), or Diffusion Subtraction Neurography that they may be infringing US Patent 5,560,360 and its foreign equivalents if they are in the US, Japan, Europe, Canada or Australia if neither they nor their MRI manufacturer has a license. Please contact NeuroGrafix by email with any inquiries.

There may be no license in place for users of MRI equipment from GE, Philips, Toshiba, or BrainLab.

Patent infringement litigation between NeuroGrafix and the Regents of the University of California is ongoing in U.S. Federal District Court.

Aaron Filler, MD, PhD, the CEO of NeuroGrafix says: "NeuroGrafix intends to continue to assert its patent rights against unlicensed infringers."

Comments are closed.

## Latest News

- NeuroGrafix Statement on US Patent 5,560,360
- NeuroGrafix Statement on Siemens Litigation
- Thomson Reuters: Revenge of the Patent Holders
- University of California Regents Waives Sovereign Immunity in Response to Inverse Condemnation Suit
- Regents of the University of California Suit Announced

## Contact Us

2716 Ocean Park Blvd., Suite 3075
Santa Monica, CA 90405

310-664-3949

contact@neurografix.com

## News Archive

- November 2011
- May 2011
- October 2010
- May 2010
- March 2010
- January 2010
- June 2009
- May 2007

- Home
- News
- About NeuroGrafix
- What We Do
- Contact NeuroGrafix

All content © NeuroGrafix