UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:11-cv-07591-MRP-RZ | Date | April 3, 2012 |
| Title | NeuroGrafix et al v. Regents of the University of California | | |

Present: The Honorable    Mariana R. Pfaelzer, Senior U.S. District Judge

| | |
|---|---|
| Courtroom Clerk: | Cynthia Salyer |
| Court Reporter: | None. |
| Attorneys Present for Plaintiffs: | None. |
| Attorneys Present for Defendants: | None. |

**Proceedings:**     **IN CHAMBERS**

On Thursday, March 22, 2012, General Electric Company ("GE") filed a motion to intervene pursuant to Fed. R. Civ. P. 24. ECF No. 48. Plaintiffs oppose that motion. The Court has received Plaintiffs' opposition and determines that the matter is appropriate for disposition without further briefing.

According to GE, Plaintiffs have accused Defendant Regents of the University of California ("the Regents") of infringing Plaintiffs' U.S. Patent No. 5,560,360 ("the '360 patent") by their use of GE's magnetic resonance ("MR") imaging products. Thus, GE may be required to defend and indemnify the Regents. GE therefore has substantial interest in the outcome of this action. Having read and considered GE's motion and Plaintiffs' opposition, and concluding that no oral argument would aid the Court in a decision, the Court **GRANTS** the motion to intervene. The scope of GE's intervention shall be limited to the patent claims asserted by Plaintiffs against the Regents. Fed. R. Civ. P. 24, 1966 Advisory Committee Notes ("An intervention . . . may be subject to appropriate conditions or restrictions responsive among other things to the requirement of efficient conduct of the proceedings.").

At the time GE filed its motion to intervene, the Regents filed an *ex parte* application to reschedule case deadlines. ECF No. 51. Given GE's intervention in this case, a brief extension is appropriate. The application is **GRANTED** and the parties will adhere to the proposed schedule in the Regent's request. Further extensions will not be granted.

IT IS SO ORDERED.

:   00

Initials of Deputy Clerk   _____