1  CAROLYN CHANG (CSB NO. 217933)
   cchang@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, California 94041
4  Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
5
   Attorneys for Defendant
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA
7
   Jennifer A. Sklenar (CSB NO. 200434)
8  ARNOLD & PORTER LLP
   777 S. Figueroa Street, 44th Floor
9  Los Angeles, CA 90017
   Telephone:   (213) 243-4000
10 Facsimile:    (213) 243-4199

11 Attorneys for Intervenor-Plaintiff
   GENERAL ELECTRIC COMPANY
12
   * Additional counsel listed on signature page
13

14            UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16                   WESTERN DIVISION

17

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>                     Plaintiffs,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>                     Defendant. | Case No. 11-CV-07591 MRP (RZx)<br><br>[~~PROPOSED~~] **ORDER GRANTING THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND GENERAL ELECTRIC COMPANY'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFS**<br><br>Judge:  The Hon. Mariana R. Pfaelzer |

[PROPOSED] ORDER GRANTING DEFENDANTS'             CASE NO. CV 11-07591 MRP (RZx)
*EX PARTE* APPLICATION

1
2  GENERAL ELECTRIC COMPANY,
3              Intervenor-Plaintiff,
4       v.
5  NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL
6  ASSOCIATES, INC., a California corporation; IMAGE-BASED
7  SURGICENTER, a California corporation; WASHINGTON RESEARCH
8  FOUNDATION, a not-for-profit Washington corporation,
9
              Defendants.
10
11
...
28

On May 1, 2012, Defendant The Regents of the University of California and Plaintiff-Intervenor General Electric Company (collectively, "Defendants") applied *ex parte* for an order for an extension of claim construction briefing deadlines. The Court, having read and considered the application and supporting papers,

ORDERS that the deadline for the simultaneous claim construction briefing is extended to May 14, 2012.

**IT IS SO ORDERED.**

May 04, 2012

_____
The Hon. Mariana R. Pfaelzer
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION

CASE NO. CV 11-07591 MRP (RZx)