**RUSS AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Adam S. Hoffman, State Bar No. 218740
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel   (310) 826-7474
Fax  (310) 826-6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: ahoffman@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL
ASSOCIATES, INC., and
IMAGE-BASED SURGICENTER CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | Case No.  CV 11-07591 MRP (RZx)<br><br>**DECLARATION OF ANDREW D. WEISS IN SUPPORT OF PLAINTIFFS' CLAIM CONSTRUCTION BRIEF**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |
| GENERAL ELECTRIC COMPANY<br><br>   Intervener-Plaintiff,<br><br>vs.<br><br>NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; WASHINGTON RESEARCH FOUNDATION,<br><br>   Defendants. | |

I, Andrew D. Weiss, declare and state as follows:

1. I am a member of the State Bar of California and a partner at the firm of Russ August & Kabat, counsel of record for Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc., and Image-Based Surgicenter Corporation (collectively, "NeuroGrafix") in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto is a true and correct copy of U.S. Patent No. 5,560,360.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email chain between counsel for General Electric Company ("GE"), Brian Martinez, and myself indicating that despite GE and The Regents of the University of California's ("Regents") (collectively, "Defendants") agreement to exchange all supporting evidence, they may rely on unidentified and undisclosed expert testimony in support of their proposed claim constructions.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the hearing transcript of the February 28, 2012 status conference.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order Dismissing Case with Prejudice entered by the Court in *NeuroGrafix v. Siemens*, Case No. 10-CV-1990-MRP (RZx) ("*Siemens* litigation") on November 29, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the hearing transcript of the March 24, 2011 teleconference held in the *Siemens* litigation.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the October 5, 2011 hearing held in the *Siemens* litigation.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Webster's New World College Dictionary, Third Ed (1988).

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Amendment and Request for Reconsideration submitted to the U.S. Patent and Trademark Office on November 17, 1994.

10. Attached hereto as Exhibit 9 is a true and correct copy of Defendants' proposed constructions and evidentiary support served on NeuroGrafix on April 27, 2012.

11. Attached hereto as Exhibit 10 is a true and correct copy of Defendants' proposed constructions and evidentiary support served on NeuroGrafix on May 11, 2012.

12. Attached hereto as Exhibit 11 is a true and correct copy of experts from the Expert Report Related to Construction of Dr. Aaron Filler, M.D., Ph.D., FRCS, dated January 24, 2011, and submitted in the *Siemens* litigation.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 14th day of May, 2012 at Los Angeles, California.

By: /s/ Andrew D. Weiss
Andrew D. Weiss

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 14, 2012.  Counsel for General Electric Company will be served via electronic mail and First Class U.S. Mail on this same date.

                                       By:  */s/ Andrew D. Weiss*
                                             Andrew D. Weiss

RUSS, AUGUST & KABAT

1

DECLARATION OF ANDREW D. WEISS