**EXHIBIT 2**

From: "Martinez, Brian" <Brian.Martinez@aporter.com>
Subject: **RE: GE and UC's Proposed Claim Constructions and Evidentiary Support**
Date: April 30, 2012 2:20:54 PM PDT
To: Andrew Weiss <aweiss@raklaw.com>
Cc: NeuroGrafix Team <neurografix@raklaw.com>, "Sklenar, Jennifer" <Jennifer.Sklenar@aporter.com>, "Sharifahmadian, Ali R." <Ali.Sharifahmadian@aporter.com>, "Ginsberg, Michael E." <Michael.Ginsberg@aporter.com>, "Cohn, Marc A." <Marc.Cohn@aporter.com>, Jeffrey Lasker <jlasker@fenwick.com>, Carolyn Chang <CChang@fenwick.com>, Jennifer Johnson <jjjohnson@fenwick.com>, NeuroGrafix WRF <co.wrf@raklaw.com>

Andrew,

We don't believe that GE and UC are under any obligation to provide NeuroGrafix with supporting declarations in advance of the due date for Markman briefs. We agreed to exchange proposed constructions and what evidentiary support we would rely on in advance of the Markman briefing. We did that by disclosing not only the intrinsic evidence we would rely on for GE and UC's proposed constructions but also by disclosing that we would rely on our expert as well. The parties did not otherwise have an agreement on the timing of expert declarations. To the extent that GE and UC rely on their expert, they will submit a declaration with their claim construction brief. As a result, we believe we have met our disclosure obligation.

Best,

Brian

Brian Martinez

Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

Telephone: +1 213.243.4242
Brian.Martinez@aporter.com
www.arnoldporter.com

**From:** Andrew Weiss [mailto:aweiss@raklaw.com]
**Sent:** Sunday, April 29, 2012 3:18 PM
**To:** Martinez, Brian
**Cc:** NeuroGrafix Team; Sklenar, Jennifer; Sharifahmadian, Ali R.; Ginsberg, Michael E.; Cohn, Marc A.; Jeffrey Lasker; Carolyn Chang; Jennifer Johnson; NeuroGrafix WRF
**Subject:** Re: GE and UC's Proposed Claim Constructions and Evidentiary Support

Brian:
Thank you for confirming that Defendants will only be seeking construction of the terms provided Friday. The Defendants proposed two different formulations of the "excitation and output arrangement means..." term, so your clarification is helpful.

Additionally, it appears that for each of the terms to be construed, Defendants have indicated that they "may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position." NeuroGrafix assumes this refers to the testimony already in the record from the *Siemens* litigation. Defendants have failed, however, to identify what testimony from Dr. Moseley Defendants intend to rely on. Please identify the testimony Defendants intend to rely on no later than 12:00 p.m. Pacific on Monday, April 30. Especially in light of Defendants' refusal to provide their proposed constructions until just over 1 week before the claim constructions briefs are due, NeuroGrafix reserves the right to move to strike any evidence Defendants rely on that was not disclosed on Friday.

To the extent that Defendants reference to a declaration and/or testimony from Dr. Moseley refers to evidence that is not yet in the record, NeuroGrafix objects to any such evidence as extremely prejudicial. If this is Defendants' current intention, please let us know by noon Pacific on April 30 so that NeuroGrafix can take the appropriate steps to resolve the situation.

Andrew

On Apr 27, 2012, at 5:57 PM, Martinez, Brian wrote:

Andrew:

We have not included the claim term "living" in our proposed constructions. We do not believe that it is one of the more pressing terms to construe at this juncture, although it may require construction at a later point. With respect to the "excitation and output arrangement means . . ." limitation, we have included that in our proposed constructions and so we are not clear about what you are asking. We intend to seek constructions pursuant to the proposed claim constructions we served at 5pm.

Regards,

Brian

---

Brian Martinez

Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

Telephone: +1 213.243.4242
Brian.Martinez@aporter.com
www.arnoldporter.com

---

**From:** Andrew Weiss [mailto:aweiss@raklaw.com]
**Sent:** Friday, April 27, 2012 5:11 PM
**To:** Martinez, Brian
**Cc:** neurografix@raklaw.com; Sklenar, Jennifer; Sharifahmadian, Ali R.; Ginsberg, Michael E.; Cohn, Marc A.; Jeffrey Lasker; 'Carolyn Chang'; 'Jennifer Johnson'
**Subject:** Re: GE and UC's Proposed Claim Constructions and Evidentiary Support

Brian:

Please confirm that GE and UC have dropped the request to construe "living" and "excitation and output arrangement means for exposing a region to a suppression sequence of electromagnetic fields that suppresses the electromagnetic responsiveness of structures in the region that do not exhibit diffusion anisotropy, so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy" (as originally proposed by the UC).

Andrew

On Apr 27, 2012, at 5:01 PM, Martinez, Brian wrote:

Counsel,

Please see GE and UC's Proposed Claim Constructions and Evidentiary Support attached.

Regards,

---

Brian Martinez

Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844

Telephone: +1 213.243.4242
Brian.Martinez@aporter.com
www.arnoldporter.com

---

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

<GE_s and The Regents_ Proposed Claim Construction and Evidentiary Support.pdf>

--
Andrew D. Weiss
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
aweiss@raklaw.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

--
Andrew D. Weiss
Russ August & Kabat