# EXHIBIT 3

```
                  UNITED STATES DISTRICT COURT

                 CENTRAL DISTRICT OF CALIFORNIA

                        WESTERN DIVISION



NEUROGRAFIX, a California      )
corporation, et al.,           )
                               )
              Plaintiffs,      )  No. CV 11-07591 MRP
                               )
        vs.                    )
                               )
THE REGENTS OF THE             )
UNIVERSITY OF CALIFORNIA,      )
                               )
              Defendant.       )




                   TRANSCRIPT OF PROCEEDINGS

               THE HONORABLE MARIANA R. PFAELZER

             SENIOR U.S. DISTRICT JUDGE PRESIDING

                    LOS ANGELES, CALIFORNIA

                       FEBRUARY 28, 2012




                   CASE MANAGEMENT CONFERENCE




         BRIDGET R. MONTERO, CSR 10020, RMR, CRR
                  United States Courthouse
             312 North Spring Street, Room 435
                Los Angeles, California 90012
                   www.bridgetmontero.com
                  Internal File No. 12016
```

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For the Plaintiffs:

 4

 5   Russ August & Kabat
     BY:  MARC A. FENSTER
 6   12424 Wilshire Boulevard, 12th Floor
     Los Angeles, CA 90025
 7

 8

 9   For the Defendant:

10

11   Fenwick & West LLP
     BY:  CAROLYN CHANG
12   Silicon Valley Center
     801 California Street
13   Mountain View, CA 94041

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                THE COURT:  Okay.
2                MR. FENSTER:  And claim 54 is a corresponding
3    apparatus claim.
4                For Your Honor's reference, with respect to the
5    other case versus Siemens, each of the claims that are
6    presently anticipated to be inserted in this case were
7    inserted previously except claims 51 through 53.  So Your
8    Honor has not previously --
9                THE COURT:  I haven't looked at 51 through 53?
10               MR. FENSTER:  Correct.
11               THE COURT:  What do you propose to do about the
12   prior claim construction?
13               MR. FENSTER:  Well, The Regents, of course, are
14   not bound by the earlier claim construction.
15               THE COURT:  No.
16               MR. FENSTER:  And the parties have agreed to a
17   briefing schedule and a proposed claim construction hearing
18   date for Your Honor, which is set forth in the joint
19   statement, and we will -- we propose to proceed with normal
20   claim construction, of course being cognizant and addressing
21   the Court's prior claim construction where appropriate.
22               THE COURT:  Well, what about you?  You are bound
23   by that, aren't you?
24               MR. FENSTER:  To an extent.  There was -- at the
25   time of the dismissal in the Siemens case, there was a
```

1  motion for reconsideration that was outstanding.
2           THE COURT: Well, of course, if you have that, you
3  can make that same -- you can make that same argument again,
4  but what I am asking you -- let's get straight here what
5  you're going to do.
6           MR. FENSTER: We anticipate that with the
7  exception of -- with the exceptions that we laid out in the
8  motion for reconsideration with respect to the claims that
9  have already been construed by the Court, we anticipate
10 urging the Court's same construction. That is subject, Your
11 Honor, to seeing Defendant Regents' proposed constructions
12 and our meet-and-confer process with them, but our initial
13 position is that the Court should adopt the constructions
14 already set forth by the Court in the prior case.
15          THE COURT: Well, you're going to have to say,
16 when you're doing that, that they've already been construed.
17          MR. FENSTER: Of course.
18          THE COURT: Because we are talking about a lot of
19 work.
20          MR. FENSTER: Of course.
21          THE COURT: And I can't -- I can't be going over
22 things unless I know that you've got another -- that you
23 have an argument about them.
24          MR. FENSTER: And, from our perspective, Your
25 Honor, on behalf of Plaintiffs, we will not be urging a

```
 1   different construction, except for the step-plus-function
 2   issue that we raised in the motion for reconsideration.
 3           THE COURT:  Is that 54?
 4           MR. FENSTER:  No, Your Honor.  That is actually
 5   on -- having to do with claim 36 and its dependents.  I
 6   believe it was the processing limitation, but I'd have to go
 7   back and check.
 8           THE COURT:  Yes, it was.
 9           MR. FENSTER:  54 was --
10           THE COURT:  It was, but you would have -- let's
11   see.  You have to -- is -- 36, the independent claim, is
12   that a step-plus-function?  That's what we were arguing?
13           MR. FENSTER:  Yes, Your Honor.  And, in our view,
14   it is not.  It is a method --
15           THE COURT:  Oh, I know that.
16           MR. FENSTER:  -- but that is the claim that the
17   Court originally held was a step-plus-function.  We filed a
18   motion for reconsideration.  There was a hearing --
19           THE COURT:  Yes, I know.
20           MR. FENSTER:  -- held on it.  And I know that you
21   had a draft order, at least.
22           THE COURT:  My only concern was whether it was
23   that one or not, 36.
24           MR. FENSTER:  Yes, Your Honor.
25           THE COURT:  All right.  What about 51 and 54?
```

```
 1  Those are what?
 2          MR. FENSTER:  51, Your Honor, is a method claim.
 3  It is similar in structure, I guess I would say, to claim
 4  36.  This is a method of using MRI.  This is to highlight
 5  the diffusion anisotropy --
 6          THE COURT:  Yes.
 7          MR. FENSTER:  -- exhibited by a tissue, and it
 8  comprises the steps of exposing a region to a suppression
 9  sequence, and then --
10          THE COURT:  I understand.
11          MR. FENSTER:  -- and then a prearranged
12  arrangement of diffusion-weighted gradients to emphasize
13  that diffusion anisotropy.
14          THE COURT:  All right.
15          MR. FENSTER:  Claim 54 was previously construed by
16  the Court.  That is the apparatus claim.  That includes some
17  means-plus-function elements that the Court construed and
18  found corresponding functions and structures.
19          THE COURT:  All right.  And how many claims -- how
20  many claim terms are we talking about, between you and the
21  defendant?
22          MR. FENSTER:  Your Honor, in fairness, we haven't
23  gotten to the point of discussing that with the other side
24  yet, so I don't know.  What I anticipate, from our
25  perspective, is that with respect to the claims that have
```

```
 1              THE COURT:  And I can't have an onslaught now of
 2   paper that is identical to what I already looked at.
 3              Now, it's obvious that Dr. Filler has for a long
 4   time thought that he was in some way unfairly treated or has
 5   had claims, in his mind, toward The Regents about The
 6   Regents.  To the extent that we can narrow this down, we're
 7   going to have to do it, because somebody or other is going
 8   to end up paying for this, and the less that is paid for it
 9   the better.  I don't want you to disregard all of this work.
10              All right.  Now, you start out in your suggestions
11   to the Court of claim construction, and you gave us some
12   dates.  Those are agreeable with you?
13              MS. CHANG:  Yes, Your Honor.
14              THE COURT:  All right. And let me say to you:
15   Under no circumstances should you begin to deal with any
16   claim that has already been disposed of, if you, Ms. Chang,
17   agree to it.
18              Now, what are we going to do after we get through
19   with claim construction?  We're not going to try to take
20   discovery until we have had the claim construction here.
21   You understand that?
22              MR. FENSTER:  If that's how the Court wants to
23   proceed, that's fine.
24              THE COURT:  That's how I am going to proceed.
25              MR. FENSTER:  The parties have set forth a
```

```
 1            MR. FENSTER:  Thank you.
 2            MS. CHANG:  Thank you, Your Honor.
 3            (Proceedings concluded at 2:20 p.m.)
 4                      C E R T I F I C A T E
 5
 6            I hereby certify that the foregoing is a true and
 7   correct transcript from the stenographic record of the
 8   proceedings in the foregoing matter.
 9
10   /s/Bridget R. Montero
     Bridget R. Montero                Date:  March 12, 2012
11   Official Court Reporter
     CSR No. 10020
```