# EXHIBIT 5

```
 1                  UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
 3
                              - - -
 4           HONORABLE MARIANA R. PFAELZER,
           UNITED STATES DISTRICT JUDGE PRESIDING
 5                            - - -

 6
    NEUROGRAFIX,                        )
 7                                      )   CERTIFIED COPY
                  PLAINTIFF,            )
 8                                      )
    VS.                                 )   CV 10-01990 MRP
 9                                      )
    SIEMENS MEDICAL SOLUTIONS           )
10  USA INC., et al.,                   )
                                        )
11  DEFENDANTS.                         )
    _____)
12

13

14
                        MARKMAN HEARING
15            REPORTER'S TRANSCRIPT OF PROCEEDINGS
                   THURSDAY, MARCH 24, 2011
16                       A.M. SESSION
                    LOS ANGELES, CALIFORNIA
17

18

19

20

21           SHERI S. KLEEGER, CSR 10340
            FEDERAL OFFICIAL COURT REPORTER
22         312 NORTH SPRING STREET, ROOM 402
             LOS ANGELES, CALIFORNIA 90012
23                PH:  (213)894-6604

24

25
```

1  demonstrated, and some claims indeed are
2  step-plus-function, if that phrase is not used.
3           In the analysis, Masco Corp., the gear
4  system's case we cite, point to if it is a method claim
5  with a step and a function, but it doesn't actually tell
6  you what acts to perform to perform the function, well,
7  then it's no different than -- well, then it's just
8  considered under 1126 in the method context.
9           And here, these claims are.  This is Claim
10 36 on the screen.
11          Now, remember, Claim 55 talks about a
12 process or a process or means.  This is the step of
13 processing said data representative anisotropic
14 diffusion.  The function is to generate a dataset
15 describing the shape and position.
16          THE COURT:  That is what the function is.
17          MR. LOCASCIO:  And that is exactly the same
18 function, not surprisingly, as it was is back in Claim
19 55.  And I'm not suggesting, Your Honor, that there's
20 presumption that if you have it both as an apparatus and
21 as a method that you automatically turn all those
22 methods into step-plus-function.
23          But what I am saying is when you have
24 language like this that doesn't tell you any act to
25 perform in the claim to do it.  Okay.  What do I do to

```
 1
 2
 3            CERTIFICATE OF REPORTER.
 4
 5   COUNTY OF LOS ANGELES      )
 6                              )  SS.
 7   STATE OF CALIFORNIA         )
 8
 9   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
10   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
11   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
12   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
13   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
14   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
15   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
16   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
17   JUDICIAL CONFERENCE OF THE UNITED STATES.
18
19
20   DATE:  APRIL 4, 2011
21
22   _____
23   SHERI S. KLEEGER, CSR
24   FEDERAL OFFICIAL COURT REPORTER
25
```