# EXHIBIT 7

# Webster's New World™ College Dictionary

## THIRD EDITION

Victoria Neufeldt

Editor in Chief

David B. Guralnik

Editor in Chief Emeritus

MACMILLAN
USA

*Dedicated
to David B. Guralnik
lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
This book was previously titled *Webster's New World Dictionary®
of American English,* Third College Edition.

Copyright © 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®,*
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
New World Dictionaries
850 Euclid Avenue
Cleveland, Ohio 44114

Library of Congress Cataloging-in-Publication Data
Webster's New World college dictionary / Victoria Neufeldt, editor in
  chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
    p.   cm.
  "This book was previously titled: Webster's New World dictionary
of American English. Third college edition."
   ISBN 0-02-860333-8 (thumb-indexed). — ISBN 0-02-860332-X (plain)
  1. English language—Dictionaries.   I. Neufeldt, Victoria.
II. Guralnik, David Bernard, 1920-    III. Webster's New World
dictionary of American English.
PE1628.W5633  1995                                            95-15819
423—dc20                                                           CIP

    ISBN 0-02-860334-6 (leatherkraft). — ISBN 0-02-860586-1 (leather)

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
  2 3 4 5 6 7 8 9 10      96 97 98 99

Case 2:11-cv-07591-MRP-RZ Document 74-8 Filed 05/14/12 Page 4 of 5 Page ID #:1279

struggle or conflict; strife —*adj. Mil.* of or for combat —SYN. BATTLE[1]
**com·bat·ant** (kəm bat′'nt, käm′bə tənt; *also, esp. Brit,* kum′bə tənt) *adj.* [ME < OFr. prp. of *combattre*: see prec.] 1 fighting 2 ready or prepared to fight —*n.* a person who engages in combat; fighter
**combat fatigue** a psychoneurotic condition characterized by anxiety, irritability, depression, etc., often occurring after prolonged combat in warfare
**com·bat·ive** (kəm bat′iv, käm′bə tiv′; *also, esp. Brit,* kum′bə tiv′) *adj.* fond of fighting or struggling; ready or eager to fight; pugnacious —**com·bat′ive·ly** *adv.* —**com·bat′ive·ness** *n.*
**combe** (kōōm, kōm) *n.* COOMB
**comb·er** (kōm′ər) *n.* 1 a person or thing that combs, as wool, flax, etc. ☆2 a large wave that rolls over or breaks on a beach, reef, etc.
**com·bi·na·tion** (käm′bə nā′shən) *n.* [ME *combinacioun* < LL *combinatio*, a joining two by two] 1 a combining or being combined 2 a thing formed by combining 3 an association of persons, firms, political parties, etc. for a common purpose 4 *a)* the series of numbers or letters used in opening a combination lock *b)* the mechanism operating such a lock 5 a one-piece undergarment combining an undershirt and drawers 6 *Chem.* a uniting of substances to form a compound 7 *Math.* any of the various groupings, or subsets, into which a number, or set, of units may be arranged without regard to order: dual combinations of A, B, C, and D are AB, AC, AD, BC, BD, CD: cf. PERMUTATION —**com′bi·na′tion|al** (-nā′shən əl) *adj.*
☆**combination lock** a lock operated by a dial that is turned to a set series of numbers or letters to work the mechanism that opens it
**com·bi·na·tive** (käm′bə nāt′iv, -bə nə tiv′; *also* kəm bī′nə tiv′) *adj.* 1 of or characterized by combination 2 having the ability to combine 3 resulting from combination
**com·bi·na·to·ri|al** (käm′bə nə tôr′ē əl, kəm bī′nə-) *adj.* of or involving combination, esp. mathematical combination
**com·bi·na·to|ry** (kəm bī′nə tôr′ē) *adj.* combinative
**com·bine** (kəm bīn′; *for n. & v. 3,* käm′bīn′) *vt., vi.* -**bined**′, -**bin**′**ing** [ME *combinen* < OFr *combiner* < LL *combinare*, to unite < L *com-*, together + *bini*, two by two < base of *bis:* see BI-[1]] 1 to come or bring into union; act or mix together; unite; join 2 to unite to form a chemical compound ☆3 [< n. 1] to harvest and thresh with a combine —*n.* ☆1 a machine for harvesting and threshing grain 2 an association of persons, corporations, etc. for commercial or political, sometimes unethical, purposes —SYN. JOIN —**com·bin**′**a|ble** *adj.* —**com·bin**′**er** *n.*
**comb·ings** (kōm′iŋz) *n.pl.* loose hair, wool, etc. removed in combing
**combining form** a word form that occurs only in compounds or derivatives, and that can combine with other such forms or with affixes to form a word (Ex.: *bio-* and *-lysis* in *biolysis*)
**comb jelly** (kōm) CTENOPHORE
**com|bo** (käm′bō′) *n., pl.* -**bos**′ 1 [Colloq.] a combination 2 a small jazz ensemble composed usually of from three to six instrumentalists
**com·bust** (kəm bust′) *adj.* [ME < L *combustus,* pp. of *comburere,* to burn up: see COMBUSTION] *Astrol.* so close to the sun as to be obscured by its light: said of a star or planet —*vt., vi.* to undergo or cause to undergo combustion; burn
**com·bus·ti·ble** (kəm bus′tə bəl) *adj.* [Fr < ML *combustibilis:* see fol.] 1 that catches fire and burns easily; flammable 2 easily aroused; excitable; fiery —*n.* a flammable substance —**com·bus**′**ti|bil**′**i|ty** *n.* —**com·bus**′**ti|bly** *adv.*
**com·bus·tion** (kəm bus′chən) *n.* [ME < OFr < LL *combustio* < *combustus,* pp. of *comburere* (for *com-urere*), to burn < *com-,* intens. + *\*burere* (by faulty separation of *amburere,* to burn around < *ambi-,* AMBI- + *urere,* to burn, singe): see EMBER[1]] 1 the act or process of burning 2 rapid oxidation accompanied by heat and, usually, light, as with magnesium 3 slow oxidation accompanied by relatively little heat and no light, as with a carbohydrate 4 violent excitement or agitation; tumult —**com·bus**′**tive** (-tiv) *adj.*
**combustion chamber** 1 the chamber in a reciprocating engine between the cylinder head and the piston, in which combustion occurs 2 the chamber inside a jet, or rocket, engine in which fuel and air, or an oxidizer, are mixed and burned: see COMBUSTOR
**combustion furnace** a furnace used in the laboratory to carry out elemental analysis of organic compounds
**combustion tube** a tube of heat-resistant glass, silica, or ceramic, in which a substance can be reduced, as in a combustion furnace
☆**com·bus·tor** (kəm bus′tər) *n.* the chamber and related assembly in a jet engine, gas turbine, etc., in which combustion occurs
**Comdr** Commander
**Comdt** Commandant
**come** (kum) *vi.* **came, come, com**′**ing** [ME *comen* < OE *cuman,* akin to Goth *qiman,* Ger *kommen* < IE base *\*gwem-, \*gwā-,* to go, come > L *venire,* to come, Gr *bainein,* to go] 1 to move from a place thought of as "there" or into a place thought of as "here": *a)* in the second person, with relation to the speaker /*come* to me, will you *come* to the dance tonight?/ *b)* in the first person, with relation to the person addressed /I will *come* to see you/ *c)* in the third person, with relation to the person or thing approached /he *came* into the room/ 2 to approach or reach by or as by moving toward 3 to arrive or appear /help will *come* 4 to extend; reach /the bus line *comes* near the hotel/ 5 to happen; take place /success *came* to him early in life/ 6 to take form in the mind, as through recollection /her name finally *came* to him/ 7 to occur in a certain sequence or order /after 9 *comes* 10/ 8 *a)* to become actual; evolve; develop /peace will *come* in time/ *b)* to proceed; progress; get (along) /how's your new book *coming* (along)?/ 9 *a)* to be derived /milk *comes* from cows/ *b)* to be descended /he *comes* from an old family/ *c)* to be a native, resident, or former resident (with *from*) 10 to be caused; result /illness may *come* from a poor diet/ ☆11 to be due or owed (*to*): used in the participle /to get what is *coming* to one/ 12 to pass by or as by inheritance /the house *came* to him on the death of his father/ 13 to enter into a certain state or condition /this word has *come* into use/ 14 to get to be; become /my shoe *came* loose/ 15 to be obtainable or available /this dress *comes* in four sizes/ 16 to amount; add up (*to*) 17 [Colloq.] to have a sexual orgasm 18 when (a specified time or event) occurs /*come* evening, he will return/: used with the subject after the verb —*interj.* an expression of irritation, impatience, remonstrance, etc. /*come, now!* it's not that bad/ —**as good** (or **tough** or **strong,** etc.) **as they come** among the best (or toughest, strongest, etc.) —**come about** 1 to happen; occur 2 to turn about 3 *Naut.* to change course so that the sail or sails shift from one side of the vessel to the other, esp. to do so as by turning the bow into and across the wind; tack —**come across** 1 to meet by accident; find by chance 2 [Colloq.] to be effective, readily understood, etc. ☆3 [Slang] to give, do, or say what is wanted; provide (*with* what is needed) —**come again?** [Colloq.] what did you say? please repeat that! —**come alive** 1 to become excited, enthusiastic, etc. 2 to become exciting, interesting, etc. /new curtains made the room *come alive*/ —**come along** 1 to appear or arrive 2 to proceed or succeed —**come and get it!** [Colloq.] the meal is ready!: a summons to eat —**come around** (or **round**) 1 to revive; recover 2 to make a turn or change in direction 3 to concede or yield, as to a demand 4 [Colloq.] to come to visit —**come at** 1 to reach; attain 2 to approach angrily or swiftly, as in attacking —**come back** 1 to return ☆2 [Colloq.] to make a comeback —**come between** to cause estrangement between; divide —**come by** 1 to get; acquire; gain ☆2 to pay a visit —**come down** to suffer loss in status, wealth, etc. —**come down on** (or **upon**) to scold; criticize harshly —**come down with** to contract (a cold, flu, etc.) —**come forward** to offer one's services; volunteer —**come in** 1 to enter 2 to arrive 3 to begin to be used; come into fashion ☆4 to start producing, as an oil well 5 to finish in a competitive event /he *came* in fifth/ 6 *Radio* to answer a call or signal —**come in for** [Colloq.] to get or become eligible to get —**come into** 1 to enter into; join 2 to inherit —**come off** 1 to become unfastened or detached 2 to happen; occur 3 to end up; emerge, as from a contest ☆4 [Colloq.] to prove effective, successful, etc. /humor that didn't *come off*/ —☆**come off it!** [Slang] stop acting or talking in that way! —**come on** 1 to make progress 2 to meet by accident; find 3 to appear, begin to work, make an entrance, etc. —**come on!** [Colloq.] 1 get started! hurry! 2 stop behaving like that! Often used as a cajoling expression equivalent to *please* —**come one's way** to yield to or become agreeable —**come on to** [Slang] to make sexual advances toward —**come out** 1 to be disclosed; become evident 2 to be offered for public inspection, sale, etc. 3 to be formally introduced to society; make a debut 4 to end up; turn out /how did the election *come out?*/ ☆5 [Colloq.] to become actively homosexual or reveal that one is homosexual: also **come out of the closet** —**come out for** to announce one's approval of; endorse —**come out with** 1 to disclose 2 to say; utter; publish 3 to offer for public inspection, sale, etc. —**come over** to happen to; occur to; seize /a strange feeling *came over* me/ —**come through** 1 to wear through ☆2 to complete or endure something successfully ☆3 [Colloq.] to do what is wanted; provide (*with* what is needed) —**come to** 1 to recover consciousness 2 *Naut. a)* to bring the ship's head nearer the wind *b)* to stop moving; also, to anchor —**come up** 1 to arise; begin /a light breeze *came up*/ 2 to be mentioned, as in a discussion 3 to rise or improve, as in status 4 to be put forward, as for a vote 5 [Brit.] to enter a university —**come upon** 1 to meet or encounter by accident 2 to attack —**come up to** 1 to reach or extend to 2 to equal —**come up with** to propose, produce, find, suggest, etc.
**come·back** (kum′bak′) *n.* 1 a return to a previous state or position, as of success ☆2 a witty answer ☆3 ground for complaint
**Com·e|con** (käm′i kän′) *n.* Council for Mutual Economic Assistance: a trade organization of Communist countries
**co·me|di·an** (kə mē′dē ən) *n.* [Fr *comédien:* see COMEDY] 1 an actor who plays comic parts 2 an entertainer who tells jokes, sings comic songs, etc. 3 a person who amuses others by behaving in a comic way 4 [Rare] a writer of comedy
**co·me|dic** (kə mē′dik) *adj.* of or having to do with comedy
**co·me|di·enne** (kə mē′dē en′) *n.* [Fr *comédienne,* fem.] a woman comedian
**com·e|do** (käm′ə dō′) *n., pl.* **com′e|do′nes**′ (-dō′nēz′) or **com′e|dos**′ [L, glutton < *comedere,* to eat up: see COMESTIBLE] a plug of dirt and fatty matter in a skin duct; blackhead
☆**come·down** (kum′doun′) *n.* a fall to a low or lower status or position, as of power or wealth
**com·e|dy** (käm′ə dē) *n., pl.* -**dies** [ME & OFr *comedie* < L *comoedia* < Gr *kōmōidia* < *kōmos,* revel, carousal + *aeidein,* to sing: see ODE] 1 orig., a drama or narrative with a happy ending or nontragic theme /Dante's *Divine Comedy*/ 2 *a)* any of various types of play or motion picture with a more or less humorous treatment of characters and situation and a happy ending (see also COMEDY OF MANNERS, FARCE, HIGH COMEDY, LOW COMEDY) *b)* such plays collectively *c)* the branch of drama having to do with such plays *d)* the writing, acting, or theoretical principles of this kind of drama 3 a novel or any narrative having a comic theme, tone, etc. 4 the comic element in a literary work, or in life 5 an amusing or comic event or sequence of events —**cut the comedy** [Slang] to stop joking
**comedy of manners** a type of comedy depicting and satirizing the

a|nad·ro·mous (ə na′drə məs) *adj.* 〖Gr *anadromos* < *ana*-, upward + *dromos*, a running < *dramein*, to run: see DROMEDARY〗 going from salt water to fresh water or up rivers to spawn: said of salmon, shad, etc.

A|na·dyr or A|na·dir (ä′nä dir′) river in NE Siberia, flowing south & east into the Bering Sea: c. 700 mi. (1,125 km)

**Anadyr Range** old name of CHUKOT RANGE

a|nae·mi|a (ə nē′mē ə) *n. alt. sp. of* ANEMIA

an·aer·obe (an′ər ōb′, an er′-) *n.* 〖< ModL *anaerobium*: see AN-[1] & AEROBE〗 a microorganism that can live and grow where there is no free oxygen: it may not be able to grow if any oxygen is present

an-aer|o·bic (an′ər ō′bik) *adj.* 1 of or produced by anaerobes 2 able to live and grow where there is no air or free oxygen, as certain bacteria

an-aer|o·bi|um (-bē əm) *n., pl.* -bi|a (-bē ə) ANAEROBE

an-aes·the|sia (an′əs thē′zhə) *n.* ANESTHESIA —an′aes·thet′ic (-thet′ik) *adj., n.* —an·aes·the|tist (ə nes′thə tist) *n.* —an·aes′·the|tize′, -tized′, -tiz′ing, *vt.*

an|a·glyph (an′ə glif′) *n.* 〖Gr *anaglyphē* < *ana*-, up + *glyphein*, to carve out: see CLEAVE[1]〗 1 an ornament, as a cameo, carved in low relief 2 a photograph made up of two slightly different views, in complementary colors, of the same subject: when looked at through a pair of corresponding color filters, the picture seems three-dimensional

an|a·go|ge or an|a·go|gy (an′ə gō′jē) *n.* 〖ME *anagogie* < ML *anagogia* < Gr *anagōgē*, a leading up < *ana*-, up + *agein*, to lead: see ACT〗 mystical interpretation, as of the Scriptures, intended to reveal a hidden, spiritual meaning —an′|a·gog′|ic (-gä′jik) or an′|a·gog′|i·cal *adj.* —an′|a·gog′|i·cal|ly *adv.*

an|a·gram (an′ə gram′) *n.* 〖Fr *anagramme* < Gr *ana*-, back + *gramma*, letter (see GRAM[1]), modeled on Gr *anagrammatizein*, to write the letters of a name backwards〗 1 a word or phrase made from another by rearranging its letters (Ex.: *now → won, dread → adder*) 2 [*pl., with sing. v.*] a game whose object is to make words by arranging letters from a common pool or by forming anagrams from other words —an′|a·gram·mat′ic (-grə mat′ik) or an′|a·gram·mat′|i·cal *adj.* —an′|a·gram·mat′|i·cal|ly *adv.*

an|a·gram·ma·tize (an′ə gram′ə tīz′) *vt.* -tized′, -tiz′ing to make an anagram of

An|a·heim (an′ə him′) 〖after the Santa *Ana* River (after Saint ANNE) + Ger *heim*, home〗 city in SW Calif.: pop. 266,000 (met. area, with Santa Ana, 2,411,000)

a|nal (ā′nəl) *adj.* 〖ModL *analis* < *anus*, ANUS〗 1 of or near the anus 2 *Psychoanalysis a)* designating or of the second stage of psychosexual development, in which interest centers in excretory functions *b)* designating or of such traits in the adult as orderliness, stinginess, and obstinacy, regarded as unconscious psychic residues of that stage: cf. ORAL —a′|nal·ly *adv.*

**anal** *abbrev.* 1 analogy 2 analysis 3 analytic

a|nal·cite (ə nal′sīt′) *n.* 〖< Gr *analkēs*, weak + -ITE[1]: altered (1868) by James Dwight DANA from earlier *analcime* < Gr *an*-, not + *alkoimos*, strong: so named from its weak electricity when rubbed〗 a zeolite occurring in traprock Also a|nal′cime′ (-sim′, -sēm′)

an|a·lects (an′ə lekts′) *n.pl.* 〖L *analecta* < Gr *analekta* < *analegein*, to collect < *ana*-, up + *legein*, to gather〗 collected literary excerpts or passages Also an|a·lec|ta (an′ə lek′tə) —**the Analects** a collection of Confucius' teachings

an|a·lem|ma (an′ə lem′ə) *n.* 〖L, a sundial showing latitude and meridian < Gr *analēmma*, a support, substructure < *analambanein*: see fol.〗 a curve in the form of an elongated 8 marked with a scale, drawn on a globe of the earth to show the sun's declination and the equation of time for any day of the year: formed by plotting the sun's actual daily position at noon (mean solar time) for a year

an|a·lep·tic (an′ə lep′tik) *adj.* 〖Gr *analēptikos*, restorative < *analambanein*, to recover < *ana*-, up + *lambanein*, to take: see LEMMA[1]〗 *Med.* restorative; esp., stimulating the nervous system and counteracting drowsiness or the effects of sedatives —*n.* an analeptic drug

an·al·ge|si|a (an′′l jē′zē ə, -sē ə) *n.* 〖ModL < Gr *analgēsia* < *an*-, without + *algēsia*, pain < *algos*, pain〗 a fully conscious state in which a person does not feel painful stimuli

an·al·ge|sic (-zik, -sik) *adj.* of or causing analgesia —*n.* a drug that produces analgesia

an|a·log (an′ə lôg′, -läg′) *adj.* 1 of a system of measurement in which a continuously varying value, as sound, temperature, etc., corresponds proportionally to another value, esp. a voltage 2 of or by means of an analog computer 3 designating or of electronic equipment, recordings, etc. in which the signal corresponds to a physical change, as sound to a groove in a phonograph record 4 using hands, dials, etc. to show numerical amounts, as on a clock: cf. DIGITAL (sense 5) —*n. alt. sp. of* ANALOGUE

☆**analog computer** a computer for processing data represented by a continuous physical variable, as electric current Cf. DIGITAL COMPUTER

an|a·log|i·cal (an′ə läj′i kəl) *adj.* of, expressing, or based upon analogy Also an′|a·log′ic —an′|a·log′|i·cal|ly *adv.*

a|nal|o·gist (ə nal′ə jist) *n.* a person who looks for analogies or uses them in reasoning

a|nal|o·gize (ə nal′ə jīz′) *vi.* -gized′, -giz′ing to use, or reason by, analogy —*vt.* to explain or liken by analogy

a|nal|o·gous (ə nal′ə gəs) *adj.* 〖L *analogus* < Gr *analogos*: see ANALOGY〗 1 similar or comparable in certain respects 2 *Biol.* similar in function but not in origin and structure —a|nal′|o·gous|ly *adv.*

an|a·logue (an′ə lôg′, -läg′) *n.* 〖Fr *analogue* < L *analogus*: see fol.〗 a thing or part that is analogous

---

49    **anadromous / anapest**

a|nal·o|gy (ə nal′ə jē) *n., pl.* -gies 〖ME & OFr *analogie* < L *analogia* < Gr, proportion < *analogos*, in due ratio < *ana*-, according to + *logos*, word, reckoning: see LOGIC〗 1 similarity in some respects between things otherwise unlike; partial resemblance 2 the likening of one thing to another on the basis of some similarity between the two 3 *Biol.* similarity in function between parts dissimilar in origin and structure, as the wing of a bird and that of an insect: cf. HOMOLOGY 4 *Linguis.* the process by which words, constructions, or pronunciations conform to the pattern of other, often unrelated, ones [*"energize"* is formed from *"energy"* by *analogy* with *"apologize"* from *"apology"*; Old English *"handa"* became *"hands"* on *analogy* with other plurals in -s] 5 *Logic* an inference from certain admitted resemblances between two or more things to a probable further similarity between them —*SYN.* LIKENESS

an·al|pha·bet|ic (an′al′fə bet′ik) *adj., n.* 〖< Gr *analphabētos*, not knowing the alphabet (see AN-[1] & ALPHABET) + -IC〗 illiterate

a|nal|ly·sand (ə nal′ə sand′) *n.* a person who is undergoing psychoanalysis

an|a·lyse (an′ə līz′) *vt.* -lysed′, -lys′ing *Brit., etc. sp. of* ANALYZE

a|nal|y·sis (ə nal′ə sis) *n., pl.* -ses′ (-sēz′) 〖ML < Gr, a dissolving < *ana*-, up, throughout + *lysis*, a loosing < *lyein*, to loose: see LOSE〗 1 a separating or breaking up of any whole into its parts, esp. with an examination of these parts to find out their nature, proportion, function, interrelationship, etc. 2 a statement of the results of this process 3 PSYCHOANALYSIS 4 *Linguis.* the use of word order and uninflected function words rather than inflection to express syntactic relationships 5 *Math.* a branch of mathematics, including calculus, that deals with functions and limits and their generalizations 6 SYSTEMS ANALYSIS —**in the last** (or **final**) **analysis** after all factors have been considered

an|a·lyst (an′ə list) *n.* 〖Fr *analyste*〗 1 a person who analyzes [a news *analyst*] 2 a psychoanalyst 3 a systems analyst

an|a·lyt|ic (an′ə lit′ik) *adj.* 〖ML *analyticus* < Gr *analytikos* < *analytos*, soluble: see ANALYSIS〗 1 of analysis or analytics 2 that separates into constituent parts 3 skilled in or using analysis [an *analytic* mind] 4 *Linguis.* expressing syntactic relationships by the use of uninflected function words instead of inflections (Ex.: in English, *more often* instead of *oftener*) 5 *Logic* necessarily true by virtue of the meaning of its component terms alone, without reference to external fact, and with its denial resulting in self-contradiction; tautologous [an *analytic* proposition]: opposed to SYNTHETIC

an|a·lyt|i·cal (-i kəl) *adj.* ANALYTIC —an′|a·lyt′|i·cal|ly *adv.*

**analytical chemistry** a branch of chemistry that deals with the identification of compounds and mixtures (qualitative analysis) or the determination of the proportions of the constituents (quantitative analysis): techniques commonly used are titration, precipitation, spectroscopy, chromatography, etc.

**analytic geometry** the branch of geometry in which a coordinate graphing system makes visible, using points, lines, and curves, the numerical relationships of algebraic equations Also called **coordinate geometry** or **Cartesian geometry**

**analytic philosophy** a 20th-cent. philosophic movement characterized by its method of analyzing concepts and statements in the light of common experience and ordinary language so as to eliminate confusions of thought and resolve many traditional philosophical problems Also **analytical philosophy**

**analytic psychology** the system of psychology developed by C. G. Jung as a variant of psychoanalysis

an|a·lyt·ics (an′ə lit′iks) *n.pl.* [*with sing. v.*] the part of logic having to do with analyzing

an|a·lyze (an′ə līz′) *vt.* -lyzed′, -lyz′ing 〖Fr *analyser* < *analyse*, ANALYSIS〗 1 to separate (a thing, idea, etc.) into its parts so as to find out their nature, proportion, function, interrelationship, etc. 2 to examine in detail so as to determine the nature or tendencies of 3 to psychoanalyze 4 *Chem.* to examine (compounds or mixtures) by ANALYTICAL CHEMISTRY 5 *Gram.* to resolve (a sentence) into its grammatical elements —an′|a·lyz′a|ble *adj.* —an′|a·lyz′|er *n.*

an·am·ne|sis (an′am nē′sis) *n.* 〖Gr *anamnēsis* < *anamimnēskein* < *ana*-, again + *mimnēskein*, to call to mind; akin to *mnasthai*: see AMNESIA〗 1 a recollecting of past events 2 *Med.* the case history of a patient —an′am·nes′tic (-nes′tik) *adj.*

an|a·mor·phism (an′ə môr′fiz′əm) *n.* 〖ANA- + -MORPH + -ISM〗 ☆*Geol.* metamorphism, occurring deep below the earth's surface, that causes minerals to be denser and more complex

an|a·mor|pho·scope (an′ə môr′fə skōp′) *n.* 〖fol. + -SCOPE〗 a special lens or mirror for making images normal again after distortion by anamorphosis

an|a·mor|pho·sis (an′ə môr′fə sis, -môr fō′sis) *n., pl.* -ses′ (-sēz′) 〖Gr *anamorphōsis*, a forming anew < *ana*-, again + *morphoun*, to form〗 1 a technique of perspective to produce a distorted image that will look normal when viewed from a particular angle or with a special mirror 2 *Biol.* a gradual change of form by evolution

An|a·ni|as (an′ə nī′əs) 〖Gr〗 *Bible* a man who fell dead when Peter rebuked him for withholding from the apostles a part of the proceeds from a sale of his land: Acts 5:1-10

an|a·pest or an|a·paest (an′ə pest′) *n.* 〖L *anapaestus* < Gr *anapaistos* < *ana*-, back + *paiein*, to strike: so called from reversing

---

at, āte, cär; ten, ēve; is, ice; gō, hôrn, look, to͞ol; oil, out; up, fur; ə *for unstressed vowels, as* a *in* ago, u *in* focus; ′ *as in* Latin (lat′'n); chin; she; zh *as in* azure (azh′ər); thin, *the;* ŋ *as in* ring (riŋ)
*In etymologies:* * = unattested; < = derived from; > = from which
☆ = Americanism                    See inside front and back covers