# EXHIBIT 8



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

A.G. Filler et al.   Attorney Docket No. WRUW16938

Serial No: 08/028,795   Group Art Unit: 3305

Filed: March 8, 1993   Examiner: B. Casler

Title: IMAGE NEUROGRAPHY AND DIFFUSION ANISOTROPY IMAGING

AMENDMENT AND REQUEST FOR RECONSIDERATION

Seattle, Washington 98101

November 14, 1994

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Please amend the above-identified application as follows and reconsider the claim rejections in the July 11, 1994 Office Action.

## AMENDMENT

In the Claims:

Please amend Claims 89, 93, 95, 111, 120, 135, 139, 150, 152, 153, 155, 156, 158 and 159 as follows:

89. (Amended) A method of utilizing magnetic resonance to determine the shape and position of mammal tissue, said method including the steps of:

(a) exposing an *in vivo* region of a subject to a magnetic polarizing field, the *in vivo* region including non-neural tissue and a nerve, the nerve being a member of the group consisting of peripheral nerves, cranial nerves numbers three through twelve, and autonomic nerves;

(b) exposing the *in vivo* region to an electromagnetic excitation field;

(c) [producing an output indicative of the *in vivo* region's] sensing a resonant response of the *in vivo* region to the polarizing and excitation fields and producing an output indicative of the resonant response;

-1-

WRUW\16938AM.DOC

LAW OFFICES OF
CHRISTENSEN, O'CONNOR, JOHNSON & KINDNESS
1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101
(206) 682-8100

is found. However, such preliminary steps can significantly increase the processing time required to generate an image.

The present invention overcomes this problem by using a selected arrangement of diffusion-weighted gradients in combination with vector processing, so that the shape and position of a selected structure exhibiting diffusion anisotropy can be effectively determined--regardless of the alignment of the gradients with respect to the orientation of the selected structure (as described in the present application on pages 26-30). As specifically specified by Claim 120, the method includes the steps of: (a) exposing a region to a predetermined arrangement of magnetic diffusion-weighted gradients; (b) exposing the region to an electromagnetic excitation field; (c) sensing and producing outputs indicative of the region's resonant response to each of the diffusion-weighted gradients; (d) *vector processing the outputs to generate data representative of anisotropic diffusion exhibited by a selected structure in the region*, regardless of the alignment of diffusion-weighted gradients with respect to the orientation of the selected structure; and (e) processing the data representative of anisotropic diffusion to generate a description of the shape and position of the selected structure, so as to distinguish the selected structure from other structures in the region that do not exhibit diffusion anisotropy. Since the prior art including Hajnal et al. does not teach or suggest vector processing outputs generated in response to diffusion-weighted gradients, independent Claim 120 is novel and non-obvious.

Similarly, with respect to the rejection of independent Claim 135 as being anticipated by Hajnal et al., applicants respectfully submit that the claim is patentable over Hajnal et al. and the other prior art of record. Claim 135 specifies a method of determining the diffusion anisotropy exhibited by a selected structure in a region that includes other structures that do not exhibit diffusion anisotropy. As specified by Claim 135, the method includes the steps of: (a) *exposing the region to a suppression sequence of electromagnetic fields that suppresses the electromagnetic responsiveness of structures in the region that do not exhibit diffusion anisotropy, the suppression sequence of electromagnetic*

WRUW\6938AM.DOC

-14-

LAW OFFICES OF
CHRISTENSEN, O'CONNOR, JOHNSON & KINDNESS
1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101
(206) 682-8100

*fields not including diffusion-weighted magnetic gradients*; (b) exposing the region to a predetermined arrangement of diffusion-weighted magnetic gradients (c) sensing the resonant response of the region to the diffusion-weighted gradients and producing corresponding outputs; and (d) processing the outputs to generate data describing the diffusion anisotropy of the selected structure.

The invention specified by Claim 135 is based upon the inventors' discovery of the benefits of utilizing a suppression sequence of electromagnetic fields in addition to and prior to the use of diffusion-weighted magnetic gradients. In particular, the inventors discovered that not only does the use of a suppression sequence in combination with diffusion-weighted imaging (i.e., diffusion-weighted magnetic gradients) eliminate undesirable non-anisotropic tissue, the prior use of a suppression sequence actually increases the responsiveness of anisotropic tissue to subsequent diffusion-weighted magnetic gradients. Hajnal et al. in no way teaches or suggests this discovery.

Hajnal et al. only teaches the use of diffusion-weighted magnetic gradients. As stated in Hajnal et al. on page 2, column 1, lines 4-9,

> By deliberately applying large magnetic field gradients in particular directions, diffusion can be made the dominant image contrast mechanism, enabling variations in diffusion to be visualized, including their directional dependence.

And, as stated on page 10, column 2, lines 11-13:

> Oblique sensitization was implemented by simultaneously applying two or more gradient pulses in the X-, Y-, or Z- directions.

Hajnal et al. does not use or suggest the use of a suppression sequence prior to the diffusion-weighted magnetic gradients.

### Rejections over Suzuki et al.

With respect to the apparatus claims, Claims 139, 144-161 were rejected as being anticipated by Suzuki et al. Of these rejected claims, Claims 139, 150 and 158 are independent claims. In addition to specifying polarizing field source means, excitation and output arrangement means, and

WRUW\6938AM.DOC

-15-

LAW OFFICES OF
CHRISTENSEN, O'CONNOR, JOHNSON & KINDNESS
1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101
(206) 682-8100

Similar to previously described method Claim 120, corresponding apparatus Claim 150 specifies determining the shape and position of a selected structure exhibiting diffusion anisotropy by utilizing diffusion-weighted gradients and vector processing the resulting outputs, so that the shape and position of the selected diffusion anisotropic structure can be determined regardless of the alignment of the diffusion-weighted gradients. Suzuki et al. teaches neither the use of diffusion-weighted gradients (i.e., diffusion-weighted imaging) nor vector processing of the resulting outputs. Although Suzuki et al. does describe the use of gradient magnetic fields to provide locational (i.e., position) information, such fields do not correspond to diffusion-weighted gradients which are used to enhance structures exhibiting diffusion anisotropy.

As with respect to previously described method Claim 135, corresponding apparatus Claim 158 specifies the use of a suppression sequence of electromagnetic fields followed by diffusion-weighted gradients. In particular, the excitation and output arrangement means generate a suppression sequence of electromagnetic fields that suppresses the electromagnetic responsiveness of non-anisotropic structures, and the polarizing field source means generate a pre-determined arrangement of diffusion-weighted gradients. Not only does Suzuki et al. not teach the use of diffusion-weighted gradients, it in no way suggests pretreating a region with a suppression sequence of electromagnetic fields prior to the use of diffusion-weighted gradients.

<u>Dependent Claims</u>

As each of the independent claims are patentable over the prior art, applicants respectfully submit that each of the dependent claims rejected as being anticipated by either Hajnal et al. or Suzuki et al. are also patentably distinct. Furthermore, the rejected dependent claims specify additional limitations that further patentably distinguish the claims.

Claims 90, 91, 96-106 and 108, which each depend upon independent Claim 89, were rejected as being anticipated by Hajnal et al. The following discusses some of the further patentable limitations specified by these claims.

WRUW\6938AM.DOC  -17-  LAW OFFICES OF
CHRISTENSEN, O'CONNOR, JOHNSON & KINDNESS
1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101
(206) 682-8100

1  that the images shown in the enclosed video tape were generated in accordance with the invention as
2  it is defined by the pending claims.

3  <u>Conclusion</u>

4  Applicants respectfully submit that the claims present patentable subject matter and are now in
5  condition for allowance.  Accordingly, applicants respectfully request the withdrawal of the claim
6  rejections, allowance of the claims, and passage of the case to early issuance.  If the Examiner has any
7  questions, he is urged to call James Anable of applicants' firm of record at (206) 224-0704.

Respectfully submitted,

CHRISTENSEN, O'CONNOR,
JOHNSON & KINDNESS

James W. Anable
Registration No. 26,827

I hereby certify that this correspondence is being deposited with the U.S. Postal Service in a sealed envelope as first class mail with postage thereon fully prepaid addressed to:  Commissioner of Patents and Trademarks, Washington, D.C. 20231, on ___11/14/94___.

Date: ___11/14/94___

SJP:kdr/kh/mhk

WRUW\6938AM.DOC

-28-

LAW OFFICES OF
CHRISTENSEN, O'CONNOR, JOHNSON & KINDNESS
1420 FIFTH AVENUE
SUITE 2800
SEATTLE, WASHINGTON 98101
(206) 682-8100