# EXHIBIT 9

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.)
4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| "processing said data representative of anisotropic diffusion to generate a data set describing the shape and position of said selected structure in the region, said data set distinguishing said selected structure from other structures in the region that do not exhibit diffusion anisotropy" | 36(e) | Governed by section 112 ¶6 as a step-plus-function element. The Court held in the Siemens litigation that this limitation is subject to the same construction as limitation 55(c)(ii).<br><br>Function: processing said data representative of anisotropic diffusion to generate a data set describing the shape and position of said selected structure in the region, said data set distinguishing said selected structure from other structures in the region that do not exhibit diffusion anisotropy.<br><br>Corresponding structure: No corresponding structure disclosed, and term is indefinite. | Claim Construction Order from Siemens Litigation, at 27-28.<br><br>The Court has already construed this term and GE and The Regents agree to the Court's prior construction. GE and The Regents therefore object to any proposed construction that differs from the Court's previous construction. *See, e.g.*, CMC Transcript at 18:15-17 ("Under no circumstances should you begin to deal with any claim that has already been disposed of, if you, Ms. Chang, agree to it.").<br><br>'360 Patent 9:64-10:16; 11:9-18; 11:46-49; 19:39-50; 21:48-22:27; 33:41-43; 36:57-59.<br><br>NEURO206; 210-211; 227; 500; 506; 516-22; 527-28; 532-534.<br><br>GE and The Regents may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |
| "a further data set that describes the three dimensional shape and position of a segment of said [neural tissue]/[selected structure] is generated by steps including: analyzing the data representative | 39, 46, 49 | Governed by section 112 ¶6 as a step-plus-function element. The Court held in the Siemens litigation that this limitation is subject to the same construction as the "processor limitations" in claims 58 and 61. | Claim Construction Order from Siemens Litigation, at 28.<br><br>The Court has already construed this term and GE and The Regents agree to the Court's prior construction. GE and The Regents therefore |

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.)
4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| of anisotropic diffusion to determine how to relate said data set and said additional data sets describing the shape and position of cross sections of said [neural tissue]/[selected structure]; and based upon the results of said step of analyzing the data representative of anisotropic diffusion, combining said data set and said additional data sets to generate said further data set that describes the three dimensional shape and position of the segment of said [neural tissue]/[selected structure], thereby enabling the three dimensional shape and position of curved [neural tissue]/[structure exhibiting anisotropic diffusion] to be described" | | Function: To determine how to relate said data set and said additional data sets and to generate said further data set that describes the three dimensional shape and position of the segment of said [neural tissue]/[selected structure], thereby enabling the three dimensional shape and position of curved [neural tissue]/[structure exhibiting anisotropic diffusion] to be described.<br><br>Corresponding structure: No corresponding structure disclosed, and term is indefinite. | object to any proposed construction that differs from the Court's previous construction. See, e.g., CMC Transcript at 18:15-17 ("Under no circumstances should you begin to deal with any claim that has already been disposed of, if you, Ms. Chang, agree to it.").<br><br>'360 Patent 9:64-10:16; 11:9-18; 11:46-49; 19:39-50; 21:48-22:27; 33:41-43; 36:57-59.<br><br>NEURO206; 210-211; 227; 500; 506; 516-22; 527-28; 532-534.<br><br>GE and The Regents may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |
| "so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy" | 51(a), 54(a) | wherein the suppression sequence increases the responsiveness of anisotropic tissue to subsequent diffusion-weighted magnetic gradients | '360 File History, Amendment dated November 17, 1994, at 15 ("The inventors discovered that not only does the use of a suppression sequence in combination with diffusion-weighted imaging (i.e., diffusion weighted magnetic gradients) eliminate undesirable non-anisotropic tissue, the prior use of a suppression sequence actually |

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.)
4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | increases the responsiveness of anisotropic tissue to subsequent diffusion-weighted magnetic gradients."). <br><br> '360 patent at 13:3-6 ("As will be described in greater detail below, fat suppression also synergistically increases the apparent magnitude of diffusion anisotropy and magnetization transfer effect."). <br><br> *Id.* at 22:30-65 ("An unexpected and apparently synergistic benefit of fat suppression, when used in combination with diffusional weighting, is that an actual increase in neural signal anisotropy is experienced, with the conspicuity of the neural component of the image increasing by roughly 250 percent when the fat component is removed. The combined increase in nerve conspicuity and reduction in fat interference significantly enhances the effectiveness of neural imaging."). <br><br> *Id.* at 22:66-23:26 ("Although not entirely understood, there are several potential explanations for this synergistic relationship between fat suppression and diffusional weighting. . . . The synergistic role of fat suppression can also be viewed as a |

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.)
4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | demonstration of a magnetization transfer effect."). GE and The Regents may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |
| "predetermined arrangement of diffusion-weighted magnetic gradients . . . chosen to: i) emphasize a selected structure in the region exhibiting diffusion anisotropy in a particular direction; and ii) suppress other structures in the region exhibiting diffusion anisotropy in directions different from said particular direction" | 51(b), 54(b) | an arrangement of diffusion-weighted gradients selected and oriented by the user in advance of their application so as to emphasize the selected structure and suppress other structures | '360 patent 15:51-62; 16:34-47; Fig. 10, blocks 132-140; 17:34-48 ("In that regard, as indicated above, with the diffusional gradient oriented substantially perpendicular to the diffusionally anisotropic nerve, the nerve image is enhanced and generally exhibits the highest intensity of various features imaged. . . . Alternatively, with the diffusional gradient oriented substantially parallel to the diffusionally anisotropic nerve, the nerve image is suppressed and generally exhibits a lower intensity than other features imaged . . . . These images can be combined, via a subtraction process described in greater detail below, to produce an image of the nerve isolated from all other structures."). *Id.* at 20:8-17 ("One advantage of attempting to track changes in neural direction is that parallel and perpendicular gradient information can then |

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.) 4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | | be collected and used to produce a subtraction neurogram of the type described above. . . . In many cases the well known anatomy of a nerve will permit the use of a particular axis orientation in advance."). <br><br> '360 File History, Amendment dated November 17, 1994, at 13-17. <br><br> GE and The Regents may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |
| "processing said outputs to generate data representative of the diffusion anisotropy of the selected structure" | 51(d) | Governed by section 112 ¶ 6 as a step-plus-function element. Subject to the same construction as the "processor means" limitation in claim 54(c) (which the Court construed in the Siemens litigation). <br><br> Function: Processing said outputs to generate data representative of the diffusion anisotropy of the selected structure. <br><br> Corresponding structure: (1) computer 72 and front-end circuit 74, | Claim Construction Order from Siemens litigation, at 16-18. <br><br> '360 Patent 9:42-54; 11:9-18; 11:46-49; 16:62-65; 29:13-23; Figs. 9-10 and discussion thereof. <br><br> NEURO210-11; 227; 500; 506; 516-22; 527-28; 532-34. <br><br> GE and The Regents may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |

5

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.)
4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | or host processing system 32, programmed to perform blocks 112 through 148 of Figures 9 and 10; and (2) equivalents thereof. | |
| "said data representative of the diffusion anisotropy of the selected structure is processed to produce a data set that describes the shape and position of the selected structure" | 52 | Governed by section 112 ¶ 6 as a step-plus-function limitation. Subject to the same construction as the "processor means" limitation in claim 64 (which the Court construed in the Siemens litigation).<br><br>Function: data representative of the diffusion anisotropy of the selected structure is processed to produce a data set that describes the shape and position of the selected structure.<br><br>Corresponding structure: (1) computer 72 and front-end circuit 74, or host processing system 32, programmed to perform two algorithms: (a) blocks 150 and 152, and (b) the algorithm that divides the output of the subtraction process by | Claim Construction Order from Siemens litigation, at 18-20.<br><br>'360 Patent 9:42-54; 11:9-18; 11:46-49; 16:62-65; 18:24-46; 19:2-7; 29:13-23; 30:7-14; Fig. 10, blocks 150-152 and discussion thereof.<br><br>NEURO210-11; 227; 500; 506; 516-22; 527-28; 532- 34.<br><br>GE and The Regents may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.)
4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| | | signal information from a fat suppressed t2-weighted spin echo sequence; and<br>(2) equivalents thereof. | |
| "excitation and output arrangement means for exposing a region to a suppression sequence of electromagnetic fields that suppresses the electromagnetic responsiveness of structures in the region that do not exhibit diffusion anisotropy, so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy, said suppression sequence of electromagnetic fields not including diffusion-weighted magnetic gradients [from 54(a)] . . . further for sensing a resonant response of the region to the diffusion-weighted gradient and producing an output indicative of the resonant response, for each of said | 54(a) | Regarding "*so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy*" see supra.<br><br>"excitation and output arrangement means . . ." -- Governed by section 112 ¶ 6 as a means-plus-function element.<br><br>Function: Exposing a region to a suppression sequence of electromagnetic fields that suppresses the electromagnetic responsiveness of structures in the region that do not exhibit diffusion anisotropy, so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy [from 54(a)], and sensing a resonant response of the region to the diffusion-weighted | Regarding "*so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy*" see supra.<br><br>Evidentiary support for "excitation and output arrangement means . . .": '360 patent 10:41-44; 11:37-46; 13:7-40; Fig. 11 and discussion thereof.<br><br>NEURO210-11; 227; 500; 506; 516-22; 527-28; 532-34<br><br>GE and The Regents may also rely on a declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.) 4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| diffusion-weighted gradients [from 54(b)]" | | gradient and producing an output indicative of the resonant response, for each of said diffusion-weighted gradients [from 54(b)].<br><br>Corresponding structure: (1) excitation coil 62, gradient coil pairs 64 and 66, computer 72 and front-end circuit 74 (which the specification refers to as "processing system") programmed with the CHESS, Dixon technique, or STIR pulse sequences referenced in column 13, line 7 through 40 [from 54(a)], and duplexer 88, preamplifier 90, mixer 92, low pass filter 96, and analog-to-digital converter 98 [from 54(b)]; and<br>(2) equivalents thereof. | |
| "polarizing field source means positioned near said excitation and output arrangement means for exposing the region to a predetermined arrangement of diffusion-weighted magnetic gradients chosen to: i) emphasize a selected structure in the region | 54(b) | Regarding "predetermined arrangement of diffusion-weighted magnetic gradients chosen to . . ." *see supra*.<br><br>"polarizing field source means . . ." -- Governed by section 112 ¶ 6 as a means-plus-function element. | Regarding "predetermined arrangement of diffusion-weighted magnetic gradients chosen to . . ." *see supra*.<br><br>Evidentiary support for "polarizing field source means . . .": '360 patent 11:2-8; 11:19-21; 11:24-27; Fig. 8 and discussion thereof.<br><br>GE and The Regents may also rely on a |

8

NeuroGrafix et al. v. The Regents of the University of California et al, Case No. 2:11-cv-07591-MRP-RZ (C.D. Cal.)
4/27/2012

| Terms to be Construed | Claims | GE/UC Proposed Construction | Supporting Evidence |
|---|---|---|---|
| exhibiting diffusion anisotropy in a particular direction; and ii) suppress other structures in the region exhibiting diffusion anisotropy in directions different from said particular direction" | | Function: exposing the region to a predetermined arrangement of diffusion-weighted magnetic gradients chosen to i) emphasize a selected structure in the region exhibiting diffusion anisotropy in a particular direction; and ii) suppress other structures in the region exhibiting diffusion anisotropy in directions different from said particular direction.<br><br>Corresponding structure: (1) Gradient pulse generator 78, gradient field amplifier 82, and diffusional gradient coil pairs 68 and 70; and<br><br>(2) equivalents thereof. | declaration and/or testimony from Dr. Michael E. Moseley to support their claim construction position. |

9