# EXHIBIT 11

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Bruce D. Kuyper, State Bar No. 144969
Email: bkuyper@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**EXPERT REPORT RELATED TO CONSTRUCTION OF DR. AARON FILLER, M.D., PH.D, FRCS**<br><br>First Amended Complaint Filed: July 30, 2010 |

capable of pumping additional coherent energy into the protons in the sample.

31.     The RF transmitter can also be called RF coils or similar names. The RF signal is often known as an excitation field.

32.     Once the transmitter is tuned to exactly the 200 MHz set by the external applied polarizing field, two things happen to the protons in the sample. Firstly, all of the protons begin to spin in phase with each other. Secondly, since they cannot spin any faster, they begin to tip like a spinning top leaning off vertical. In addition to spinning on their central axis, that axis is tipped and precesses around the original axis.

33.     The amount of energy pumped into the sample can be carefully controlled by adjusting the strength of the applied RF signal and the duration. If it is set just right, it will tip all the protons by 90 degrees so that the axis of each proton is nearly perpendicular to the main field.[2]

### c)    Listening to the protons.

34.     Once the excitation field causes all of the protons to be pumped into phase with each other and tipped so that thousands of proton axes are precessing around in perfect phase with each other, the RF transmitter is turned off and an antenna is used to detect the RF signal output from the sample at 200 MHz.

35.     As long as the protons are tipped by even a few degrees, they will output a radio signal as they spin around. With the RF transmitter (and therefore the excitation field) turned off, the protons will gradually lose their extra energy and slowly return to vertical alignment in the main polarizing field. When they reach vertical, they will no longer emit any RF signal. The

---

[2] The rf excitation field is discussed, for example, at column 2, lines 19 through 67.

signal is strongest when they are tipped 90 degrees to a horizontal position and goes back down to zero when they are vertical again (aligned with the main polarizing field).

36.     The slow loss of signal as they come back to vertical is called the T1 decay time. The emitted signal is called an echo.

37.     The detection of the RF output from the proton can be called the "sensing of the resonant response."

38.     The antenna is often called an antenna or an output or return coil. The antenna can also be combined with the RF transmitter, which can also be an antenna, to perform both the excitation and sensing functions. Where the RF transmitter and receiving antenna are combined, a control computer instructs the antenna to initiate the excitation field. The same computer, as the next step, switches the antenna to be connected to a radio receiver that hears the incoming, slowly decaying 200 MHz echo signal from the sample.[3]

### d)     T2 decay.

39.     Some other physical factors affect the decay rate. Once the excitation RF signal is turned off, the magnetic fields of each of the spinning protons interact with each other causing tiny increases and decreases in the spin rate. The effect of this is that the sample as a whole loses phase coherence. As the protons begin to lose their phase coherence, the signal begins to decay away. This sort of decay due to "spin-spin" interactions is called the T2 decay.

40.     The physical properties of the molecules and the surroundings in different tissues in the body cause different T1 and T2 decay rates for different tissues. These different properties allow NMR sequences to be

---

[3] The sensing of the output and T1 decay is discussed, for example, in column 2, lines 31 through 49.

*Shift Selective (CHESS) Imaging*, Phys. Med. Biol. 341-344 (Vol. 30, No. 4 1985). Exposing a region to the CHESS pulse sequence is therefore an example of the recited function because it (1) suppresses responsiveness of structures that do not exhibit diffusional anisotropy (*e.g.*, fat), which in turn (2) increases the "apparent magnitude of diffusional anisotropy (*e.g.*, '360 patent at 13:3-6), and (3) does not use diffusion-weighted gradients (*see, e.g.*, Haase et al., *H NMR Chemical Shift Selective (CHESS) Imaging*, Phys. Med. Biol. 341-344 (Vol. 30, No. 4 1985)).

64.   The specification also expressly describes alternative fat suppression pulse sequences that are also examples of the recited function:

> "Other suitable alternatives include the Dixon technique for fat suppression described in, for example, Dixon et al., Simple Proton Spectroscopic Imaging, 153 RADIOLOGY 189-194 (1984) and also STIR (short tau inversion recovery) described in Improved Fat Suppression in STIR MR Imaging: Selecting Inversion Time through Spectral Display, 178 RADIOLOGY 885-887 (1991)."

'360 patent at 13:34-40. Those having ordinary skill in the art would understand that this is disclosing additional pulse sequences and further describing that these sequences suppress fat (*i.e.*, tissue not exhibiting anisotropy) thereby enhancing nerve and other tissues that exhibit anisotropy.

65.   The specification expressly discloses that CHESS "involves the application of a sequence of narrow band rf pulses A, B and C to the excitation coil 62 to selectively excite the nuclear spins of fat molecules within the region R of the patient being imaged." '360 patent at 13:12-15; *see also* Fig. 11A. The specification clearly discloses that excitation coil 62 is pulsed by RF pulse generator 84 ('360 patent at 11:28-30 ("rf pulse

21

I declare under penalty of perjury that the statements in this report are true and correct.

Executed on January 24, 2011 in Santa Monica, California.

_____
Dr. Aaron Filler, M.D., Ph.D., FRCS