RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, SBN 212327
Email: agiza@raklaw.com
Andrew D. Weiss, SBN 232974
Email: aweiss@raklaw.com
Fredricka Ung, SBN 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION

K&L GATES LLP
Bradley W. Gunning (SBN: 251732)
Email: brad.gunning@klgates.com
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5002

Attorneys for Plaintiff
WASHINGTON RESEARCH FOUNDATION

FILED 2012 JUN 15 PM 2:33 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

COPY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Defendant. | Case No. CV 11-07591 MRP (RZx)<br><br>**NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION, AND WASHINGTON RESEARCH FOUNDATION'S COUNTERCLAIMS AGAINST GENERAL ELECTRIC COMPANY**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

PLAINTIFFS' COUNTERCLAIMS AGAINST GENERAL ELECTRIC COMPANY

|   |   |
|---|---|
| 1 | GENERAL ELECTRIC COMPANY |
| 2 | Intervener-Plaintiff, |
| 3 | vs. |
| 4-7 | NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION, |
| 8 | Defendants. |
| 9-12 | NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION, |
| 13 | Counter-Plaintiffs, |
| 14 | vs. |
| 15 | GENERAL ELECTRIC COMPANY, |
| 16 | Counter-Defendant. |

RUSS, AUGUST & KABAT

Defendants and Counterclaimants NeuroGrafix, Neurography Institute Medical Associates, Inc. ("NIMA"), Image-Based Surgicenter Corporation ("IBSC"), and Washington Research Foundation ("WRF") (collectively, "NeuroGrafix") understand that Intervenor Plaintiff and Counter-Defendant General Electric Company ("GE") has been permitted to intervene in this case only as an indemnitor of the Regents of the University of California ("Regents"). NeuroGrafix understands that the scope of GE's involvement is limited to the scope of NeuroGrafix's claims against the Regents. *See* D.I. 58.[1] Accordingly, NeuroGrafix, for the limited purpose on which GE has been allowed to intervene, NeuroGrafix hereby asserts the following Counterclaims against GE:

## COUNTERCLAIMS

1. This case is an action for patent infringement of United States Patent No. 5,560,360 ("the '360 patent") under the Patent Laws of the United States, as set forth in 35 U.S.C. §§ 271 and 280 through 285.

## PARTIES

2. Counterclaimant NeuroGrafix is a California corporation with its principal place of business located at 2716 Ocean Park Boulevard, Suite 3075, Santa Monica, California.

3. Counterclaimant NIMA is a California corporation with its principal place of business in Santa Monica, California.

4. Counterclaimant IBSC is a California corporation with its principal place of business in Santa Monica, California.

5. Counterclaimant WRF is a not-for-profit corporation incorporated and existing under the laws of the State of Washington.

6. On information and belief, GE is a corporation that is organized and existing under the laws of the State of Delaware, with its principal place of

---

[1] NeuroGrafix reserves it right to assert claims of direct and indirect infringement against GE beyond the scope of NeuroGrafix's current claims against the Regents. NeuroGrafix, however, understands that the Court has limited the scope of GE's involvement in this litigation to be coextensive with the scope of NeuroGrafix's claims against the Regents.

1

business at 3135 Easton Turnpike, Fairfield, CT 06828.

## JURISDICTION AND VENUE

7. The Court has federal subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1332(a)(1), 1332(c)(1) and 1338(a).

8. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a), 1391(c), and 1400(b), including without limitation because GE has availed itself to this forum when it filed its Intervenor Complaint against NeuroGrafix (Dkt. No. 61).

## FIRST CAUSE OF ACTION FOR INDUCING PATENT INFRINGEMENT BY THE REGENTS

9. NeuroGrafix repeat and reallege the allegations contained in paragraphs 1 through 8 above, inclusive, as if fully repeated and restated herein.

10. The University of Washington, a public institution of higher education in the state of Washington, is the owner by assignment of the '360 Patent entitled "Image Neurography and Diffusion Anisotropy Imaging." The '360 Patent issued on October 1, 1999. A true and correct copy of the '360 Patent is attached as Exhibit B.

11. Aaron G. Filler, Jay S. Tsurda, Todd L. Richards, and Franklyn A. Howe are listed as the inventors of the '360 Patent.

12. WRF holds substantially all rights in the '360 Patent and has exclusively licensed substantially all rights in the '360 Patent to NeuroGrafix in December of 1998, retaining only certain potential reversion rights.

13. Upon information and belief, GE has been aware of the invention claimed in the '360 Patent as well as the '360 Patent since at least the issuance of the '360 Patent.

14. Upon information and belief, GE has been and is now inducing infringement by the Regents of claims 36, 37, 39-44, 46, 47, 49-54, and 63-66 (the "Asserted Claim") of the '360 Patent in the State of California, in this judicial

2
PLAINTIFFS' COUNTERCLAIMS AGAINST GENERAL ELECTRIC COMPANY

district, and elsewhere in the United States by, among other things, advertising, marketing, using, selling, and/or offering to sell products and services, including without limitation, GE 1.5T SignaHDx, GE Signa LX, GE 1.5T Signa, GE 1.5T Signa Echospeed, GE 1.5T EXCITE HD, GE 3T Signa HD, GE 3T EXCITE, and related software including but not limited to DIRAC (Diffusion Imaging Reconstruction and Analysis Collection), DIVA (Diffusion Imaging Visualization Application) and MiND (Metadata in NIfTI for DWI) for peripheral nerve MR Neurography and diffusion anisotropy based tractography. GE has induced infringement, and continues to induce infringement, by the Regents of the Asserted Claims despite its knowledge of the '360 Patent since at least the issuance of the '360 Patent and with the specific intent that the Regents infringe the '903 patent.

15. By inducing infringement of the '360 Patent by the Regents, GE has injured NeuroGrafix and is thus liable to the NeuroGrafix for infringement of the '360 Patent under 35 U.S.C. § 271(b).

16. GE knowingly, willfully, and deliberately induced infringement and, on information and belief, continues to induce infringement of the '360 Patent by the Regents in conscious disregard of NeuroGrafix's rights, making this case exceptional within the meaning of 35 U.S.C. § 285 and justifying treble damages pursuant to 35 U.S.C. § 284.

17. As a result of GE's inducing infringement of the '360 Patent by the Regents, NeuroGrafix has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless GE's infringement inducing activities are enjoined by this Court.

18. GE's wrongful acts have damaged and will continue to damage NeuroGrafix irreparably, and NeuroGrafix has no adequate remedy at law for those wrongs and injuries. In addition to their actual damages, NeuroGrafix is entitled to a preliminary and permanent injunction restraining and enjoining GE and its agents, servants and employees, and all persons acting thereunder, in concert with,

3

PLAINTIFFS' COUNTERCLAIMS AGAINST GENERAL ELECTRIC COMPANY

or on its behalf, from inducing infringement of the '360 Patent by the Regents.

## PRAYER FOR RELIEF

WHEREFORE, NeuroGrafix respectfully request that this Court enter:

1. A judgment in favor of NeuroGrafix that GE has induced infringement by the Regents of the Asserted Claim of the '360 Patent;

2. An injunction enjoining GE and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert or privity with any of them from inducing infringement of the '360 Patent by the Regents;

3. A judgment and order requiring GE to pay NeuroGrafix its damages, costs, expenses, and prejudgment and post-judgment interest for GE's actions inducing infringement of the '360 Patent by the Regents, as provided under 35 U.S.C. § 284;

4. An award to NeuroGrafix for enhanced damages, as provided under 35 U.S.C. § 284, resulting from the knowing, deliberate, and willful nature of GE's prohibited conduct;

5. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to NeuroGrafix its reasonable attorneys' fees; and

6. Any and all other relief to which NeuroGrafix may show itself to be entitled.

## JURY TRIAL DEMANDED

NeuroGrafix hereby demand a trial by jury of all issues so triable.

Respectfully submitted,

Dated: June 15, 2012       **RUSS AUGUST & KABAT**

By: _/s/_
Andrew D. Weiss

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com

```
 1    Alexander C.D. Giza, State Bar No. 212327
      Email: agiza@raklaw.com
 2    Andrew D. Weiss, State Bar No. 232974
      Email: aweiss@raklaw.com
 3    12424 Wilshire Boulevard, 12th Floor
      Los Angeles, California 90025
 4    Telephone: (310) 826-7474
      Facsimile: (310) 826-6991
 5
      Attorneys for Plaintiffs NEUROGRAFIX,
 6    NEUROGRAPHY INSTITUTE MEDICAL
      ASSOCIATES, INC. and
 7    IMAGE-BASED SURGICENTER
      CORPORATION
 8
 9    Dated: June 15, 2012      K&L GATES LLP
10                              By: /s/ Bradley W. Gunning
11                                  Bradley W. Gunning

12                              Bradley W. Gunning
                                10100 Santa Monica Blvd., 7th Floor
13                              Los Angeles, California 90067
                                Tel: (310) 552-5000
14                              Fax: (310) 552-5001
                                Email: brad.gunning@klgates.com
15
                                Attorneys for WASHINGTON RESEARCH
16                              FOUNDATION
17
```

Case 2:11-cv-07591-MRP-RZ   Document 95   Filed 06/15/12   Page 8 of 8   Page ID #:1774<mark>/</mark>

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025.

On June 15, 2012, I caused to be served the foregoing document described as **NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION, AND WASHINGTON RESEARCH FOUNDATION'S COUNTERCLAIMS AGAINST GENERAL ELECTRIC COMPANY** on interested parties in this action

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Carolyn C. Chang<br>Fenwick and West<br>275 Battery Street, 16th Floor<br>San Francisco, CA 94111<br>415-875-2300<br>Email: cchang@fenwick.com | *Attorneys for Defendant*<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| Jennifer A. Sklenar<br>**Arnold & Porter LLP**<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5744<br>Telephone: 213-243-4000<br>Email: jennifer.sklenar@aporter.com | Attorneys for Intervenor-Plaintiff<br><br>GENERAL ELECTRIC COMPANY |

☒ BY FEDERAL EXPRESS by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery to the addressee(s) listed above.

☒ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 15, 2012 at Los Angeles, California.

_____
Tiffany Vogt

---

1

PLAINTIFFS' COUNTERCLAIMS AGAINST GENERAL ELECTRIC COMPANY