| | |
|---|---|
| 1 | JENNIFER A. SKLENAR (SBN 200434) |
| 2 | jennifer.sklenar@aporter.com |
|   | **ARNOLD & PORTER LLP** |
| 3 | 777 South Figueroa Street, 44th Floor |
| 4 | Los Angeles, CA  90017-5844 |
|   | Telephone:  213-243-4000 |
| 5 | Facsimile:   213-243-4199 |
| 6 | *Attorneys for Intervenor-Plaintiff* |
| 7 | *General Electric Company* |
| 8 | \* Additional counsel listed on signature page |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION, | Case No. 2:11-cv-07591-MRP-RZ  **GENERAL ELECTRIC COMPANY'S ANSWER TO PLAINTIFFS' COUNTERCLAIMS** |
| Plaintiffs, | |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant | |
| GENERAL ELECTRIC COMPANY, | |
| Intervenor-Plaintiff, | |
| v. | |
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION, | |
| Defendants | |

Intervenor-Plaintiff General Electric Company ("GE") hereby answers Plaintiffs' Counterclaims, by corresponding paragraph numbers as follows:

## COUNTERCLAIMS

1. GE admits that this case is an action for patent infringement of United States Patent No. 5,560,360 ("the '360 patent") under the Patent Laws of the United States. However, GE denies that plaintiffs' are entitled to any relief under the Patent Laws of the United States. Except as expressly admitted, GE denies the allegations as set forth in paragraph 1.

## PARTIES

2. GE admits that Counterclaimant NeuroGrafix purports to be a California corporation with its principal place of business located at 2716 Ocean Park Boulevard, Suite 3075, Santa Monica, California.

3. GE admits that Counterclaimant NIMA purports to be a California corporation with its principal place of business in Santa Monica, California.

4. GE admits that Counterclaimant IBSC purports to be a California corporation with its principal place of business in Santa Monica, California.

5. GE admits that Counterclaimant WRF purports to be a not-for-profit corporation incorporated and existing under the laws of the State of Washington.

6. Denied to the extent that GE is a corporation that is organized and existing under the laws of the State of New York, with its principal place of business at 3135 Easton Turnpike, Fairfield, CT 06828.

## JURISDICTION AND VENUE

7. Admitted.

8. Admitted.

## FIRST CAUSE OF ACTION FOR INDUCING PATENT INFRINGEMENT BY THE REGENTS

9. No response to paragraph 9 is necessary.

  10. GE is without sufficient knowledge of whether the University of Washington is the owner by assignment of the '360 Patent entitled "Image Neurography and Diffusion Anisotropy Imaging" and therefore denies the same. GE further denies the remaining allegations in paragraph 10.

  11. Admitted.

  12. GE is without sufficient knowledge of whether WRF holds substantially all rights in the '360 Patent and has exclusively licensed substantially all rights in the '360 Patent to NeuroGrafix in December of 1998, retaining only certain potential reversion rights and therefore denies the same.

  13. Denied.

  14. Denied.

  15. Denied.

  16. Denied.

  17. Denied.

  18. Denied.

## PRAYER FOR RELIEF

GE denies that plaintiffs are entitled to any of the relief requested in their Prayer for Relief.

## JURY TRIAL DEMANDED

No response is necessary.

| | | |
|---|---|---|
| 1 | Dated: July 2, 2012 | Respectfully submitted, |
| 2 | | |
| 3 | By: | *s/ Jennifer A. Sklenar* <br> Jennifer A. Sklenar (SBN 200434) <br> Email: jennifer.sklenar@aporter.com |


1  Dated: July 2, 2012              Respectfully submitted,

2

3                            By:    *s/ Jennifer A. Sklenar*
                                    Jennifer A. Sklenar (SBN 200434)
                                    Email: jennifer.sklenar@aporter.com
4                                   Brian Martinez (SBN 274210)
                                    Email: brian.martinez@aporter.com
5                                   **ARNOLD & PORTER LLP**
                                    777 South Figueroa Street, 44th Floor
6                                   Los Angeles, CA 90017-5844
                                    Telephone: (213) 243-4000
7                                   Facsimile: (213) 243-4199

8

9                                   Matthew M. Wolf (*pro hac vice*)
                                    Email: matthew.wolf@aporter.com
                                    Ali R. Sharifahmadian (*pro hac vice*)
10                                  Email: ali.sharifahmadian@aporter.com
                                    Marc A. Cohn (*pro hac vice*)
11                                  Email: marc.cohn@aporter.com
                                    Michael E. Ginsberg (*pro hac vice*)
12                                  Email: michael.ginsberg@aporter.com
                                    **ARNOLD & PORTER LLP**
13                                  555 Twelfth Street, N.W.
                                    Washington, DC 20004-1206
14                                  Telephone: (202) 942-5000
                                    Facsimile: (202) 942-5999
15

16                                  *Attorneys for Intervenor-Plaintiff*
                                    *General Electric Company*

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
GENERAL ELECTRIC COMPANY'S ANSWER TO PLAINTIFFS' COUNTERCLAIMS