Jennifer A. Sklenar (SBN 200434)
jennifer.sklenar@aporter.com
**Arnold & Porter LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5744
Telephone:   213-243-4000
Facsimile:   213-243-4199

Attorneys for
GENERAL ELECTRIC COMPANY AND
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Carolyn Chang (SBN 217933)
cchang@fenwick.com
**Fenwick & West LLP**
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   650-988-8500
Facsimile:   650-938-5200

Attorneys for
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Defendant. | Case No. 2:11-cv-07591-MRP-RZ <br><br> **DECLARATION OF DR. MICHAEL MOSELEY IN SUPPORT OF GENERAL ELECTRIC COMPANY'S AND THE REGENETS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR SUMMARY JUDGMENT** |

1

2   GENERAL ELECTRIC COMPANY,

3          Intervenor-Plaintiff,

4       v.

5   NEUROGRAFIX; NEUROGRAPHY
6   INSTITUTE MEDICAL ASSOCIATES,
    INC.; IMAGE-BASED SURGICENTER
7   CORPORATION; and WASHINGTON
8   RESEARCH FOUNDATION,

9          Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      1.     I have been asked to provide this declaration regarding certain issues

2 relating to whether U.S. Patent No. 5,560,360 ("the '360 patent") is infringed or valid,

3 and if called upon to testify, intend to testify as to the matters discussed herein.

4      2.     I reserve the right to respond to any rebuttal that Plaintiffs offer in response

5 to this declaration.  I also reserve the right to supplement this declaration if the Court

6 modifies its claim construction or if Plaintiffs change their infringement theories or

7 provide new evidence in support thereof.[1]

8 **I.     Background and Qualifications**

9      3.     I have been a Professor of Radiology in the Radiological Sciences Library

10 at Stanford University for the last 19 years.  In that position, I have focused on

11 experimental and clinical neuroscience research using magnetic resonance imaging

12 ("MRI") and have collaborations within the Departments of Radiology, Neurology,

13 Neurosurgery, and other groups at Stanford University and internationally.  I serve on

14 several editorial boards, including the Journal of MRI.  I am also active in various

15 magnetic resonance ("MR") societies, including the International Society of Magnetic

16 Resonance in Medicine ("ISMRM").  I am a fellow of ISMRM, a past president of

17 ISMRM, and in 2001 I was awarded the ISMRM Gold Medal for pioneering research in

18 diffusion MRI.  Most recently I was elected an honorary lifetime member of the Society

19 for MR Technologists.  Prior to my work at Stanford University, I earned my Ph.D. in

20 biophysical NMR ("nuclear magnetic resonance") from Uppsala University in Sweden,

21 and from 1982 through 1993 I was a faculty member in Radiology and conducted

22 research at the University of California at San Francisco, focusing on MRI physics and

23 diffusion MRI.  My complete CV is attached as Exhibit A.

24

25 _____

26 [1] I also reserve the right to provide one or more written opinions prior to trial per the Court's scheduling order on issues addressed in this declaration or other issues

27 pertaining to infringement and validity.

28

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

-1-

4.     I am being compensated at $300 per hour, my customary rate.  My payment is not conditioned on my opinions or the outcome of this case.

## II.     Materials Considered

5.     In reaching the opinions herein, I have considered the '360 patent, the Court's claim construction orders in this case and in the case of *NeuroGrafix et al. v. Siemens Medical Solutions USA, Inc. et al.*, 10-cv-1990 MRP (RZx) ("the *Siemens* litigation"), Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions, Plaintiffs' First Supplemental Disclosure of Claims and Infringement Contentions ("Supplemental Infringement Contentions"), and the documents and other information cited and/or discussed in this declaration.  I have also considered my experience in magnetic resonance imaging, including my experience in imaging physics, and image processing and analysis.

## III.     Legal Standard

6.     I have been informed by counsel that a determination of patent infringement involves a two-step process: (1) the Court determines the meaning of the claim terms; and (2) the properly construed claims are compared to the accused product or accused functionality to determine whether all of the limitations of the claims are present.  In reaching the opinions stated herein, I have relied on the Court's Claim Construction Order issued on June 13, 2012, as well as the Court's Claim Construction Order issued on May 5, 2011, in the *Siemens* litigation.

7.     It is my understanding that the patentee has the burden of proving infringement by a preponderance of the evidence.  I understand this standard to require that the patentee present evidence that as a whole shows that the fact sought to be proved is more probable than not.

8.     It is my understanding that there are two types of infringement: literal infringement and infringement under the doctrine of equivalents.  It is my understanding that to literally infringe a claim, an accused product or process must literally meet every limitation of the claim.

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

9.     It is my understanding that even if all limitations of a claim are not literally met, the accused product or process may still infringe under the doctrine of equivalents ("DOE").  It is my understanding that to establish infringement under the DOE, the accused product or process must, for each element of the claim not literally present, contain a structure or perform a step that is substantially equivalent to the element in the claim.

10.     I understand that the patent may be invalid if the specification does not include a written description of the invention as claimed, or the specification lacks a description of the manner and process of making and using the claimed invention, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same.

11.     It is my understanding that the alleged infringer has the burden of proving invalidity by clear and convincing evidence.  I understand this standard to require that the alleged infringer present evidence that as a whole shows that the fact sought to be proved is substantially more likely than not.

12.     I understand that the written description inquiry requires an objective inquiry into the four corners of the specification from the perspective of a person of ordinary skill in the art.  Based on that inquiry, the specification must describe an invention understandable to that skilled artisan and show that the inventor actually invented the invention claimed.

13.     I understand that, to be enabling, the specification must provide a sufficient disclosure, either through illustrative examples or terminology, to teach those of ordinary skill how to make and how to use the invention as broadly as it is claimed. I understand that it may not be sufficient if the patent enables one aspect or embodiment of the claims but not others.

14.     With respect to the '360 patent, it is my opinion that one of ordinary skill in the art is someone who has worked, practiced, or conducted research in the field of magnetic resonance imaging for at least one year, and also who either has a Medical

-3-

1   Degree and residency in radiology or who has a Ph.D. in a physical science or
2   engineering.

3   **IV.    The Asserted Claims and Accused Instrumentalities**

4          15.    I understand that Plaintiffs are asserting infringement of claims 36, 37, 39-
5   44, 46, 47, 49-54, and 63-66.  Of these, I understand that only claims 36, 51 and 54 are
6   independent claims.

7          16.    I have reviewed Plaintiffs' Supplemental Infringement Contentions which
8   state:

9                  Each of the Asserted Claims is infringed by the Regents' use
10                 of magnetic resonance hardware and software products
11                 capable of diffusion anisotropy imaging ("DAI"), diffusion
12                 tensor imaging ("DTI") and/or DTI tractography (the
13                 "Accused Instrumentalities"). . . .  The Accused
14                 Instrumentalities also include the associated workstations and
15                 the upgrade packages required for the MRI machines to
16                 perform DAI, DTI, and/or DTI tractography including but not
17                 limited to additional workstations, upgrade packages for the
18                 radio frequency (RF) and gradient subsystems, upgrade
19                 packages for the multi-channel RF coil and any other
20                 hardware upgrades necessary to upgrade an existing scanner to
21                 perform DAI, DTI, and/or DTI tractography.

22  The Supplemental Infringement Contentions also identify several exemplary MRI
23  machines manufactured by Philips or GE by specific model number.  In this declaration,
24  I may refer to the products and associated software manufactured by GE and accused of
25  infringement as the Accused GE Products.

26         17.    I understand that in their discovery requests, Plaintiffs defined "diffusion
27  tensor imaging" as meaning diffusion tensor imaging, high-angular resolution diffusion

28

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

imaging (also known as HARDI), Q-ball, diffusion anisotropic imaging, and tractography.

18.     I understand that no hardware or software manufactured by GE is capable of performing HARDI or Q-ball post-processing on reconstructed image data.  I also understand that GE does not teach or encourage its customers to use these post-processing techniques with GE MRI equipment.

19.     I further note that, based on my review, the specific allegations of infringement in Plaintiffs' Supplemental Infringement Contentions so far as they pertain to the Accused GE Products appear to be directed solely to the Regents' performance of DTI or DTI tractography, and the Accused GE Products' capability to perform DTI or DTI tractography, as those terms are commonly understood in the field of magnetic resonance imaging.

20.     Although I understand that Plaintiffs' infringement allegations as to the Regents are not limited to the Regents' use of the Accused GE Products, my opinions herein are directed to the structure and operation of the Accused GE Products.

21.     I am familiar with the Accused GE Products and DTI from my research. My abstracts and papers from 1989-1990 were among the first to demonstrate anisotropic diffusion behavior in the brain, central nervous system, and nerves.  I have extensive experience with many early and present day GE MRI systems, including the early Signa Horizon to the latest Discovery MR750 MRI systems.  Additionally, I have reviewed technical documentation associated with the Accused GE Products, including the Discovery MR750 3.0T Operator Manual, Discovery MR750 3.0T English Operator Manual/Training Tool, AW FuncTool Operator Manual, and READY View User Guide. I have also reviewed the Declaration of Jason Polzin in Support of General Electric Company's and The Regents of the University of California's Motion for Summary Judgment.

**Claim 36: Vector Processing**

22.     Claim limitation 36(d) of the '360 patent states: "vector processing said outputs to generate data representative of anisotropic diffusion exhibited by said selected structure in the region, regardless of the alignment of said diffusion-weighted gradients with respect to the orientation of said selected structure." ('360 patent at 42:59-63.)

23.     I understand that in a previous litigation between Plaintiffs and Siemens, the Court construed the term "vector processing" to mean "vector analysis (not tensor analysis) of the data set to determine direction and magnitude of a given point (or voxel)." (*Siemens* Claim Construction Order, at 7-9.)

24.     In construing the term "vector processing" in the *Siemens* litigation, the Court stated that "[w]hen the patentee applied for the Filler patent, he only used the word 'vector' in the claims, even though he knew tensors might be used as an alternative. *See* The Filler patent at 21:39-45.  However, the patentee failed to claim tensors, and the term 'vector processing' cannot be construed to cover tensors." (*Siemens* Claim Construction Order, at 8.)  The Court further noted, citing a NeuroGrafix claim construction demonstrative, that "[a] tensor is an array of numbers of greater complexity than a vector." (*Id.*)

25.     I understand that Plaintiffs have asserted that the "vector processing" limitation of claim 36 is satisfied by the "diagonalization of a tensor to produce eigenvectors resulting in an orientation independent data set that are then used to create a depiction of the anisotropic data set similar in appearance, no matter what the relationship between gradient orientation and fiber tract orientation." (*See* Plaintiffs' First Supplemental Disclosure of Asserted Claims and Infringement Contentions, Exhibit A (Claim Chart), at 11-12.)

26.     Drs. Basser and LeBihan of the National Institutes of Health were the first people to develop the technique and mathematical model for using apparent diffusion coefficients and tensor analyses to construct a diffusion ellipsoid for a voxel that depicts

both the shape and orientation of diffusion within the voxel. In fact, Basser and LeBihan obtained a patent for this work in 1996. (*See* "Method and System for Measuring the Diffusion Tensor and for Diffusion Tensor Imaging," U.S. Patent No. 5,539,310, issued July 23, 1996.)

27.     Diagonalization of a tensor to produce eigenvectors and eigenvalues is squarely a form of tensor matrix math (*i.e.*, tensor analysis) and not vector analysis, as I explain further below.

28.     For each voxel (*i.e.*, three-dimensional pixel) in an image, the magnitude and direction of anisotropy within the voxel can be modeled as a three-dimensional ellipsoid. Diffusion tensor imaging is a technique for calculating the shape and orientation of these ellipsoids for each voxel.

29.     To calculate the shape and orientation of each diffusion ellipsoid, one begins by measuring the apparent diffusion coefficient for the voxel in at least six different directions, although measurements from greater than six directions may be used if desired. These at least six measurements in different directions can then be used to fill the elements of the diffusion tensor $\underline{\mathbf{D}}$ associated with the diffusion ellipsoid. The diffusion tensor $\underline{\mathbf{D}}$ takes the form below:

$$\begin{bmatrix} D_{xx} & D_{xy} & D_{xz} \\ D_{yx} & D_{yy} & D_{yz} \\ D_{xz} & D_{yz} & D_{zz} \end{bmatrix}$$

The diffusion tensor $\underline{\mathbf{D}}$ in this example is a second-order (second rank) tensor.

30.     The diffusion tensor $\underline{\mathbf{D}}$ can be diagonalized or "decomposed" as shown below:

$\underline{\mathbf{D}} =$

$$\begin{bmatrix} q & r & s \\ t & u & v \\ w & x & y \end{bmatrix} \begin{bmatrix} a & b=0 & c=0 \\ b=0 & d & e=0 \\ c=0 & e=0 & f \end{bmatrix} \begin{bmatrix} q & r & s \\ t & u & v \\ w & x & y \end{bmatrix}^{t}$$

to determine the eigenvalues and eigenvectors of the diffusion tensor **D**. The matrix formed by the values q through y is the matrix of eigenvectors. The values a, d, and f are the eigenvalues.

31.     The eigenvalues and eigenvectors of the tensor represent the shape and orientation of the diffusion ellipsoid and provide information about the directionality of anisotropy.

32.     Determining the eigenvalues and eigenvectors of a tensor **D** squarely falls within tensor analysis. The eigenvectors are what results from the tensor analysis, they are not what is operated on. The mathematical manipulations described above are all performed on tensors. The fact that the analysis results, in part, in three "eigenvectors" does not mean that the mathematics involved is considered vector analysis.

33.     Moreover, tensor and vector analysis are substantially different from one another. As the Court has already recognized, tensors are a higher order mathematical construct than vectors. Tensor analysis and vector analysis are not performed in the same way inasmuch as tensor analysis requires the use of higher order representations and commensurate mathematical operations. For example, tensor analysis is capable of producing results representing complex and interrelated motion whereas vector analysis is limited to more simplistic results limited to direction and magnitude.

34.     Equations (3) through (6) disclosed in the '360 patent are directed to vector, *not tensor*, analysis. These equations use only three measurements along three orthogonal axes, x, y and z. However, for the reasons discussed above, a diffusion ellipsoid cannot be characterized by measurements along only three orthogonal axes, x, y and z, and at least six unique measurements are required.

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

**Claims 36, 51: "Processing"**

35.     Claim limitation 36(e) states "processing said data representative of anisotropic diffusion to generate a data set describing the shape and position of said selected structure in the region . . .," and claim limitation 51(d) states: "processing said outputs to generate data representative of the diffusion anisotropy of the structure."

36.     I understand that the Court has construed the term "processing" in these limitations to mean "using a general purpose computer to operate on data."  (Claim Construction Order, at 17, 40-41.)

37.     I understand that the computers incorporated in the Accused GE Products are specially designed and configured by GE to perform their intended clinical function, and are cleared by the FDA for clinical use.  I further understand that GE strictly controls the design and configuration of the computers incorporated into the Accused GE Products, as well as the software that can be executed on these computers, to ensure compliance with FDA regulations and maintain their clearance for clinical use.

38.     In my opinion, the specially designed and configured computers that are incorporated into the Accused GE Products cannot be considered general purpose computers.  One is not free to install any software one desires on these computers and have that software execute.  A general purpose computer, which would necessarily lack the specialized software and configuration of the computers in the Accused GE Products, is not programmed to perform and is incapable of performing the post-processing analysis performed by the Accused GE Products.

**Claim 54: "Processor means"**

39.     Claim limitation 54(c) states: "processor means coupled to said excitation and output arrangement means for processing said outputs to generate data representative of the diffusion anisotropy of the selected structure."

40.     I understand that in the *Siemens* litigation the Court construed the "processor means" of claim 54 to have the function of "processing said outputs to generate data representative of the diffusion anisotropy of the selected structure" and

-9-

that the corresponding structure for the "processor means" included the (i) computer 72 and front-end circuit 74, or host processing system 32, programmed to perform blocks 112 through 148 of Figures 9 and 10 of the '360 patent.  (*See Siemens* Claim Construction Order, at 16-18, 29.)

41.     The Accused GE Products and associated software do not perform the algorithm described in blocks 112 through 148 of Figures 9 and 10 of the '360 patent and linked to the function of the "processor means" of claim 54.  At a minimum, the Accused GE Products do not include any algorithm that includes a step that is the same or equivalent to step 132 of Figure 10.[2]

42.     Step 132 is a decision point.  In step 132, the algorithm linked to the "processing means" limitation of claim 54 determines whether the axis of anisotropy is known.  If the axis of anisotropy of the target structure is known, the algorithm first applies a diffusion gradient in the direction perpendicular to that axis of anisotropy (steps 134 and 136), and then applies a diffusion gradient in the direction parallel to the axis of anisotropy (steps 138 and 140).  If the axis of anisotropy is not known, the algorithm applies multiple diffusion gradients (steps 142-148).  According to the specification, "if the inquiry performed at block 132 determines that the axis of diffusional anisotropy is unknown, operation proceeds to block 142.  There an initial diffusion gradient is arbitrarily selected, to be followed by a sequence of alternative gradients selected for use by the operator when the anisotropic axis is unknown."  ('360 patent, 16:48-53.)

43.     The Accused GE Products do not include any algorithm that includes a decision point that determines whether the axis of anisotropy is known or unknown.  That is, the Accused GE Products do not have a step that is the same or equivalent to

---

[2] I reserve the right to identify and discuss additional differences in an expert report should a trial be necessary in this case.

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

step 132 of Figure 10.  Rather, the Accused GE Products have preset directions in which they apply diffusion gradients.  The directions in which the Accused GE Products apply these gradients does not depend on whether the axis of anisotropy of the target structure is known or unknown; the directions are preprogrammed into the machine.  The machine uses a predefined table of gradient directions that are not altered in real time, and do not change during the imaging process.  While the number of directions of gradients can be chosen before the start of the pulse sequence, the directions themselves cannot.  In fact, even if the axis of anisotropy of a particular target structure might be known in a particular instance, the Accused GE Products do not have the capability of using that information.  (*See, e.g.*, Discovery MR 750 3.0T English Operator Manual/Training Tool, at 22-333.)

44.    This is a significant difference between the required algorithm and the operation of the Accused GE Products because, at a minimum, the required algorithm does not know which steps it will perform until making a decision at step 132, whereas the Accused GE Products know exactly every step that will be performed before the process of applying pulse sequences begins.

**Claims 51 and 54:  "so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy**

45.    Claims 51 and 54 both include the limitation of "exposing a region to a suppression sequence of electromagnetic fields that suppresses the electromagnetic responsiveness of structures in the region that do not exhibit diffusion anisotropy, so as to increase the apparent diffusion anisotropy of structures in the region that exhibit diffusion anisotropy."  I understand that the Court has construed the term "to increase the apparent diffusion anisotropy" to mean "to increase the 'apparent diffusion coefficient,' as that term appears in the '360 specification."  (Claim Construction Order, at 23, 39.)

46.    Apparent diffusion coefficient ("ADC") is a measure of "Brownian motion" and represents the magnitude of diffusion of water molecules in a particular

-11-

material or type of tissue in a given direction.  ADC is a scalar quantity measuring Brownian motion of protons per unit time, *i.e.*, proton translational distance traveled per unit time.  ADC is sensitive to the microstructure of the material in which the molecules are diffusing, and varies depending on the type of tissue in which diffusion is taking place.

47.    I understand the claim limitation "exposing a region to a suppression sequence of electromagnetic fields that suppresses the electromagnetic responsiveness of structures in the region that do not exhibit diffusion anisotropy" to be referring to a fat suppression pulse sequence.

48.    I further understand that the claim limitation continues to require that this "suppression sequence" to "increase the [apparent diffusion coefficient] of structures in the region that exhibit diffusion anisotropy."  In my opinion, a fat suppression sequence cannot accomplish this requirement when applied to a structure comprised of one type of anisotropic tissue (*e.g.*, nerve or muscle).  A tissue (*i.e.*, structure) that exhibits diffusion anisotropy may not include fat because fat is isotropic.  Therefore, a fat suppression sequence cannot affect the ADC of tissue that does not contain fat.  In other words, if one were to apply a fat suppression sequence to tissue that does not contain fat before applying diffusion gradients, the measured ADC in the direction in which the diffusion gradients were applied would not change, much less increase, as a result of the fat suppression sequence.[3]

---

[3] I note that some may consider the myelin that surrounds the nerve axons in brain white matter to be a form of fat.  Even if one were to accept this argument, fat suppression has no effect on imaging of brain white matter.  The myelin sheaths' relaxation time ($T_2$) is so short compared to the echo time (TE) used during the diffusion imaging pulse sequence that the myelin is not detected and does not appear on the diffusion weighted image, even when fat suppression is not applied.  As myelin will not appear in the diffusion weighted images of brain white matter, there is nothing for the fat suppression sequence to actually suppress.

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

49.     Further, based on my experience, many clinicians and researchers use the DTI imaging technique to image brain white matter or the spine.  Clinical protocols would not necessarily use a fat suppression technique, such as CHESS, in creating DTI images of the brain and spine.  Brain tissue and spinal tissue do not have any fat content that would otherwise appear on diffusion weighted images of the brain,[4] and as such fat suppression would not necessarily be useful to create DTI images.

### Lack of Disclosure in the '360 Patent with Respect to Claim Limitation 36(e)

50.     Claim limitation 36(e) states: "processing said data representative of anisotropic diffusion to generate a data set describing the shape and position of said selected structure in the region, said data set distinguishing said selected structure from other structures in the region that do not exhibit diffusion anisotropy."

51.     I understand that Plaintiffs' Supplemental Infringement Contentions allege that this limitation is met because "the Accused Instrumentalities use anisotropy data to calculate fractional anisotropy (FA) and multiply image data by FA measurement." (*See* Supplemental Infringement Contentions, at 14.)  This is the only example provided in Plaintiffs' Supplemental Infringement Contentions as to how this claim limitation is met.

52.     Thus, I understand Plaintiffs to be arguing that limitation 36(e) is broad enough to read on processing directed to calculating fractional anisotropy and multiplying image data by the fractional anisotropy measurements.

53.     Fractional anisotropy ("FA") is a scalar that measures the fraction of the magnitude of the diffusion tensor **D** that can be ascribed to anisotropic diffusion. Specifically, the FA is calculated for each individual voxel using a mathematical formula that relates FA to each of the eigenvalues of the voxel's diagonalized diffusion tensor.

---

[4] *See* note 2 above.

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

54.     These eigenvalues are obtained by diagonalizing the diffusion tensor.  In other words, one first determines the diffusion tensor for each voxel before calculating its eigenvalues and the FA for each voxel.

55.     The '360 patent, however, does not include any written description that would suggest to a person with ordinary skill in the art that the applicants of the '360 patent were in possession of tensor analysis for determining the shape and orientation of diffusion ellipsoids within a voxel, much less using the results of that tensor analysis to further calculate fractional anisotropy.

56.     I recognize that the specification of the '360 patent includes an open-ended reference to the work of Basser and others as published in Basser et al., *Fiber Orientation Mapping in an Anisotropic Medium with NMR Diffusion Spectroscopy*, SMRM Book of Abstracts 1221 (1992), and Basser et al., *Diagonal and Off-Diagonal Components of the Self-Diffusion Tensor: Their Relation to an Estimation from the NMR Spin-Echo Signal*, SMRM Book of Abstracts 1222 (1992).  The general references to Dr. Basser's abstracts, however, do not change my opinion.

57.     As an initial matter, I note that in the previous *Siemens* litigation Plaintiffs did not suggest or otherwise argue that these references to the Basser abstracts were in any way related to claim limitation 36(e) or its means-plus-function analog in claim limitation 55(c)(ii).[5]

58.     Moreover, the mere titles of the articles published by Basser do not by themselves disclose to a person of ordinary skill in the art a description of how to apply or implement Basser's work to perform tensor analysis, much less how to use the results of the tensor analysis to calculate fractional anisotropy.

---

[5] Additionally, I have reviewed the transcript of the Markman hearing on May 31, 2012, wherein the Court invited counsel for Plaintiffs to identify an algorithm for performing limitation 36(e) but counsel declined.

-14-

59.     Basser's mathematical development of DTI using diffusion tensors was very new at the time the patentees applied for the '360 patent.  One of ordinary skill in the art would not have considered the use of tensors in MRI analysis to have been mature when the inventors filed the application that became the '360 patent, and the existing knowledge of how tensors could be used in MRI imaging at the time the '360 patent inventors filed their application was very limited.

### Lack of Disclosure in the '360 Patent with Respect to Claim Limitation 51(d)

60.     Claim limitation 51(d) states: "processing [the outputs indicative of a resonant response for each diffusion-weighted gradient] to generate data representative of the diffusion anisotropy of the selected structure."

61.     I understand that Plaintiffs' Supplemental Infringement Contentions allege that this limitation is met because the Accused GE Products "use a method that includes processing the outputs to generate data representative of the diffusion anisotropy of the selected structure.  For example, the Accused Instrumentalities perform vector analysis or diagonalization of a tensor to produce eigenvectors resulting in a data set that is then used to create a depiction of the anisotropic data set similar in appearance." (*See* Supplemental Infringement Contentions, at 57.)

62.     As previously mentioned, the use of tensor analysis to create a model of a three-dimensional diffusion ellipsoid in a voxel was developed by Basser et al. at the National Institutes of Health in 1992.

63.     However, the fact that the title of two Basser abstracts disclosing tensor analysis techniques are mentioned in the '360 patent specification does not demonstrate that the '360 patent applicants contemplated, suggested, or intended the use of tensor analysis as developed by Basser and his colleagues.

64.     The '360 patent specification's statement that "tensors of various ranks can be used to treat, or transform the coordinates of, MR diffusional anisotropy data" does not contemplate, much less disclose, that the technique developed by Basser requires

1 creation of a diffusion tensor and then performance of the diagonalization process to
2 identify eigenvectors and eigenvalues.

3     65.     Moreover, the citation of the Basser abstracts does not, by itself, convey to
4 a person of skill in the art a description of how to apply or implement Basser's work.
5 One of ordinary skill in the art would not know, just from a reference to the title of the
6 Basser abstracts, how to apply the Basser methods to accomplish the processing
7 limitation of claim 51.

8     I declare under penalty of perjury under the laws of the United States of America
9 that the foregoing is true and correct to the best of my knowledge.

10     Executed on August 15, 2012, in Stanford, California.

12 By:

13 Dr. Michael Moseley

Decl. Of Dr. Michael Moseley
Case No. 2:11-cv-07591-MRP-RZ

**EXHIBIT A**

**I. Biographical and Bibliographic Information**

## IDENTIFYING DATA

1. Name:                                 Michael Moseley
4. Ethnicity                             Caucasian
5. Citizenship Status                    United States
6. California License                    n/a

## ACADEMIC HISTORY

### 1. Colleges and Universities Attended, Degrees Received, Dates

| Colleges and Universities | Degrees and Dates |
|---|---|
| North Carolina State University 1969-1973 Raleigh, NC | B.S., *Magna Cum Laude,* 1973 |
| Institute of Physical Chemistry  1973-1980 Uppsala University Uppsala, Sweden | Ph.D., *Magna Cum Laude,* 1980 |

### 2. Postdoctoral and residency training

| | | |
|---|---|---|
| Research Postdoctoral Fellow | 1980-1980 | Department of Chemistry University of California at San Diego La Jolla, CA |
| Sir Charles Clore Fellow | 1980-1982 | Isotope Department Weizmann Institute of Science Rehovot, Israel |
| Visiting Postdoctoral Fellow | 1982-84 | Department of Pharmaceutical Chemistry School of Pharmacy University of California San Francisco, California |

### 3. Employment history

| | |
|---|---|
| 1975-80 | Graduate training, Physical Chemistry, Uppsala University, Sweden |
| 1980-82 | Postdoctoral Fellow, Weizmann Institute of Science, Rehovot, Israel |
| 1982-84 | Postdoctoral Fellow, Pharmaceutical Chemistry, UCSF |
| 1984-87 | Assistant Adjunct Professor, Radiology, UCSF |
| 1985-93 | Director, MRS Laboratory, Radiology, UCSF |
| 1987-90 | Assistant Professor in Residence, Radiology, UCSF |
| 1990-93 | Associate Professor in Residence, Radiology, UCSF |
| 1993-2005 | Associate Professor, Radiology, Stanford University |
| 2005-present | Professor, Radiology, Stanford University |

### 4. Scholarships and Awards

| | |
|---|---|
| 1972-73 | Phi Kappa Phi National Merit Fraternity. |
| 1976-80 | Uppsala University Research Scholarship. |
| 1980-81 | Fineberg Post-Doctoral Fellowship, Weizmann Institute. |
| 1981-82 | Sir Charles Clore Post-Doctoral Fellowship, Weizmann Institute. |
| 1984 | First Prize, Association of University Radiologists Memorial Research Award. |
| 1986 | First Prize Research Award, XIII Symposium, Neuroradiologicum, Stockholm, Sweden. |
| 1986-87 | Hounsfield Scholar, Department of Radiology, UCSF. |
| 1989-92 | GE NMR Scholar, GE NMR Instruments, Fremont, CA. |

| 1995 | Editor's Excellence Award for Outstanding Research published in the Journal of Computer-Assisted Tomography. |
| 1998 | Elected as Honorary Fellow: International Society of Magnetic Resonance in Medicine (ISMRM) |
| 2001 | Awarded Gold Medal. International Society of Magnetic Resonance in Medicine (ISMRM) |
| 2001 | Clinical Research Award. Korean Society for Magnetic Resonance in Medicine, Seoul, November, 2001. |
| 2002 | Spinoza Visiting Professor, Academic Medical Center, Amsterdam. |
| 2004 | President, 2004-2005. International Society of Magnetic Resonance in Medicine (ISMRM). |
| 2005 | Past-President, 2004-2005. International Society of Magnetic Resonance in Medicine (ISMRM). |
| 2007 | Elected Lifetime Honorary Member. Society of Magnetic Resonance Technologists |

## 5. Public and Professional Service:
### Editorial Boards:
Faculty of 1000, Medicine
Journal of Magnetic Resonance Imaging (JMRI)
Cerebrovascular Diseases (CD)
Journal of Cerebral Blood Flow and Metabolism (JCBFM)
International Journal of Stroke (IJS)

## Manuscript reviews
Associate Editor: The ScientificWorld for Imaging. (www.thescientificworld.com)
Editorial Board Member. Journal of Magnetic Resonance Imaging
Editorial Consultant. Magnetic Resonance in Medicine
Editorial Board Member. NeuroImage
Editorial Board Member. Cerebrovascular Diseases
American Journal of Neuroradiology (AJNR)
NMR in Biomedicine
Journal of Computer-Assisted Tomography
Radiology
Stroke
Journal of Cerebral Blood Flow and Metabolism
Annals of Neurology
Brain Research
Neurology
Journal of Neuroimaging
Humana Press: Book "Computational Neuroanatomy"
European Neurology
Nature Neuroscience
NeuroImage
Cerebrovascular Diseases
Journal of Academic Radiology, Cairo University

## Scientific Abstract Reviewer:
Abstract Reviewer; International Society of Magnetic Resonance in Medicine (ISMRM)
Abstract Reviewer; Brain '03-'09 - International Symposium on Cerebral Blood Flow and Metabolism
Abstract reviewer: Society of Molecular Imaging

## 6. Grant Review Activities, 1994-
## National Institute of Health Study Section Service, 1994-:

### 1994
Ad hoc Member: Review of the Biomedical Engineering and Instrumentation Program, NCRR, NIH
Ad hoc Member: Evaluation of Dr. P. Basser, Biomedical Engineering and Instrumentation Program. NCRR, NIH
### 1995
Ad hoc Evaluation of Dr. C. Moonen, Biomedical Engineering and Instrumentation Program. NCRR, NIH
### 1996

Ad hoc Reviewer:  NINDS -1PO1 NS34422-01, James Prichard, P.I. Primary, Secondary and Reader service.

Ad hoc Reviewer:  NINDS -2PO1 NS23393-09, Michael Chopp, P.I. Primary, Secondary and Reader service.

**1997**

Ad hoc Reviewer:  NINDS -1PO1 NS35966-01, William Powers, M.D. Primary, secondary, and reader service.

**1998**

Chair, NIH Center for Scientific Review Committee SEP (Special Emphasis Panel) Program Project Site Visit Reviewer (ZRG1 BBCB - 04), NIH.

Ad hoc Member, Diagnostic Radiology Study Section, NIH.

**1999**

Ad hoc Member, SEP (Special Emphasis Panel) Program Project Site Visit Reviewer (1P01 AG17617-01), NIH.

Ad hoc Member, Study Section NIH/ZRG1 SSS-M Tissue Engineering Study Section, NIH.

Ad hoc Member, SEP (Special Emphasis Panel) Program Project Site Visit Reviewer (1P01 AG17617-01), NIH.

   **2000**

Ad hoc Member, Study Section BDCN-1 Brain Disorders and Cognitive Neuroscience-1, NIH.

Ad hoc Member, BBCB Program Project Reviewer (Sub-grant R01 CA67431-04), NIH. **2001**

Ad hoc Member, NIH Center for Scientific Review Special Emphasis Panel, ZRG-ET-1, April

Ad hoc Member, NIH Center for Scientific Review BRP Study Section, Bioengineering Research, March

**2002**

Ad hoc Member.  NIH Center for Scientific Review ZRG BDCN-1, Feb

Ad hoc Member.  NIH Center for Scientific Review BRP Study Section, Bioengineering Research, July

Ad hoc Member. NIH Center for Scientific Review SBIR Study Section. June

NIH Center for Scientific Review. Biobehavioral and Behavioral Processes IRG Center for Scientific Review (STAART). December 2002. Ad hoc Member. 2 secondary reviews 1 reader.

NIH Center for Scientific Review. ZRG BDCN-5, October 2002. Ad hoc Member. 2 secondary reviews 1 reader.

NIH Center for Scientific Review. ZRG BBBP-4, October 2002. Ad hoc Member. 2 secondary reviews.

NIH Center for Scientific Review ZRG BDCN-1, July, 2002.  Ad hoc Member. 3 primary, 4 secondary reviews, 2 reader.

NIH Center for Scientific Review SEP Study Section. June 2002. Ad hoc Member. 1 secondary review.

NIH Center for Scientific Review Phase II SBIR Study Section. May 2002. Ad hoc Member. 1 secondary.

AHA Study Section. National Peer Review Committee. March 2002/October 2002. Full Member. 4 primary, 3 secondary, 2 reader.

Israel Science Foundation, Centers Scientific Excellence Program, November 2002. Reviewer 1 grant.

Reviewer: Medical Research Council of Great Britain. Reviewer 1 grant.

Reviewer: The Alzheimer's Association Medical & Scientific Affairs. Reviewer 2 grants.

**2003**

NIH Center for Scientific Review ZRG BDCN-1, February.  Ad hoc Member. 2 reader.

NIH Center for Scientific Review Cognition and Perception Study Section (formerly BBBP-4). Ad hoc Member

NIH Center for Scientific Review Brain Disorders and Clinical Neurosciences. Ad hoc Member, July

NIH Center for Scientific Review. ZRG BBBP-4, October 2003. Ad hoc Member.

NIH Center for Scientific Review SEP Study Section. October 2003. Ad hoc Member.

NIH Center for Scientific Review Phase I-II SBIR Study Section. September 2003. Ad hoc Member.

NIH Center for Scientific Review. ZRG BBBP-4, October 2003. Ad hoc Member.

NIH Center for Scientific Review SEP Study Section. October 2003. Ad hoc Member.

NIH Center for Scientific Review Phase I-II SBIR Study Section. September 2003. Ad hoc Member.

**2004**

NIH Center for Scientific Review ZRG CDN1, February, 2004.  Full Member.

NIH Center for Scientific Review SBIR Study Section. Ad hoc Member February

NIH Center for Scientific Review Cognition and Perception Study Section (formerly BBBP-4), Ad hoc Member

CDN Study Section, NIH Center for Scientific Review Brain Disorders and Clinical Neurosciences, Full Member

NIH Center for Scientific Review ZRG CDN1, February, 2004-.  Full Member.

NIH Center for Scientific Review. ZRG CDN5, February 2004. Ad hoc Member.

Israel Science Foundation, Centers Scientific Excellence Program, November 2002. Reviewer.

Reviewer: Medical Research Council of Great Britain. Reviewer.

NIH Center for Scientific Review ZRG CDN1, February, 2004-.  Full Member.

NIH Center for Scientific Review. ZRG CDN5, February 2004. Ad hoc Member.

NIH Center for Scientific Review ZRG CDN1, February, 2004 -.  Full Member.

NIH Center for Scientific Review. ZRG BBBP-4, October 2004. Ad hoc Member.

Deutsche Forschungsgemeinschaft (DFG). December 2004, Reviewer.
American College of Veterinary Internal Medicine Foundation. September 2004, Reviewer.
**2005**
NIH Center for Scientific Review. ZRG CDN5, February 2005 . Ad hoc Member.
Israel Science Foundation, Centers Scientific Excellence Program, March 2005. Reviewer.
Medical Research Council of Great Britain. February 2005, Reviewer.
Wellcome Trust. January 2005, Reviewer.
NIH Center for Scientific Review. ZRG BBBP-4, October 2005. Ad hoc Member.
Deutsche Forschungsgemeinschaft (DFG). December 2005, Reviewer.
**2006**
Medical Research Council of Great Britain. February 2006, Reviewer.
Wellcome Trust. January 2006, Reviewer.
NIH Center for Scientific Review. ZRG CDN5, February 2006 . Ad hoc Member.
**2007**
NIH Center for Scientific Review Acute  Neural Injury/ Epilepsy (ANIE), 2007-  Full Member.
NIH Center for Scientific Review. BDCN Member Conflict Meeting, April 2008.
NIH Center for Scientific Review. ZRG1 F15-N (20) April 2008, Ad hoc Chair.
NIH Center for Scientific Review. ZRG1 SBIB-N (30) March 2008, Reviewer.
**2008**
NIH Center for Scientific Review Acute  Neural Injury/ Epilepsy (ANIE), 2007-  Full Member.
NIH Center for Scientific Review. BMIT/MEDI Member Conflict Meeting, October 2008.
NIH Center for Scientific Review. ZRG1 ZRG1  SBIB D03 March 2009, Ad hoc Chair.
NIH Center for Scientific Review. ZRG1 SBIB-N (30) March 2008, Reviewer.
NIH Center for Scientific Review. ZRG1 ZRG1  F15-D (20) July 2008, Ad hoc, Chair.
NIH Center for Scientific Review. Special Emphasis Panel/Scientific Review Group.
NIH ZRG1 CNN-T (03) S - SRO Conflict: Clinical Neuroscience and Neurodegeneration (CNN)
            January, 2009. Co-Chair.
**2010**
NIH Center for Scientific Review. ZRG1 SBIB-N (40) 2P41 Review Meeting\ Site Visit. February 2011.
NIH Center for Scientific Review Acute  Neural Injury/ Epilepsy (ANIE), 2007 -  Ad hoc. January 2011.
NIH Center for Scientific Review. ZRG1 BDCN- N03 Special Emphasis Panel, January 2011.
NIH Center for Scientific Review. ZRG1 BDCN-Y02 Special Emphasis Panel Meeting. October 11-12, 2010.
NIH Center for Scientific Review. ZRG1 BDCN-C02 Special Emphasis Panel. Feb 2011. Co-Chair.
NIH Center for Scientific Review. ZRG1 F15-D20L Special Emphasis Panel 2010/10. May 2010.
NIH Center for Scientific Review. ZRG1 BDCN- Q03 Special Emphasis Panel, April 2010.
NIH Center for Scientific Review. ZRG1 BDCN- W02 Special Emphasis Panel, May 2010.
NIH Center for Scientific Review. ZRG1 BDCN- Q02 Special Emphasis Panel, October 2010.
NIH Center for Scientific Review. NCI RTOG-0825 Biomarker, Imaging, & QOL Studies Funding Program (BIQSFP) Review. April 2010.

**2011**
NIH CSR IAM meeting 2012/05 ZRG1 BDCN-L (02) S Chair, March 2012.
NIH CSR IAM meeting 2012/05 ZRG1 BDCN-N (02) M, January 2012.
NIH CSR Special Emphasis Panel, S10 (High End), December 2011.
NIH CSR Special Emphasis Panel Meeting. ZRG1 BDCN-J (02) M, September 2011.

**American Heart Association (AHA) Study Section Service, 1994--:**
Ad hoc Member: American Heart Association Grant-in-Aid Reviewer, 1994
Full Member.AHA Study Section, National Peer Review Committee, Bugher Foundation. October 2000
Full Member. AHA Study Section. National Peer Review Committee, Brain1. October, 2000 and March 2001
Full Member.AHA Study Section, National Peer Review Committee, Bugher Foundation. October 2001
Full Member. AHA Study Section. National Peer Review Committee, Brain1. October, 2001 and March 2002
Full Member. AHA Study Section. National Peer Review Committee, Brain1. October, 2002 and March 2003

**Other Funding Agency Service, Grant or Funding Reviewer**
The Netherlands Heart Foundation Grant Program.1996

The Wellcome Trust Programme Grant Program. 1996
The Israel Science Foundation Grant Program. 1997
The Swiss National Science Foundation Grant Program. 1997
Nederlandse Organisatie voor Wetenschappelijk Onderzoek, October 1999
EPSRC, English Engineering and Physical Sciences Research Council, September 1999
Canada Foundation for Innovation, January 2000
The Otto Hahn Medal Awards, Max-Planck Society. Award reviewer 2000
The Wellcome Trust, London, England. Program Project review, March 2000
The Whitaker Foundation, Biomedical Engineering Research Grants, January 2000
Center for Integration of Medicine and Innovative Technology, Brigham and Women's Hospital (CIMIT), 2001
Nystar Capital Facility (CUNY), 2001
Division of Biology and Medicine, Swiss National Foundation, Dec. 2001
Medical Faculty of the University of Berne. A&P Committee Evaluations. 2001
Research Development MND (Motor Neuronal Diseases) Association, England, 2001
Division of Biology and Medicine, Swiss National Foundation, Dec. 2001
Israel Science Foundation, Centers for Scientific Excellence program, March 2002
Center for Integration of Medicine and Innovative Technology, Brigham and Women's Hospital (CIMIT) 2002
The Alzheimer's Association Medical & Scientific Affairs. Reviewed 4 grants. 2002
Israel Science Foundation, Centers for Scientific Excellence Program, March 2002
Israel Science Foundation, Centers for Scientific Excellence Program, March 2003
Israel Science Foundation, Centers Scientific Excellence Program, November 2004.
Reviewer: Medical Research Council of Great Britain. Reviewer 2004. Israel Science Foundation, Centers
Scientific Excellence Program, March 2005. Reviewer.
Medical Research Council of Great Britain. February 2005, Reviewer.
Wellcome Trust. January 2005, Reviewer.
Deutsche Forschungsgemeinschaft (DFG). December 2005, Reviewer.
American College of Veterinary Internal Medicine Foundation. September 2005, Reviewer.
Medical Research Council of Great Britain. February 2006, Reviewer.
Wellcome Trust. January 2006, Reviewer.
Deutsche Forschungsgemeinschaft (DFG). December 2005, Reviewer.
American Heart Association (AHA), March 2008. Ad hoc Member.
Wellcome Trust. August 2007, Reviewer.
Israeli Science Foundation. February 2008. Reviewer.
Department of Defense (DoD), San Francisco VA Medical Center, April 2008.
ISMRM "Pilot" General Grant Review Committee, 2008.
Japan NIH (JST)- "ERATO", March 2008.
Wellcome Trust. February 2009, Reviewer.
Israeli Science Foundation. January 2008. Reviewer.
Department of Defense (DoD), San Francisco VA Medical Center, April 2008. Study Section member.
ISMRM "Pilot" General Grant Review Committee, 2009.
Japan NIH (JST)- "ERATO", March 2009.
German Research Foundation, January 2009. Reviewer.
Department of Defense (DoD), San Francisco VA Medical Center. Study Section member. 2007 - .
Wellcome Trust. October 2010, Reviewer.
German - Israeli Science Foundation. January 2010. Reviewer.
Department of Defense (DoD), San Francisco VA Medical Center. Study Section member. 2007 - .
Wellcome Trust. October 2010, Reviewer.
German - Israeli Science Foundation. January 2010. Reviewer.
ISMRM "Seed Grant" General Grant Review Committee, 2011.
MedScholar Program at Stanford. November 2011. Reviewer.


**Scientific Advisory Boards, 1994 to present**

Stroke Educational Advisory Forum. Excerpta Medica. New Orleans, La. 1997
International Advisory Board of the XVIII International Symposium on Cerebral Blood Flow and Metabolism (Brain '97)
External Advisory Committee, Brain Trauma NIH Program Project, University of Penn. 1997
Board of Advisors: IGN Therapeutics, Co. 1998
Board of Advisors: Parexel, Co. 1998
Scientific Board of Advisors: MR Engineering Research Center – University of Queensland, Australia, 1999
Scientific Board of Advisors: Calgary MR Research Center – University of Calgary, Canada, 1999
Scientific Board of Advisors: Astra CNS Advisory Board, Astra Pharmaceuticals
International Advisory Board, Academic Medical Center of the University of Amsterdam 2000
Scientific Board of Advisors: Max Planck Institute – Cologne, Germany, 2000
Clinical Faculty -  Bracco Diagnostics, Inc. 2000
Clinical Faculty – Berlex Inc. 2000
Clinical Faculty – Berlex Inc. 2001
Consultant: OHSU Imaging Center, Portland, Oregon 2001-2002
External Advisory Board, U Colorado HSC Biomedical MRS/ MRI Center 2001
International Advisory Board, Canada Foundation for Innovation: Expert Panel on Medical Imaging Research, Calgary, Alberta 2001-2002
Consulting Director of Stroke: Synarc, Inc. 2002- 2005
Scientific Advisory Board (SAB): Synzyme Pharmaceuticals, Co. 2002-2003
Scientific Advisory Board (SAB): Synzyme Pharmaceuticals, Co., 2005
Scientific Board of Advisors: Max Planck Institute – Cologne, Germany (June 200l - December 2006).
Scientific Advisory Board (SAB): Synzyme Pharmaceuticals, Co. 1998-2005
Advisor, NINDS Stroke Progress Group - Imaging Group, 2006.
University of Hawaii SNRP "New Clinical Specialized Neuroscience Research Program at the University of Hawaii" 1U54 NS056883-01. June 2005-2012.

## 7. Society Service
**1987-92**
Committee on MR Imaging Technology and Spectroscopy,
Commission on Magnetic Resonance, American College of Radiology.
**1992**
SMRM Workshop Committee member. Society Magnetic  Resonance in Medicine (SMRM)
**1993**
Organizer, *Functional MRI*. SMRM International Workshop. Summer, 1993.
Chairman, Local Arrangements Committee, Society of Magnetic Resonance Imaging Meeting San Francisco
Scientific Board of Directors, Society of Magnetic Resonance Imaging.
**1994**
Chairman, Poster Committee, Society of Magnetic Resonance Imaging, SMRI Meeting, Dallas Texas.
**1995**
Chairman. Scientific Program Committee for 1996 Annual Meeting, International Society of Magnetic Resonance in Medicine (ISMRM).
Board of Trustees, ISMRM.
Corporate Advisory Council, ISMRM
Scientific Program Committee,  ISMRM
Education Committee, ISMRM
Publication Committee, ISMRM
Finance Committee, ISMRM
Meetings Coordination Committee, ISMRM.
**1996**
Chairman. Scientific Program Committee for 1996 Annual Meeting, ISMRM
*Ex Officio*  Member. Executive Committee, ISMRM
Board of Trustees, ISMRM
Corporate Advisory Council, ISMRM
Scientific Program Committee, ISMRM
Education Committee, ISMRM

Publication Committee, ISMRM
Finance Committee, ISMRM
Nomination Committee, ISMRM
Meetings Coordination Committee, ISMRM
**1997**
Board of Trustees, ISMRM.
Scientific Program Committee, ISMRM
Governance Committee, ISMRM
Strategic Planning Sub-Committee, ISMRM
Chairman, Meetings Coordination Committee, ISMRM
**1998**
Member (Full), Academic Council Committee on Research (C-RES), Stanford University.
Member (Full), Administrative Panel on Laboratory Animal Care (A-PLAC), Stanford University.
Department of Radiology Search Committee: Neuroradiology. Stanford University.
Governance Committee. International Society of Magnetic Resonance in Medicine (ISMRM).
Meetings Coordination Committee. International Society of Magnetic Resonance in Medicine (ISMRM).
Stanford Radiology Department Strategic Planning Retreat Committee. Department of Radiology, Stanford University 1996-1998.
**1999**
Member (Full), Academic Council Committee on Research (C-RES), Stanford University.
Member (Full), Administrative Panel on Laboratory Animal Care (A-PLAC), Stanford University.
Member, Research Management Advisory Group (RMAG), Stanford University.
Organizing and Program Committee. The 22nd Princeton Conference, San Francisco, CA.
Secretary, ISMRM Study Group – "Diffusion and Perfusion". International Society of Magnetic Resonance in Medicine (ISMRM). Co-Founder and Organizer.
Stanford Radiology Department Strategic Planning Retreat Committee. Dept. of Radiology, Stanford University.
Department of Radiology Search Committee for the Chief of Neuroradiology faculty position.
Department of Radiology Search Committee for the Interventional Neuroradiology faculty position.
Department of Radiology Search Committee for the Pediatric Neuroradiology faculty position.
Member, Study Group, MR in Drug Research", International Society of Magnetic Resonance in Medicine
Member (Full), Radiological Society of North America
Member (Full), American Heart Association
Member (Full), American Society of Neuroimaging
Member (Full), International Society for Brain Edema
Member (Full), San Francisco Neurological Society
**2000**
Chair, Administrative Panel on Laboratory Animal Care (A-PLAC), Stanford University.
Member (Full), Academic Council Committee on Research (C-RES), Stanford University.
Ad hoc member: C-RES Subcommittee Distance Learning
Member, Research Management Advisory Group (RMAG), Stanford University.
Governance Committee. International Society of Magnetic Resonance in Medicine (ISMRM)
Member, Study Group, "MR in Drug Research", International Society of Magnetic Resonance in Medicine
Member, Study Group, "Diffusion/Perfusion", International Society of Magnetic Resonance in Medicine
President, ISMRM Study Group – "Diffusion and Perfusion". International Society of Magnetic Resonance in Medicine (ISMRM).
Member (Full), American Heart Association
Member (Full), American Society of Neuroimaging
Member (Full), International Society for Brain Edema
Member (Full), San Francisco Neurological Society
**2001**
Chair, Administrative Panel on Laboratory Animal Care (A-PLAC), Stanford University.
Secretary, ISMRM Study Group – "Diffusion and Perfusion". International Society of Magnetic Resonance in Medicine (ISMRM) 2001
Member, 2002-2003 Board of Trustees, ISMRM

Member, Study Group, "MR in Drug Research", ISMRM
Member, Study Group, "Diffusion/Perfusion", ISMRM
Member (Full), American Heart Association (AHA)
Member (Full), American Society of Neuroimaging (ASN)
Member (Full), International Society for Brain Edema (CBFM)
Member (Full), San Francisco Neurological Society (SFNS)

**2002**
Chair, Administrative Panel on Laboratory Animal Care (A-PLAC), Stanford University.
President-Elect, 2001-2002. ISMRM
Member, 2002-2003 Board of Trustees, ISMRM
Chair, 2001-02 Study Group Review Committee, ISMRM
Member, 2001-02 Scientific Program Committee, ISMRM
Member, 2001-02 Education Committee, ISMRM
Member, 2001-02 Workshop Committee, ISMRM
Member, 2001-02 Executive Committee, ISMRM
Officer, ISMRM Study Group – "Diffusion and Perfusion". International Society of Magnetic Resonance in Medicine (ISMRM). 2000. President-Elect, 2001
Member, Study Group, "MR in Drug Research", ISMRM
Member, Study Group, "Diffusion/Perfusion", ISMRM
Member (Full), American Heart Association (AHA)
Member (Full), American Society of Neuroimaging (ASN)
Member (Full), International Society for Brain Edema (CBFM)
Member (Full), San Francisco Neurological Society (SFNS)
Faculty Search for Xray/CT Assistant Professorship, Dept. of Radiology, October 2001
Faculty Search for a Molecular Imaging, Dept. of Radiology, March 2002
Faculty Search for MSK Faculty, Dept. of Radiology, January 2002
Search for a MR Research Technologist, Lucas Center, Dept Radiology

**2003**
Chair, Administrative Panel on Laboratory Animal Care (A-PLAC), Stanford University.
President-Elect, 2002-2003. ISMRM
President-Elect, 2003-2004. ISMRM
Member, 2002-2003 Board of Trustees, ISMRM
Member, 2002-2003 Education Committee, ISMRM
Member, 2002-2003 Workshop Committee, ISMRM
Member, 2002-2003 Executive Committee, ISMRM
Member, 2002-2003 Governance Committee, ISMRM
Member, Study Group, "Diffusion/Perfusion", ISMRM
Member (Full), American Heart Association (AHA)
Member (Full), American Society of Neuroimaging (ASN)
Member (Full), International Society for Brain Edema (CBFM)
Member (Full), San Francisco Neurological Society (SFNS)

**2004**
Member, (Full) International Society of Magnetic Resonance in Medicine (ISMRM)
Member, Study Group, "Diffusion/Perfusion", ISMRM
Member (Full), American Heart Association (AHA)
Member (Full), American Society of Neuroimaging (ASN)
Member (Full), International Society for Brain Edema (CBFM)
Member (Full), San Francisco Neurological Society (SFNS)
Society of Molecular Imaging (SMI)

**2005**
Member, (Full) International Society of Magnetic Resonance in Medicine (ISMRM)
Member, Study Group, "Diffusion/Perfusion", ISMRM
Member (Full), American Heart Association (AHA)
Member (Full), American Society of Neuroimaging (ASN)
Member (Full), International Society for Brain Edema (CBFM)
Member (Full), San Francisco Neurological Society (SFNS)

Society of Molecular Imaging (SMI)
Member, New York Academy of Sciences
**2006**
International Society of Magnetic Resonance in Medicine (ISMRM), 1985-
Member, Study Group, "Diffusion/Perfusion", ISMRM, Member 1998-
American Heart Association (AHA), Member 1997-
American Society of Neuroimaging (ASN),
International Society for Brain Edema (Brain '05, CBFM),
San Francisco Neurological Society, Member 1993-
Society of Molecular Imaging (SMI), Member 2003-
New York Academy of Sciences, Member 2005-


## A. SCHOLARLY PUBLICATIONS
**All Peer-reviewed Articles-**

(1)  Chemical Exchange Rates from Fourier Transform Measurements of Nuclear Spin-Lattice Relaxation in the Rotating Frame: Application to Hindered Internal Rotation in Ureas.  P. Stilbs and M.E. Moseley.  *J. Magn. Reson.* **31**, 55-60 (1978).

(2)  A Study of N-14 Relaxation and Nitrogen-Proton Spin-Coupling in Nucleoside, Indole, and Epsilon-Caprolactam Systems through Fourier Transform Measurements on NH Proton Spin-Lattice Relaxation in the Rotating Frame.  M.E. Moseley and P. Stilbs.  *Can. J. Chem.* **56**, 1302-1310 (1978).

(3)  A Carbon-13 Spin-Lattice Relaxation Study of Anisotropic Solvent Rotational Diffusion in the Polystyrene/*trans*-Decalin System.  M.E. Moseley and P. Stilbs.  *Polymer* **19**, 1133-1136 (1978).

(4)  A Study of N-14 Relaxation and Nitrogen-proton Spin-Coupling in Watson-Crick Base-Pair Models through Fourier Transform Measurements of NH Proton Spin-Lattice Relaxation in the Rotating Frame.  P. Stilbs and M.E. Moseley.  *Can. J. Chem.* **57,** 1075-1084 (1979).

(5)  The Applicability of Woessner's Equations for the Analysis of Carbon-13 Spin-Lattice Relaxation Data.  P. Stilbs and M.E. Moseley.  *J. Magn. Reson.* **33**, 209 (1979).

(6)  Nuclear Spin-Echo Experiments on Standard Fourier Transform NMR Spectrometers: Application to Multicompponent Self-Diffusion Studies.  P. Stilbs and M.E. Moseley.  *Chemica Scripta* **13,** 26-30 (1979).

(7)  Nuclear Magnetic Resonance Studies of Solvent and Polymer Dynamics in Polystyrene Solutions.  Ph.D. Dissertation, Uppsala University (1980).

(8)  On the NH Proton Tunneling Rate in Meso-Tetrapheylporphine (TPP).  P. Stilbs and M.E. Moseley.  *J.C.S. Faraday* **76,** 729-730 (1980).

(9)  Multicomponent Self-Diffusion Measurements by the Pulsed-Gradient Spin-Echo Method on Standard Fourier Transform NMR Spectrometers.  P. Stilbs and M.E. Moseley.  *Chemica Scripta* **15,** 176-180 (1980).

(10)  Fourier Transform Carbon-13 Pulsed-Gradient Spin-Echo Studies, a Method for the Elimination of J-Modulation and Proton Exchanger Effects in Self-Diffusion Measurements.  M.E. Moseley and P. Stilbs.  *Chemica Scripta* **15,** 215-217 (1980).

(11)  Anisotropic Molecular Reorientation of *trans*-Decalin: Experimental Test of Hydrodynamic Models.  M.E. Moseley.  *Chemica Scripta* **16,** 114-118 (1980).

(12)  Self-Diffusion of Short Chain Polystyrenes in Deuterochloroform Solutions.  M.E. Moseley.  *Polymer* **21,** 1479-1481 (1980)

(13)  Fourier Transform NMR Self-Diffusion Measurements on Microemulsions.  P. Stilbs, M.E. Moseley, and B. Lindman.  *J. Magn. Reson.* **40,** 401-417 (1980)

(14)  NMR Study of the Sol-Gel Transition of Aqueous Methyl Cellulose.  J. Roots, M.E. Moseley, and B. Nystrom.  *Chemica Scripta* **16**, 201-210 (1980).

(15)  Solvent Self-Diffusion in Semidilute Polystyrene Solutions: Pulsed-Gradient Spin-Echo Measurements on a Standard Fourier Transform NMR Spectrometer.  B. Nystrom, M.E. Moseley, P. Stilbs, and J. Roots.  *Polymer* **22,** 218-230 (1980).

(16)  Dynamics of Macromolecular Chains: A Carbon-13 Spin Relaxation Study of Short Chain Polystyrenes in Deuterochloroform Solutions.  P. Stilbs and M.E. Moseley.  *Polyme* **22,** 321-336 (1981).

(17)  Fourier Transform NMR Self-Diffusion and Microemulsion Structure.  B. Lindman, P. Stilbs, and M.E. Moseley.  *J. Colloid Interface Sci.*  **83,** 569-581 (1981).

(18)  Molecular Motion of Small Molecules in Cellulose Gels Studies by NMR.  B. Nystrom, M.E. Moseley, W. Brown, and J. Roots.  *J. Appl. Polymer Sci.* **26,** 3383-3401 (1981).

(19)  Ring Inversion in p-Dioxane: A Deuterium NMR Study in Liquid Crystalline Solvents.  M.E. Moseley, R. Poupko, and Z. Luz.  *J. Magn. Reson.* **48,** 354-361 (1982).

(20)  Determination of Pitch in a Cholesteric DSCG-Water Lyomesophase by NMR Techniques.  D. Goldfarb, M.E. Moseley, M.M. Labes, and Z. Luz.  *Mol. Cryst. Liq. Cryst.* **89,** 119-135 (1982).

(21)  Anisotropic Translational Diffusion of Methane and Chloroform in Thermotropic Nematic and Smectic Liquid Crystals.  M.E. Moseley and A. Loewenstein.  *Mol. Cryst. Liq. Cryst.* **90,**117-140 (1982).

(22)  Anisotropic Solvent Translational Diffusion in PBLG Solution.  M.E. Moseley.  *J. Phys. Chem.* **87,** 18-21 (1983).

(23)  Anisotropic Translational Diffusion of Methane in N-(4-n-pentyloxybenzylidene)-4-n-hexylanilene (50.6).  M.E. Moseley and A. Loewenstein.  *Mol. Cryst. Liq. Cryst.* **95,** 279-285 (1983).

(24)  Translational Diffusion of $CH_4$ and $CH_2Cl_2$ Dissolved in Cholesteric Liquid Crystals.  M.E. Moseley, R. Poupko, and Z. Luz.  *Mol. Cryst. Liq. Cryst.* **95,** 279-285 (1984).

(25)  Translational Diffusion in Discotic Mesophases Studied by the NMR Pulsed-Field Gradient Method.  R.Y. Dong, D. Goldfarb, M.E. Moseley, Z. Luz, and H. Zimmerman.  *J. Phys.Chem.* **88,** 3148-3152 (1984).

(26)  Proton NMR Spectroscopy of Normal and Edematous Brain Tissue In Vitro Changes in Relaxation with Tissue Storage.  M.E. Moseley, M.C. Nishimura, L.H. Pitts, H.M. Bartkowski, and T.L. James.  *Magn. Reson. Imag.* **2,** 205-209 (1984).

(27)  Magnetic Resonance Imaging and Spectroscopy in Hepatic Iron Overload.  D.D. Start,. M.E. Moseley, B.R. Bacon, and A.A. Moss.  *Radiology* **154,** 137-142 (1985).

(28)  Translational Molecular Self-Diffusion Effects on Observed Spin-spin Relaxation Times in Magnetic Resonance Imaging.  G.E. Wesbey, M.E. Moseley, and R.L. Ehman.  *Investigative Radiology* **19,** 484-490 (1985).

(29)  A New Application of Proton Magnetic Resonance Imaging: Measurement of the Translational Molcular Self-Diffusion Coefficient.  G.E. Wesbey, M.E. Moseley, and R.L. Ehman.  *Investigative Radiology* **19,** 491-498 (1985).  (First Prize, Association of University Radiologists Memorial Research Award, 1984).

(30)  Magnetic Field Dependence of Spin-Lattice Relaxation Enhancement Using Piperdinyl Nitroxyl Spin-Labels.  J.D. Lovin, G.E. Wesbey, B.L. Engelstad, G. Sosnovsky, M.E. Moseley,  D. Tuck, and  R.C. Brasch.  *Magn. Reson. Imag.* **3,** 73-81 (1985).

(31)  Magnetic Resonance Imaging and Proton Magnetic Resonance Spectroscopy of Gallbladder Bile: An Experimental Canine Study.  B. Demus, H. Hricak, M.E. Moseley, S.D. Wall, K. Moon, H.I. Goldberg, and A.R. Margulis.  *Radiology* **157,** 453-455 (1985).

(32)  A Novel Double Surface Coil Approach to Phosphorus-31 Spectroscopy: A Study of Hemispheric Brain Injury in the Rat.  W.M. Chew, M.E. Moseley, M.C. Nishimura, T. Hashimoto, L.H. Pitts, and T.L. James.  *Magn. Reson. Med.* **2,** 567-575 (1985).

(33)  *In Vivo*  Sodium-23 Magnetic Resonance Surface Coil Imaging: Observing Experimental Cerebral Edema in the Rat.  M.E. Moseley, W.M. Chew, M.C. Nishimura, T.R. Richards, J. Murphy-Boesch, G.B. Young, T.M. Marschner, L.H. Pitts, and T.L. James.  *Magn. Reson. Imaging* **3,** 383-387 (1985).

(34)  Inversion Transfer with Surface Coils: Use of Depth Pulses *In Vivo*.  R. Gonzalez-Mendez, M.E. Moseley, L. Litt, W.M. Chew, and T.L. James.  *J. Magn. Reson.* **65,** 516-521 (1985).

(35)  Combined Magnetic Resonance Imaging  Spectroscopy  in Acute Experimental Regional Injury of the Brain .  R.M. Levy, I. Berry, M.E. Moseley, and P.R. Weinstein.  *Acta Radiologica*, **369,** 338-349 (1986).

(36)  Magnetic Resonance Imaging in the Evaluation of Nimodipine-Treated Acute Experimental Focal Cerebral Ischemia.  I. Germano, H. Bartkowski, I. Berry, M. Moseley, M. Brant-Zawadzki, and L.H. Pitts.  *Acta Radiologica ,* **369,** 49-52 (1986).

(37)  Combined MRI and MRS in Experimental Regional Injury of the Brain: Ischemia and Impact Trauma. (First Prize Research Award, XIII Symposium Neuroradiologicum.)  I. Berry, M. Moseley, I. Germano, N. Ishige, M.C. Nishimura, H.M. Bartkowski, L.H. Pitts, and M. Brant-Zawadzki.  *Acta Radologica,* **369,** 200-210 (1986).

(38)  Characterization of Lymphadenopathy by Magnetic Relaxation Times: Preliminary Results.  G. Dooms, H. Hricak, M.E. Moseley, K. Bottles, M. Fisher, and C.B. Higgins.  *Radiology* **155,** 691-695 (1986).

(39)     Comparison of the Contrast Enhancing Properties of Albumin-(Gd-DTPA) and Gd-DTPA at 2.0 Tesla.
         V. Schmiedl, M.D. Ogan, M.E. Moseley, and R.C. Brasch.  *Am. J. Roentgenol.* **147**, 1263-1270 (1986).

(40)     Fluorine-19 Magnetic Resonance Imaging of Halothane in the Rabbit Brain.  W.M. Chew, M.E. Moseley,
         P. Mills, D. Sessler, T.L. James, and L. Litt.  *Magn. Reson. Imag* **5**, 51-56 (1987).

(41)     Comparison of Initial Biodistribution Patterns of Gd-DTPA and Albumin-(Gd-DTPA) Using Rapid Spin
         Echo Imaging.  V. Schmiedl, M.E. Moseley, M.D. Ogan, W.M. Chew, and R.C. Brasch.  *J. Comput.
         Assist. Tomogr.* **11**(2), 306-313 (1987).

(42)     An *In Vivo* Study of Halothane Uptake and Elimination in the Rat Brain with Fluorine Nuclear Magnetic
         Resonance Spectroscopy.  L. Litt, R. Gonzalez-Mendez, T.L. James, D.I. Sessler, P. Mills, W.M. Chew,
         M. Moseley, B. Pereira, J. Severinghaus, and W.K. Hamilton.  *Anesthesiology* **67**(2), 5-13 (1987).

(43)     An *In Vivo* Magnetic Resonance Study of Isoflurane Elimination from the Rabbit Brain.  P. Mills, D.
         Sessler, M. Moseley, W.M. Chew, B. Pereira, L. Litt, and T.L. James.  *Anesthesiology* **67**(2), 169-173
         (1987).

(44)     Magnetic Resonance Spectroscopy: Principles and Potential Applications.  T.L. James. W.M. Chew, D.
         Giannini, R. Gonzalez-Mendez, M.E. Moseley, L. Pogliani, and D. Vigneron.  *Applied Radiol.* **16**(8), 40-
         55 (1987).

(45)     Effects of Hypoxia on Rat Brain with Traumatic Injury in Rats: Alterations in Neurologic Function, Brain
         Edema, and Cerebral , and Blood Flow.  N. Ishige, I. Berry, L.H. Pitts, M.C. Nishimura, S. Carlson, M.E.
         Moseley and P.R. Weinstein.  *J. Cerebral Blood Flow and Metabolism* **7**, 759 - 767 (1987).

(46)     Lactate Accumulation in Ischemic and Anoxic Isolated Rat Heart.  T.R. Richards, F. Terrier, M.E.
         Moseley, R. Sievers, and C.B. Higgins.  *Investigative Radiology* **22**(8), 638-642 (1987).

(47)     Assessment of Testicular Metabolic Integrity by Phosphorus-31 Magnetic Resonance Spectroscopy.  P.
         Bretan, H. Hricak, D. Vigneron, R. McClure, T. Yen, M. Moseley, E. Tanagho, and T. James.  *Radiology*
         **162**, 867-871 (1987).

(48)     Albumin Labelled with Gd-DTPA: An Intravascular Contrast-Enhancing Agent for MR Blood Pool
         Imaging.  Preparation and Characterization.  M.D. Ogan, U. Schmiedl, M.E. Moseley, W. Grodd, H.
         Paajanen, and R.C. Brasch.  *Investigative Radiology* **22**(8), 665-671 (1987).

(49)     Contrast-Enhancing Properties of Gd-DTPA at 2.0 Tesla.  V. Schmiedl, M.E. Moseley, M.D. Ogan, W.M.
         Chew, and R.C. Brasch.  *Radiat. Med.* **5**(1), 1-5 (1987).

(50)     Localized Imaging Using Stimulated Echoes.  P. Mills, W.M. Chew, L. Litt, and M.E. Moseley.  *Magn.
         Reson. Med.* **5**, 384-389 (1987).

(51)     MR Imaging of Myocardial Infarction in Rats Using Albumin-(Gd-DTPA), a Macromolecular, Blood-
         Volume Contrast Agent.  U. Schmiedl, M.E. Moseley, R. Sievers, M.D. Ogan, W.M. Chew, H. Engeseth,
         W.E. Finkbeiner, M.J. Lipton, and R.C. Brasch.  A.U.R. Award Finalist.  *Investigative Radiology* **22**(9),
         713-721 (1987).

(52)     Detection of the Biochemical Response of Prostate Cancer to Androgen Deprivation by P-31 MRS. D.B.
         Vigneron, H. Hricak, P. Narayan, L. Nunes, M.E. Moseley, T.L. James.  *J. Urol.* **137**, 113A (1987).

(53)     MR Imaging of Acute Myocardial Ischemia and Reperfusion Using Albumin-(Gd-DTPA), a
         Macromolecular, Blood-Volume Contrast Agent.  U. Schmiedl, R. Sievers, R.C. Brasch, C.L. Wolfe,
         W.M. Chew, M.D. Ogan, J. Dupon, H. Engeseth, M.J. Lipton, and M.E. Moseley.  *Investigative
         Radiology* **22**, 713-721 (1987).

(54)     Avascular Necrosis of the Femoral Head: High Field Strength MR Imaging  with Histological
         Correlations.  P. Lang, H.E. Jergesen, M.E. Moseley, J. Block, N. Chafetz, and H.K. Genant.  *Radiology*
         **169**(2), 517-524  (1988).

(55)     Nicardipine Reduces Ischemic Brain Injury:  An *In Vivo* Magnetic Resonance Imaging/Spectroscopy
         Study in Cats.  J. Kucharczyk, W. Chew, N. Derugin, M. Moseley, C. Rollin, I. Berry, and D. Norman.
         *Stroke* **20**, 268-277 (1988).

(56)     Ferrous Intraocular Bodies and MRI.  S. Williams,  D. Char, W. Dillon, N. Lincoff, and M. Moseley.  *Am.
         J. Ophthalmol.* **105**, 398-401 (1988).

(57)     Magnetic resonance imaging and 31P magnetic resonance spectroscopy for evaluating focal cerebral
         ischemia. I. Germano, L.H. Pitts, I. Berry, and M.E. Moseley.  *J. Neurosurgery* **70**, 612-620 (1989).

(58)     P-31 MR Spectroscopy in Assessing Testicular Torsion: Rat Model. A. Tzika, D. Vigneron, H. Hricak,
         M. Moseley, T. James, B. Kogan. *Radiology,* **172**, 753-757 (1989).

(59)     Stereoscopic MRI.  M.E. Moseley, D.L. White, M. Wikstrom, G. Gobbel, S. Ming Wang, R.C. Brasch,
         and K. Roth.  *J. Comp. Assist. Tomog.* **13**, 167-173 (1989).

(60)     Vascular Mapping Using Albumin-(Gd-DTPA), An Intravascular MR Contrast Agent, and Projection MR Imaging.  M.E. Moseley, D.L. White, M. Wikstrom, J. Dupon,     S.M. Wang, and R.C. Brasch. *J. Comp.Assist. Tomog*. **13**, 215-221 (1989).

(61)     Metabolic and Anatomic Development of the Chick Embryo as Studied by Phosphorous-31 Magnetic Resonance Spectroscopy and Proton MRI.   M.E. Moseley, M.F. Wendland, D.K. Darnell, and C.A. Gooding. *Pediatric Radiology* **19**, 400-405 (1989).

(62)     Assessment of Blood Flow and Tissue Perfusion with Radio Frequency Field Gradients. G. Karczmar, N.J. Travares, and M.E. Moseley. *Radiology* **172**, 363-369 (1989).

(63)     Assessment of Myocardial Salvage After Ischemia and Reperfusion Using MRI and MR Spectroscopy. C. Wolfe, M. Moseley, M. Wikstrom, R. Sievers, M . Wendland,  J. Dupon, W. Finkbeiner, M. Lipton, W. Parmley, and R. Brasch. *Circulation*  **80**(4), 969-982 (1989).

(64)     A Model of Acute Regional Myocardial Ischemia and Reperfusion in the Rat.   R. Sievers, U. Schmiedl, R.C. Brasch, M.E. Moseley, W. Parmley, and M.J. Lipton. *Magn. Reson. Med*. **10**, 172-181(1989).

(65)     MRI of the Ischemic Femoral Head in Pigs.  P. Lang, H. Jergesen, H. Genant,  M. Moseley, and J. Schulte-Monting. *Clin. Ortho. Rel. Res*. **244**, 272-280 (1989).

(66)     Contrast-Enhanced MRI of Tumors.   Comparison of Gd-DTPA and a Macromolecular Agent. M. Wikstrom, M. Moseley, D. White, J. Dupon, J. Winkelhake, J. Kopplin, and R. Brasch. *Investigative Radiology* **24**, 609-615 (1989).

(67)     MRS of Ischemic/Hypoxic Brain Disease.  J. Kucharczyk, M. Moseley, J. Kurhanewizc, and D. Norman. *Investigative Radiology*  **24**, 951-954 (1989).

(68)     The Effect of Hypoxia on Traumatic Head Injury in Rats. Alterations in Neurologic function, brain edema, and cerebral blood flow. N. Ishige, L. Pitts, I. Berry, S. Carlson, M. Nishimura, M. Moseley, and P. Weinstein, *Journal Cerebral Blood Flow and Metabolism*, **7**, 759-767 (1989).

(69)     Ascorbate-Induced Cancellation of Nitroxide Contrast Media Enhancement of MR Images. M. Wikstrom, D. White, M. Moseley, J. Dupon, and R. Brasch. *Investigative Radiology* **24**, 692-696 (1989).

(70 )     Demarcation of Myocardial Jeopardy Region Using DyDTPA-BMA, A Nonionic Contrast Agent. M. Saeed, M. Wendland, E. Tomei, S. Rocklage, S. Quay, M. Moseley, C. Wolfe, and C.B. Higgins. *Radiology,* **173**, 763-769 (1989).

(71)     Early Detection of Regional Cerebral Ischemia in Cats:  Comparison of Diffusion-, and T2-weighted MRI and Spectroscopy. M.E. Moseley, Y. Cohen, J. Mintorovitch, J. Kucharczyk, and P.R. Weinstein. *Magn. Res. Med*. **14**  330-336 (1990).

(72)     Diffusion-weighted MRI of Acute Stroke.   Correlation with T2-Weighted and Magnetic-Susceptibility-Enhanced MRI.  M.E. Moseley, J. Kucharczyk, J. Kurhanewicz, and D. Norman. *American Journal of Neuroradiology (AJNR)*  **11**, 423-429 (1990).

(73)     Evaluation of Gd-DTPA-labelled Dextran as an Intravascular MR Contrast Agent: Imaging Characterizatics in Normal Rat Tissues. S. Wang, M. Wikstrom, D. White,   J. Klaveness, E. Holtz, P. Rongved, M. Moseley, R. Brasch. *Radiology* **175**, 483-488 (1990).

(74)     Histologic Correlation in MRI of Femoral Head Osteonecrosis.  H. Jergesen, P. Lang,  M. Moseley, H. Genant. *Clin. Ortho. Rel. Res*. **253**, 150-163 (1990).

(75)     Localization of P-31 Magnetic Resonance Signal Using Supermagnetic Iron Oxide Particles.   B. Engelstad, D.L. White, M.E. Moseley, and D. Stark. *Radiology* **176**, 467-472 (1990).

(76)     Evidence of Anisotropic Self-Diffusion in Cat Brain.  M.E. Moseley, Y. Cohen,     J. Mintorovitch, J. Kucharczyk, J. Tsuruda, P. Weinstein, and D. Norman. *Radiology* **176**, 439-445 (1990).

(77)     Clinical Usefulness of "Diffusion-Weighted" MR Imaging of Extraaxial Brain Tumors.  J. Tsuruda, W. Chew, M.E. Moseley, and D. Norman. *American Journal of Neuroradiology (AJNR)*  **11**(5), 925-932 (1990).

(78)     Contrast-enhanced MRI of Tumor-bearing Mice Treated with Human Recombinant Tumor Necrosis Factor Alpha. K. Aicher, J. Dupon, D. White, S. Aukerman, M. Moseley, R. Juster, R. Brasch. *Cancer Research* **50**, 7376-7381 (1990).

(79)     Evaluation of Gd-DTPA-labeled dextran as an intravascular MR contrast agent: imaging characteristics in normal rat tissues. Wang SC; Wikstrom MG; White DL; Klaveness J; Holtz E; Rongved P; Moseley ME; Brasch RC. *Radiology*, **175(2)**:483-8 (1990).

(80)     Diffusion-weighted MR imaging of the brain: value of differentiating between extraaxial cysts and epidermoid tumors. Tsuruda JS; Chew WM; Moseley ME; Norman D.  *Ajr. American Journal of Roentgenology*, **155**(5):1059-65 (1990).

(81)     Early detection of perfusion deficits caused by regional cerebral ischemia in cats. T2-weighted magnetic susceptibility MRI using a nonionic   dysprosium contrast  agent. S. Rocklage, ME Moseley,   J Kucharczyk, D Norman, and SC Quay. *Investigative  Radiology*, **25**, S37-8 (1990).

(82)     Macromolecular magnetic resonance imaging contrast media. Accumulated experience. Brasch RC; Moseley ME; Dupon J; Wang SC; Aicher KP; Wikstrom M; Schmiedl U; Wolfe CL; Ogan MD; Grood W. *Investigative Radiology*, **25**, S51-2 (1990).

(83)     Evaluation of Gd-DTPA-labeled dextran as an intravascular MR contrast agent: imaging characteristics in normal rat tissue. SC Wang, MG Wikstrom, DL White, J Klaveness, E Holtz, P Rongved. ME Moseley, and R Brasch. *Radiology*, **175**, 483-8 (1990).

(84)     Magnetic resonance imaging of brain perfusion using the nonionic contrast agents Dy-DTPA-BMA and Gd-DTPA-BMA. J Kucharczyk , H Asgari H, J Mintorovitch, Z Vexler, ME Moseley, A Watson, and S Rocklage. *Investigative Radiology*, **26**, Suppl 1:S250-2 (1991).

(85)     Demarcation of myocardial ischemia: Magnetic susceptibility effect of contrast medium in MR imaging. M Saeed, M Wendland, E Tomei, S Rockalge, S Quay, M Moseley, Wolfe C, CB Higgins. *Radiology*, **173**, 763-767 (1991).

(86)     Diffusion-weighted MRI of Extraaxial Tumors. J. Tsuruda, W. Chew, M. Moseley, D. Norman. *Magn Reson Med* **19**, 316-320 (1991).

(87)     Ischemic Brain Damage: Reduction by Sodium -Calcium Ion Channel Modulator RS-87476. J. Kucharczyk, J. Mintorovitch, M. Moseley, H. Asgari, R. Sevick, D. Norman, *Radiology* **179**, 221-227 (1991).

(88)     Differentiation of Capillary Leak and Hydrostatic Pulmonary Edema with a Macromolecular MR Imaging Contrast Agent. Y. Berthezene, V. Vexler, H. Jerome, R. Sievers, M. Moseley, B. Brasch. *Radiology* **181**, 773-777 (1991).

(89)     Facilitated MRI Diagnosis of Pulmonary Disease Using a Macromolecular Blood-Pool Contrast Agent, Polylysine-(GdDTPA)40. B. Brasch, V. Vexler, Y. Berthezene, M. Moseley, O. Clement, A. Muhler, D. Price, H. Jerome. *Investigative Radiology*  **26**, 42-45 (1991).

(90)     Detection with Echo-planar MR Imaging of Transit of Susceptibility Contrast Medium in a Rat Model of Regional Brain Ischemia. M. Wendland, D. White, K. Aicher, A. Tzika, M. Moseley.  *J Magn Reson Imaging* **1**, 285-292 (1991).

(91)     Ultrafast MRI: Diffusion and Perfusion. M. Moseley, R. Sevick, M. Wendland, D. White, J. Mintorovitch, J. Kucharczyk. *Canadian Association of Radiologists Journal* **42**, 31-38 (1991).

(92)     Recent Advances in MR Imaging/Spectroscopy of Cerebral Ischemia. L. Baker, J. Kucharczyk, R. Sevick, J. Mintorovitch, M. Moseley. *AJR* **156**, 1133-1143 (1991).

(93)     Comparison of Gd- and Dy-Chelates for T2* Contrast-enhanced MRI. M. Moseley, Z. Vexler, H. Asgari, J. Mintorovitch, N. Derugin, S.Rocklage, J. Kucharczyk. *Magn Reson Med* **22**, 259-264 (1991).

(94)     In vivo diffusion-Perfusion MRI of Acute Cerebral Ischemia. J. Kucharczyk, J. Mintorovitch, H. Asgari, M. Tsuura, M. Moseley. *Can J Physiol Pharmacol* **69**, 1719-1725 (1991).

(95)     Anisotropy in Diffusion-weighted MRI. M. Moseley, J. Kucharczyk, H. Asgari, D. Norman. *Magn Reson Med* **19**, 321-326 (1991).

(96)     Diffusion/perfusion MRI of Acute Cerebral Ischemia. J. Kucharczyk, J. Mintorovitch, H. Asgari, M. Moseley. *Magn Reson Med*  **19**, 311-315 (1991).

(97)     Comparison of Diffusion- and T2-weighted MRI for the Early Detection of Cerebral Ischemia and Reperfusion in Rats. J. Mintorovitch, M. Tsuure, Y. Cohen, P. R. Weinstein, M. Moseley, *Magn Reson Med* **18**, 259-264 (1991).

(98)     Ferrioxamine B derivatives as hepatobiliary contrast agents for magnetic resonance imaging. Muetterties KA; Hoener BA; Engelstad BL; Tongol JM; Wikstrom MG; Wang SC; Eason RG; Moseley ME; White DL. *Magnetic Resonance in Medicine*, **22,** 88-100 (1991).

(99)     Motor deficits are produced by removing some cortical transplants grafted into injured sensorimotor cortex of neonatal rats. Sandor R; Gonzalez MF; Moseley M; Sharp FR.*Journal of Neural Transplantation and Plasticity*, **2**, 221-33 (1991).

(100)    Hyperglycemia augments ischemic brain injury: in vivo MR   imaging/spectroscopic study with nicardipine in cats with occluded middle cerebral arteries.Chew W; Kucharczyk J; Moseley M; Derugin N; Norman D. *American Journal of Neuroradiology*, *AJNR* **12**: 603-9 (1991).

(101)    Magnetic resonance. Ehman RL; Bryan RN; Crues JV; Hricak H; Kressel HY; Lenkinski RE; Mitchell DG; Moseley ME; Riederer SJ; Ross JR. *Radiology*, **178**, 907-10 (1991).

(102)   Magnetic resonance imaging of brain perfusion using the nonionic contrast agents Dy-DTPA-BMA and Gd-DTPA-BMA. Kucharczyk J; Asgari H; Mintorovitch J; Vexler Z; Moseley M; Watson A. Rocklage S. *Investigative Radiology,* **26** Suppl 1:S250-2 (1991).

(103)   Detection of Zonal Renal Ischemia with  Contrast-enhanced MRI with a Macromolecular Blood Pool Contrast Agent. V. Vexler, Y. Berthezene, O. Clement, A. Muhler, M. Moseley, B. Brasch. *J  Magn Reson Imaging* **2**, 311-319 (1992).

(104)   Contrast-enhanced MRI of the Lung: Assessment of Ventilation and Perfusion. Y. Berthezene, V. Vexler, O. Clement, A. Muhler, M. Moseley, B. Brasch. *Radiology*  **183**, 667-672 (1992).

(105)   MRI Detection of an Experimental Pulmonary Perfusion Deficit using a Macromolecular Contrast Agent. Y. Berthezene, V. Vexler, D. Price, J. Dupon, M. Moseley, K. Aicher, B. Brasch. *Investigative Radiology* **27**, 346-351 (1992).

(106)   Iron Dextran as a Magnetic Susceptibility Contrast Agent: Flow-Related Contrast Effects in the T2-weighted Spin-echo MRI of Normal Rat and Cat Brain. D. White, K. Aicher, A. Tzika, J. Kucharczyk, M. Moseley. *Magn Reson Med*  **24**, 14-28 (1992).

(107)   Hypercarbia-induced Changes in Cerebral Blood Volume in the Cat: A H1 MRI and Intravascular Contrast Agent Study. M. Moseley, W. Chew, D. White, J. Kucharczyk, L. Litt, N. Derugin, J. Dupon, B. Brasch, D. Norman, *Magn Reson Med* **23**, 21-30  (1992).

(108)   MRI Demonstration of Pharmacological Induced Myocardial Vasodilatation using a Macromolecular Contrast Agent. V. Vexler, Y. Berthezene, C. Wolfe, R. Sievers, J. Dupon, K. Aicher, M. Moseley, B. Brasch. *Investigative Radiology*  **27**, 935-941 (1992).

(109)   Cytotoxic Brain Edema: Assessment with Diffusion-weighted Imaging. RJ. Sevick, F. Kanda, J. Mintorovitch, A. Arieff, J. Kucharczyk, J. Tsuruda, D. Norman, M. Moseley, *Radiology* **185,** 687-690 (1992).

(110)   Real-time Observation of Transient Focal Ischemia and Hyperemia in the Cat. A. de Crespigny, M. Wendland, N. Derugin, E. Kozniewska, M. Moseley *Magn.Reson. Med* **27,** 391-397 (1992).

(111)   Echo planar MRI of the Normal and Ischemic Myocardiumwith Gadodiamide Injection. M. Wendland, M. Saeed, T. Masui, M. Moseley, C. Higgins, *Radiology*  **186,** 535-542 (1993).

(112)   Endogenous Susceptibility Contrast in Myocardium during  Apnea Measured Using GRE Echo  Planar Imaging.  M. Wendland, M. Saeed, K. Lauerma, A. de Crespigny, M Moseley, CB Higgins. *Magn Reson Med*  **29,** 273-276 (1993).

(113)   MRI of Blood Oxygenation Dependent Changes in Rat: Focal Renal Ischemia and Transplanted Liver Tumor. V. Vexler, A. de Crespigny, M. Wendland, R. Kuwatsuru, A. Muhler, B. Brasch, M. Moseley. *J Magn Reson Imaging*  **3,** 483-490 (1993).

(114)   Rapid MRI of a Vascular Challenge to Focal Ischemia in Cat Brain. A. de Crespigny, M. Wendland, N. Derugin, Z. Vexler, M. Moseley. *J Magn Reson Imaging* **3,** 475-481 (1993).

(115)   Contrast-enhanced Perfusion-sensitive MR Imaging in the Diagnosis of Cerebrovascular Disorders. J. Kucharczyk, T. Roberts, M. Moseley, A. Watson. *J Magn Reson Imaging* **3,** 241-245 (1993)

(116)   Improved Sensitivity to Magnetic Susceptibility Contrast. A. de Crespigny, T. Roberts, J. Kucharczyk, M. Moseley,  *Magn. Reson. Med.*  **30,** 135-138 (1993).

(117)   Cerebrovascular transit characteristics of DyDTPA-BMA and GdDTPA-BMA on normal and ischemic cat brain.  Kucharczyk J; Asgari H; Mintorovitch J; Vexler Z; Rocklage S; Watson A; Moseley M. *American Journal of Neuroradiology, AJNR*  1993 **14(2),** 289-96 (1993).

(118)   Echo-planar MR imaging of normal and ischemic myocardium with gadodiamide injection. Wendland MF; Saeed M; Masui T; Derugin N; Moseley ME; Higgins CB.*Radiology,*  **186(2),** 535-42 (1993).

(119)   Echo-planar Perfusion-sensitive Imaging of Acute Cerebral Ischemia. J.Kucharczyk, Z.Vexler, T.P.L.Roberts, H.S.Asgari, J.Mintorovitch, N.Derugin, A.Watson, M.Moseley, *Radiology* , **188,** 711-717 (1993).

(120)   High-speed MRI of Ischemic Brain Injury Following Partial Stenosis of the Middle Cerebral Artery. T. Roberts, Z. Vexler, N. Derugin, M. Moseley, J. Kucharczyk. Journal Cerebral Blood Flow and Metabolism *J Cerebral Blood  Flow and Metabolism,* **13,** 940-946 (1993).

(121)   Perfusion and Diffusion MR Imaging of Thromboembolic Stroke. A. de Crespigny, M. Tsuura, M. Moseley, J. Kucharczyk. *J Magn Reson Imaging,* **3,** 746-754 (1993).

(122)   Functional MRI of the Brain. D. Le Bihan, R. Turner, M. Moseley, J. Hyde. *Magn. Reson. Med.*  **30,** 405-408(1993).

(123)   Early Detection of Regional Cerebral Ischemia Using High-Speed MRI. M. E. Moseley, A. de Crespigny, Z. Vexler, T. Roberts, E. Kozniewska, N. Derugin, J. Kucharczyk *Stroke* **24**, 160-165 (1993).

(124) NG-Nitro-l-Arginine Delays the Development of Brain Injury During Focal Ischemia in Rats. E. Kozniewska, T. Roberts, M. Tsuura, J. Mintorovitch, M. Moseley, J. Kucharczyk. *Stroke* **26,** 282-289 (1995).

(125) Navigated Diffusion Imaging of Normal and Ischemic Human Brain. A. De Crespigny, M. Marks, D. Enzmann, M. E. Moseley, *Magn. Reson. Med.* **33,** 720-728 (1995).

(126) Functional MRI. M. Moseley, A. de Crespigny, *Neurosurgeons,* 14, 26-36, 1995.

(127) Diffusion-Weighted Imaging of Clinical Stroke, D. Spielman, K. Butts, A. de Crespigny, M. Moseley, *International Journal of NeuroRadiology,* **1(1),** 44-55  (1995).

(128) Identification    of Premyelination by Diffusion-Weighted MRI. Wimberger D, Roberts T, Barkovich J, Prayer L, Moseley M, Kucharczyk J.  *Journal of Computer-Assisted Tomography*  **19,** 28-33 (1995).

(129) Navigated Spin-echo Diffusion-Weighted Imaging of Acute and Chronic Stroke, M. Marks, A. de Crespigny,  D. Lentz, D. Enzmann, G. Albers, and ME Moseley,  *Radiology* 199: 403-408 (1996) .

(130) MRI Detection of Cortical Spreading Depression Immediately Following Focal Ischemia in the Rat. J. Röther, A. De Crespigny, H. D'Arceuil, and ME Moseley, *Journal of Cerebral Blood Flow and Metabolism,* **16:** 214-220 (1996).

(131) Recovery of Apparent Diffusion Coefficient after Ischemia-Induced Spreading Depression Relates to Cerebral Perfusion Gradient. J. Rother, A. de Crespigny, H. D'Arecuil, K.Iwai, M. E. Moseley. *Stroke* **27:** 980-987 (1996).

(132) Diffusion-Weighted Interleaved Echo-Planar Imaging with a Pair of Orthogonal Navigator Echoes. K. Butts, A. de Crespigny, J. Pauly, M. Moseley, *Magn. Reson. Med.* **35:** 763-770 (1996).

(133) Clinical Aspects of DWI.  M.E. Moseley, K. Butts, M. Yenari, MP Marks, A de Crespigny. *NMR in Biomedicine*  **8** : 387-396,  (1996).

(134) Early Improvement Following Treatment with SNX-111, a Selective N-Type Calcium Channel Blocker, in a Rodent Model of Transient Focal Cerebral Ischemia using Diffusion-Weighted MRI. Yenari MA, Palmer JT, Sun GH, de Crespigny A, Moseley ME, Steinberg G. *Brain Research* **739**:  36-45 (1996)

(135) Time Course of Diffusion Imaging Abnormalities in Human Stroke. Warach S, Moseley M, Sorensen G, Koroshetz W. *Stroke*  **27**(7):1254-1256 (1996).

(136) Clinical Utility of Diffusion-Weighted MRI in the Assessment of Acute Stroke. Lutsep HL, Albers GW, de Crespigny A, Kamat GN, Marks M, Moseley, ME.  *Annals of Neurology*, **41**(5): 574-580 (1997).

(137) Diffusion-Weighted MRI of Myelination in the Rat Brain Following Treatment with Gonadal Hormones. Pryaer D, Roberts T, Barkovich AJ, Prayer L, Kucharczyk J, Moseley ME, and Arieff A. *Neuroradiology* **39:** 320-325 (1997).

(142) Els T, Rother J, Beaulieu C, de Crespigny A, Moseley ME. Hyperglycemia Delays Terminal Depolarization and Enhances Repolarization after Peri-Infarct Spreading Depression as Measured by Serial Diffusion MR Mapping. *Journal Cerebral Blood Flow and Metabolism*, 17: 591-595 (1997).

(143) Butts K, Pauly J, de Crespigny A, Moseley M. Isotropic Diffusion-Weighted and Spiral- Navigated Interleaved EPI. *Magnetic Resonance in Medicine*, 38: 741-749 (1997).

(144) Yenari, M. A., Lee L. K., Beaulieu C., Sun, G. H., Kunis, D., Chang, D., Albers G. W., Moseley M. E. and Steinberg G. K., Thrombolysis with Reteplase, an unglycosylated plasminogen activator variant, in experimental embolic stroke, *J Stroke and Cerebrovascular Diseases* 7(3): 179-186 (1998).

(145) Tong D, Yenari M, Albers G, O'Brien M, Marks M, Moseley M.  Correlation of Perfusion and Diffusion-Weighted MRI with NIH Stroke Scale Score in Hyperacute Ischemic Stroke Patients. *Neurology*  50: 864-870 (1998).

(146) Yenari, M.A., Beaulieu, C., Steinberg, G.K., and Moseley, M.E.  Diffusion-weighted magnetic resonance imaging characteristics of hemorrhagic transformation in experimental embolic stroke.  *J. Neuroimaging* 7, 227-231 (1997).

(147) Yenari MA, de Crespigny A, Palmer JT, Roberts S, Schrier SL, Albers GW, Moseley ME, Steinberg GK. Improved perfusion with rt-PA and hirulog in a rabbit model of embolic stroke. *J Cereb Blood Flow Metab.* 1997 Apr;17(4):401-11.

(148) Busch E, Beaulieu C, de Crespigny A, Moseley M. Diffusion MR Imaging During Acute Subarachnoid Hemorrhage in the Rat. *Stroke* 1998, 29: 2155-2161.

(149) Li T-Q, Takahashi A, Hindmarsh T, Moseley M. ADC Mapping by Means of a Single-Shot Spiral MRI Technique with Application in Acute Cerebral Ischemia. *Magnetic Resonance in Medicine*, 1999, 41: 143-148.

(150) Beaulieu C, Busch E, Rother J, de Crespigny A, Hsia C.J.C. , Moseley M. Polynitroxyl Albumin Reduces Infarct Size in Transient  Focal  Cerebral Ischemia in the Rat: Potential Mechanisms Studied by MRI. *J Cerebral Blood Flow and Metabolism*, 1998, 18: 1022-1031.

(151) de Crespigny, A., Röther, J., van Bruggen, N., Beaulieu, C., and Moseley, M.E.  MRI assessment of cerebral hemodynamics during spreading depression in rats.  *J. Cereb. Blood Flow Metab*. 18: 1998, 1008-1017.

(152) Albers GW, Lansberg MG, Norbash AM, Tong DC, O'Brien MW, Woolfenden AR, Marks MP and Moseley ME. Yield of Diffusion-Weighted MRI for Detection of Potentially Clinically Relevant Findings in Stroke Patients. *Stroke*, 1998, 29(1): 235.

(153) Yenari, M. A., Lee L. K., Beaulieu C., Sun, G. H., Kunis, D., Chang, D., Albers G. W., Moseley M. E. and Steinberg G. K., Thrombolysis with Reteplase, an unglycosylated plasminogen activator variant, in experimental embolic stroke, *J Stroke and Cerebrovascular Diseases* 1998, 7(3): 179-186.

(154) Tong D, Yenari M, Albers G, O'Brien M, Marks M, Moseley M.  Correlation of Perfusion and Diffusion-Weighted MRI with NIH Stroke Scale Score in Acute (<6.5hrs) Ischemic Stroke. *Neurology*  1998, 50: 864-870.

(155) Lansberg MG, Moseley ME, Norbash AM, O'Brien MW, Woolfenden AR, Tong DC, Marks MP, Kemp SM, Albers GW. Accuracy of DWI for Identification of Acute Ischemic Lesions. *Stroke*, 1998, 29(1): 263.

(156) D'Arceuil HE, de Crespigny AJ, Rother J, Seri S, Moseley ME, Stevenson DK, Rhine W. Diffusion and Perfusion MRI of the Evolution of Hypoxic Ischemic Encephalography in the Neonatal Rabbit. *Journal of Magnetic Resonance Imaging*, 1998, 8: 820-828.

(157) Kastrup A, Li T-Q, Takahashi A, Moseley M. Functional MRI of Regional Cerebral Blood Flow and Oxygenation Changes During Breath-Holding. *Stroke*, 1998, 29: 2641-2645.

(158) O'Brien MW, Wu A, Puvala S, Tong DC, Woolfenden AR, Kemp S, Yenari M, Marks MP, Moseley ME, Marks MP, Albers GW. Evolution of Human Cerebral Ischemic Lesion Volume Studied by Serial DW MRI. *Stroke*, 1998, 29(1): 234.

(159) Lansberg MG, Tong DC, Norbash AM, Yenari MA, Moseley ME. Intra-Arterial rtPA Treatment of Stroke Assessed by Diffusion- and Perfusion-Weighted MRI. *Stroke*, 1999, 30: 678-680.

(160) Li T-Q, Kastrup A, Takahashi A, Moseley M. Functional MRI of Human Brain During Breath-Holding by BOLD and FAIR Techniques. *NeuroImage*, 1999, 9: 243-249.

(161) Lim KO, Hedehus M, Moseley ME, de Crespigny AJ, Sullivan EV, Pfefferbaum A. Compromised White Matter Tract Integrity Inferred from Diffusion Tensor Imaging. *Arch Gen Psychiatry*, 1999, 56: 367-374.

(162) Pfefferbaum A, Sullivan EV, Hedehus M, Moseley ME, Lim KO. Brain Gray and White Matter Transverse Relaxation Time in Schizophrenia, 1999 Aug 31;91(2):93-100.

(163) de Crespigny AJ, Howard D, D'Arceuil H, Muller H, Agoston AT, Seri S, Hashiguchi Y, Fujimoto C, Nakatani A, Moseley ME. Dynamic contrast-enhanced MRI of Implanted VX2 tumors in rabbit muscle: comparison of Gd-DTPA and NMS60. Magn Reson Imaging. 1999 Nov;17(9):1297-305.

(164) Klingberg T, Hedehus M, Temple E, Salz T, Gabrielli J, Moseley M, Poldrack R.  Microstructure of Temporo-Parietal White Matter as a Basis for Reading Ability: Evidence from Diffusion Tensor Magnetic Resonance Imaging. *Neuron* February 2000 (25) 493-500.

(165) Kastrup A, Kruger G, Neumann-Haefelin T, Moseley ME. Assessment Of Cerebrovascular Reactivity With Functional Magnetic Resonance Imaging: Comparison Of CO(2) And Breath Holding. *Magn Reson Imaging* 2001 Jan; 19(1):13-20.

(166) Lansberg MG, Thijs VN, O'Brien MW, Ali JO, de Crespigny AJ, Tong DC, Moseley ME, Albers GW. Evolution Of Apparent Diffusion Coefficient, Diffusion-Weighted, And T2-Weighted Signal Intensity Of Acute Stroke. *AJNR Am J Neuroradiol*. 2001 Apr;22(4):637-44.

(167) Neumann-Haefelin T, Kastrup A, de Crespigny A, Ringer TM, Sun GH, Yenari MA, Moseley ME. MRI Of Subacute Hemorrhagic Transformation In The Rat Suture Occlusion Model. *Neuroreport* 2001 Feb 12,12(2): 309-11.

(168) Sullivan EV, Adalsteinsson E, Hedehus M, Ju C, Moseley M, Lim KO, Pfefferbaum A. Equivalent Disruption Of Regional White Matter Microstructure In Aging Healthy Men And Women. *Neuroreport* 2001 Jan 22; 12(1): 99-104.

(169) de Crespigny AJ, Rother J, Beaulieu C, Neumann-Haefelin T, Moseley ME. Comparison Of Diffusion, Blood Oxygenation, And Blood Volume Changes During Global Ischemia In Rats. *Magn Reson Med*. 2001 Jan;45(1):10-6

(170) D'Arceuil H, Rhine W, de Crespigny A, Yenari M, Tait J, Strauss W, Engelhorn T, Kastrup A , Moseley M, Blankenberg F, and Traystman R. 99mTc Annexin V Imaging of Neonatal Hypoxic Brain Injury Editorial Comment. *Stroke* 2000; 31 2692-2700.

(171) Thijs VN, Lansberg MG, Beaulieu C, Marks MP, Moseley ME, Albers GW. Is Early Ischemic Lesion Volume On Diffusion-Weighted Imaging An Independent Predictor Of Stroke Outcome? A Multivariable Analysis. *Stroke.* 2000 Nov; 31(11):2597-602.

(172) Baron JC, Moseley M.  For How Long Is Brain Tissue Salvageable? Imaging- Based Evidence. *Journal of Stroke and Cerebrovascular Diseases*, Vol. 9, No.6 Nov 2000, pp 15-20.

(173) Yenari M, Onley D, Hedehus M, deCrespigny A, Hua Sun G, Moseley M, Steinberg G.  Diffusion- And Perfusion –Weighted Magnetic Resonance Imaging Of Focal Cerebral Ischemia And Cortical Spreading Depression Under Conditions Of Mild Hypothermia. *Brain Research*, 2000,  885 208-219.

(174) Albers GW, Lansberg MG, Norbash AM, Tong DC, O'Brien MW, Woolfenden AR, Marks MP, Moseley ME.   Yield of Diffusion-Weighted MRI for Detection of Potentially Relevant Findings in Stroke Patients. *Neurology* 2000, 54(8): 1562-7.

(175) Skare S, Hedehus M, Moseley ME, Li TQ. Condition number as a measure of noise performance of diffusion tensor data acquisition schemes with MRI. *J Magn Reson.* 2000 Dec; 147(2):340-52.

(176) Li TQ, Kastrup A, Moseley ME, Glover GH. Changes In Baseline Cerebral Blood Flow In Humans Do Not Influence Regional Cerebral Blood Flow Response To Photic Stimulation. *J Magn Reson Imaging.* 2000 Nov;12(5):757-62.

(177) Li TQ, Haefelin TN, Chan B, Kastrup A, Johnson T, Glover GH, Moseley ME. Assessment Of Hemodynamic Response During Functional Neural Activity In Human Using Bolus Tracking, Arterial Spin Labeling And BOLD Techniques. *NeuroImage.* 2000 Oct;12(4):442-51.

(178) Tong DC, Adami A, Moseley ME, Marks MP.  Relationship Between Apparent Diffusion Coefficient And Subsequent Hemorrhagic Transformation Following Acute Alchemic Stroke. *Stroke* 2000 Oct: 31(10):2378-84.

(179) Lansberg MG, Norbash AM, Marks MP, Tong DC, Moseley ME, Albers GW. Advantages Of Adding Diffusion-Weighted Magnetic Resonance Imaging To Conventional Magnetic Resonance Imaging For Evaluating Acute Stroke. *Arch Neurol.* 2000 Sep: 57(9):1311-6.

(180) Pfefferbaum A, Sullivan EV, Hedehus M, Adalsteinsson E, Lim KO, Moseley M.. In Vivo Detection And Functional Correlates Of White Matter Microstructural Disruption In Chronic Alcoholism. *Alcohol Clin Exp Res.* 2000 Aug; 24(8): 1214-21.

(181) Yrjanheikki J, Koistinaho J, Copin JC, de Crespigny A, Moseley ME, Chan PH. Spreading Depression-Induced Expression Of C-Fos And Cyclooxygenase-2 In Transgenic Mice That Overexpress Human Copper/Zinc-Superoxide Dismutase. *J Neurotrauma.* 2000 Aug: 17: 713-8.

(182) Neumann-Haefelin T, Kastrup A, de Crespigny A, Yenari MA, Ringer T, Sun GH, Moseley ME. Serial MRI After Transient Focal Cerebral Ischemia In Rats: Dynamics Of Tissue Injury, Blood-Brain Barrier Damage, And Edema Formation. *Stroke.* 2000 Aug; 31: 1965-72.

(183) Pfefferbaum A, Sullivan EV, Hedehus M, Lim KO, Adalsteinsson E, Moseley M. Age-related decline in brain white matter anisotropy measured with spatially corrected echo-planar diffusion tensor imaging. *Magn Reson Med.* 2000 Aug: 44(2):259-68.

(184) Beaulieu C, Busch E, de Crespigny A, Moseley ME. Spreading Waves Of Transient And Prolonged Decreases In Water Diffusion After Subarachnoid Hemorrhage In Rats. *Magn Reson Med.* 2000 Jul;44(1):110-6.

(185) Neumann-Haefelin T, Wittsack HJ, Wenserski F, Li TQ, Moseley ME, Siebler M, Freund HJ. Diffusion-And Perfusion-Weighted MRI In A Patient With A Prolonged Reversible Ischaemic Neurological Deficit. *Neuroradiology.* 2000 Jun;42(6):444-7.

(186) Li TQ, Guang Chen Z, Ostergaard L, Hindmarsh T, Moseley ME. Quantification Of Cerebral Blood Flow By Bolus Tracking And Artery Spin Tagging Methods. *Magn Reson Imaging.* 2000 Jun;18(5):503-12.

(187) de Crespigny AJ, D'Arceuil HE, Engelhorn T, Moseley ME.  MRI Of Focal Cerebral Ischemia Using (17)O-Labeled Water. *Magn Reson Med.* 2000 Jun;43(6):876-83.

(188) Yenari MA, Onley D, Hedehus M, deCrespigny A, Sun GH, Moseley ME and Steinberg GK, Diffusion-And Perfusion-Weighted MRI Of Focal Cerebral Ischemia And Cortical Spreading Depression Under Conditions Of Mild Hypothermia. *Brain Research* 885 (2000) 208-219.

(189) Lansberg MG, Thijs VN, O'Brien MW, Ali JO, de Crespigny AJ, Tong DC, Moseley ME. Evolution Of Apparent Diffusion Coefficient, Diffusion-Weighted, And T2-Weighted Signal Intensity Of Acute Stroke. *AJNR Amer J Neuroradiol* 2001 Apr;22(4):637-44.

(190)   Lansberg MG, O'Brien MW, Tong DC, Moseley ME, Albers GW. Evolution Of Cerebral Infarct Volume Assessed By Diffusion-Weighted Magnetic Resonance Imaging. *Arch Neurol* 2001 Apr;58(4):613-7.

(191)   Tong DC, Adami A, Moseley ME, Marks MP. Prediction Of Hemorrhagic Transformation Following Acute Stroke: Role Of Diffusion- And Perfusion-Weighted Magnetic Resonance Imaging. *Arch Neurol* 2001 Apr; 58(4):587-93.

(192)   Clark CA, Hedehus M, Moseley ME. Diffusion Time Dependence of the Apparent Diffusion Tensor in Healthy Human Brain and White Matter Disease. *Magn Reson Med* 2001 June; 45(6) 1126-9.

(193)   Prayer D, Barkovich AJ, Kirschner DA, Prayer LM, Roberts TP, Kucharczyk J, Moseley ME. Visualization Of Nonstructural Changes In Early White Matter Development On Diffusion-Weighted MR Images: Evidence Supporting Premyelination Anisotropy. *AJNR Am J Neuroradiol,* 2001 Sep; 22(8): 1572-6.

(194)   Thijs VN, Adami A, Neumann-Haefelin T, Moseley ME, Marks MP, Albers GW. Relationship Between Severity Of MR Perfusion Deficit And DWI Lesion Evolution. *Neurology.* 2001 Oct 9;57(7):1205-11.

(195)   Ringer TM, Neurmann-Haefelin T, Sobel RA, Moseley ME, Yenari MA. Reversal of early diffusion-weighted Magnetic Resonance Imaging Abnormalities does not necessarily reflect tissue salvage in Experimental Cerebral Ischemia. *Stroke* 2001 Oct; 32(10): 2362-2369.

(196)   Hunsche S, Moseley ME, Stoeter P, Hedehus M. Diffusion-Tensor MR Imaging At 1.5 And 3.0 T: Initial Observations. *Radiology.* 2001 Nov;221(2):550-6.

(197)   Lyons DM, Yang C, Sawyer-Glover AM, Moseley ME, Schatzberg AF. Early Life Stress and Inherited Variation in Monkey Hippocampal Volumes. *Arch Gen Psychiatry*, 2001 Dec; 58(12):1145-51.

(198)   Kastrup A, Kruger G, Neumann-Haefelin T, Glover GH, Moseley ME. Changes of Cerebreal Blood Flow, Oxygenation, and Oxidative Metabolism during Graded Motor Activation. *Neuroimage*, 2002 Jan;15(1):74-82.

(199)   Thijs VN, Adami, A, Neumann-Haefelin T, Moseley ME, Marks MP, Albers GW. Clinical and Radiological Correlates of Reduced CBF Measured Using MRI. *Arch Neurol.* 2002 Feb; 59 (2):233-8.

(200)   Clark CA, Hedehus M, Moseley ME. In Vivo Mapping Of The Fast And Slow Diffusion Tensors In Human Brain. *Magn Reson Med.* 2002 Apr;47(4):623-8.

(201)   Adami A, Thijs V, Tong DC, Beaulieu C, Moseley ME, Yenari MA. Use Of Diffusion Weighted MRI To Predict The Occurrence And Severity Of Hemorrhagic Transformation In A Rabbit Model Of Embolic Stroke. *Brain Res.* 2002 Jul 19;944(1-2):32-9.

(202)   Bammer R, Auer M, Keeling SL, Augustin M, Stables LA, Prokesch RW, Stollberger R, Moseley ME, Fazekas F. Diffusion Tensor Imaging Using Single-Shot SENSE-EPI. *Magn Reson Med.* 2002 Jul;48(1):128-36.

(203)   Busch E, Beaulieu C, de Crespigny A, Kreischer S, Diener HC, Moseley ME. Combined X-Ray Angiography And Diffusion-Perfusion MRI For Studying Stroke Evolution After Rt-PA Treatment In Rats. *Brain Res.* 2002 Oct 25;953(1-2):112-8.

(204)   Lyons DM, Afarian H, Schatzberg AF, Sawyer-Glover A, Moseley ME. Experience-Dependent Asymmetric Variation In Primate Prefrontal Morphology. *Behav Brain Res.* 2002 Oct 17;136(1):51-9.

(205)   Moseley M, Bammer R, Illes J. Diffusion-Tensor Imaging Of Cognitive Performance. *Brain Cogn.* 2002 Dec;50 (3):396-413.

(206)   Moseley M. Diffusion Tensor Imaging And Aging - A Review. *NMR Biomed.* 2002 Nov-Dec;15(7-8):553-60.

(207)   Bammer R, Herneth AM, Maier SE, Butts K, Prokesch RW, Do HM, Atlas SW, Moseley ME. Line Scan Diffusion Imaging Of The Spine. *AJNR Am J Neuroradiol.* 2003 Jan;24(1):5-12.

(208)   Bammer R, Acar B, Moseley ME.In vivo MR tractography using diffusion imaging. Eur J Radiol. 2003 Mar;45(3):223-34.

(209)   Barnea-Goraly N, Eliez S, Hededus M, Menon V, White CD, Moseley M, Reiss AL. White Matter Tract Alterations In Fragile X Syndrome: Preliminary Evidence From Diffusion Tensor Imaging. Am J Med Genet. 2003 Apr 1;118B(1):81-8.

(210)   Thijs VN, Somford DM, Bammer R, Robberecht W, Moseley ME, Albers GW. Influence of arterial input function on hypoperfusion volumes measured with perfusion-weighted imaging. Stroke. 2004 Jan;35(1):94-8. Epub 2003

(211)   Markl M, Bammer R, Alley MT, Elkins CJ, Draney MT, Barnett A, Moseley ME, Glover GH, Pelc NJ. Generalized reconstruction of phase contrast MRI: analysis and correction of the effect of gradient field distortions. Magn Reson Med. 2003 Oct;50(4):791-801.

(212)  Arzoumanian Y, Mirmiran M, Barnes PD, Woolley K, Ariagno RL, Moseley ME, Fleisher BE, Atlas SW. Diffusion tensor brain imaging findings at term-equivalent age may predict neurologic abnormalities in low birth weight preterm infants. AJNR Am J Neuroradiol. 2003 Sep;24(8):1646-53.

(213)  Bammer R, Markl M, Barnett A, Acar B, Alley MT, Pelc NJ, Glover GH, Moseley ME. Analysis and generalized correction of the effect of spatial gradient field distortions in diffusion-weighted imaging. Magn Reson Med. 2003 Sep;50(3):560-9.

(214)  Chow LC, Bammer R, Moseley ME, Sommer FG. Single breath-hold diffusion-weighted imaging of the abdomen. J Magn Reson Imaging. 2003 Sep;18(3):377-82.

(215)  Thijs VN, Somford DM, Bammer R, Robberecht W, Moseley ME, Albers GW.  Influence of arterial input function on hypoperfusion volumes measured with perfusion-weighted imaging. Stroke. 2004 Jan;35(1):94-8. Epub 2003 Dec 11.

(216)  Markl M, Bammer R, Alley MT, Elkins CJ, Draney MT, Barnett A, Moseley ME, Glover GH, Pelc NJ. Generalized reconstruction of phase contrast MRI: analysis and correction of the effect of gradient field distortions. Magn Reson Med. 2003 Oct;50(4):791-801.

(217)  Arzoumanian Y, Mirmiran M, Barnes PD, Woolley K, Ariagno RL, Moseley ME, Fleisher BE, Atlas SW. Diffusion tensor brain imaging findings at term-equivalent age may predict neurologic abnormalities in low birth weight preterm infants. AJNR Am J Neuroradiol. 2003 Sep;24(8):1646-53.

(218)  Bammer R, Markl M, Barnett A, Acar B, Alley MT, Pelc NJ, Glover GH, Moseley ME. Analysis and generalized correction of the effect of spatial gradient field distortions in diffusion-weighted imaging.Magn Reson Med. 2003 Sep;50(3):560-9.

(219)  Engelhorn T, Doerfler A, de Crespigny A, Beaulieu C, Forsting M, Moseley ME. Multilocal magnetic resonance perfusion mapping comparing the cerebral hemodynamic effects of decompressive craniectomy versus reperfusion in experimental acute hemispheric stroke in rats. Neurosci Lett. 2003 Jun 26;344(2):127-31.

(220)  Barnea-Goraly N, Eliez S, Hedeus M, Menon V, White CD, Moseley M, Reiss AL. White matter tract alterations in fragile X syndrome: preliminary evidence from diffusion tensor imaging. Am J Med Genet. 2003 Apr 1;118B(1):81-8.

(221)  Liu C, Bammer R, Moseley ME. Generalized Diffusion Tensor Imaging (GDTI): A Method for Characterizing and Imaging Diffusion Anisotropy Caused by Non-Gaussian Diffusion. Israel J Chemistry 2003, 43: 145-154.

(222)  Busch E, Beaulieu C, de Crespigny A, Kreischer S, Diener HC, Moseley ME. Combined X-ray angiography and diffusion-perfusion MRI for studying stroke evolution after rt-PA treatment in rats. Brain Res. 2002 Oct 25;953(1-2):112-8.

(223)  Bammer R, Auer M, Keeling SL, Augustin M, Stables LA, Prokesch RW, Stollberger R, Moseley ME, Fazekas F. Diffusion Tensor Imaging Using Single-Shot SENSE-EPI. Magn Reson Med. 2002 Jul;48(1):128-36.

(224)  Adami A, Thijs V, Tong DC, Beaulieu C, Moseley ME, Yenari MA. Use Of Diffusion Weighted MRI To Predict The Occurrence And Severity Of Hemorrhagic Transformation In A Rabbit Model Of Embolic Stroke. Brain Res. 2002 Jul 19;944(1-2):32-9.

(225)  Clark CA, Hedehus M, Moseley ME. In Vivo Mapping of the Fast and Slow Diffusion Tensors in Human Brain. Magn Reson Med. 2002 Apr;47(4):623-8.

(226)  Li TQ, Kim DH, Moseley ME. High-resolution diffusion-weighted imaging with interleaved variable-density spiral acquisitions. J Magn Reson Imaging. 2005 Apr;21(4):468-75. PMID: 15779030 [PubMed - in process]

(227)  Tolwani R, Hagan C, Runstadler J, Lyons H, Green S, Bouley D, Rodriguez L, Schendel S, Moseley M, Daunt D, Otto G, Cork L. Magnetic resonance imaging and surgical repair of cleft palate in a four-week-old canine (Canis familiaris): an animal model for cleft palate repair. Contemp Top Lab Anim Sci. 2004 Nov;43(6):17-21.  PMID: 15636550 [PubMed - indexed for MEDLINE]

(228)  D'Arceuil HE, de Crespigny AJ, Pelc L, Howard D, Alley M, Seri S, Hashiguchi Y, Nakatani A, Moseley ME. An MRA study of vascular stenosis in a pig model using CH3-DTPA-Gd (NMS60) and Gd-DTPA. Magn Reson Imaging. 2004 Nov;22(9):1243-8.  PMID: 15607095 [PubMed - in process]

(229)  Liu C, Bammer R, Kim DH, Moseley ME. Self-Navigated Interleaved Spiral (SNAILS): Application To High-Resolution Diffusion Tensor Imaging. Magn Reson Med. 2004 Dec;52(6):1388-96.  PMID: 15562493 [PubMed - indexed for MEDLINE]

(230)  Moseley M, Donnan G. Multimodality Imaging: Introduction. Stroke. 2004 Nov;35(11 Suppl 1):2632-4. Epub 2004 Sep 30. PMID: 15459446 [PubMed - in process]

(231) Bammer R, de Crespigny AJ, Howard D, Seri S, Hashiguchi Y, Nakatani A, Moseley ME. A Comparative Evaluation Of CH3-DTPA-Gd (NMS60) For Contrast-Enhanced Magnetic Resonance Angiography. Magn Reson Imaging. 2004 Jun;22(5):619-24. PMID: 15172054 [PubMed - indexed for MEDLINE]

(232) Liu C, Bammer R, Acar B, Moseley ME. Characterizing Non-Gaussian Diffusion By Using Generalized Diffusion Tensors. Magn Reson Med. 2004 May;51(5):924-37. PMID: 15122674 [PubMed - indexed for MEDLINE]

(233) Mlynash M, Eyngorn I, Bammer R, Moseley M, Tong DC. Automated method for generating the arterial input function on perfusion-weighted MR imaging: validation in patients with stroke. AJNR Am J Neuroradiol. 2005 Jun-Jul;26(6):1479-86. PMID: 15956519 [PubMed - indexed for MEDLINE]

(234) Liu C, Moseley ME, Bammer R. Simultaneous phase correction and SENSE reconstruction for navigated multi-shot DWI with non-cartesian k-space sampling. Magn Reson Med. 2005 Dec;54(6):1412-22. PMID: 16276497 [PubMed - indexed for MEDLINE]

(235) Li TQ, Kim DH, Moseley ME. High-resolution diffusion-weighted imaging with interleaved variable-density spiral acquisitions. J Magn Reson Imaging. 2005 Apr;21(4):468-75. PMID: 15779030 [PubMed - in process]

(236) Tolwani R, Hagan C, Runstadler J, Lyons H, Green S, Bouley D, Rodriguez L, Schendel S, Moseley M, Daunt D, Otto G, Cork L. Magnetic resonance imaging and surgical repair of cleft palate in a four-week-old canine (Canis familiaris): an animal model for cleft palate repair. Contemp Top Lab Anim Sci. 2004 Nov;43(6):17-21. PMID: 15636550 [PubMed - indexed for MEDLINE]

(237) D'Arceuil HE, de Crespigny AJ, Pelc L, Howard D, Alley M, Seri S, Hashiguchi Y, Nakatani A, Moseley ME. An MRA study of vascular stenosis in a pig model using CH3-DTPA-Gd (NMS60) and Gd-DTPA. Magn Reson Imaging. 2004 Nov;22(9):1243-8. PMID: 15607095 [PubMed - in process]

(238) Liu C, Bammer R, Kim DH, Moseley ME. Self-Navigated Interleaved Spiral (SNAILS): Application To High-Resolution Diffusion Tensor Imaging. Magn Reson Med. 2004 Dec;52(6):1388-96. PMID: 15562493 [PubMed - indexed for MEDLINE]

(239) Na DG, Thijs VN, Albers GW, Moseley ME, Marks MP. Diffusion-weighted MR imaging in acute ischemia: value of apparent diffusion coefficient and signal intensity thresholds in predicting tissue at risk and final infarct size. AJNR Am J Neuroradiol. 2004 Sep;25(8):1331-6. PMID: 15466327 [PubMed indexed for MEDLINE]

(240) Moseley M, Donnan G. Multimodality Imaging: Introduction. Stroke. 2004 Nov;35(11 Suppl 1):2632-4. Epub 2004 Sep 30. PMID: 15459446 [PubMed - in process]

(241) Bammer R, de Crespigny AJ, Howard D, Seri S, Hashiguchi Y, Nakatani A, Moseley ME. A Comparative Evaluation Of CH3-DTPA-Gd (NMS60) For Contrast-Enhanced Magnetic Resonance Angiography. Magn Reson Imaging. 2004 Jun;22(5):619-24. PMID: 15172054 [PubMed - indexed for MEDLINE]

(242) Liu C, Bammer R, Acar B, Moseley ME. Characterizing Non-Gaussian Diffusion By Using Generalized Diffusion Tensors. Magn Reson Med. 2004 May;51(5):924-37. PMID: 15122674 [PubMed - indexed for MEDLINE]

(243) Jochimsen TH, Schafer A, Bammer R, Moseley ME. Efficient simulation of magnetic resonance imaging with Bloch-Torrey equations using intra-voxel magnetization gradients. J Magn Reson. 2006 May;180(1):29-38. Epub 2006 Jan 24. PMID: 16434221 [PubMed - indexed for MEDLINE]

(244) Wang C, Stebbins GT, Nyenhuis DL, Detoledo-Morrell L, Freels S, Gencheva E, Pedelty L, Sripathirathan K, Moseley ME, Turner DA, Gabrieli JD, Gorelick PB. Longitudinal changes in white matter following ischemic stroke: A three-year follow-up study. Neurobiol Aging. 2005 Nov 23; [Epub ahead of print] PMID: 16310892 [PubMed - as supplied by publisher]

(245) Liu C, Moseley ME, Bammer R. Simultaneous phase correction and SENSE reconstruction for navigated multi-shot DWI with non-cartesian k-space sampling. Magn Reson Med. 2005 Dec;54(6):1412-22. PMID: 16276497 [PubMed - indexed for MEDLINE]

(246) Kakuda W, Thijs VN, Lansberg MG, Bammer R, Wechsler L, Kemp S, Moseley ME, Marks MP, Albers GW; DEFUSE Investigators. Clinical importance of microbleeds in patients receiving IV thrombolysis. Neurology. 2005 Oct 25;65(8):1175-8. PMID: 16247042 [PubMed - indexed for MEDLINE]

(247) Lee JE, Yoon YJ, Moseley ME, Yenari MA. Reduction in levels of matrix metalloproteinases and increased expression of tissue inhibitor of metalloproteinase-2 in response to mild hypothermia therapy in experimental stroke. J Neurosurg. 2005 Aug;103(2):289-97. PMID: 16175859 [PubMed - indexed for MEDLINE]

(249) D'Arceuil HE, de Crespigny AJ, Pelc L, Howard D, Seri S, Hashiguchi Y, Nakatani A, Moseley ME. A comparison of CH3-DTPA-GD (NMS60) and GD-DTPA for evaluation of acute myocardial ischemia. Int J Cardiovasc Imaging. 2005 Oct;21(5):539-47. PMID: 16175444 [PubMed - indexed for MEDLINE]

(250) Liu C, Bammer R, Moseley ME. Limitations of apparent diffusion coefficient-based models in characterizing non-gaussian diffusion. Magn Reson Med. 2005 Aug;54(2):419-28.  PMID: 16032684 [PubMed - indexed for MEDLINE]

(251) Medina D, DeToledo-Morrell L, Urresta F, Gabrieli JD, Moseley M, Fleischman D, Bennett DA, Leurgans S, Turner DA, Stebbins GT. White matter changes in mild cognitive impairment and AD: A diffusion tensor imaging study. Neurobiol Aging. 2006 May;27(5):663-72. Epub 2005 Jul 7. PMID: 16005548 [PubMed - indexed for MEDLINE]

(252) Mlynash M, Eyngorn I, Bammer R, Moseley M, Tong DC. Automated method for generating the arterial input function on perfusion-weighted MR imaging: validation in patients with stroke. AJNR Am J Neuroradiol. 2005 Jun-Jul;26(6):1479-86.  PMID: 15956519 [PubMed - indexed for MEDLINE]

(253) Liu C, Bammer R, Moseley ME. Parallel imaging reconstruction for arbitrary trajectories using k-space sparse matrices (kSPA).Magn Reson Med. 2007 Dec;58(6):1171-81. PMID: 17969012

(254) Newbould RD, Skare ST, Jochimsen TH, Alley MT, Moseley ME, Albers GW, Bammer R. Perfusion mapping with multiecho multishot parallel imaging EPI. Magn Reson Med. 2007 Jul;58(1):70-81. PMID: 17659630

(255) Ganguly A, Gold GE, Butts Pauly K, Mayer D, Moseley M, Pelc NJ, Fahrig R. Quantitative evaluation of the relaxivity effects of iodine on GD-DTPA enhanced MR arthrography. J Magn Reson Imaging. 2007 Jun;25(6):1219-25. PMID: 17520728 [PubMed - indexed for MEDLINE]

(256) Jochimsen TH, Newbould RD, Skare ST, Clayton DB, Albers GW, Moseley ME, Bammer R. Identifying systematic errors in quantitative dynamic-susceptibility contrast perfusion imaging by high resolution multi-echo parallel EPI. NMR Biomed. 2007 Jun;20(4):429-38.

(257) Jochimsen TH, Schafer A, Bammer R, Moseley ME. Efficient Simulation Of Magnetic Resonance Imaging With Bloch-Torrey Equations Using Intra-Voxel Magnetization Gradients. J Magn Reson. 2006 May;180(1):29-38. PMID: 16434221 [PubMed - indexed for MEDLINE]

(258) Wang C, Stebbins GT, Nyenhuis DL, deToledo-Morrell L, Freels S, Gencheva E, Pedelty L, Sripathirathan K, Moseley ME, Turner DA, Gabrieli JD, Gorelick PB.  Longitudinal Changes In White Matter Following Ischemic Stroke: A Three-Year Follow-Up Study. Neurobiol Aging. 2006 Dec;27(12):1827-33. [PubMed - indexed for MEDLINE]

(259) Albers GW, Thijs VN, Wechsler L, Kemp S, Schlaug G, Skalabrin E, Bammer R, Kakuda W, Lansberg MG, Shuaib A, Coplin W, Hamilton S, Moseley M, Marks MP; DEFUSE Investigators. Magnetic Resonance Imaging Profiles Predict Clinical Response To Early Reperfusion: The Diffusion And Perfusion Imaging Evaluation For Understanding Stroke Evolution (DEFUSE) Study. Ann Neurol. 2006 Nov;60(5):508-17.  PMID: 17066483 [PubMed - indexed for MEDLINE]

(260) Donnen GA, et al. on the Behalf of the Contributing Members (including Moseley ME, Stanford) of the "MR Stroke Group". Proof Of Principle Phase II – MR Imaging Studies In Stroke: Sample Size Estimates Using Dichotomous And Continuous Data. Stroke. 2006 Oct;37(10):2521-5. Epub 2006 [PubMed - indexed for MEDLINE]

(261) Guzman R, Uchida N, Bliss TM, He D, Christopherson KK, Stellwagen D, Capela A, Greve J, Malenka RC, Moseley ME, Palmer TD, Steinberg GK.Long-term monitoring of transplanted human neural stem cells in developmental and pathological contexts with MRI. Proc Natl Acad Sci U S A. 2007 Jun 12;104(24):10211-6. Epub 2007 Jun 6. PMID: 17553967 [PubMed - indexed for MEDLINE]

(262) Newbould RD, Skare ST, Jochimsen TH, Alley MT, Moseley ME, Albers GW, Bammer R. Perfusion mapping with multiecho multishot parallel imaging EPI. Magn Reson Med. 2007 Jul;58(1):70-81. PMID: 17659630 [PubMed - indexed for MEDLINE]

(263) Kakuda W, Lansberg MG, Thijs VN, Kemp SM, Bammer R, Wechsler LR, Moseley ME, Parks MP, Albers GW; DEFUSE Investigators. Optimal definition for PWI/DWI mismatch in acute ischemic stroke patients. J Cereb Blood Flow Metab. 2008 May; 28(5):887-91. Epub 2008 Jan 9. PMID: 18183031 [PubMed - indexed for MEDLINE]

(264) Stebbins GT, Smith CA, Bartt RE, Kessler HA, Adeyemi OM, Martin E, Cox JL, Bammer R, Moseley ME. HIV-associated alterations in normal-appearing white matter: a voxel-wise diffusion tensor imaging study. J Acquir Immune Defic Syndr. 2007 Dec 15;46(5):564-73. PMID: 18193498 [PubMed - indexed for MEDLINE]

(265)   Liu C, Bammer R, Moseley ME. Parallel imaging reconstruction for arbitrary trajectories using k-space sparse matrices (kSPA). Magn Reson Med. 2007 Dec; 58(6):1171-81.

(266)   Stebbins GT, Nyenhuis DL, Wang C, Cox JL, Freels S, Bangen K, deToledo-Morrell L, Sripathirathan K, Moseley M, Turner DA, Gabrieli JD, Gorelick PB. Gray matter atrophy in patients with ischemic stroke with cognitive impairment. Stroke. 2008 Mar;39(3):785-93. Epub 2008 Feb 7. PMID: 18258824 [PubMed - indexed for MEDLINE]

(267)   Aksoy M, Liu C, Moseley ME, Bammer R. Single-step nonlinear diffusion tensor estimation in the presence of microscopic  and macroscopic motion. Magn Reson Med. 2008 May;59(5):1138-50. PMID: 18429035

(268)   Stebbins GT, Nyenhuis DL, Wang C, Cox JL, Freels S, Bangen K, deToledo-Morrell L, Sripathirathan K, Moseley M, Turner DA, Gabrieli JD, Gorelick PB. Gray matter atrophy in patients with ischemic stroke with cognitive impairment. Stroke. 2008 Mar;39(3):785-93. Epub 2008 Feb 7. PMID: 18258824 [PubMed - indexed for MEDLINE]

(269)   Stebbins GT, Smith CA, Bartt RE, Kessler HA, Adeyemi OM, Martin E, Cox JL, Bammer R, Moseley ME. HIV-associated alterations in normal-appearing white matter: a voxel-wise diffusion tensor imaging study. J Acquir Immune Defic Syndr. 2007 Dec 15;46(5):564-73. PMID: 18193498 [PubMed - indexed for MEDLINE]

(270)   Kakuda W, Lansberg MG, Thijs VN, Kemp SM, Bammer R, Wechsler LR, Moseley ME, Parks MP, Albers GW; DEFUSE Investigators. Optimal definition for PWI/DWI mismatch in acute ischemic stroke patients. J Cereb Blood Flow Metab. 2008 May; 28(5):887-91. Epub 2008 Jan 9. PMID: 18183031 [PubMed - indexed for MEDLINE]

(271)   Newbould RD, Skare ST, Jochimsen TH, Alley MT, Moseley ME, Albers GW, Bammer R. Perfusion mapping with multiecho multishot parallel imaging EPI. Magn Reson Med. 2007 Jul;58(1):70-81. PMID: 17659630 [PubMed - indexed for MEDLINE]

(272)   Guzman R, Uchida N, Bliss TM, He D, Christopherson KK, Stellwagen D, Capela A, Greve J, Malenka RC, Moseley ME, Palmer TD, Steinberg GK.Long-term monitoring of transplanted human neural stem cells in developmental and pathological contexts with MRI. Proc Natl Acad Sci U S A. 2007 Jun 12;104(24):10211-6. Epub 2007 Jun 6. PMID: 17553967 [PubMed - indexed for MEDLINE]

(273)   Jochimsen TH, Newbould RD, Skare ST, Clayton DB, Albers GW, Moseley ME, Bammer R. Identifying systematic errors in quantitative dynamic-susceptibility contrast perfusion imaging by high resolution multi-echo parallel EPI. NMR Biomed. 2007 Jun;20(4):429-38.

(274)   Ganguly A, Gold GE, Butts Pauly K, Mayer D, Moseley M, Pelc NJ, Fahrig R. Quantitative evaluation of the relaxivity effects of iodine on GD-DTPA enhanced MR arthrography. J Magn Reson Imaging. 2007 Jun;25(6):1219-25. PMID: 17520728 [PubMed - indexed for MEDLINE]

(275)   Wijman CA, Mlynash M, Caulfield AF, Hsia AW, Eyngorn I, Bammer R, Fischbein N, Albers GW, Moseley M. Prognostic value of brain diffusion-weighted imaging after  cardiac arrest. Ann Neurol. 2009 Apr;65(4):394-402. PubMed PMID: 19399889; PubMed Central PMCID: PMC2677115.

(276)   Olivot JM, Mlynash M, Zaharchuk G, Straka M, Bammer R, Schwartz N, Lansberg MG, Moseley ME, Albers GW. Perfusion MRI (Tmax and MTT) correlation with xenon CT cerebral blood flow in stroke patients. Neurology. 2009 Mar 31;72(13):1140-5. PubMed PMID: 19332690; PubMed Central PMCID: PMC2680065.

(277)   Singer OC, Berkefeld J, Lorenz MW, Fiehler J, Albers GW, Lansberg MG, Kastrup  A, Rovira A, Liebeskind DS, Gass A, Rosso C, Derex L, Kim JS, Neumann-Haefelin T; MR Stroke Study Group Investigators. Risk of symptomatic intracerebral hemorrhage in patients treated with intra-arterial thrombolysis. Cerebrovasc Dis. 2009;27(4):368-74. Epub 2009 Feb 16. PubMed PMID: 19218803

(278)   Smith CA, Stebbins GT, Bartt RE, Kessler HA, Adeyemi OM, Martin E, Bammer R, Moseley ME. White matter anisotropy and depression symptoms in patients with HIV. J Neuropsychiatry Clin Neurosci. 2008 Fall;20(4):458-65. PubMed PMID: 19196931.

(279)   Mlynash M, Olivot JM, Tong DC, Lansberg MG, Eyngorn I, Kemp S, Moseley ME, Albers GW. Yield of combined perfusion and diffusion MR imaging in hemispheric TIA. Neurology. 2009 Mar 31;72(13):1127-33. Epub 2008 Dec 17. PubMed PMID: 19092109; PubMed Central PMCID: PMC2680066.

(280)   Moseley ME. Molecular imaging and stroke. Stroke. 2009 Mar;40(3 Suppl):S30-3.  Epub 2008 Dec 8. PubMed PMID: 19064770.

(281) Cai W, Guzman R, Hsu AR, Wang H, Chen K, Sun G, Gera A, Choi R, Bliss T, He L, Li ZB, Maag AL, Hori N, Zhao H, Moseley M, Steinberg GK, Chen X. Positron emission tomography imaging of poststroke angiogenesis. Stroke. 2009 Jan;40(1):270-7. Epub 2008 Oct 23. PubMed PMID: 18948613.

(282) Aksoy M, Liu C, Moseley ME, Bammer R. Single-step nonlinear diffusion tensor estimation in the presence of microscopic and macroscopic motion. Magn Reson Med. 2008 May;59(5):1138-50. PubMed PMID: 18429035.

(283) Stebbins GT, Nyenhuis DL, Wang C, Cox JL, Freels S, Bangen K, deToledo-Morrell L, Sripathirathan K, Moseley M, Turner DA, Gabrieli JD, Gorelick PB. Gray matter atrophy in patients with ischemic stroke with cognitive impairment. Stroke. 2008;39(3):785-93. Epub 2008 Feb 7. PubMed PMID: 18258824.

(284) Kakuda W, Lansberg MG, Thijs VN, Kemp SM, Bammer R, Wechsler LR, Moseley ME, Marks MP, Albers GW; DEFUSE Investigators. Optimal definition for PWI/DWI mismatch in acute ischemic stroke patients. J Cereb Blood Flow Metab. 2008 May;28(5):887-91. Epub 2008 Jan 9. Erratum in: J Cereb Blood Flow Metab. 2008 Jun;28(6):1272. Parks, Michael P [corrected to Marks, Michael P]. PubMed PMID: 18183031.

(285) Chua JY, Pendharkar AV, Wang N, Choi R, Andres RH, Gaeta X, Zhang J, Moseley ME, Guzman R. Intra-arterial injection of neural stem cells using a microneedle technique does not cause microembolic strokes. J Cereb Blood Flow Metab. 2010 Dec 15. [Epub ahead of print] PubMed PMID: 21157474.

(286) Olivot JM, Mlynash M, Kleinman JT, Straka M, Venkatasubramanian C, Bammer R, Moseley ME, Albers GW, Wijman CA; DASH investigators. MRI profile of the perihematomal region in acute intracerebral hemorrhage. Stroke. 2010 Nov;41(11):2681-3. Epub 2010 Oct 14. PubMed PMID: 20947849.

(287) Rossi MA, Stebbins G, Murphy C, Greene D, Brinker S, Sarcu D, Tenharmsel A, Stoub T, Stein MA, Hoeppner TJ, Byrne RW, Moseley ME, Bammer RA, Bild S, Dennis J, Arnett N, Balabanov A, Bergen D, Kanner AM, Smith MC. Predicting white matter  targets for direct neurostimulation therapy. Epilepsy Res. 2010 Oct;91(2-3):176-86. Epub 2010 Aug 21. PubMed PMID: 20728313.

(288) Mlynash M, Campbell DM, Leproust EM, Fischbein NJ, Bammer R, Eyngorn I, Hsia AW, Moseley M, Wijman CA. Temporal and spatial profile of brain diffusion-weighted MRI after cardiac arrest. Stroke. 2010 Aug;41(8):1665-72. Epub 2010 Jul 1. PubMed PMID: 20595666; PubMed Central PMCID: PMC2914620.

(289) Zaharchuk G, Straka M, Marks MP, Albers GW, Moseley ME, Bammer R. Combined arterial spin label and dynamic susceptibility contrast measurement of cerebral blood flow. Magn Reson Med. 2010 Jun;63(6):1548-56. PubMed PMID: 20512858; PubMed Central PMCID: PMC2905651.

(290) Wang C, Stebbins GT, Medina DA, Shah RC, Bammer R, Moseley ME, Detoledo-Morrell L. Atrophy And Dysfunction Of Parahippocampal White Matter In Mild Alzheimer's Disease. Neurobiol Aging. 2010 Mar 30. [Epub ahead of print] PubMed PMID: 20359781; PubMed Central PMCID: PMC2910843.

(291) Liu C, Zhang J, Moseley ME. Auto-calibrated parallel imaging reconstruction for arbitrary trajectories using k-space sparse matrices (kSPA). IEEE Trans Med Imaging. 2010 Mar;29(3):950-9. PubMed PMID: 20199928; PubMed Central PMCID: PMC2996098.

(292) CBF measurements using multidelay pseudocontinuous and velocity-selective arterial spin labeling in patients with long arterial transit delays: Comparison with xenon CT CBF. Qiu D, Straka M, Zun Z, Bammer R, Moseley ME, Zaharchuk G. J Magn Reson Imaging. 2012 Feb 22. doi: 10.1002/jmri.23613. [Epub ahead of print] PMID: 22359345 [PubMed - as supplied by publisher]

(293) Combined spin- and gradient-echo perfusion-weighted imaging. Schmiedeskamp H, Straka M, Newbould RD, Zaharchuk G, Andre JB, Olivot JM, Moseley ME, Albers GW, Bammer R. Magn Reson Med. 2011 Nov 23. doi: 10.1002/mrm.23195. [Epub ahead of print] PMID: 22114040 [PubMed - as supplied by publisher]

(294) Arterial spin-labeling MRI can identify the presence and intensity of collateral perfusion in patients with moyamoya disease. Zaharchuk G, Do HM, Marks MP, Rosenberg J, Moseley ME, Steinberg GK. Stroke. 2011 Sep;42(9):2485-91. Epub 2011 Jul 28.

(295) Parallel reconstruction using null operations. Zhang J, Liu C, Moseley ME. Magn Reson Med. 2011 Nov;66(5):1241-53. doi: 10.1002/mrm.22899. Epub 2011 May 20. PMID: 21604290 [PubMed - indexed for MEDLINE]

(296) MRI guides diagnostic approach for ischaemic stroke. Kumar MA, Vangala H, Tong DC, Campbell DM, Balgude A, Eyngorn I, Beraud AS, Olivot JM, Hsia AW, Bernstein RA, Wijman CA, Lansberg MG, Mlynash M, Hamilton S, Moseley ME, Albers GW. J Neurol Neurosurg Psychiatry. 2011 Nov;82(11):1201-5. Epub 2011 May 7.

(297) Intra-arterial injection of neural stem cells using a microneedle technique does not cause microembolic strokes. Chua JY, Pendharkar AV, Wang N, Choi R, Andres RH, Gaeta X, Zhang J, Moseley ME, Guzman R. J Cereb Blood Flow Metab. 2011 May;31(5):1263-71. Epub 2010 Dec 15.

(298) Oral manganese as an MRI contrast agent for the detection of nociceptive activity. Jacobs KE, Behera D, Rosenberg J, Gold G, Moseley M, Yeomans D, Biswal S. NMR Biomed. 2012 Apr;25(4):563-9. doi: 10.1002/nbm.1773. Epub 2011 Aug 26.

(299) Greater effect of stroke thrombolysis in the presence of arterial obstruction. De Silva DA, Churilov L, Olivot JM, Christensen S, Lansberg MG, Mlynash M, Campbell BC, Desmond P, Straka M, Bammer R, Albers GW, Davis SM, Donnan GA; EPITHET-DEFUSE Investigators. Ann Neurol. 2011 Oct;70(4):601-5. doi: 10.1002/ana.22444. PMID: 22028220 [PubMed - indexed for MEDLINE]


**In Press and Submitted:**


**2.     Non-peer-reviewed articles and Application Notes:**

(1) Coronal MRI of the Cat.  I. Berry, M. Moseley, and M. Brant-Zawadzki.  General Electric Medical Systems CSI (1986).

(2) Imaging Performance at Very High Fields - 4.7 Tesla.  I. Berry, M. Moseley, and M. Brant-Zawadzki. General Electric Medical Systems CSI (1986).

(3) Imaging of Anesthetic Agents *In Vivo*.  M. Moseley, W. Chew, P. Mills, D. Sessler, and L. Litt.  General Electric Medical Systems CSI (1986).

(4) Pharmaceutical Contrast Agent Study.  M. Moseley, D. White, and B. Engelstad.  General Electric Medical Systems CSI (1986).

(5) MRI and MRS Methods in Cerebral Stroke.  M. Moseley, W. Chew, I. Berry, and R. Levy.  General Electric Medical Systems CSI (1986).

(6) Simultaneous Observation of Multinuclear MRS.  M. Moseley, P. Mills, and D. Sessler.  General Electric Medical Systems CSI (1986).

(7) Cardiac Gated-MRI.  M. Moseley and W. Chew.  General Electric Medical Systems CSI (1986).

(8) Oblique-Angle MRI on the CSI-2T.  P. Mills, D. Banville, M. Wendland, L. Litt, and M. Moseley. General Electric Medical Systems CSI (1987).

(9) Applications of Large Gradient Strengths. M. Moseley, J. Mintorovitch, Y. Cohen, D. White, M. Wendland. General Electric Medical Systems CSI (1990).

(10) High-speed MRI of Human Forearm Muscle. General Electric Medical Systems CSI (1991).

(11) Fast Spin-echo Imaging. M. E. Moseley, A. de Crespigny, T. Roberts, Bruker Relaxation Times 10(1), 13-15 (993).

(12) Inflow MRA and Synthesized ADC Maps in the Assessment of Stroke. M. E. Moseley, A. de Crespigny, T. Roberts, Bruker Relaxation Times 10(1), 7-9, (1993).

(13) Moseley M, Bammer R.  "Tracking Cognition And Learning With MRI Sequencing Tool".  Stanford Center Focus, February 2005.

(14) Moseley M, et al.  "Diffusion Imaging: Why the Next 10 Years Will Be a Great Time to Be an MR Technologist " Advance Magazine, August 2006.


**3a.     BOOKS, EDITOR:**

(1) Magnetic Resonance Neuroimaging. Editors, J. Kucharczyk, M. Moseley, J. Barkovich, CRC Press (1993).

(2) Functional Neuroimaging. Editors: J. Kucharczyk, M. Moseley, T. Roberts. North Amercian Imaging Clinics, Saunders, 1995.

(3) Functional Neuroimaging, ed. M. Moseley, J. Kucharczyk, R. Latchaw, Harcourt Sciences. In Press: 2004.


**3.     BOOK CHAPTERS, 1978-:**

(1) Translational Self-Diffusion in Magnetic Resonance Imaging: Effects and Applications.  G.E. Wesbey, M.E. Moseley, and R.E. Ehman.  In *Biomedical Magnetic Resonance*, pp. 63-78.  Edited by A.R. Margulis and T.L. James.  San Francisco: Radiology Research and Education Foundation (1984).

(2) $^{23}$Na Magnetic Resonance Imaging. M.E. Moseley, W.M. Chew, and T.L. James. In *Biomedical Magnetic Resonance,* pp. 267-270. Edited by A.R. Margulis and T.L. James. San Francisco: Radiology Research and Education Foundation (1984).

(3) Magnetic Resonance Spectroscopy: Basic Principles. M.E. Moseley, W.M. Chew, and T.L. James. In *Magnetic Resonance in the Central Nervous System.,* pp. 1-15. Edited by M.N. Brant-Zawadzki. New York: Raven Press (1986).

(4) Paramagnetic Shift Probes for Myocardial NMR Spectroscopy. G. Wesbey, M.E. Moseley, B.L. Engelstad, G. Huberty, and R. Hurd. In *Contrast Agents in Magnetic Resonance Imaging,* pp. 53-59. Edited by V. Runge, C. Claussen, R. Felix, and A. Everette James. Princeton: Excerpta Medica (1987).

(5) MRI Insights: MR Potent Stimulus to Research in Many Aspects of Biomedicine. Invited Review, C.B. Higgins, and M.E. Moseley. *Diagnostic Imaging* **9**(11), 319-336 (1987).

(6) Magnetic Resonance Imaging and Spectroscopy in Clinical and Experimental Cerebral Ischemia: A Review. Invited Review, M. Brant-Zawadzki, P. Weinstein, H. Bartkowski, and M.E. Moseley. *Am. J. Roentgenol.* **148**, 579-588 (1987).

(7) MRI Insights: MR Potent Stimulus to Research in Many Aspects of Biomedicine. Invited Review, C.B. Higgins and M.E. Moseley. *Diagnostic Imaging* **9**,(11), 319-336 (1987).

(8) P-31 Magnetic Resonance Spectroscopy (MRS) of Limb Muscles During Bedrest with Exercise Countermeasures. P. Berry, I. Berry, S. Arnaud, and M. Moseley. In *Space Physiology*. ESA Publications (1988).

(9) Spectroscopie Par Resonance Magnetique. I. Berry and M.E. Moseley. In *IRM Corps Entier*. Edited by P. Vasile. Paris: Vigot Publications (1988).

(10) Produits de Contraste En Imagerie Par Resonance Magnetique. I. Berry and M.E. Moseley, In *IRM Corps Entier*. Edited by P. Vasile. Paris: Vigot Publications (1988).

(11) In Situ Brain Metabolism. T.L. James, L.H. Chang, W. Chew, R. Gonzalez-Mendez, L. Litt, P. Mills, M. Moseley, B. Pereira, D. Sessler, P.R. Weinstein, In *Physiological NMR Spectroscopy: From Isolated Cells to Man. Annals of the New York Academy of Sciences.* pp. 64-81. Edited by S. Cohen. New York, The New York Academy of Sciences (1988).

(12) Development of Macromolecular Paramagnetic Contrast Media for MRI. R.Brasch, M.Moseley, J. Dupon, S. Wang,M. Wikstrom, U. Schmiedl, C. Wolfe, M. Ogan, W. Grodd, D. White, In *Contrast Agents in Magnetic Resonance Imaging*. Excerpta Medica (1988).

(13) Applications of Echo-Planar. M. Moseley. *Eizo Joho* (Japan), **22**, 41-45 (1990).

(14) Echo-planar MRI. M. Moseley. *Eizo Joho* (Japan), **22** , 324-330 (1990).

(15) MRI of Diffusion and Perfusion. M. Moseley, M. Wendland, J. Kucharczyk. *Top Magn Reson Imaging*, **3**, 50-67 (1991).

(16) Imaging Techniques: Pulse Sequences from Spin-echo to Diffusion. M. Moseley. *Magnetic Resonance Imaging of the Body*. Second Edition. C. Higgins, H. Hricak, C. Helms. Raven Press. New York (1992).

(17) Diffusion and Perfusion MRI. M. Moseley, A. de Crespigny, W. Chew. *Neuroimaging Clinics. of North America*. Ed. P. Keller, Drayer, and Fram. W. B. Saunders, Philadelphia (1992).

(18) Early Detection of Ischemic Injury. M. Moseley, J. Mintorovitch, Y. Cohen , et al. *Brain Edema, VIII*. Eds. H. Reulen, A. Baethmann, J. Fenstermacher, A. Marmarou, M. Spatz. Springer Verlag, Vienna (1992).

(19) Diffusion-weighted MRI and T2-wt., MRI in Acute Cerebral Ischemia: Comparison and Correlation with Histopathology. R. Sevick, J. Kucharczyk, M. Moseley, et al. *Brain Edema, VIII*. Eds. H. Reulen, A. Baethmann, J. Fenstermacher, A. Marmarou, M. Spatz. Springer Verlag, Vienna (1992).

(20) Innervisions of Functional MRI. M. Moseley, A. de Crespigny. *Innervisions* (1992).

(21) Diffusion in Stroke. M. Moseley, J. Kucharczyk. In: *Diffusion and Perfusion*. Eds. B. Rosen and D. LeBihan. Raven Press (1994).

(22) Principles and Techniques of Neuroimaging. I. Cox, T. Roberts, M. Moseley. In: *Magnetic Resonance Neuroimaging*. Editors, J. Kucharczyk, M. Moseley, J. Barkovich, CRC Press (1993).

(23) Stroke. IH. Rowley, T. Roberts, J. Kucharczyk, M. Moseley. In: *Magnetic Resonance Neuroimaging*. Editors, J. Kucharczyk, M. Moseley, J. Barkovich, CRC Press (1993).

(24) Experimental Diffusion Anisotropy. T. Roberts, A. de Crespigny, J. Kucharczyk, M. Moseley. In: *Diffusion and Perfusion*. Eds. B. Rosen and D. LeBihan. Raven Press (1994).

(25) Anisotropically Restricted Diffusion in MRI. M. Moseley, A. de Crespigny. In: *Encyclopedia of NMR*: Editors: D. Grant, P. R. Harris, John Wiley and Sons, Sussex, England (1994).

(26)   Functional MRI. M. Moseley and A. de Crespigny. In: Proceedings of the Japanese Congress of Neurological Surgeons (1994).

(27)   Functional Localization - Preoperative Mapping.M. Moseley and R. Andrews.   in: Intraoperative Neuroprotection. Ed. R. Andrews, Williams and Wilkins, New York (1994).

(28)   Functional MR Imaging: Capabilities and Limitations. M. Moseley and G. H. Glover. In: *Functional Neuroimaging.* Editors, J. Kucharczyk, M. Moseley, T. Roberts, W. Orrison, North American Imaging Clinics, Saunders (1995).

(29)   Diffusion in Brain Ischemia. M. Moseley, J. Kucharczyk. In: *Diffusion and Perfusion. Magnetic Resonance Imaging: Applications to Functional MRI.* Ed. D. LeBihan. Raven Press (1995).

(30)   Functional Magnetic Resonance Imaging. M. Moseley, In: *Yearbook of Science and Technology*, McGraw-Hill, New York (1996).

(31)   Imaging Techniques: Pulse Sequences.  Moseley  ME, Sawyer, AM. In: MRI of the Body, eds. CB Higgins, H Hricak, C Helms, Raven Press, In Press 1997.

(32)   Diffusion and Perfusion MRI.  Moseley ME, Butts K. In: Magnetic Resonance Imaging, eds. D Stark, W Bradley, Mosby Press, In Press 1997.

(33)   Diffusion-Weighted MRI of Cerebral Ischemia. Moseley M, Butts K, Lowe G, de Crespigny A, Tong D, O'Brien M, Yenari M, Marks M.  Proceedings of the International Workshop on Biomedical Imaging. Pergamon Press, In Press, 1997.

(34)   Moseley ME, Butts K. Diffusion and Perfusion MRI. In: Magnetic Resonance Imaging, Third Edition, eds. D Stark, W Bradley, Mosby Press, pp.1451, 1998.

(35)   Beaulieu C, Moseley, ME.  Diffusion and Perfusion MRI, in Current Review of Cerebrovascular Disease, 3rd Edition. Eds: Fisher M and Bogousslavsky J. Current Science, Philadelphia, PA.

(36)   Kastrup A, Moseley ME. Functional MRI and Hypercapnia, in Medical Radiology – Diagnostic Imaging and Radiation Oncology, Functional MRI. Eds: Moonen C and Bandettini P. Springer Verlag, Berlin, June 1999.

(37)   Rother J, Moseley ME. New MRI Techniques for the Detection of Cerebral Ischemia, in Magnetism in Medicine, A Handbook. Wiley-VCH, Berlin, pp. 395, 1998.

(38)   Beaulieu, C, Lansberg, M., and Moseley, ME.  A Primer on Diffusion- and Perfusion-weighted MRI of Clinical Stroke, A Continuing Medical Education (CME) Course on the Web  (www.radinfonet.com), Now on-line, 1998.

(39)   Beaulieu, C, D'Arceuil HE, Hedehus M, de Crespigny AJ, Kastrup A, Moseley, ME.  Diffusion-Weighted MRI: Theory and Potential Applications in Child Neurology, Seminars in Pediatric Neurology, 1999.

(40)   C. Beaulieu and M. Moseley, "Diffusion Weighted and Perfusion Weighted MTI in Clinical Stroke". Current Medicine, 2001

(41)   R. Sood, M. Moseley, "Technical introduction to MRI" in <u>MRI in Stroke</u>, ed. S. Warach, M. Fisher, Cambridge University Press. May 2001.

(42)   M. Moseley, A. Sawyer-Glover, J. Kucharczyk. "MRI Physics" in Functional Neuroimaging, ed. M. Moseley, J. Kucharczyk, R. Latchaw, Harcourt Sciences. March 2002.

(43)   M. Moseley, R. Bammer. "Diffusion Weighted MRI" in Functional Neuroimaging, ed. M. Moseley, J. Kucharczyk, R. Latchaw, Harcourt Sciences. March 2002.

(44)   M. Moseley, R. Bammer, J. Kucharczyk. "DWI and PWI in Clinical Neuroimaging of Stroke" in Functional Neuroimaging, ed. M. Moseley, J. Kucharczyk, R. Latchaw, Harcourt Sciences. March 2002.

(45)   Neumann-Haefelin T, Moseley ME. DWI and PWI in Acute Stroke. "Imaging in Stroke", ed. Hennerici M. Remedica Publishing, 2003.

(46)   Bammer R, Moseley ME. Diffusion Weighted Magnetic Resonance Imaging. "Clinical Magnetic Resonance". editor. Edelman R. Saunders, 2004.

(47)   Moseley ME, Bammer R, Rother J. New MRI Techniques for the Detection of Cerebral Ischemia. "Handbook of "Magnetism in Medicine"". Editor. Nowak H. Wiley-VCH, 2005. In Press.

(48)   Moseley ME, Brosnan T, Liu C, "MR in Neuroimaging", Neurologic Clinics, edited by L. Mechtler, Neurol Clin. 2009 Feb;27(1):1-19, xiii. Review. PubMed PMID: 19055973.

(49)   Moseley ME. DWI in Cerebral Ischemia: The Early Days. In Diffusion MRI: Theory, Methods, and Applications. Ed. D. Jones. Elsevier, 2011.

**4.**   **BOOK REVIEWS:**

## 5.     CONFERENCE ABSTRACTS, 1983-:

**Selected Peer-Reviewed Scientific Abstracts  Published:**

1       Magnetic Resonance Proprties of Aqueous Metal Complexes Potentially Suitable for Contrast Enhancement in NMR Imaging.  G.E. Wesbey, B.L. Engelstad, J.P. Huberty, M.E. Moseley, *et al*.  69th Scientific Assembly, Radiological Society of North America, Chicago, IL (1983).

2       Structure-Relaxivity Relationships for Sixteen Nitroxide Spin Labels Potentially Suitable as NMR Contrast Agents.  J.D. Lovin, G.E. Wesbey, M.E. Moseley, *et al*.  69th Scientific Assembly, Radiological Society of North America, Chicago, IL (1983).

3       The Effects of Nimodipine in Acute Experimental Cerebral Ischemia.  H.M. Bartkowski, L.H. Pitts, M.E. Moseley, *et al*.  Annual Meeting, American Association of Neurological Surgeons, San Francisco, CA (1984).

4       Proton T2 Reduction due to Spin-Diffusion Through Pulsed-Gradients in Spin-Echo NMR Imaging.  Imaging Implications and Applications.  G.E. Wesbey, K. Moon, L. Crooks, M.E. Moseley, *et al*.  *Magn. Reson. Med.* **1**, 260 (1984).

5       NMR Imaging and High Resolution Spectroscopy of Hemachromatosis.  D.D. Stark, M.E. Moseley, G. Young, *et al*.  *Magn. Reson. Med.*, **1**, 260 (1984).

6       NMR Imaging and High Resolution Spectrosopy of Hepatitis and Fatty Liver.  D. Stark, M.E. Moseley, G. Young, *et al*.  *Magn. Reson. Med.* **1,** 260 (1984).

7       Diffusion Effects and Measurement of Diffusion in Magnetic Resonance Imagers.  G.E. Wesbey, M.E. Moseley, R.L. Ehman, and M. Hrovat.  Third Annual Meeting, Society of Magnetic Resonance in Medicine, New York, NY (1984).

8       Measurements of Translational Molecular Self-Diffusion in Proton Magnetic Resonance Imaging.  G. Wesbey, M. Moseley, M. Hrovat, and R. Ehman.  Third Annual Meeting, Society of Magnetic Resonance in Medicine, New York, NY (1984).

9       MR Imaging of Acute Myocardial Infarction in Rats: Application of Albumin-(Gd-DTPA), a blood-volume contrast agent.  U. Schmiedl, M.E. Moseley, R. Sievers, M. Ogan, W. Chew, H. Engeseth, M. Lipton, R. Brasch. Second European Congress of NMR in Medicine and Biology, Berlin, (1988).

10      A Transrectal Probe for P31 NMR Spectroscopy and H1 MRI of the Canine and Human Prostate Gland.  D.B. Vigneron, P. Narayan, P. Jajodia, M.E. Moseley, T.L.  James, C. M. Anderson, M. W. Hedgecock.  Society of Magnetic Resonance in Medicine, San Francisco, (1988).

11      Comparison of a Small Molecular ECF and a Macromolecular, Intravascular MR Contrast Agent for Tumor Enhancement.  M.E. Moseley, M. Wikstrom, D.L. White, J. Dupon, J. Winkelhake, J. Kopplin, R.C. Brasch.Society of Magnetic Resonance in Medicine, San Francisco, (1988).

12      Assessment of Blood Flow and Perfusion with RF Field Gradients.  M.E. Moseley,  G. Karczmar, N.J. Travares. Radiological Society of North America, Chicago, (1988).

13      Early Detection of Regional Cerebral Ischemia and the Effect of Reperfusion on Diffusion-weighted MRI in Rats.  J. Mintorovitch, J. Kucharczyk, and M. Moseley.  Society of Magnetic Resonance in Medicine, 8th Annual Meeting.  Amsterdam, The Netherlands (1989).

14      Early Detection of Ischemic Injury:  Comparison of Diffusion- and T2-weighted MRI and Spectroscopy During Regional Cerebral Ischemia in Cats.  Y. Cohen, J. Kucharczyk, and M. Moseley.  Society of Magnetic Resonance in Medicine, 8th Annual Meeting, Amsterdam, The Netherlands (1989).

15      Evidence of Anisotropic Self-Diffusion in Cat Brain.  M. Moseley, Y. Cohen, and   J. Mintorovitch.  Society of Magnetic Resonance in Medicine, 8th Annual Meeting, Amsterdam, The Netherlands (1989).

16      Magnetic Susceptibility Spin-echo MRI of Brain:  Iron-Dextran and Magnetite as Contrast Agents.  D. White, A. Tzika, and M. Moseley.  Society of Magnetic Resonance in Medicine, 8th Annual Meeting. Amsterdam, The Netherlands (1989).

17      Determination of Perfused Cerebral Blood Volume Using an Intravascular MR Contrast Agent.  D. White, A. Tzika, M. Moseley, K. Aicher, and J. Dupon.  Society of Magnetic Resonance in Medicine, 8th Annual Meeting.  Amsterdam, The Netherlands (1989).

18      Early Detection of Perfusion Deficits Induced by Regional Cerebral Ischemia in Cats:  T2-weighted Magnetic Susceptibility MRI Using a Non-ionic Dysprosium Contrast agent.  M. Moseley, Y. Cohen, J. Mintorovitch, S. Rocklage, J. Kucharczyk, and      D. Norman. Society of Magnetic Resonance in Medicine, 8th Annual Meeting.  Amsterdam, The Netherlands (1989).

19    Diffusion-weighted MR Imaging of Extraaxial tumors.  J. Tsuruda, W. Chew, M. Moseley, and D. Norman.  Western Neuro Society.  Monterey, California (1989).

20    Imaging of Rat Lung Using Very Short TE Spin-echo MRI.  M. Moseley, D. White, S. Wang, and J. Dupon.  Chicago, Illinois (1989).

21    Gd-DTPA-Bismorpholide, a New Low Osmolar Contrast Agent for MRI.  K. Aicher, D. White, J. Dupon, M. Moseley, H. Weinmann, and R. Brasch.  Radiological Society of North America.  RSNA '89. Chicago, Illinois (1989).

22    Dy-DTPA-BMA Based Magnetic Susceptibility Enhanced MRI of Acute Stroke.    J. Mintorovitch, J. Kucharczyk, M. Moseley, and S. Rocklage.  European Congress of NMR in Medicine and Biology. Strasbourg, France (1990).

23    Early Detection of Regional Cerebral Ischemia in Rat Brain Using Susceptibility Enhanced Echo-planar MRI.  D. White, M. Wendland, K. Aicher, A. Tzika, and    M. Moseley. European Congress of NMR in Medicine and Biology.  Strasbourg, France (1990).

24    Evaluation of Vascular Challenges Using Echo-planar MRI and an  Intravascular. Persistant Magnetic Susceptibility Contrast Agent.  M. Moseley, D. White, A. Tzika, M. Wendland. Society of Magnetic Resonance in Medicine, 9th Annual Meeting.  New York, New York  (1990).

25    Early Detection of Ischemic Injury: Comparison of Spectrosocopy, Diffusion-, T2-, and Magnetic Susceptibility-weighted MRI in Cats. M. Moseley, J. Mintorovitch, Y. Cohen, H. Asgari, N. Derugin, D. Norman. Brain Edema 1990. 8th International Symposium, Berne, Switzerland (1990).

26    Ultra-Fast Scanning-Diffusion and Perfusion. M. Moseley.  Canadian Association of Radiologists, 53rd Annual Meeting. Vancouver, Canada (1990).

27    Inherent  Susceptibility Contrast in Myocardium during Apnea on GRE EPI. M. Wendland, M. Saeed, K. Lauterma, A. de Crespigny, M. Moseley, C. Higgins. Society of Magnetic Resonance in Medicine, 11th Annual Meeting.  Berlin, Germany  (1992).

28    Time Resolved Blood Oxygenation Changes as an MR Contrast Agent: Focal Renal Ischemia and Liver Tumor in the Rat. A. de Crespingy, V. Vexler, M. Wendland, B. Brasch, M. Moseley. Society of Magnetic Resonance in Medicine, 11th Annual Meeting. Berlin, Germany  (1992).

29    Blood Oxygenation Dynamics Complement Diffusion/Perfusion Patterns in Focal and Partial Cerebral Ischemia. M. Moseley, A. de Crespigny, M. Wendland, Z. Vexler, N. Derugin. Society of Magnetic Resonance in Medicine, 11th Annual Meeting. Berlin, Germany  (1992).

30    Real Time Detection of Blood OxygenationChanges During Apnea in Partially  Ischemic Rat Brain at 4.7Tesla. A. de Crespigny, M. Tsuure,  M. Moseley. Society of Magnetic Resonance in Medicine, 11th Annual Meeting.  Berlin, Germany  (1992).

31    DyDTPA-BMA Enhanced MRI of Cerebral Ischemia Induced by Partial Stenosis of the Middle Cerebral Artery. Z. Vexler, J. Kucharczyk, M. Moseley, N. Derugin, A. Watson, S. Rocklage. Society of Magnetic Resonance in Medicine, 11th Annual Meeting. Berlin, Germany  (1992).

32    Inherent Contrast Enhancement of Focal Cerebral Ischemia on GRE EPI by Vascular Challenge. M. Wendland, A. de Crespigny, Z. Vexler, N. Derugin, M. Moseley. Society of Magnetic Resonance in Medicine, 11th Annual Meeting. Berlin, Germany  (1992).

33    Combined Diffusion and Perfusion Fast Spin Echo MRI in Cerebral Ischemia. M. Moseley, A. de Crespigny, J. Kucharczyk. Society of Magnetic Resonance in Medicine, 11th Annual Meeting.  Berlin, Germany  (1992).

34    Perfusion/Diffusion MRI of Cerebral Ischemia in a Rat Carotid Embolism Model. A. de Crespigny, M. Tsuura, M. Moseley, J. Kucharczyk. Society of Magnetic Resonance in Medicine, 11th Annual Meeting. Berlin, Germany  (1992).

35    Direct Visualization of Reactive Hyperemia in Focal Cerebral Ischemia. M. Moseley, M. Wendland, Z. Vexler, N. Derugin. Society of Magnetic Resonance in Medicine, 11th Annual Meeting.  Berlin, Germany (1992).

36    High Resolution Imaging by Adding Noise. A. de Crespigny, M. Wendland, M. Moseley. Society of Magnetic Resonance in Medicine, 11th Annual Meeting.  Berlin, Germany  (1992).

37    Endogenous contrast in myocardium caused by deoxygenation of blood during apnea on EPI. M. Saeed, K. Lauerma, A. de Crespigny, M. Moseley, C. Higgins. Society of Magnetic Resonance Imaging, 11th Annual Meeting, San Francisco (1992).

38    Diffusion and Perfusion Imaging of Focal Ischemia. M. Moseley. Mini-Categorical Course. Society of Magnetic Resonance in Medicine, 11th Annual Meeting.  Berlin, Germany  (1992)

39 Improved Perfusion With Direct Antithrombin, Hirulog, in a Rabbit Stroke Model of Thrombolysis. M. Yenari, A. de Crespigny, J. Palmer, H. D'Arceuil, S. Robert, G. W. Albers, S. Schrier, M. Moseley and G. Steinberg. American Academy of Neurology, Seattle, WA (1995).

40 Navigated Spin-Echo Diffusion Imaging of Acute and Chronic Stroke. M. P. Marks, A. de Crespigny, D. Lentz, D. R. Enzmann, M. Moseley. Western Neuro 95 Annual Meeting, October 5-8, Victoria, British Columbia (1995).

41 Transient ADC Changes in Peri-Infarct Tissue of the Rat. J. Rother, A. de Crespigny, H. D'Arceuil, J. Yoshikawa*, K. Iwai*, S. Seri*, M. Moseley. Brain 95, Cologne, Germany (1995).

42 Navigated Spin-Echo Diffusion Imaging of Acute and Chronic Stroke. M. P. Marks, A. de Crespigny, D. Lentz, D. Enzmann, M. Moseley. ASNR 33rd Annual Meeting, Chicago, Illinois (1995).

43 Diffusion Weighted MRI of Clinical Stroke. M. Moseley, M. Yenari, A. de Crespigny, M. Marks. 1995 American Academy of Neurology, Seattle, WA (1995)

44 SNX-111 in a Rat Model of Transient Focal Cerebral Ischemia Using Diffusion MRI. J. Palmer, M. Yenari, G. H. Sun, A. de Crespigny, M. Moseley & G. Steinberg. Society for Neuroscience (1995).

45 Thrombolysis and MRI in an Acute Model of Embolic Stroke. M. Yenari, A. de Crespigny, H. D'Arceuil, J. Palmer, S. Robert, G. Albers, S. Schrier, M. Moseley and G. Steinberg. Society for Neuroscience (1995).

46 A Novel Rabbit Model of Embolic Stroke Using Diffusion-Weighted MRI. M. Yenari, A. de Crespigny, H. D'Arceuil, J. Palmer, S. Robert, G. Albers, S. Schrier, M. Moseley & G. Steinberg. 20th International Joint Conference on Stroke and Cerebral Circulation February 1995, Charleston, South Carolina (1995).

47 Magnetic Resonance Perfusion and Diffusion in a Rabbit Model of Embolic Stroke M. Yenari, A. de Crespigny, H. D'Arceuil, J. Palmer, S. Roberts, J. Yoshikawa, K. Iwai s. XVII International Symposium on Cerebral Blood Flow and Metabolism (1995).

48 Diffusion-Weighted Imaging of Experimental Cerebral Venous Thrombosis. J. Röther, A.J. de Crespigny and M.E. Moseley. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

49 MRI Detection of Cortical Spreading Depression after Focal Cerebral Ischemia. J. Röther, A.J. de Crespigny, H. D'Arceuil, J. Yoshikawa, K. Iwai, S. Seri and M.E. Moseley.Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

50 Mapping of Vascular Reserve: Effect of Pulsed Carbogen on Arterial Inflow. M. Moseley, A. de Crespigny, J. Pauly and D. Spielman. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

51 Contrast-Enhanced PVMRA in a Rabbit Model. M. Moseley, A. de Crespigny, J. Röther, J. Yoshikawa, K. Iwai and Y. Hashiguchi. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

52 Tumor Response to Changes of Breathing Gas Mapped by the Functional Magnetic Resonance Imaging Technique. S.K. Lemieux, M.J. Dorie, G.H. Glover, M.M. Moseley, J.M. Brown and D.M. Spielman. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

53 Diffusion-Weighted Imaging of Stroke Using a Navigated Spin-Echo Sequence. M.P. Marks, A. de Crespigny, D. Lentz, D.R. Enzmann, G.W. Albers and M.E. Moseley. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

54 High Speed MRI of Very Early Diffusion Changes in Focal Cerebral Ischemia. A.J. de Crespigny, J. Röther, H.E. D'Arceuil, J. Yoshikawa, K. Iwai, S. Seri and M.E. Moseley. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

55 Detection of Reversible Diffusion and Perfusion Changes in Experimental Hypoxic Ischemic Encephalopathy. H.E. D'Arceuil, W.D. Rhine, A.J. de Crespigny, J. Yoshikawa, K. Iwai, S. Seri and M.E. Moseley. Stanford University, Stanford, CA and Nihon Medi-Physics, Co., Ltd., Chiba, Japan. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

56 Diffusion-Weighted Interleaved EPI with Navigation for Stroke Imaging. K. Butts, A. de Crespigny and M. Moseley. Third Annual Meeting of the Society of Magnetic Resonance in Medicine, Nice, France (1995).

57 Isotropic Diffusion-Weighted Gradient Designs with Gradient Moment Nulling along Two Axes, R. K. Butts, M. Hedehus, J. M. Pauly and M. Moseley, Radiological Society of North America, 82nd scientific assembly and annual meeting, Chicago, Illinois (1995).

58 Corroboration of Near-Infrared Spectroscopy with Diffusion and Perfusion MRI Studies. H. D'Arceuil, W. D. Rhine, A. de Crespigny, W. F. Cheung, M. E. Moseley, and D. A. Benaron. International Society

of Magnetic Resonance in Medicine in Medicine, Fourth Scientific Meeting, New York, New York, (1996).

59   Isotropic Diffusion-Weighted Interleaved EPI with Two Orthogonal Navigator Echoes. K. Butts, J. M. Pauly, A. de Crespigny and M. E. Moseley.  International Society of Magnetic Resonance in Medicine in Medicine, Fourth Scientific Meeting, New York, New York, (1996).

60   Serial Perfusion Imaging Using Iron Dextran in Neonatal Hypoxic-Ischemic Encephalopathy. H. D'Arceuil, W. D. Rhine, A. de Crespigny, M. E. Moseley and D. K. Stevenson.  International Society of Magnetic Resonance in Medicine in Medicine, Fourth Scientific Meeting, New York, New York, (1996).

61   Simultaneous Measurement of Diffusion, Perfusion and Direct Current Potential during Cortical Spreading Depression. A. de Crespigny, J. Röther, N. van Bruggen, C. Beaulieu and M. E. Moseley. International Society of Magnetic Resonance in Medicine in Medicine, Fourth Scientific Meeting, New York, New York, (1996).

62   Diffusion Imaging of Human Stroke. H. Lutsep, G. Albers, A. de Crespigny and M. Moseley. International Society of Magnetic Resonance in Medicine in Medicine, Fourth Scientific Meeting, New York, New York, (1996).

63   Duration of Transient ADC Declines After Ischemic-Induced Spreading Depression Relates to Tissue Perfusion. J. Rother, A. de Crespigny, H. D'Arceuil, K. Iwai, S. Seri and M. Moseley.  International Society of Magnetic Resonance in Medicine in Medicine, Fourth Scientific Meeting, New York, New York, (1996).

64   Characterization of Hemorrhagic Embolic Infarction Using Diffusion-weighted Imaging. M. Yenari, C. Beaulieu, K. Iwai, S. Seri, G. Steinberg and M. Moseley. International Society of Magnetic Resonance in Medicine in Medicine, Fourth Scientific Meeting, New York, New York, (1996).

65   Cytotoxic Edema Formation and the Effect of tPA in experiemtnal Cerebral Venous Thrombolysis: A MRI Study. N. Van Bruggen. J. Rother, K. Waggie, A. de Crespigny, and M. Moseley.  American Academy of Neurology, Fourty-eighth Annual Scientific Meeting, San Francisco, Ca, (1996).

66   Diffusion-weighted MRI Demonstrates Early Improvement Following Treatment with SNX-111, A Selective N-Type Calcium Channel Blocker, in a Rodent Model of Transient Focal Cerebral Ischemia. M. Yenari, J. Palmer, G. Sun, A. de Crespigny, G. Steinberg and M. Moseley.  American Academy of Neurology, Fourty-eighth Annual Scientific Meeting, San Francisco, Ca, (1996).

67   Thrombolysis of an Embolic Stroke Model Using Diffusion MRI. M. Yenari, L. Lee, C. Beaulieu, D. Kunis, G. Sun, J. Palmer, G. Albers, M. Moseley, JG. Steinberg.  Joint 3rd World Stroke Congress and the 5th European Stroke Conference, Munich, Germany, (1996).

68   Improved Perfusion with Thrombolysis in a Model of Embolic Stroke. M. Yenari, L. Lee, C. Beaulieu, D. Kunis, G. Sun, J. Palmer, G. Albers, M. Moseley, G. Steinberg. Society for Neuroscience, 1996 Annual Meeting, Washington, DC. (1996).

69   Serial Diffusion mapping of Spreading Depression-Like Depolarization in Normo- and Hyperglycemic Rats. J. Rother, T. Els, C. Beaulieu, A de Crespigny, D. Kunis, M. Moseley. Society for Neuroscience, 1996 Annual Meeting, Washington, DC. (1996).

70   Assessment of Cerebral Hemodynamics During Spreading Depression using Simultaneous MRI Diffusion and Blood Volume Mapping. A de Crespigny, J. Rother, N. Van Bruggen, C. Beaulieu, M. Moseley. Society for Neuroscience, 1996 Annual Meeting, Washington, DC. (1996).

71   Clinical Utility of Eliminating Anisotropy Using Isotropic Diffusion-weighted MRI. M. O'Brien, K. Butts, W. Ankenbrandt, M. Moseley, G. Albers. Tenth International Brain Edema Symposium, Cellular Injury and Brain Edema, 1996. American Heart Association, San Diego, Ca. (1996).

72   Evaluation of Lacunar and Subcortical Infarcts with Diffusion-Weighted  MRI. M. Marks, H. Lutsep, B. Ross, D. Tong, A. de Crespigny, G. Albers, M. Moseley. Tenth International Brain Edema Symposium, Cellular Injury and Brain Edema, 1996. American Heart Association, San Diego, Ca. (1996).

73   Diffusion-Weighted MRI in Acute Clinical Stroke. M. Moseley, A. de Crespigny, M. Marks, K. Butts. "The Future of MRI in Medicine" - Internet Conference '97, Kyoto, Japan (1996).

74   Accuracy of FLAIR and Diffusion-Weighted MRI in Diagnosis of Ischemic Stroke. G. Lowe, K. Butts, A. de Crespigny, M. Moseley, M. Marks, D. Enzmann. 82nd Scientific Assembly and Annual Meeting of the Radiological Society of North America (RSNA), Chicago, (1996

75   Clinical Utility of Eliminating Anisotropy Using Isotropic Diffusion-weighted MRI. M. O'Brien, K. Butts, W. Ankenbrandt, M. Moseley, G. Albers. Tenth International Brain Edema Symposium, Cellular Injury and Brain Edema, 1996. American Heart Association, Anaheim, Ca. (1996).

76    Isotropic DWI Gradient-Designs with Gradient Moment Nulling. K. Butts, M. Hedehus, J Pauly, M. Moseley. 82nd Scientific Assembly and Annual Meeting of the Radiological Society of North America (RSNA), Chicago, (1996).

77    Evaluation of Lacunar and Subcortical Infarcts using Navigated Diffusion-Weighted MRI. M. Marks, H. Lutsep, A. de Crespigny, G. Albers, M. Moseley. 82nd Scientific Assembly and Annual Meeting of the Radiological Society of North America (RSNA), Chicago, (1996).

78    Evaluation of Lacunar and Subcortical Infarcts with DWI. M. Marks, H. Lutsep, A. de Crespigny, A. Albers, M. Moseley. 28th Annual Meeting of the Western Neuroradiological Society, Coronado, CA, (1996).

79    Improved perfusion with thrombolysis in a model of embolic stroke. Yenari, M. A., Lee L., Beaulieu C., Kunis D., Sun G. H., Palmer J. T., Albers G. W., Moseley M. E. and Steinberg G. K. Soc Neurosci Abs, 22:2144, San Diego, Ca, (1996).

80    Thrombolysis in an embolic stroke model using diffusion MRI. Yenari, M. A., Lee L., Beaulieu C., Kunis D., Sun G. H., Palmer J. T., Albers G. W., Moseley M. E. and Steinberg G. K. Brain '97 - Proceedings in Cerebrovasc. Diseases, 6 (suppl. 2):25, (1996)

81    Diffusion weighted MRI (DWI) findings in MELAS syndrome. Tong, D., Yenari M., de Crespigny A. and Moseley M. Brain '97 - Proceedings in Cerebrovasc. Diseases, 6 (suppl. 2):82, (1996)

82    A Comparison of Hyperoxia-Induced Contrast Using Dual-Echo fMRI and Dynamic Gadolinium Imaging in Rabbit V2 Carcinoma, S. Lemieux, L. Kinoshita, K. Li, M. Moseley, and G. Glover. International Society of Magnetic Resonance in Medicine, Tumor Workshop. Cold Springs Harbor, (1997).

83    Hyperglycemia Enhances Repolarization after Peri-Infarct Spreading Depression and Delays Terminal Depolarization. T. Els, C. Beaulieu, A. de Crespigny, M. Moseley. 22nd International Joint Conference on Stroke and Cerebral Circulation, American Heart Association, Anaheim, CA, (1997).

84    Perfusion MRI TTP Compared with DWI and Clinically Apparent Neurologic Deficit in Hyperacute Stroke. D. Tong, M. Yenari, M. O'Brien, M. Marks, G. Albers, M. Moseley. 22nd International Joint Conference on Stroke and Cerebral Circulation, American Heart Association, Anaheim, CA, (1997).

85    Clinical Utility of Eliminating Anisotropy Using Isotropic DWI. M. O'Brien, K. Butts, W. Ankenbrandt, M. Moseley, M. Marks, G. Albers. American Academy of Neurology, Boston, MA, (1997)

86    Integrated Diffusion and Perfusion Weighted MRI in the Assessment of Hyperacute Stroke: Correlation with Neurologic Deficits and Conventional MRI. Tong, D. C., Yenari, M. A., O'Brien, M. W., Moseley, M. American Academy of Neurology 48: A223, Boston, Ma, (1997)

87    Diffusion-weighted MRI demonstrates early improvement following treatment with SNX-111, a selective N-type calcium channel blocker, in a rodent model of transient focal cerebral ischemia. Yenari, M. A., Palmer J. T., Sun G. H., de Crespigny A. and Moseley M. E. American Academy of Neurology 48: A195, Boston, Ma, (1997)

88    Mild Hypothermia: Diffusion MRI Characteristics of Focal Cerebral Ischemia and Cortical Spreading Depression. Hedehus, M., Yenari, M., Onley, D., Sun, G. H., Moseley, M. E. and Steinberg, G. K., Society Neuroscience Abs, 23: 1917, San Diego, Ca, (1997)

89    Characterization of Hemorrhagic Embolic Infarction Using Diffusion-weighted Imaging. Yenari, M., Beaulieu C., Iwai K., Seri S., Steinberg G. and Moseley M. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

90    Timecourse and treatment response with SNX-111 in a rodent model of transient focal cerebral ischemia using diffusion-weighted MRI (DWI). Yenari, M. A., Palmer J. T., Sun G. H., de Crespigny A., Steinberg G. and Moseley M. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

91    An MRI Investigation of the Efficacy and Potential Mechanisms of a Novel Compound, Poly-nitroxyl albumin, in Transient Focal Ischemia in the Rat. C Beaulieu, E Busch, J Rother, A de Crespigny, CJC Hsia, ME Moseley. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

92    Water Diffusion in the Optic and Trigeminal Nerve After Cardiac Arrest in the Rat. C Beaulieu, E Busch, J Rother, A de Crespigny, ME Moseley. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

93    Are Subarachnoid Blood Clots Visible on FLAIR MRI? E Busch, C Beaulieu, A deCrespigny, ME Moseley. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

94    Isotropic Diffusion-Weighted Spiral-Navigated IEPI for Routine Imaging of Acute Stroke. K Butts, JM Pauly, A deCrespigny, ME Moseley. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

95    Evidence for Spreading Depression in Acute Neonatal Hypoxic - Ischemic Encephalopathy. HE D'Arceuil, A deCrespigny, ME Moseley, DK Stevenson, WD Rhine. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

96    Correlation of Diffusion, Blood Volume and DC Potential Changes in Rat Brain After Cardiac Arrest. A de Crespigny, J Rother, C Beaulieu, ME Moseley. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

97    Clinical MR Diffusion/Perfusion Protocol for Hyperacute Stroke. M Moseley, A deCrespigny, D Tong, M O'Brien, K Butts, G Albers, M Marks. International Society of Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, BC, (1997).

98    Experimental stroke and cortical spreading depression under conditions of mild hypothermia with diffusion MRI" Yenari, M, Moseley M, Kunis D, Steinberg G, American Association of Neurological Surgeons. Philadelphia, PA, April 25-30, 1998.

99    Evolution of Human Cerebral Ischemic Lesion Volumes Studied by Serial Diffusion-Weighted MRI" O'Brien M, Ali J, Lansberg M, Puvvala S, Tong D, Yenari M, Woolfenden A, Kemp SW, Moseley M, Marks M, Albers G. American Academy of Neurology, 50th Annual Meeting. Minneapolis, MN, 1998.

100   MRI study of perfusion and diffusion in clinical stroke: lesion volumes and correlation with clinical outcome Longitudinal. Beaulieu, C., de Crespigny, A., Moseley, M.E., Albers, G.W., and Marks, M.P.. 36th Annual Meeting of the American Society for Neuroradiology, Philadelphia, Pennsylvania. (May 17 - 21, 1998).

101   Marks, M.P., Beaulieu, C., Tong, D., Albers, G., de Crespigny, A., and Moseley, M.E. Evaluation of early reperfusion, bleeding, and iv-tPA therapy using diffusion and perfusion imaging. 36th Annual Meeting of the American Society for Neuroradiology, Philadelphia, Pennsylvania. (May 17 - 21, 1998)

102   Beaulieu, C., Busch, E., de Crespigny, A., and Moseley, M.E. Diffusion-weighted imaging evidence of spreading depolarization after Subarachnoid hemorrhage in rats. Abstracts of the 6th Annual Meeting of the International Society of Magnetic Resonance in Medicine, Sydney, Australia. 340 (April 18 - 24, 1998).

103   Beaulieu, C., Busch, E., Engelhorn, T., de Crespigny, A., Hedehus, M., and Moseley, M.E. Diffusion-weighted imaging demonstrates cellular swelling in a cold injury model of vasogenic edema. Abstracts of the 6th Annual Meeting of the International Society of Magnetic Resonance in Medicine, Sydney, Australia. 1364 (April 18 - 24, 1998).

104   Busch, E., Beaulieu, C., de Crespigny, A., and Moseley, M.E. Early changes in water diffusion during acute subarachnoid hemorrhage in rat brain. Abstracts of the 6th Annual Meeting of the International Society of Magnetic Resonance in Medicine, Sydney, Australia. 337 (April 18 - 24, 1998).

105   Moseley, M., de Crespigny, A., Beaulieu, C., and Alley, M. Contrast-enhanced 3D TOF MRA in the dog. Abstracts of the 6th Annual Meeting of the International Society of Magnetic Resonance in Medicine, Sydney, Australia. 765 (April 18 - 24, 1998).

106   Moseley, M., Beaulieu, C., and de Crespigny, A., Dynamic contrast enhancement of liver and kidney: evaluation of CH3-DTPA-Gd and Gd-DTPA. Abstracts of the 6th Annual Meeting of the International Society of Magnetic Resonance in Medicine, Sydney, Australia. 1040 (April 18 - 24, 1998).

107   Beaulieu, C., Busch, E., de Crespigny, A., and Moseley, M.E. Spreading depression-like ADC transients after SAH in rats. 23rd International Joint Conference on Stroke and Cerebral Circulation, Orlando, Florida. P151 (February 5-7, 1998)

108   Busch, E., Beaulieu, C., de Crespigny, A., and Moseley, M.E. Diffusion MR imaging during acute subarachnoid hemorrhage in the rat. 23rd International Joint Conference on Stroke and Cerebral Circulation, Orlando, Florida. P175 (February 5-7, 1998).

109   de Crespigny, A., Röther, J., Beaulieu, C., and Moseley, M.E. Correlation of diffusion and DC potential in global ischemia. 23rd International Joint Conference on Stroke and Cerebral Circulation, Orlando, Florida. 41 (February 5-7, 1998).

110   Busch, E., Howard, D.L., Beaulieu, C., and Moseley, M.E. An easy approach for rat intubation using readily available equipment. 48th Meeting of the American Association for Laboratory Animal Science, Anaheim, California. (November 16 - 20, 1997).

111   Hedehus, M., deCrespigny A., Menon, V., Moseley, M.E., Lim, K.O. Mapping of White Matter Tracts in Schizophrenics using Diffusion Tensor Imaging, #1342 Abstracts of the 6th Annual Meeting of the

International Society of Magnetic Resonance in Medicine, Sydney, Australia. 1040 (April 18 - 24, 1998).

112   Beaulieu, C., Busch, E.W., Engelhorn, T., deCrespigny, A., Hedehus, M., Moseley, M. Diffusion-Weighted Imaging Demonstrated Cellular Swelling in a Cold Injury Model of Vasogenic Edema, #1364. Abstracts of the 6th Annual Meeting of the International Society of Magnetic Resonance in Medicine, Sydney, Australia. 1040 (April 18 - 24, 1998).

113   Yenari, M.A., Onley, D., Hedehus, M., deCrespigny, A., Sun, G.H., Steinberg, G.K., Moseley, M.E. Diffusion-Weighted MRI of Focal Cerebral Ischemia and Cortical Spreading Depression under Conditions of Mild Hypothermia, #1181. Abstracts of the 6th Annual Meeting of the International Society of Magnetic Resonance in Medicine, Sydney, Australia. 1040 (April 18 - 24, 1998).

114   Evolution of Cerebral Infarct Volume Assessed by Diffusion-Weighted MRI: Implications for Clinical Stroke Trials Gregory W. Albers, Maarten G. Lansberg, Michael W. O'Brien, Juan Ali, Andrew R. Woolfenden, David C. Tong, Michael E. Moseley. American Academy of Neurology, 51[th] Annual Meeting. Toronto, 1998.

115   Persistent Perfusion Abnormality in Acute Stroke Patients with Large Artery Occlusive Disease. Maarten G. Lansberg, David C. Tong, Michael W. O'Brien, Michael E. Moseley, Gregory W. Albers. American Academy of Neurology, 51[th] Annual Meeting. Toronto, 1998.

116   Persistent Perfusion Abnormality in Acute Stroke Patients with Large Artery occlusive Disease. Lansberg MG, Tong DC, O'Brien MW, Moseley ME, Albers GW. American Academy of Neurology, 51[th] Annual Meeting. Toronto, 1998.

117   Normal Age Effects on Coherence of White Matter Fibers. Lim KO, Sullivan EV, Hedehus M, de Crespigny A, Moseley ME, Pfefferbaum A. American College of Neuropsychopharmacology. Annual Meeting, 1998.

118   Fractional Anisotropy, Transverse Relaxation Time and Proton Density in Schizophrenia. Pfefferbaum A, Hedehus M, Lim KO, Sullivan EV, de Crespigny A, Moseley ME. International Congress on Schizophrenia Research, Annual Meeting, 1999.

119   Disruption of Brain WM Fiber Coherence in Alcoholics Observed with Diffusion Tensor Imaging. 22nd Annual Research Society Alcoholics, San Diego, CA, May 1999.

120   MRI Detection of Subacute Hemorrhagic Transformation in the Rat Suture Occlusion Model, T. Neumann-Haefelin, A. Kastrup, M. Yenari, T. Ringer, A. de Crespigny and M.E. Moseley, ISMRM (International Society of Magnetic Resonance in Medicine) April 2000, Denver, Colorado.

121   Serial MRI after Transient Focal Cerebral Ischemia in Rats: Dynamics of Tissue Injury, Blood-Brain-Barrier Damage and Edema Formation, T. Neumann-Haefelin, A. Kastrup, M. Yenari, A. de Crespigny and M.E. Moseley, ISMRM (International Society of Magnetic Resonance in Medicine) April 2000, Denver, Colorado.

122   Reproduceability of Diffusion Anisotropy Measurements in Human Neonates, H.E. D'Arceuil, M. Mirmiran, B. Betts, A.J. de Crespigny, M. Hedehus, J. Constantinou, F. Blankenberg, B. Fleisher, S. Atlas, M.E. Moseley and R. Ariagno, ISMRM (International Society of Magnetic Resonance in Medicine) April 2000, Denver, Colorado.

123   The PWI-DWI Mismatch in Patients With and Without Carotid Artery Stenosis, T. Neumann-Haefelin, H.J. Wittsack, G. Fink, T.Q.Li, M.E. Moseley, R. Seitz, M. Siebler and H.J. Freund, ISMRM (International Society of Magnetic Resonance in Medicine) April 2000, Denver, Colorado.

124   Diffusion-Perfusion MRI and X-Ray Angiography of rt-PA Treatment in Rats: Dependence of Stroke Volume on Recanalisation, C. Beaulieu, E. Busch, A. de Crespigny, F. Wiegand and M. Moseley, ISMRM (International Society of Magnetic Resonance in Medicine) April 2000, Denver, Colorado.

125   fMRI: Quantitative Measurements - Changes of Cerebral Blood Flow and Oxidative Metabolism during Graded Motor Activation, A. Kastrup, G. Krüger, T. Neumann-Haefelin, G.H. Glover and M.E. Moseley, ISMRM (International Society of Magnetic Resonance in Medicine) April 2000, Denver, Colorado.

126   Urresta F, Stebbins GT, de Toledo-Morrell L, Nyenhuis D, Moseley ME, Gabrieli J, Gorelick P. The relationship of contralateral white matter integrity to the extent of unilateral stroke. SFN, November, 2001.

127   Perturbations in Diffusion Anisotropy and Magnetization Transfer Ratio Histograms due to Normal Spatial White Matter Variability, R Bammer, A Rao, RW Prokesch, ME Moseley, SW Atlas, F Fazekas. ISMRM, Honolulu, Hawaii, May 2002.

128    Dedicated Radio-Frequency Array Coils for Improved Lesion Conspicuity in Multiple Sclerosis, R Bammer, S Stasser-Fuchs, RW Prokesch, ME Moseley, F Fazekas. ISMRM, Honolulu, Hawaii, May 2002.

129    Line Scan Diffusion Imaging of the Spine, R Bammer, AM Herneth, SE Maier, K Butts, RW Prokesch, HM Do, SW Atlas, ME Moseley. ISMRM, Honolulu, Hawaii, May 2002.

130    Diffusion Tensor Spiral Imaging, R Bammer, GH Glover, ME Moseley. ISMRM, Honolulu, Hawaii, May 2002.

131    Improved MS Lesion Conspicuity Using Radio-Frequency Array Coils. Bammer R, Strasser-Fuchs S, Prokesch R, Moseley M, Fazekas F. European Congress of Radiology, 2002.

132    Characterization of and Compensation for Eddy Current-Induced Distortions in Diffusion-Weighted Sprial Imaging, R Bammer, ME Moseley, GH Glover. ISMRM, Honolulu, Hawaii, May 2002.

133    Assessement of Spatial Gradient Field Distortion in Diffusion-Weighted Imaging. R Bammer, M Markl, NJ Pelc, ME Moseley. ISMRM, Honolulu, Hawaii, May 2002.

134    Advances in Diffusion Imaging using SENSitivity Encoding (SENSE). Bammer R, Fazekas F, Auer M, Keeling SL, Augustin M, Prokesch RW, Moseley ME. European Congress of Radiology, 2002.

135    Multi-exponential Analysis of Gray and White Matter Structures in the Human Brain, C Liu, R Bammer, ME Moseley. ISMRM, Honolulu, Hawaii, May 2002.

136    Diffusion Tensor Imaging at Term-equivalent Age May Predict Functional Neurological Outcome in Preterm Infants with Normal Conventional MRI. Y Arzoumanian, M Mirmiran, K Woolley, R Ariagno, ME Moseley, P Barnes, SW Atlas. ISMRM, Honolulu, Hawaii, May 2002.

137    Whole Brain diffusion tensor imaging of preterm infants with no paraenchymal lesion on conventional MRI: histogram analysis to predict clinical outcome. Y Arzoumanian, M Mirmiran, K Wooley, R. Ariagno, ME Moseley, P Barnes, SW Atlas. ISMRM, Honolulu, Hawaii, May 2002.

138    Quantitative Brain Magnetic Resonance Imaging in Preterm Infants May Predict Later Cerebral Palsy. M Mirmiran, Y Arzoumanaia, P Barnes, SW Atlas, ME Moseley, R Ariagno. Pediatric Academic Societies, December 2001.

139    Advances in Diffusion Imaging Using Sensitivity Encoding (SENSE). R Bammer, F Fazekas, M Auer, SL Keeling, M Augustin, RW Prokesch, ME Moseley. European Congress of Radiology, Vienna, Austria, March 2002.

140    Diffusion-weighted imaging of the abdomen within a single breath-hold. R. Bammer, L.C. Chow, F.G. Sommer, M.E. Moseley. 11th Annual Meeting ISMRM, Toronto, Canada, 2003.

141    Where is the optimal location to determine the arterial input function (AIF) with perfusion weighted MR (PWI)? V.N. Thijs, D.M. Somford, R. Bammer, M.E. Moseley, G.W. Albers. AAN 2002, Denver.

142    Ultrafast diffusion-weighted imaging (DWI) of the abdomen, L.C. Chow, R. Bammer, M.E. Moseley, F.G. Sommer. RSNA 2002.

143    B. L. Daniel, C. Dumoulin, R. Watkins, K. Rohling, R. Giaquinto, J. Presti, K. Butts, R. Bammer, M. Moseley. 3 Tesla imaging of the prostate with a rigid endorectal coil. 11th Annual Meeting ISMRM, Toronto, Canada, 2003.

144    B. Acar, R. Bammer, M. E. Moseley. Comparative assessment of DT-MRI fiber tractography algorithms. 11th Annual Meeting ISMRM, Toronto, Canada, 2003.

145    C. Liu, R. Bammer, B. Acar, M. E. Moseley. Generalized diffusion tensor imaging (GDTI) using higher order tensor (HOT) statistics. 11th Annual Meeting ISMRM, Toronto, Canada, 2003.

146    C. Liu, R. Bammer, M. E. Moseley. The effect of the concomitant magnetic field in diffusion weighted imaging. 11th Annual Meeting ISMRM, Toronto, Canada, 2003.

147    G. Reishofer, R. Bammer, M. E. Moseley, R. Stollberger. Automatic arterial input function detection from dynamic contrast enhanced MRI data. 11th Annual Meeting ISMRM, Toronto, Canada, 2003.

148    M. Markl, R. Bammer, M. T. Alley, M. E. Moseley, G. H. Glover, N. J. Pelc. Generalized modeling of gradient field non-linearities and reconstruction of phase contrast MRI measurements. 11th Annual Meeting ISMRM, Toronto, Canada, 2003.

149    D Medina, L deToledo-Morrel, F Urresta1, JDE Gabrieli, ME Moseley, DA Turner, D Fleischman, DA Bennett, GT Stebbins. Imaging Of White Matter Changes In Mild Cognitive Impairment And Alzheimer's Disease. Society for Neurosciences meeting, 2004.

150    C Wang, L deToledo-Morell, D Nyenhuis, S Freels, ME Moseley, DA Turner, JDE Gabrieli, RA Gorelick, GT Stebbins. Longitudinal Changes In Anisotropic Diffusion In Ischemic Stroke: Relationship To Initial Motor Impairment. Society for Neurosciences meeting, 2004.

151   GT Stebbins, MC Carillo, K Bangen, ME Moseley, G Katsamaki, D Stefoski, DA Turner, JDE Gabrieli. Relationship Of White Matter Integrity In Multiple Sclerosis With Executive And Non-Executive Cognitive Functions: A DTI Study. Society for Neurosciences meeting, 2004.

152   GT Stebbins, DL Nyenhuis, S Freels, ME Moseley, DA Turner, JDE Gabrieli, PB Gorelick. A diffusion tensor imaging study of normal appearing white matter integrity in recent ischemic stroke - relationship to cognitive function. Vascular Cognitive Society Gothenburg, 2004.

153   D Lyons,  J Boyett-Anderson, C Buckmaster,  R Sood, ME Moseley, and A Schatzberg. Stress-Related Changes In White Matter Connectivity And Neurocognitive Decline. Society for Neurosciences meeting, 2004.

154   Stebbins GT, Nyenhuis DL, Freels S, deToledo-Morrell L, Gencheva E, Moseley ME, Bangen KJ, Turner DA, Gabrieli JDE, Gorelick PB. A Diffusion Tensor Imaging Study Of Normal Appearing White Matter Integrity In Recent Ischemic Stroke - Relationship To Cognitive Function. J Neurol Sci 2004; 226:147.

155   Stebbins GT, Nyenhuis DL, Freels S, deToledo-Morrell L, Gencheva E, Moseley ME, Bangen KJ, Turner DA, Gabrieli JDE, Gorelick PB. Application of Diffusion Tensor Imaging in Vascular Dementia and Vascular Cognitive Impairment. J Neurol Sci 2004;226:147.

156   Wang C, deToledo-Morrell L, Nyenhuis DL, Gencheva E, Gorelick P, Turner D, Moseley M, Stebbins GT. Longitudinal Diffusion Tensor Imaging Study Of The Microstructural Integrity Of White Matter In Ischemic Stroke Patients. J Neurol Sci 2004;226:153.

157   Roland Bammer, Michael E. Moseley. Interleaved Dual-Echo Spiral-Out-Spiral-In DSC Imaging With Generalized SENSE. 12th Annual Meeting ISMRM, Kyoto, Japan, 2004.

158   Chunlei Liu, Dong-Hyun Kim, Roland Bammer, Michael E. Moseley. Self-Navigated Diffusion Tensor Imaging with Interleaved Variable Density Spiral Acquisition. 12th Annual Meeting ISMRM, Kyoto, Japan, 2004.

159   Chunlei Liu, Roland Bammer, Michael E. Moseley. Effect of Gaussian Noise on Generalized Diffusion Tensor Imaging. 12th Annual Meeting ISMRM, Kyoto, Japan, 2004.

160   Roland Bammer, Karl K. Vigen, Klaas P. Pruessmann, Michael Markl, Michael E. Moseley. Self-Calibrating Radial Generalized SENSE. 12th Annual Meeting ISMRM, Kyoto, Japan, 2004.

161   Stebbins G, Smith CA, Bartt RE, Kessler H, Martin E, Bammer R, Moseley M. HIV Associated Regional Decrease in Normal Appearing White Matter Integrity: A Diffusion Tensor Imaging Study. ANA International Meeting, Gothenburg, March 2005.

162   Stebbins G, Berry-Kravis E, Nyenhuis D,  Freels D,  Johnson J,  Wang H,  de Toledo-Morrell L, Sripathirathan V, Bammer R, Moseley M. ApoE 4 Associated Decline in White Matter Integrity in Ischemic Stroke. Vascular Cognitive Meeting. November 2004.

163   Smith CA, Stebbins G, Bartt RE, Kessler H, Bammer R, Moseley ME. Effects of HIV-1 Infection and Aging on Normal Appearing White Matter Integrity. ISMRM Workshop on DTI, Lake Louise, March 2005.

164   Stebbins G, Berry-Kravitz L, Nyenhius DL, Freels S, Johnson J, Wang C, Bammer R, Moseley ME. Interaction of longitudinal changes in fractional anisotropy and ApoE status in ischemic stroke patients

165   ISMRM Workshop on DTI, Lake Louise, March 2005.

166   Nyenhuis DL, Stebbins GT, Wang C, Freels S, Shah N, Johnson J,  Moseley M,  Gorelick PB. The Influence of White Matter Classification Probability on the Relation of Fractional Anisotropy and Cognitive Function in Ischemic Stroke. ISMRM Workshop on DTI, Lake Louise, March 2005.

167   Smith CA, Stebbins GT, Bartt RE, Kessler H, Bammer R, Moseley ME. Reaction Time And Whole-Brain Radiologically-Defined Normal Appearing White Matter: Impact Of HIV-Infection On Speed. OBHM, December 2004.

168   Guzman R, Bliss T, Greve J, Palmer T, Sun GH, Moseley M, Steinberg G. Stroke Initiates Targeted Migration of Transplanted Iron-Labeled Neural Progenitor Cells as Revealed by MRI. AHA "Stroke", San Diego, February 2005.

169   Schwartz NE, Campbell DM, Mlynash M, Albers GA, Bammer R, Moseley ME, Steinberg GK, Wijman CAC. Magnetic resonance perfusion-weighted imaging predicts symptomatic vasospasm following aneurysmal subarachnoid hemorrhage. AANS, 2006.

170   Adami A, Wijman C, Kakuda W, Thijs VN, Lansberg MG, Kemp S, Moseley, M, Marks MP, Albers G, Prediction of Hemorrhagic Transformation after Ischemic Stroke: Superiority of FLAIR-ADC. AHA-Stroke, 2006.

171   Adami A, Wijman C, Kakuda W, Thijs VN, Lansberg MG, Kemp S, Moseley, M, Marks MP, Albers G, Low ADC Values Predict Symptomatic Hemorrhagic Transformation Following IV-tPA at 3-6 Hours. AHA-Stroke, 2006.

172   Kakuda W, Lansberg MG, Wijman C, Thijs VN, Kemp S, Moseley, M, Marks MP, Albers G,  Optimal Definition for PWI/DWI Mismatch in Acute Ischemic Stroke. AHA-Stroke, 2006.

173   Murat Aksoy(Stanford University), Roland Bammer(Stanford University), Chunlei Liu(Stanford University), Mike Moseley(Stanford University). A Self-navigated Spiral In & Out Pulse Sequence Design for Retrospective Motion Correction. Artifacts and Correction: Motion, 3197, Monday, 8 May, 4A, 14:30-15:00, Annual Meeting, ISMRM. Seattle, 2006.

174   Roland Bammer(Stanford University), Chunlei Liu(Stanford University), Michael Moseley(Stanford University). Improved High-Resolution SNAILS DTI with A Spiral-in Navigator. Advances in Diffusion Acquisition and Sequence Design, 855, Friday, 12 May, 6C, 11:30-11:42. Annual Meeting, ISMRM. Seattle, 2006.

175   Roland Bammer(Stanford University), David Clayton(Stanford University), Thies Jochimsen(Stanford University), Michael Moseley(Stanford University), Rexford Newbould(Stanford University), Stefan Skare(Stanford University). High Resolution Dynamic-Susceptibility Contrast Perfusion Imaging Using Multi-Echo Parallel EPI. Cerebral Blood Flow and Dynamic Contrast Perfusion, 1545, Tuesday, 9 May, 4E, 13:46-13:46. Annual Meeting, ISMRM. Seattle, 2006.

176   Roland Bammer(Stanford University), Chunlei Liu(Stanford University), Michael Moseley(Stanford University). Optimizing Phase Correction for Multi-Shot DWI with Conjugate Gradient Method and Oversampling. Artifacts and Correction: Motion, 2983, Thursday, 11 May, 4E, 13:39-13:39, Annual Meeting, ISMRM. Seattle, 2006.

177   Roland Bammer(Stanford University), David Clayton(Stanford University), Mike Moseley(Stanford University), Rexford Newbould(Stanford University), Stefan Skare(Stanford University). A fast and robust minimum entropy based non-interactive Nyquist ghost correction algorithm. Artifacts and Correction: Non-Motion, 2349, Wednesday, 10 May, 4E, 14:00-14:00, Annual Meeting, ISMRM. Seattle, 2006.

178   Roland Bammer(Stanford University), David Clayton(Stanford University), Mike Moseley(Stanford University), Rexford Newbould(Stanford University), Stefan Skare(Stanford University). The Influence of Ghost Correction Accuracy on the Image Quality of GRAPPA Accelerated EPI. Artifact Correction in DWI, 3471, Wednesday, 10 May, 4A, 14:30-15:00, Annual Meeting, ISMRM. Seattle, 2006.

179   Chunlei Liu(Stanford University), Mike Moseley(Stanford University), Jian Zhang(Stanford University). Improved Conjugate-Gradient Phase Correction Algorithm for Multi-Shot DWI. Image Reconstruction Methods, 2941, Thursday, 11 May, 4E, 13:33-13:33, Annual Meeting, ISMRM. Seattle, 2006.

180   Chunlei Liu(Stanford University), Mike Moseley(Stanford University), Jian Zhang(Stanford University). Evaluation of Conjugate-Gradient Phase Correction Algorithm under Noisy Conditions. Artifacts and Correction: Motion, 2989, Thursday, 11 May, 4E, 13:45-13:45, Annual Meeting, ISMRM. Seattle, 2006.

181   Kumar MA, Campbell DM, Olivot JM, Vangala H, Eyngorn I, Belgude A, Lansberg M, Wijman C, Tong DC, Mylnash M, Moseley M, Albers GW. MRI-Based Diagnostic Evaluation has Substantial Impact on Final Stroke Diagnosis. AHA- Stroke (AHA), 2008.

182   Aksoy M, Liu C, Moseley M, and Bammer R. Single Step Non-Linear Diffusion Tensor Estimation In the Presence of Microscopic and Macroscopic Motion. ISMRM, Toronto, 2008.

183   Liu C, Zhang J, Moseley M. Auto-Calibrated Parallel Imaging Reconstruction Using k-Space Sparse Matrices (kSPA). ISMRM, Toronto, 2008.

184   Liu C, Mang SC, Moseley ME. In Vivo Higher-Order Contrast Measured with Generalized Diffusion Tensor Imaging Using Higher-Order Tensors. ISMRM, Toronto, 2008.

185   Kumar MA, Campbell DM, Vangala H, Eyngorn I, Olivot JM, Beraud AS, Belgude A, Lansberg MG, Wijman CA, Tong DC, Mlynash M, Moseley M, Albers GW. MRI/MRA Patterns Predict the Diagnostic Utility of Transesophageal Echocardiography in Patients with Acute Stroke. AHA- Stroke (AHA), 2008.

186   Zhang J, Liu, C, Moseley ME. Non-Cartesian Parallel Reconstruction Using Null Operations. ISMRM, Toronto, 2008.

187   Zhang J, Liu, C, Moseley ME. Parallel Reconstruction Using Null Operations. ISMRM, Toronto, 2008.

188   Zaharchuk G, Bammer R, Straka M, Newbould R, Olivot JM, Mlynash M, Lansberg M, Albers G, Moseley M. Correcting PWI-Based CBF Measurements for Arterial Input Function Partial Volume and Nonlinear Contrast Relaxivity: Comparison with a Xenon CT Gold Standard. ISMRM, Toronto, 2008.

**6.      PATENTS:**

1993    Methods for Detecting Blood Perfusion Variations by MRI. S. Rocklage, J. Kucharczyk, M.Moseley, U.S. Patent # 5190744.

1996    Improved Methods for Detecting Blood Perfusion Variations by MRI. S. Rocklage, J. Kucharczyk, M.Moseley, U.S. Patent # 5494655.

1998    Targeted Drug Delivery and MR Drug Visualization Technology. J. Kucharczyk, M. Moseley, US Patent Pending

1999    Analysis of Cerebral White Matter For Prognosis and Diagnosis of Neurological Disorders, T. Klingberg , M. Moseley, US Patent pending

2003    Stanford University Office of Technology Licensing (OTL), Docket S99-111 "Noninvasive Measure of Cognitive Processing" Hedehus M, Gabrieli J, Klingberg T, Moseley ME. Patent issued.

   Stanford University Office of Technology Licensing (OTL), Docket S02-280. "Generalized Diffusion Tensor Imaging" Liu C, Bammer R, Moseley ME. Patent pending.

   Stanford University Office of Technology Licensing (OTL), Docket S02-166. "Characterization and Correction of Spatial Gradient Non-Uniformities in Diffusion Tensor Imaging" Bammer R, Markl M, Pelc NJ, Moseley ME. Patent pending.

   Stanford University Office of Technology Licensing (OTL), Docket S03-017. "Improved Methodology for O17 Imaging" Sood R, Moseley ME. Disclosure submitted.

2004    Stanford University Office of Technology Licensing (OTL), Docket S04-025: "Magnetic Resonance Spectroscopic Imaging" Bammer R, Moseley ME. Disclosed.

   Stanford University Office of Technology Licensing (OTL), Docket S04-026: "Dynamic Susceptibility Contrast Weighted Magnetic Resonance Perfusion Imaging", Bammer R, Moseley ME. Disclosed.

   Stanford University Office of Technology Licensing (OTL), Docket 04-027: "Generalized Sensitivity Encoded magnetic Resonance Imaging". Bammer R, Liu C, Moseley ME. Disclosed.

   Stanford University Office of Technology Licensing (OTL), Docket S02-166. "Characterization and Correction of Spatial Gradient Non-Uniformities in Diffusion Tensor Imaging" Bammer R, Markl M, Pelc NJ, Moseley ME. Patent issued.

   Stanford University Office of Technology Licensing (OTL), Docket S02-280"Generalized Diffusion Tensor Imaging". Patent under review by Siemens.

   Stanford University Office of Technology Licensing (OTL). Docket S99-111 "Analysis of White Matter" issued as US Patent Application 05490H-027800US.

2005    Stanford University Office of Technology Licensing (OTL), Docket S04-025: "Magnetic Resonance Spectroscopic Imaging" Bammer R, Moseley ME. Currently being marketed.

   Stanford University Office of Technology Licensing (OTL), Docket S04-026: "Dynamic Susceptibility Contrast Weighted Magnetic Resonance Perfusion Imaging", Bammer R, Moseley ME. Currently being marketed.

   Stanford University Office of Technology Licensing (OTL), Docket 04-027: "Generalized Sensitivity Encoded magnetic Resonance Imaging". Bammer R, Liu C, Moseley ME. Currently being marketed.

   Stanford University Office of Technology Licensing (OTL), Docket S02-280" Generalized Diffusion Tensor Imaging". Currently being marketed.

2007    Reconstruction for Arbitrary Trajectories using k-Space Sparse Matrixes (kSPA) (OTL 06-066).  Liu   C, Bammer R, Moseley ME. Currently being marketed.

   Imaging Methods For Early Detection Of Brain Tumors Following Embryonic Stem Cell Implants (USPTO 20060239920. Kucharczyk J, Moseley ME.

2008    Patent No.  7,368,910 B2, Issued May 6, 2008."Dynamic Susceptibility Contrast Weighted Magnetic Resonance Perfusion Imaging" Stanford Docket S04-026

   Docket S08-171, "Parallel Reconstruction Using Null Operations (PRUNO) for Magnetic Resonance Imaging". Zhang J, Liu C, Moseley ME. Currently being marketed.

   DocketS07-399, " A Method for Image Contrast Generation Based on Phase of Magnetic Resonance Imaging". Liu C, Moseley ME. Currently being marketed.

   Docket S07-383, " A Method for Detecting Functional Activity in Brain White Matter with Magnetic Resonance Imaging". Liu C, Moseley ME. Currently being marketed.

   Docket S06-066 "Parallel Imaging  Reconstruction for Arbitrary Trajectories using k-Space Sparse Matrixes (kSPA). Still in Marketing Phase.

2009   Docket S09-292 (GE Ref: 242341) Whole Brain Perfusion Imaging using Dual Source Computed Tomography – sent 10/2/09. Still currently being marketed.

2009   Docket S10-079 (GE Ref: ??)  Methods for Fast, Accurate, and Precise Estimation of the Spin-Lattice Relaxation Time T1 in Magnetic Resonance Imaging – sent 2/26/10 – this has a bar date of 4/23/10.

2010   Patent Issued: USPTO  - 6463315 - Noninvasive Measure of Cognitive Processing.

2011   Docket S10-433 PIME: Parallel Imaging Using Multi-Slice Excitation" (Stanford Docket S10-433). Still currently being marketed.

        Docket S09-292 (GE Ref: 242341) Whole Brain Perfusion Imaging using Dual Source Computed Tomography (Stanford Docket S09-292). Still currently being marketed.

2012   Docket S11-453: "High-Resolution Flow Mapping Using a Novel 3D Multi-Shot Multi-Echo Echoplaner Imaging with Blood Pool Contrast Agents". Marketing Phase.

        Docket S11-450, "Virtual Sensory recreation through direct neuronal signal playback - Neural Playback". Marketing Phase.

        Docket S11-456, "Imaging of Peripheral Nerve Injury". Marketing Phase.

        Docket S11-444:  "Enhanced fMRI using CBV based Contrast Agents". Marketing Phase.

        Docket # S11-209 - "Perfusion Imaging Using Reverse Contrast".

        Docket # S11-339 - "An MRI Parallel Imaging Reconstruction Language (PIRL)". Marketing.

        Docket # S11-249  - ""A method for removing banding artifacts in balanced steady state free precession (bSSFP) magnetic resonance imaging (MRI)".


# B. RESEARCH

## Ongoing Research Support:

Source: NINDS/NIH 1 RO1 NS047607
P.I.: Michael E. Moseley, Ph.D.
Title: Improved PWI Methodology in Acute Clinical Stroke
Role: Principal Investigator            Effort: 2.40 calendar
Entire Period: 02/01/04 – 01/31/09        $306,593
Specific aims of the project: The overall goal of this new submission is to temporally differentiate subclinical oligemia above the threshold for clinical impairment (reduced CBF yet above a critical diffusion ADC threshold) from brain below thresholds of viability and at risk for hemorrhage.


Source: NIH1R01 EB008706
P.I.: (Roland Bammer, Ph.D.)
Title: "Short Axis EPI for Diffusion Tensor MRI at High Field"
Role: Co-Investigator            Effort: .6 calendar
Entire Period: 09/01/08 – 08/31/13
Specific aims of the project: The main objective of the proposed project is to create significant improvements for DTI and its more advanced variants (e.g. HARDI, GDTI) both at 3T and 7T, via novel acquisition/reconstruction techniques that (i) reduce distortions, (ii) improve immunity to motion, (iii) diminish RF deposition and flip angle variation, and (iv) provide better spatial resolution.


Source: NIH/NHLBI 1R01HL089116-01A2
PI: Christine Wijman, MD
Title: Prognostic Value of MRI and Biomarkers in Comatose post-cardiac arrest patients.
Role: Co-Investigator
Entire Period: 08/11/08 – 07/31/12
Specific aims of the project: This study is designed to assess the value of state-of-the art brain imaging techniques (MRI), and blood tests in predicting outcome in these patients.


Source: NIH 2 R01 NS034866-08
P.I.:  Christine Wijman, M.D.)
Title:Diagnostic Utility of MRI in Intracerebral Hemorrhage
Role: Co-Investigator

Entire Period:05/01/05 – 04/30/13
Specific aims of the project: The overall aim of this project is to prospectively determine whether MRI can improve the conventional neuroradiological evaluation (CT with or without cerebral angiography) of patients with a spontaneous intracerebral or intraventricular hemorrhage.

Source: NIH/NCRR 5 P41 RR09784
P.I.: Gary Glover, Ph.D.
Title: Center for Advanced Magnetic Resonance Technology at Stanford
Role: Co-Investigator                Effort: 1.8  calendar
Entire Period: 01/01/95-05/31/10      *$753,161*
Specific aims of the project: The major goals of this project are to develop innovative MR techniques for fundamental anatomic, physiologic and pathophysiologic studies involving animals and humans and to serve the academic and scientific community through collaborations, education, and access to Center facilities and resources.

Source: NIH 2R01 NS034866-08
P.I.: Christine Wijman
Title: Diagnostic Utility of MRI in Intracerebral Hemorrhage
Role: Co-PI                           Effort: 1.80  calendar
Entire Period: 05/01/06 – 04/30/10    Annual Direct Cost: $497,211
Specific aims of the project: The overall aim of this project is to measure the impact of new, state-of-the-art brain imaging technology on the diagnosis and treatment of patients with a spontaneous ICH with the hope to improve patient outcome.


**Completed  Research Support:**
Source: National Institutes of Health 5 RO1 NS34866
P.I.: Michael E. Moseley, Ph.D.
Title: DWI Assessment of Clinical Acute Stroke
Role: Principal Investigator          Effort: 2.40 calendar
Entire Period: 06/01/01-04/30/06      $397,479  (no cost extension)
Specific aims of the project: The goal of this project is to assess the utility of T2- and diffusion-weighted MR in aiding the clinical diagnosis of human stroke.

Source: National Institutes of Health5 R24 CA92862
P.I.: Christopher Contag, Ph.D.
Title: Spatiotemporal Analysis of Neoplasia in Animal Models
Role: Co-Investigator                 Effort: 2.40 calendar
Entire Period: 09/17/01-12/31/06      Annual Direct Cost: $460,492  (no cost extension)
Specific aims of the project: This proposal is aimed at increasing the capabilities of investigators in the molecular and cellular in vivo study of cancer, develop improved imaging technologies that push the limits of current bioimaging methods, introduce young investigators to state of the art imaging, and accelerate the in vivo quantitative evaluation of novel anti-neoplastic therapeutics.

Source: NIMH (Collaborative R01 with UNC/Duke PI: Piven) 5 R01 MH64708
P.I.: Allan Reiss, M.D.
Title: Longitudinal MRI Study of Brain Development in Fragile X
Role:                                 Effort: 2.40 calendar
Entire Period: 09/25/02-06/30/07      Annual Direct Cost: $530,578
Specific aims of the project: The overarching aim of this project is to examine the trajectory of gene, brain and behavior relationships, from a developmental perspective, in fragile X-affected, developmentally-delayed and typically-developing males at age 18-42 months and again 24 months later.

Source:  National Institutes of Health, RO1.
P.I.:  Michael Moseley, Ph.D.
Title:  Advanced Methodology for Diffusion-Weighted  MRI 1 R01 NS35959-01
Role:  Principal Investigator
Entire Period: 04/01/97-03/31/00

Specific aims of the project:  Development of Improved DWI methods for the assessment of clinical stroke.

Source:  National Institutes of Health, RO1.
P.I.  Michael Marks, M.D.
Title:  MR Evaluation of Acute Stroke and Acute Stroke Therapy 1 R01 NS34088
Role:  Co-Investigator
Entire Period:  7/01/96-6/31/99.
Specific aims of the project:  Use of MRI to evaluate acute stroke in the clinics.

Source:  National Institutes of Health, RO1.
P.I.  Scott Atlas, M.D.
Title:  "High Field MR of Aphasia Recovery After Stroke"
Role:  Co-Investigator
Entire Period:  07/01/99-06/30/03
Specific aims of the project: The overall goal of this research is to elucidate cortical and white matter mechanisms underlying functional recovery of language in patients with stroke-related aphasia using high field MR.

Source:  National Institutes of Health, RO1.
P.I.  Michael Moseley, Ph.D.
Title:  DWI Assessment of Clinical Acute Stroke 1RO1 NS34866
Role:  Principal Investigator; %Effort:  10%
Entire Period:  10/01/96-9/31/99; Direct Costs: $585,692.
Specific aims of the project:  Use of Diffusion MRI to evaluate acute stroke occurring in the posterior circulation.

Source:  National Institutes of Health, RO1.
P.I.  Michael Moseley, Ph.D.
Title:  Advanced Methodology for Diffusion-Weighted  MRI 1 R01 NS35959-01
Role:  Principal Investigator; %Effort:  20%
Entire Period:  02/01/97-01/31/00; Direct Costs: $560,887.
Specific aims of the project:  Development of Improved DWI methods for the assessment of clinical stroke.

Source:  National Institutes of Health, P41
P.I.  Gary Glover, Ph.D.
Title:  Center for Advanced MR Technology at Stanford 1 P41 RR09784-01
Role:  Co-Investigator; %Effort:  20%
Entire Period:  12/01/94-11/31/99; Direct Costs: $3,898,706, IDC: $1,921,530
Specific aims of the project:  To develop innovative MR techniques for fundamental, anatomic, physiologic and pathophysiologic studies involving animals and humans, and to serve the academic and scientific community through collaborations, education and access to Center facilities and resources.

Source:  National Institutes of Health, RO1.
P.I.  Michael Marks, M.D.
Title:  MR Evaluation of Acute Stroke and Acute Stroke Therapy 1 R01 NS34088
Role:  Co-Investigator; %Effort:  10%
Entire Period:  7/01/96-6/31/99; Direct Costs: $1,921,530.
Specific aims of the project:  Use of MRI to evaluate acute stroke in the clinics.

Source:  NIH, SBIR Phase II.
P.I.  Carleton Hsia, Ph.D.
Title:  Neuroprotective Reperfusion Therapy with PNA
Role:  Co-Investigator, % Effort:  2%
Entire Project Period:  09/01/97 - 08/30/99;
Direct Costs:  $84,797
Specific aims of the project:  Study the efficacy of PNA in the neuroprotection of experimental cerebral ischemia. This project was funded by the SBIR as a Phase I and is now to be funded as a Phase II SBIR continuation grant.

Source:  Nihon Medi-Physics Co., Ltd.,
P.I. Michael Moseley
Title:  MR Contrast Agents for Diagnostic Imaging
Role:  Principal Investigator, % Effort:  20%
Entire Project Period:  01/10/94-01/09/96;
Direct Costs:  $225,998, IDC:  $133,227
Specific aims of the project:  Test two contrast agents for diagnostic utility.

Source:  Nihon Medi-Physics Co., Ltd.,
P.I. Michael Moseley, Ph.D.
Title:  MR Contrast Agents for Diagnostic Imaging
Role:  Principal Investigator, % Effort:  10%
Entire Project Period:  09/01/96 - 08/30/98; Direct Costs:  $400,145, IDC:  $200,205
Specific aims of the project:  Test two contrast agents for diagnostic utility.

Source:  Janssen Pharmaceuticals Co.,
P.I. Greg Albers, M.D.
Title:  Clinical Trial of Cerebral Perfusion Mapping in Stroke
Role:  Co-Principal Investigator, % Effort:  13%
Entire Project Period:  09/01/96 - 08/30/98;
Direct Costs:  $277,628
Specific aims of the project:  Conduct clinical MRI exams of diffusion and perfusion MRI in 25 acute stroke
patients per year for the two year study.

Source:  Genentech, Inc.
P.I. Michael Moseley, Ph.D.
Title:  MRI of Hemorrhage
Role:  Principal Investigator, % Effort:  2%
Entire Project Period:  1999. Unrestricted gift
Direct Costs:  $25,000
Specific aims of the project:  Exploratory research into hemorrhage characterization by MRI.

Source:  Glaxo Pharmaceuticals Co.,
P.I. Michael Moseley, Ph.D., David Tong, M.D.
Title:  Clinical Trial of Cerebral Diffusion and Perfusion MRI in Acute Stroke
Role:  Co-Principal Investigator, % Effort:  2%
Entire Project Period:  09/01/97 - 08/30/98;
Direct Costs:  $125,000
Specific aims of the project:  Conduct clinical MRI exams of diffusion and perfusion MRI in less than 10 acute
stroke patients per year for the one year Phase IIB study.

Source: National Institute of Mental Health 5 R01 MH58262
P.I: Judith Ford, M.D
Title: "Auditory hallucinations in schizophrenia: ERPS & fMRI"
Role: Co-investigator
Entire Project Period: 4/15/02 - 3/31/06  $290,399
Specific aims of the project: The aim of this project is to Use ERPs and fMRI to study the neurobiology of
auditory hallucinations in schizophrenic patients.

Source: National Institutes of Health 5 R24 CA92862
P.I: Christopher Contag, Ph.D.
Title: "Spatiotemporal Analysis of Neoplasia in Animal Models"
Role: Co-Investigator
Entire Project Period: 07/01/01-06/30/06$436,186
Specific aims of the project: The specific aims of this proposal are aimed at increasing the capabilities of
investigators in the molecular and cellular in vivo study of cancer, develop improved imaging technologies that

push the limits of current bioimaging methods, introduce young investigators to state of the art imaging, and accelerate the in vivo quantitative evaluation of novel anti-neoplastic therapeutics.

Source: National Institute of Aging  5 R01 AG17919
P.I: Edith V. Sullivan, Ph.D.
Title: Normal A ging of Brain Structure and Function
Entire Project Period: 07/01/00-06/30/05$272,300
Specific aims of the project: The major goal of this project is to use diffusion tensor imaging and event-related potentials to examine role of white matter changes in cognitive changes of aging.

Source: NIMH 5 R01 MH61426
P.I: John Gabrieli, Ph.D.
Title: Cognitive Neuroscience Analysis of Working Memory Development
Role: Co-Investigator
Entire Project Period: 12/22/00-11/30/05$265,028
Specific aims of the project: The major goal of this project is to identify the neural bases of the growth of working memory capacity in childhood.

Source: NIMH (Collaborative R01 with UNC/Duke) 5 R01 MH64708
P.I: Allan Reiss, M.D.
Title: Longitudinal MRI Study of Brain Development in Fragile X
Role:
Entire Project Period: 09/25/02-06/30/07$521,431
Specific aims of the project: The overarching aim of this project is to examine the trajectory of gene, brain and behavior relationships, from a developmental perspective, in fragile X-affected, developmentally-delayed  and typically-developing males at age 18-42 months and again 24 months later.

Source: NIMH 5 R01 MH50047
P.I: Allan Reiss, M.D.
Title: Longitudinal Outcomes and Neuroimaging of Fragile X Syndrome
Role:
Entire Project Period: 09/30/97-06/30/07$560,686
Specific aims of the project: Specific Aims: 1) To use a longitudinal, prospective experimental design (with "Time 1" and "Time 2" assessments) to elucidate the developmental trajectory of cognitive, behavioral and emotional development in probands with fragile X syndrome (fraX) compared to their like-gender siblings; 2) to specify the longitudinal trajectory of hypothalamic-pituitary-adrenal (HPA) function and measures of FMR1 gene expression in probands with fraX; and 3) to utilize neuroimaging techniques to specify the trajectory of brain structure and function in children with fraX compared to specific age-, gender-, handedness-, SES- and IQ-matched control groups.

Collaborator,  National Institutes of Health, NINDS RO1. "Mild Hypothermic Protection in Focal Cerebral Ischemia." P.I.: Gary K. Steinberg, MD, PhD, Co-Investigator: Midori A. Yenari, MD. 1/95 - 12/97.

Collaborator,  National Institutes of Health, Clinical Investigator Development Award (K08) "Mild Hypothermia in Focal Cerebral Ischemia." P.I.: Midori A. Yenari, MD. 9/96-8/99.

Principal Investigator, Use of Facilities Agreement Between Genentech, Inc and Stanford University. 1995- , $50,000.

Agramonte R. Predicting Gait Disorders from Neonatal Brain abnormalities in Preterm Children, LPCH Pediatrics.

MR for Neurogenesis. T. Palmer. G. Steinberg, Neurosurgery.

NCRR Training in DTI for Dr. Glenn Stebbins, Rush Hospital, Chicago.

ASNR Training Fellowship (Zaharchuk G – PI). Quantitative Cerebral Blood Flow MR Imaging Using Arterial Spin Labeling At 3 T With Application To Stroke Prevention.

NIH 2 R01 NS 047607 - 05 (Moseley)   07/01/09 – 06/39/14   25%
Role: Principal Investigator   $466,153 Yr
Title: Microvascular Measures of Perfusion in Stroke Recanalization

NIH 5 R01 NS047607-04 (Moseley, M) - NCX  01/01/04 – 01/31/10   25%
Role: Principal Investigator   No cost extension
Title: Improved PWI Methodology in Acute Clinical Stroke

NIH 5 P41 RR009784 (Glover, G)   06/01/08 - 05/31/10   12.5%
Role: Other Investigator $770,501/yr
Title:  Center for Advanced Magnetic Resonance Technology at Stanford

NIH 2 R01 EB002711 (Bammer, R)   07/01/08 – 06/30/11   5%
Role: Other Investigator $280,800/yr
Title:  Improving SENSE MRI for Spiral and Echo-planar Imaging in Stroke

NIH 5 R01 NS034866 (Wijman, C)   05/01/08 – 04/30/11   10%
Role: Other Investigator $2,123,000 Total
Title: Diagnostic Utility of MRI in Intracerebral Hemorrhage

NIH 1 R01 HL089116-01A2 "COMA" (Wijman, C)   09/01/08-08/30/12   12%
Role: Other Investigator $1,985,000 Total
Title: Prognostic Value of MRI and Biomarkers in Comatose Post-cardiac Arrest Patients

NIH 1R01 EB008706 (Bammer, R)   09/01/08 – 08/31/13   10%
Role: Other Investigator $414, 692
Title: "Short Axis EPI for Diffusion Tensor MRI at High Field"

General Electric Medical Systems (Gold, Glover)   04/01/12-3/30/13   5%
Role: Collaborator
Title: Advanced MR Applications Development - Tiger Team Year 5

NIH R25 (Gambhir, S)  07/01/09-6/30/10   0%
Role: Advisory Committee Member
Title: Stanford Molecular Imaging Scholars (SMIS) Program

NIH RO1 (Zaharchuk, G)   07/01/09-06/30/14   15%
Role: Other Investigator
Title: Quantifying Collateral Perfusion in Cerebrovascular Disease

NIH 5K99/R00 EB007182-02 (Liu, C)  07/01/07-06/30/12   0%
Role: Mentor
Title: High Resolution Diffusion-Weighted Magnetic Resonance Imaging at 300-Micron Level

NIH P50 (Gambhir, S)  07/01/09-06/30/10   0.6%
Role: Other Investigator
Title: In Vivo Cellular Molecular Imaging at Stanford (ICMIC)

Weston Havens Foundation (Andreasson, Moseley)   09/01/09-08/31/11   5%
Role: Co-Principal Investigator
Title: Prostaglandin E2 (PGE2) Cerebroprotection In Stroke: Testing Mechanism Of Action Using MR Imaging

ASNR Neuroradiology Education Research Foundation (Zaharchuk, G)   3%

Role: Collaborator
Title: Optimizing Arterial Spin Label MRI for the Visualization of Collateral Flow in Moyamoya Disease

NIH RC1 "Challenge" Grant (Andreasson, Moseley)    09/01/09-08/30/11    15%
Role: Co-Principal Investigator    $497,500
Title: Enhanced Cerebral Perfusion In Stroke Through Protective Prostaglandin Receptors

NIH R01 (Liu)    09/01/10-08/31/14    0%
Role: Consultant
Title: Brain Developmental Disorders Caused By Fetal Alcohol Exposure

NIH NRSA (Jordan Nechvatal)    7/01/10-6/30/12    0%
Role: Co-Mentor
Unbiased Examination of the Neural Correlates of Stress Coping

NIH T32 (Butts Pauly, Pelc)    0%
Role: Investigator
Title: Predoctoral Training in Biomedical Imaging at Stanford

NIH ReEntry Supplement NS47607 (Moseley/D'Arceuil)    0%
Role: Mentor
Title: Research Supplements to Promote Re-Entry into Biomedical and Behavioral Research Careers

**D. TEACHING: Stanford University Teaching only:**

| Year | Title | Hours |
|------|-------|-------|
| | Radiology Physics Course for First Year Residents | |
| 1994 | Ultrasound Core | 5 |
| | DSA and Tomography Core | 3 |
| | MRI Physics Core | 6 |
| 1995 | Ultrasound Core | 4 |
| | DSA and Tomography Core | 3 |
| | MRI Physics Core | 6 |
| 1996 | Ultrasound Core | 3 |
| | DSA and Tomography Core | 1 |
| | MRI Physics Core | 6 |
| 1997 | Ultrasound Core | 3 |
| | MRI Physics Core | 5 |
| 1998 | Ultrasound Core | 2 |
| | MRI Core | 5 |
| 1999 | Ultrasound Core | 2 |
| | MRI Core | 5 |
| 2000 | MRI Core | 5 |
| 2001 | MRI Core | 5 |
| 2002 | MRI Core | 5 |
| 2003 | MRI Core | 5 |
| 2004 | MRI Core | 4 |
| 2005 | MRI Core | 5 |
| 2006 | MRI Core | 3 |

| Year | Title | Hours |
|------|-------|-------|
| | Radiology Physics Review Course for Third Year Residents | |
| 1994 | MRI Core | 5 |
| 1995 | Ultrasound Core | 3 |
| | MRI Core | 5 |
| 1996 | Ultrasound Core | 2 |
| | MRI Core | 5 |
| 1997 | Ultrasound Core | 2 |
| | MRI Core | 5 |
| 1998 | Ultrasound Core | 2 |
| | MRI Core | 5 |
| 1999 | Ultrasound Core | 2 |
| | MRI Core | 5 |
| 2000 | MRI Core | 5 |
| 2001 | MRI Core | 5 |
| 2002 | MRI Core | 5 |
| 2003 | MRI Core | 5 |
| 2004 | MRI Core | 5 |
| 2005 | MRI Core | 5 |
| 2006 | MRI Core | 5 |

| Year | Title | Hours |
|------|-------|-------|
| | Radiology Faculty: Post-Graduate Courses . | |
| | Current Concepts of Magnetic Resonance. | |
| 1994 | MRI Lectures | 2 |
| 1995 | MRI Lectures | 2 |
| 1996 | MRI Lectures | 3 |
| 1997 | MRI Lectures (Co-Organizer) | 4 |

| | | |
|---|---|---|
| 1998 | MRI Lectures | 3 |
| 1999 | MRI Lectures | 3 |
| 2000 | MRI Lectures | 3 |
| 2001 | MRI Lectures | 3 |
| 2002 | MRI Lectures | 3 |
| 2003 | MRI Lectures | 3 |
| 2004 | MRI Lectures | 3 |
| 2005 | MRI Lectures | 3 |

Radiology Faculty: MR Technologist Registry Review.

| | | |
|---|---|---|
| 1994 | MRI Lectures | 2 |
| 1995 | MRI Lectures | 2 |
| 1996 | MRI Lectures | 2 |
| 1997 | MRI Lectures | 3 |

Community Teaching:

| | | |
|---|---|---|
| 1997 | IEEE, Engineering in Medicine and Biology Society: Santa Clara Valley Chapter. Stanford University, CA "Functional MRI Overview" | 2 |
| | MSL Preceptorship Program, Stanford University, CA | |
| 1997 | MR Methods in Clinical Stroke | 2 |

2004    BMI 209. (Green, S) "Animals Advancing Biomedical Technology". Fall Quarter 2004 Bio-X Program Affiliated Course offered by the Department of Comparative Medicine, Stanford School of Medicine. One formal lecture (1 Hour).  Topic: *Advances in Diagnostic Imaging*

BIOE 222. (Rao, R) "Molecular Imaging". Fall Quarter 2004 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1.5 Hours each).    Topics: *Neuroimaging, Contrast Agent for Molecular Imaging.*

RAD 226. (Spielman, D) "Radiographic Physics". Fall Quarter 2004 RAD Program offered by the Department of Radiology, Stanford School of Medicine. One formal lecture (1 Hour each). Topic: *MR Contrast Agents.*

Radiology Physics Residents Review Course (September 2004) MRI Review course, 5 Hours
Radiology Physics Course for First Year Residents (November 2005) MRI Physics Core, 5 Hours

2005    BMI 209. (Green, S) "Animals Advancing Biomedical Technology". Fall Quarter 2004 Bio-X Program Affiliated Course offered by the Department of Comparative Medicine, Stanford School of Medicine. One formal lecture (1 Hour).  Topic: Advances in Diagnostic Imaging

BIOE 222. (Rao, R) "Molecular Imaging". Fall Quarter 2004 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1 Hour each).  Topics: Neuroimaging, Contrast Agent for Molecular Imaging.

RAD 226. (Spielman, D) "Radiographic Physics". Fall Quarter 2004 RAD Program offered by the Department of Radiology, Stanford School of Medicine. One formal lecture (1 Hour each). Topic: MR Contrast Agents.

SMRT West Regional Educational Seminar, Course Director, A Sawyer-Glover. Stanford University. November 6-7, 2005. Two talks given: "MR Tissue Contrasts" and "MR Contrast Agents".

2006 BMI 209. (Green, S) "Animals Advancing Biomedical Technology". Fall Quarter 2006 Bio-X Program Affiliated Course offered by the Department of Comparative Medicine, Stanford School of Medicine. One formal lecture (1 Hour).  Topic: *Advances in Diagnostic Imaging*

BIOE 222. (Rao, R) "Molecular Imaging". Fall Quarter 2006 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1.5 Hours each).   Topics: *Neuroimaging, Contrast Agent for Molecular Imaging.*

RAD 226. (Spielman, D) "Radiographic Physics". Fall Quarter 2006 RAD Program offered by the Department of Radiology, Stanford School of Medicine. One formal lecture (1 Hour each). Topic: *MR Contrast Agents.*

SMRT West Regional Educational Seminar, Course Director, A Sawyer-Glover. Stanford University. November, 2005. "*Diffusion Imaging*".

Department of Anesthesia Journal Club. May 2006.

2007 BIOE 222A. (Rao, R) "Molecular Imaging". Fall Quarter 2007 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1.5 Hours each).   Topics: *Neuroimaging, Contrast Agent for Molecular Imaging.*

BIOE 222B. (Rao, R) "Molecular Imaging". Spring Quarter 2007 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1.5 Hours each).  Topics: *Issues and Perspectives in Molecular Imaging.*

RAD 226. (Spielman, D) "Radiographic Physics". Fall Quarter 2007 RAD Program offered by the Department of Radiology, Stanford School of Medicine. One formal lecture (1.5 Hrs each). Topic: *MR Contrast Agents.*

Department of Radiology Conferences. Two lectures, December 2006 -January 2007. "*DWI Basics*" and "*MR Perfusion Basics*".

Department of Radiology In-Service Teaching. April-May 2006. Five one-hour lectures to Radiology and Lucas technologists on MR Physics.

Department of Anesthesia Journal Club. April 2006 and March 2007.

2008 BIOE 222A. (Rao, R) "Molecular Imaging". Fall Quarter 2007 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1.5 Hours each).   Topics: *Neuroimaging, Contrast Agent for Molecular Imaging.*

RAD 226. (Spielman, D) "Radiographic Physics". Fall Quarter 2006 RAD Program offered by the Department of Radiology, Stanford School of Medicine. One formal lecture (1.5 Hrs each). Topic: *MR Contrast Agents.*

Department of Radiology Conferences.
Michael Moseley - "MR for the Busy and the Perplexed" – August, 2007.
Michael Moseley - T1/T2 relaxation – Spetember, 2007.
Michael Moseley - MR contrast agents – September, 2007.

Department of Anesthesia Journal Club. January, 2008.

2009    BIOE 222A. (Rao, R) *"Molecular Imaging"*. Fall Quarter 2008 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1.5 Hours each).   Topics: *Neuroimaging, Contrast Agent for Molecular Imaging.*

BIOE 222B. (Rao, R) *"Molecular Imaging"*. Spring Quarter 2009 BIOE Program offered by the Department of Radiology, Stanford School of Medicine. Two formal lectures (1.5 Hours each).   Topics: *Neuroimaging, Contrast Agent for Molecular Imaging.*

RAD 226. (Spielman, D) *"Radiographic Physics"*. Fall Quarter 2008 RAD Program offered by the Department of Radiology, Stanford School of Medicine. One formal lecture (1.5 Hrs each). Topic: *MR Contrast Agents.*

Lecturer. *DTI and Personalized Neuroimaging.* Neuroscience, Behavior and Cognition Journal Club Course, January, 2009.

Lecturer. Department of Neurosurgery, Stanford. Group Meeting: "NeuroMolecular Imaging". March 2009.

Lecturer. Department of Radiology, Stanford. Neuroradiology Research Conference: "Neuroimaging in Five Years". February 2009.


**Postgraduate Training and Mentorship:**

| | |
|---|---|
| 100% Mentor for Dr. Joachim Röther, MD. | 9/1/94 - 8/31/96 |
| 100% Mentor for Dr. Alex de Crespigny, Ph.D. | 9/1/93-11/99 |
| 100% Mentor for Dr. Tomas Els, PhD. | 2/1/96 - 4/1/96 |
| 50% Mentor for Dr. Helen D'Arceuil, PhD. | 6/1/94 – 11/99 |
| 50% Mentor for Dr. Li Tang, PhD. | 6/1/94 - 5/31/95 |
| 100% Mentor for Dr. Elmar Busch, MD. | 9/1/96 - 4/30/97 |
| 100% Mentor for Dr. Christian Beaulieu, PhD. | 9/1/96 -5/1/99 |
| 100% Mentor for Dr. Maj Hedehus, PhD. | 8/1/97 – 4/30/01 |
| 100% Mentor for Dr. Tobias Elgelhorn, MD. | 10/1/97 – 3/1/98 |
| 100% Mentor for Dr. Andreas Kastrup, MD. | 1/1/98 – 12/00 |
| 50% Mentor for Dr. Tie-Qiang Li, Ph.D. | 10/1/97- 3/2001 |
| 100% Mentor for Dr. Christopher Clark, M.D. | 1/1/00-12/31/00 |
| 100% Mentor for Dr. Tobias Neumann-Haefelin, M.D. | 1/1/99 - 3/2000 |
| 100% Mentor for Dr. Roland Bammer, Ph.D. | 1/1/01- 6/2004 |
| 100% Mentor for Dr. Rohit Sood, Ph.D. | 1/1/01-7/1/2003 |
| 100% Mentor for Chun-lei Liu, Post-Doc | 4/1/06-10/1/08 |
| 100% Mentor for Dr. Thies Jochimsen, Ph.D. | 4/01/05 – 8/30/05 |
| 100% Mentor for Jian Zhang, Graduate Student | 3/01/05 - 2010 |
| 100% Mentor for Dr. Deqiang Qiu, Ph.D. | 4/01/10 - |
| 100% Mentor for Dr. Helen D'Arceuil, PhD | 2/01/12 |


**Advisor:**

50% Advisor for Joan Greve, Graduate Student CVRI.    4/01/03-3/01/06
50% Advisor for Dr. Maarten Lansberg, M.D., Stroke Fellow, Neurology, 7/01/04-

**Doctoral Thesis Committee:**

Thesis Committee – V. Nagesh Ph.D. Department of Neurology, Henry Ford Hospital, Detroit, MI, 1999.
Thesis Committee – Chair. Chris Caires. September, 2008.
Thesis Committee. Rebecca Rakow. March, 2009.

**INVITED TALKS and LECTURES:**

1988    Invited Speaker. Society of Pediatric Radiology. 26th Annual Meeting. San Diego, CA.

1989    Invited Speaker. Japan Society Magnetic Resonance in Medicine, JSMRM Annual Meeting, Tokyo, Japan.
Invited Speaker for Annual Meeting, Japan Neuro CT/MR Symposium. Kagoshima, Japan.

1990    Invited Speaker. Radiological Society of North America (RSNA)
RSNA Refresher Course, Chicago, Ill.
Invited Speaker. In vivo MRS II Workshop and San Francisco Symposium. VA Medical Center.
Plenary Speaker. Japan Radiological Society Annual Meeting and also guest speaker for a special symposium on "The Future of Neuroimaging", Okayama, Japan.
Invited Speaker. Canadian Association of Radiologists, CAR Annual Meeting, Vancouver, Canada.
Plenary speaker. International Society of Magnetic Resonance in Medicine ISMRM 10th Annual Meeting.
Plenary speaker. Japan Society for CNS and CT. Yokohama
Invited Speaker. National Sickle Cell Centers Conference, 15th Annual International Meeting, Oakland, CA.
Invited Speaker. "Brain Edema, 1990". 8th International Symposium, International Society on Brain Edema, Berne, Switzerland.
Invited Speaker. Western Neuroradiology Society, Santa Fe, NM.

1991    Invited Speaker. International Society of Magnetic Resonance in Medicine ISMRM Workshop: Microcirculation and Blood Flow, Bethesda.
Invited Speaker. International Society of Magnetic Resonance in Medicine ISMRM Workshop: Contrast Agents, Silverado CA.
Invited Speaker. International Society of Magnetic Resonance in Medicine ISMRM Workshop: MRI in the Applied Sciences, Duke University.
Plenary speaker. ISMRM 11th Annual Meeting.
Mini-categorical course instructor, ISMRM, 11th Annual Meeting.
Plenary speaker, 10th Annual Meeting. Society Magnetic Resonance Imaging SMRI.
Invited Speaker. IEEE Engineering in Medicine and Biology Society, 12th Annual Meeting, San Francisco, CA.
Invited Speaker. World Congress on Medical Physics and Biomedical Engineering, San Francisco, CA.

1992    Plenary speaker, 10th Annual Meeting. Society Magnetic Resonance Imaging SMRI.
Invited Speaker. The 17th Annual Meeting of the Japan Society for CNS Computed Imaging. Nagoya, Japan.
Plenary speaker, Japan Chemical Society. Tokyo, Japan.
Invited Speaker. IEEE Engineering in Medicine and Biology Society, 13th Annual Meeting, Oakland, CA.
Invited Speaker. Eighteenth Princeton Conference (Invitation Only), Detriot, MI.
Invited Speaker. Workshop on "In vivo NMR Spectroscopy and NMR Functional Imaging". Reemtsma Foundation. Invited participation only.
Faculty. American Society of Neuroimaging, 15th Annual Meeting.
Plenary speaker. World Congress of the International Stroke Society, Washington, DC.
Invited Speaker. Gordon Conference. Magnetic Resonance in Biology and Medicine, Hanover, NH.

1993    Plenary speaker. The 18th International Meeting of the Japan Society for CNS Computed Imaging, Tokyo, Japan.
Plenary Speaker. Amercian Heart Association. 18th International Joint Conference on Stroke and Cerebral Circulation, Miami.
Invited Speaker. IEEE Course on Medical Imaging. Extraction of Functional Data Using PET and MRI, San Francisco, CA.
Invited Speaker. Clinical Magnetic Resonance Imaging Fellowship Course, Head and Neck Radiology, UCSF.
Invited Speaker. Stanford Stroke Center Clinical Conference. Palo Alto, CA.

Invited Speaker. Stanford University Department of Radiology Grand Rounds.

1994    Invited Speaker. Japan Society for Computed Imaging. The 14th International Meeting. Sendai, Japan.
Invited Speaker.Wound Healing Society: 11th Annual Meeting. San Francisco, CA.
Plenary speaker. Society of Magnetic Resonance (ISMRM and SMRI). First Annual Meeting, Dallas, Texas.
Invited Speaker and Session Chairman. "MRI in Stroke". Reemtsma Foundation Workshop. (Invitation only). Schloss Ringberg, Germany.
Panel Member, Nineteenth Princeton Conference. Bosotn, Massachusetts, (Invitation only).
Plenary speaker, Neurorscience:1994. International Meeting, Kuopio, Finland.
Invited Speaker. Stanford Stroke Center Clinical Conference. Palo Alto, CA.
Invited Speaker. Stanford Stroke Symposium. Palo Alto, CA.

1995    Plenary Speaker, Presidential Lecture. Brain 95. 17th International          Symposium on Cerebral Blood Flow and Metabolism, Cologne, Germany.
Invited Speaker. Second Annual Meeting. Cognitive Neuroscience Society. San Francisco, CA.
Invited Speaker and Session Chairman. "MRI in Stroke II". Reemtsma Foundation Workshop. (Invitation only). Schloss Ringberg, Germany.
Plenary Speaker. The 27th Annual Meeting of the Japanese Society of Magnetic Resonance in Medicine. Tokyo, Japan.
Invited Speaker. Workshop: Proton Diffusion in the Brain, University of London, England.
Invited Speaker. 16th Annual Meeting: American Academy of Neurology, Seattle, Washington.
Invited Speaker. Sixth International Workshop on Magnetic Resonance Angiography. East Lansing, Michigan.
Invited Speaker. Eighth Annual Meeting: In Vivo Magnetic Resonance Spectroscopy. Falmouth, Massachusetts.
Invited Speaker: Clinical Refresher Course - Educational Program. Third Annual Meeting of the Society of Magnetic Resonance. Nice, France.
Invited speaker. Nuclear Medicine Grand Rounds Conference. Stanford Medical Center.
Invited Speaker. Stanford Stroke Center Clinical Grand Rounds Conference.

1996    Invited Speaker. The 28th Annual Meeting of the Japanese Society of Magnetic Resonance in Medicine. Tokyo, Japan.
Invited Speaker. The 19th Annual Meeting of the Japan Society for CNS Computed Imaging. Tokyo, Japan.
Speaker and Session Chairman. "Towards Therapeutical Advances on Cerebral Ischemia". Reemtsma Foundation Workshop. (Invitation only) Schloss Ringberg, Germany.
Plenary Speaker and Session Chair. The 3rd World Stroke Congress and the 5th European Stroke Conference, Munich, Germany.
Invited Speaker. The First International Workshop on Biomedical Imaging. MR and PET/SPECT, Fukui, Japan.
Invited Speaker. The 17th International Conference on Magnetic Resonance in Biological Systems, Keystone, CO
Invited Speaker.Wescon 96. San Francisco, CA.
Invited Speaker, Refresher Courses.1995 Annual Meeting of the Radiological Society of North America. Chicago, Illinois.
Faculty. The 19th Annual Meeting of the American Society of Neuroimaging. Oakland, Ca.
Invited Speaker. San Francisco Neurological Society. 48th Annual Meeting, Sonoma, Ca.
Invited speaker. Neurology Grand Rounds Conference. Stanford Medical          Center.
Invited Speaker. Stanford Stroke Center Clinical Grand Rounds Conference.

1997    Plenary Speaker. Beyond Structure: The First Heidelberg Conference on Dynamic and Functional Radiological Imaging of the Brain. Heidelberg, Germany
Invited Speaker. American Society of Neuroradiology, Toronto, Canada.
Plenary Speaker. Ta'Horama 1997. Genentech Off-site Technology Conference. Tahoe City, CA.
Invited Speaker. The IXth Nordic Meeting on Cerebrovascular Diseases. Uppsala, Sweden.

Refresher Course Instructor. 82nd Annual Meeting, RSNA Refresher Courses. Chicago, Ill.
Invited Speaker and Session Chair. International Society of Magnetic Resonance in Medicine, Fifth Annual Scientific Meeting, Vancouver, BC,        May, Mini-Categorical Course: Diffusion and Perfusion.

Invited Speaker and Session Chair. 5th Annual Conference and Workshop on Recent Advances in the Understanding, Therapy, and Diagnosis of Ischemic Stroke. IBC, Washington, DC.
Invited Speaker. International Workshop on Biomedical Imaging. Excerpta Medica International Congress.
Faculty. 49th Annual Meeting, American Society of Neuroimaging. San Juan, PR.
Invited Speaker. Neurology Grand Rounds Conference. Stanford Medical         Center.
Invited Speaker. Stanford Stroke Center Clinical Stroke Conference.

1998    Plenary Lecture: Beyond Structure: The Second Heidelberg Conference on Dynamic and Functional Radiological Imaging of the Brain. "Diffusion and Perfusion MRI of Acute Stroke". Heidelberg, Germany
Plenary Speaker: Dutch Radiological Society, Annual Meeting. "MR Diffusion and Perfusion Imaging in Thrombolysis." Amsterdam
Invited Speaker: RSNA/AAPM Symposium: "Diffusion-Perfusion MR", Radiological Society of North America (RSNA), Chicago, Ill.
Invited Speaker: International Symposium on Ultrafast MRI in Medicine ISUM '99. "Overview of Diffusion/Perfusion Imaging. Kyoto, Japan
Faculty: Refresher Course #702: "Advanced MR Imaging Physics for Radiologists", Radiological Society of North America (RSNA), Chicago, Ill.
Invited Speaker: Department of Radiology Seminar Series. "MR Diffusion and Perfusion Imaging." Academic Hospital Vrije University, Amsterdam
Guest Faculty: American Academy of Neurology. Course 7FC.004. Clinical Neuroimaging. American Academy of Neurology, 50th Annual Meeting
Invited Speaker. Symposium on Postischemic Reperfusion injury. "Is Severity of Damage in DWI and PWI Related to Clinical Outcome?"   Schloss Ringberg Symposia, Max-Planck Institut Cologne, Germany, July

Invited Speaker, Moderator – "Is DWI Ready for Primetime?" IBC's 7th Annual Conference on Ischemic Stroke, Washington, DC
Program Faculty. Stanford Stroke Symposium.  "Diffusion and Perfusion MRI for the Evaluation of Stroke", Monterey, June
Invited Speaker: Berlex Laboratories, Inc. "Clinical MRI of Cerebral Stroke", Richmond, CA. November

1999    Invited Faculty: American Society of Neuroimaging.  "MRI Physics" and "Advanced MRI Physics" in "MRI Course" 22[st] Annual Meeting of the ASN, Scottsdale Arizona. February
Invited Speaker: "Diffusion and Perfusion Imaging: Clinical Applications"
Weekend Educational Course: International Society of Magnetic Resonance in Medicine, ISMRM. Philadelphia. May
Invited Speaker. LA Neurological Society (LANS) meeting. "Clinical DWI and PWI at Stanford". Los Angeles, CA. March
Invited Speaker: Neuroscience Grand Rounds. Department of Radiology. "MR Imaging of Acute Stroke". University of Calgary, Canada, October
Invited Speaker: Genentech, Inc. Stroke Surrogate Seminar: "Can MRI Provide Surrogate Endpoints?" South San Francisco, CA. January,
Invited Speaker – "DWI and PWI Imaging for the Stroke Patient". Section for MR Technologists. 8th Annual Meeting Program. International Society of Magnetic Resonance in Medicine, Philadelphia. May
Guest Faculty: 6th Annual Research Roundtable Luncheon. American Heart Association. Palo Alto, CA, April
Invited Speaker: Ithaca Center Educational Series. "Perfusion and Diffusion MRI: Targeting Therapy for Stroke", Video-Audio Series recorded October, 1998. Series of 8 lectures broadcast November
Invited Speaker: Genentech, Inc. "MRI in Neuroprotection", South San Francisco, CA. May
Guest Faculty,  General Electric "TIPS" Educational Program. "Advanced MRI in Stroke". Broadcast in April

Invited Speaker: San Francisco Neurological Society Fall Meeting, "Neuroimaging in the New Millenium" San Francisco, California, December 1999.

Invited Speaker: Max-Planck-Institut Für Neurologische Forschung 3rd Cologne PET Symposium, "Introducing the PET Generation for the Next Century" Cologne, Germany, December 1999.

Invited Speaker: German NeuroRadiological Congress , Johannes Gutenberg – Universitat Mainz Klinikum, Mainz, Germany, October 1999.

Invited Speaker: 2nd FEPS Congress, Prague, Czech Republic, July 1999.

2000    Invited Speaker: International Symposium on "NeuroTrauma: An Eye to the Future", Technion-Israel Institue of Technology, Bat Galim, Haifa, Israel, May

Analysis and Interpretation of Diffusion MRS and MRI, Chairs: Michael E. Moseley and Christopher H. Sotak, ISMRM (International Society of Magnetic Resonance in Medicine) Denver, Colorado,  April

Diffusion & Perfusion MR Report on the Progress of the Study Group (membership, etc.), Michael E. Moseley, Secretary , ISMRM (International Society of Magnetic Resonance in Medicine), Denver, Colorado, April

Invited Speaker: 54th Pacific Northwest Radiological Society Annual Meeting "MR Diffusion/Perfusion Imaging", Portland, Oregon, April

Invited Speaker: 38th Annual ASNR Meeting: Advanced Imaging Symposium, "Performing and Interpreting the Diffusion Image" Atlanta, Georgia, April

Guest Faculty: Max-Planck-Institut Für Neurologische Forschung Scientific Advisory Board Meeting, Cologne, Germany, April 2000.

Program Faculty: "DWI and PWI Concepts," Stanford Stroke Conference, Stanford University, March 2000.

Guest Speaker: American Heart Association 25th International Stroke Conference, "Pathophysiologic Basis of Diffusion and Perfusion-Weighted Imaing,", New Orleans, Louisianna, February 2000.

Faculty Speaker: American Society of Neuroimaging   23rd Annual Meeting and 10th International Cerebral Hemodynamics Society Symposium , San Juan, Puerto Rico, January 2000.

Invited Speaker: 7th Annual Banff Millinnium Stroke Conference, "Imaging Thresholds, MRI" Banff, Canada, January 2000.

2001    "Diffusion MR: Principles" Weekend Neuro MR Course. ISMRM, Glasgow, April 2001.

"Basics of MRI" and "Advanced Functional Neuroimaging" Functional Neuroimaging Breakfast Seminar, ASN, Las Vegas, January 26, 2001

Invited Speaker: International Symposium on "NeuroTrauma: An Eye to the Future", Technion-Israel Institue of Technology, Bat Galim, Haifa, Israel, May 2000.

Invited Lecture. "DWI And PWI In Clinical Sciences" International Society Of Magnetic Resonance (Ismar), Rhodes, Greece, August 2001.

Invited Lectures. DWI And PWI For Clinical Stroke And Diffusion Tensor Imaging For Neurophyscology. "Diffusion Nmr And Mri: From The Single Molecule To The Entire Human Brain", Bat Sheva Workshop. Tel Aviv University, Tel Aviv, Israel, August 2001.

Plenaries (One Each Day). "Diffusion Weighted Mri" And "Mri  Of White Matter Diseases" Korean Society For Magnetic Resonance In Medicine (Ksmrm), Seoul, Korea, November 2001.

Invited Participant. NIH Ninds Task Force On Research Progress And Programs, Denver, Co, September 2001.

Invited Lecture/Discusion."Functional/Physiological Imaging (For Brain Tumors)", Radiation Oncology, Stanford University, July 2001.

Invited Lecture – Departmental Seminar."Diffusion Tensors – Physics And Applications",  Department Of Radiology, UCSF, SFVAMC, September 2001.

2002    Invited Lecture. "Diffusion MRI: Biophysical Issues", ISMRM Workshop, St. Malo, France, March 2002.

Invited Lectures. "Advanced Neuroimaging" And "Diffusion Tensor Imaging". American Society Of Neuroimaging (ASN), Tampa, Fla, March 2002.

Invited Participant. 23rd Princeton Conference On Cerebrovascular Disease, San Diego, Ca, March 2002.

Spinoza Visiting Professor, "Diffusion MR Imaging of the Brain". Academic Medical Center, Amsterdam, September 2002.

2003    Invited Lectures. "Basic MRI", Advanced Neuroimaging" and "Functional NeuroImaging". American Society Of Neuroimaging (ASN), Phoenix, Az, February 2004.
Invited Speaker. American Academy Neurology (AAN). "Diffusion and Perfusion MR". Honolulu, 2003.
Invited Speaker. University of Hamburg Medical Center, Neurology. "Quantitation of Perfusion MR". Hamburg, 2003.

2004    Invited Speaker and Teaching Faculty. American Society Neuroimaging (ASN). Three lectures on MR Physics. Phoenix, 2004.
Invited Speaker and Course Organzier, "*DTI Workshop*", New York Academy of Sciences, New York. August 2004. Two lectures on DTI Physics and Applications.
Faculty: RSL Radiology Post-Graduate Course. "*Current Concepts of Magnetic Resonance*", October 2004, Monterey, CA. Three lectures, 2 Hours

2005    Invited Speaker. American Academy Neurology (AAN) Miami Beach, 2005. Two lectures, "*MR Toobox*", "*MR in Stroke*".
Invited Speaker and Teaching Faculty. American Society Neuroimaging (ASN) Orlando, March 2005. Two lectures on MR Physics, "*MR Basic Concepts*" and "*MR Advanced Topics*".
Invited Speaker. National University of Singapore-ISMRM Workshop "MR in Cancer" Singapore March 2005. Two lectures on MR "*MR Principles of Perfusion*" and "*DWI for Body Applications*".
Invited Speaker. Schering-Siemens "STAR" Educational Outreach Series. November 2004. Four lectures in China, "*How to Prepare and Present Scientific Data*".

2006    Invited Speaker. American Academy Neurology (AAN), March 2006. Two lectures, "*MR Toobox*", "*MR in Stroke*". Course Director.
Invited Speaker and Teaching Faculty. American Society Neuroimaging (ASN) January 2006. Two lectures on MR Physics, "*MR Basic Concepts*" and "*MR Advanced Topics*". Course Director.
Invited Speaker and Faculty. Western Neuroradiological Society, August 2006. Two lectures on MR Physics, "*MR Spectroxcopy*" and "*Molecular Imagings*".
Invited Speaker. Schering-Siemens "STAR" Educational Outreach Series. July 2006. Six lectures in China, "*MR Perfusion" and High Field MR Applications*".

2007    Course Director. Stanford University: Radiology Training Program for the Japanese Technologist Society (JSRT). July 2006. Four lectures. Course Director.
Invited Speaker and Teaching Faculty. American Academy Neurology (AAN), March 2007. Two lectures, "*MR Toobox*", "*MR in Stroke*". Teaching Faculty.
Invited Speaker and Teaching Faculty. American Society Neuroimaging (ASN), January 2007. Two lectures on MR Physics, "*MR Basic Concepts*" and "*MR Advanced Topics*". Teaching Faculty.
Invited Faculty. Western Neuroradiological Society, August 2006. Two lectures on MR Physics, "*MR Spectroscopy*" and "*Molecular Imaging*".
Invited Faculty. Northwest Imaging Forums. Advanced MRI for RT's. November, 2006. Two lectures "*Diffusion Imaging at High Field*" and "Exciting *Future of MR Applications at High Field*".
Invited Faculty. Northwest Imaging Forums. High-Field MRI. June, 2006. Two lectures "*Applications of DTI at 3T*" and "*Future of 3T MRI*".
Faculty: RSL Radiology Post-Graduate Course. "*Current Concepts of Magnetic Resonance*", October 2006, Monterey, CA. Three lectures, 2 Hours.
Invited Speaker. Lund University (Sweden) "TESLA" Workshop, August 2006. "High Field Experience at 3T and 7T".
Invited Speaker. Regional SMRT: "Current Practical Innovations in MRI", November 2006. Four lectures on MR "*MR Physics Walk-about*" , "*DWI and PWI", "Perspective on Molecular Imaging" and "Neuroimaging at 3T*".
Invited Speaker. Schering-Siemens "STAR" Educational Outreach Series. July 2006. Three lectures in China, "*MR Perfusion", Contrast-Enhanced MR Applications"*, and "*High Field MR Applications*".
Invited Speaker. University New Mexico Guest Lecturer Series for the BRAIN Institute. July 2006. "*High-Field MR Diffusion Applications*".
Invited Participant. First Annual Stanford-Wallenberg Institute (NIS-WNC) Partnership Meeting on "*Curing Brain Dysfunction and Disease*", Stanford, December 2006.

2009    Invited Panel Speaker. Course Director. Stanford University: Radiology Training Program for the Japanese Technologist Society (JSRT). July 2007. Four lectures. Course Director.

Invited Speaker and Teaching Faculty. American Society Neuroimaging (ASN), January 2008. Two lectures on MR Physics, "*MR Basic Concepts*" and "*MR Advanced Topics*". Teaching Faculty.

Invited Panel Speaker. Course Director. Stanford University: Guide to NIH K Awards Workshop Office of Postdoctoral Affairs. May 2007.

Faculty: RSL Radiology Post-Graduate Course. "*Current Concepts of Magnetic Resonance*", October, 2007, Monterey, CA. Three lectures, 2 Hours.

Invited Thesis Opponent. Lund University (Sweden) "DWI Investigations), April, 2008.

Plenary Lecture. *MR in Molecular Imaging*. Beijing Society of Radiology. August, 2007.

Invited Lecture. *MR Applications at High Field*. GE High Field MRI Satellite Symposium to Beijing Society of Radiology, August 2007.

Plenary Lecture. *The Present Situation and the Future Prospect of Molecular Imaging*. Japanese Society of Radiological Technology (JSRT). Yokohama, April, 2008.

Invited Lecure. *MR Physics for the Next Generation Advances.*Japanese Society of Radiological Technology (JSRT). Yokohama, April, 2008.

Invited Lecure. *Molecular Imaging in Stroke*. The Princeton Conference. Houston, April, 2008.

Invited Lecure. *Small Animal MRI*. Small Animal Imaging Workshop at the Clark Center, Stanford, CA, November, 2007.

Invited Speaker. *Near-IR Diagnostics and Therapy*. NBC Journal Club Speaker, January, 2008.

Course Director. RSL Radiology Post-Graduate Course. "Current Concepts of Magnetic Resonance", October, 2008, Monterey, CA. Three lectures.

Invited Speaker and Teaching Faculty. American Society Neuroimaging (ASN), January 2010, San Francisco. Two lectures on MR Physics, "MR Basic Concepts" and "MR Advanced Topics". Teaching Faculty.

Invited Speaker. Department of Comparative Medicine. "Lab Animal Technician Appreciation Week - Animal Research at Stanford", January 2010.

Invited Lecure. Society Magnetic Resonance Technologists. Presidents Regional Educational Seminar. MR into the Next Decade. Greenville South Carolina, March 2010.

Invited Speaker. MIPS Retreat. "Words of Wisdom". Faculty, 2009. (JSRT). July 2010. Four lectures.

2011
Course Director. RSL Radiology Post-Graduate Course. "Current Concepts of Magnetic Resonance", October, 2010, Monterey, CA. Three lectures.

Invited Speaker and Teaching Faculty. American Society Neuroimaging (ASN), January 2011, San Francisco. Two lectures on MR Physics, "MR Basic Concepts" and "MR Advanced Topics". Teaching Faculty.

Invited Speaker and Teaching Faculty. NIH SNRP 8th Conference of the Specialized Neuroscience Research Programs (SNRP) Puerto Rico, July 2010, San Juan. Teaching Faculty.

Invited Speaker. Department of Comparative Medicine. "Lab Animal Technician Appreciation Week - Animal Research at Stanford", September 2010.

Invited Speaker. ISMRM - International Society of Magnetic Resonance in Medicine. 18th Annual Meeting. Stockholm, May 2010. Debate: Should the Diffusion-Perfusion Study Group be Split?

2012
Course Director. Stanford University: Radiology Training Program for the Japanese Technologist Society (JSRT). July 2011 Four lectures.

Visiting Professor. UT Health, March 2012, Houston, Texas. Two lectures on MR Imaging, "MR Basic Concepts Cagematch" and "Beyond DWI and PWI". Teaching Faculty.

Invited Speaker. Department of Comparative Medicine. "Lab Animal Technician Appreciation Week - Animal Research at Stanford", March 2012.

Invited Speaker. ISMRM – Society of Magnetic Resonance Technologists in Medicine. 19th Annual Meeting. Montreal, May 2011. Debate: Should the Diffusion-Perfusion Study Group be Split?

Invited Speaker. PAMCVA - WRIISC Neuroimaging Seminar. Role of Advanced Neuroimaging at the VA. September, 2011.

Invited Speaker. Molecular Imaging Joint Symposium. MIPS. September 2011. Modern Neuroimaging for Molecular Imaging and MR.

Plenary Speaker. Japan 1st Annual ICSRT. Kobe, November 2011. Advances in 3D MRI.

Invited Speaker. Shimane University, November, 2011. DWI and PWI at 3T.
Invited Speaker. NPO Amakakeru. Hiroshima University, November 2011. New Thinking in MRI.

**F. MAJOR COMMITTEE/ADMINISTRATIVE WORK**

Stanford, APLAC, 2003-. Chair.
Stanford, APLAC Subcommittee on Animal Welfare Enrichment, 2002-. Member.
Stanford, Review and Selection Committee, Marsh O'Neill Award, October 2002.
Stanford, CRES, Committee on Research, 2001-2002. Member.
Department of Radiology Lucas Center Annual Report.
Department of Radiology Lucas Center Newsletter.
Department of Radiology Resident/Fellow interviews.
Full Member - Molecular Imaging Core Faculty.
Full Member - Molecular Imaging Program at Stanford (MIPS) Core Faculty, 2005-.
Search Committee, Chair of Department of Comparative Medicine, 2007-
Search Committee, Department of Radiology Neuro Faculty Interviews, May 2007-