Jennifer A. Sklenar (SBN 200434)
jennifer.sklenar@aporter.com
**Arnold & Porter LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5744
Telephone:   213-243-4000
Facsimile:   213-243-4199

Attorneys for
GENERAL ELECTRIC COMPANY AND
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Carolyn Chang (SBN 217933)
cchang@fenwick.com
**Fenwick & West LLP**
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   650-988-8500
Facsimile:   650-938-5200

Attorneys for
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; and WASHINGTON RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:11-cv-07591-MRP-RZ<br><br>**DECLARATION OF JASON POLZIN IN SUPPORT OF GENERAL ELECTRIC COMPANY'S AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR SUMMARY JUDGMENT** |

1
2   GENERAL ELECTRIC COMPANY,
3           Intervenor-Plaintiff,
4
5       v.
6   NEUROGRAFIX; NEUROGRAPHY
    INSTITUTE MEDICAL ASSOCIATES,
7   INC.; IMAGE-BASED SURGICENTER
    CORPORATION; and WASHINGTON
8   RESEARCH FOUNDATION,
9
10          Defendants.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Jason Polzin
Case No. 2:11-cv-07591-MRP-RZ

1. I, Jason Polzin, hereby declare as follows:

2. I have worked for GE Healthcare for over 16 years. I am currently the Manager for Applications and Workflow for the MR business. In that position I manage a team of scientists and developers who are responsible for developing new MR applications to address unmet clinical needs.

3. I received my Ph.D. in Medical Physics from the University of Wisconsin-Madison, specializing in Magnetic Resonance Imaging. I have held various roles at GE Healthcare, including as an Applications Engineer wherein I developed new MR pulse sequences, as an Applied Science Laboratory Scientist wherein I collaborated with global research partners and developed innovative new applications, and as Chief Engineer for Software and Applications where I was responsible for the overall R&D portfolio for Applications.

4. GE Healthcare is headquartered in the U.K. and has its U.S. operations based in Waukesha, Wisconsin. GE Healthcare is a business unit of the General Electric Company and manufactures a wide array of technologies used worldwide in the health care industry. GE Healthcare is the business unit within GE responsible for manufacturing and selling the products discussed in this declaration.

**Plaintiffs' Allegations of Infringement**

5. I understand that Plaintiffs' contentions regarding infringement, to the extent that they are based on products manufactured and/or sold by GE, state:

> Each of the Asserted Claims is infringed by the Regents' use of magnetic resonance hardware and software products capable of diffusion anisotropy imaging ("DAI"), diffusion tensor imaging ("DTI") and/or DTI tractography (the "Accused Instrumentalities"). Based on the information currently available to NeuroGrafix, the Regents use, sell, offer to sell or license, for example, the Accused Instrumentalities include the following magnetic resonance hardware and software products provided by [] GE: . . . GE 1.5T SignaHDx, GE Signa LX, GE 1.5T Signa, GE 1.5T Signa Echospeed, GE 1.5T EXCITE HD, GE 3T Signa HD, GE 3T EXCITE, GE Signa Horizon 1.5T, GE Signa HDxt 1.5T, GE Discovery MR750 3.0T and related software . . . . The Accused

> Instrumentalities also include the associated workstations and the upgrade packages required for the MRI machines to perform DAI, DTI, and/or DTI tractography including but not limited to additional workstations, upgrade packages for the radio frequency (RF) and gradient subsystems, upgrade packages for the multi-channel RF coil and any other hardware upgrades necessary to upgrade an existing scanner to perform DAI, DTI, and/or DTI tractography.

6. I further understand that Plaintiffs' specific allegations of infringement in their Supplemental Infringement Contentions so far as they pertain to GE Healthcare products appear to be directed to The Regents of the University of California's ("the Regents") performance of DTI or DTI tractography, and the accused GE products' capability to perform DTI or DTI tractography. I understand that Plaintiffs' infringement contentions are not necessarily limited to the specific MRI model numbers identified in the preceding paragraph.

**The Accused GE Products**

**Overview**

7. In my position at GE Healthcare, I am familiar with the MRI systems manufactured by GE Healthcare. In this declaration, I sometimes refer or cite to documentation relating to the Discovery MR750 3.0T MRI system for purposes of illustration which, with respect to the issues discussed in this declaration, is representative of the structure and operation of the GE Healthcare MRI systems accused of infringement. To the extent I attach exhibits to this declaration, they are to my knowledge true and correct copies of the cited documents (or excerpts of the cited documents).

8. While the MRI systems manufactured by GE Healthcare have differences in size, capability and intended application, they all include magnets and associated hardware for generating pulse sequences, a space in which the patient is placed to be exposed to the pulse sequences, coils and associated hardware to acquire responsive signals emitted from the patient as a result of exposure to the pulse sequences, and

hardware and associated software to "reconstruct" images from the acquired signals. The MRI systems also include a "Console," which includes hardware and associated software from which a person can control the operation of the MRI machine. The Console also includes hardware and associated software to "post-process" the reconstructed images as appropriate.

9. Reconstruction refers to the process of converting the raw, acquired responsive signals to images using known, and long existing mathematical techniques such as Fourier Transforms or Inverse Fourier Transforms. The reconstruction process occurs in a specialized reconstruction computer that is a component of the MRI systems accused of infringement.

10. The MRI systems accused of infringement are capable of performing many different types of magnetic resonance imaging techniques (including post-processing techniques) to image different types of patient anatomy that are unrelated to diffusion tensor imaging or the imaging of nerves. For example, the MRI systems manufactured and sold by GE may be used to perform post-processing to image the brain, spine, heart, abdomen, and musculoskeletal structures (such as tendons, ligaments, and cartilage).

11. GE Healthcare also manufactures a workstation, referred to as the Advantage Workstation, that can be used to perform post-processing on the reconstructed images obtained by an MRI system. The Advantage Workstation is a standalone device that does not have any signal acquisition capabilities; that is, it does not have the hardware or software necessary to generate a pulse sequence, acquire the raw, responsive signals, or reconstruct images from the responsive signals. In a typical clinical setting, the Advantage Workstation is not located with the MRI system, but is in a completely different physical location. The Advantage Workstation is capable of performing post-processing on reconstructed image data that it receives as input.

12. In this declaration, I may refer to the accused MRI systems, and the Advantage Workstation, and their associated software, as the Accused GE Products.

13. The Accused GE Products are regulated, and subject to clearance, by the Food and Drug Administration ("FDA"). The computers incorporated into the Accused GE Products are specially designed and configured by GE Healthcare to perform their intended clinical function, and are cleared by the FDA for clinical use. If a customer of an Accused GE Product makes any changes to the computers incorporated into the product, such as changing the software running on the computer or changing the source code of the software running on the computer, the Accused GE Products would no longer be FDA-cleared for clinical use.

14. To ensure that the Accused GE Products comply with FDA regulations and maintain their clearance for clinical use, GE strictly controls the design and configuration of the computers incorporated into these devices, as well as the software that can execute on these computers. Clinical customers are not permitted to install additional or different software on the computers incorporated into the Accused GE Products and have that software execute.

**Post-Processing Software**

15. As stated above, once the reconstructed images are obtained, they can be further post-processed using the Accused GE Products. GE manufactures two different post-processing software packages that can be used to post-process reconstructed image data: FuncTool and READY View. FuncTool and READY View can be used to perform many different types of post-processing, such as 3DASL, time course algorithms, functional MRI algorithms, R2Star, and MR spectroscopy.

16. Currently, FuncTool can be installed on the Console of an accused MRI system or on an Advantage Workstation, but READY View can be installed only on the Advantage Workstation.

17. Diffusion tensor imaging post-processing capability is not enabled by default in FuncTool. It is an enhancement to the post-processing capabilities of FuncTool that is enabled only if purchased by the customer. DTI post-processing capability is a standard feature in READY View. The DTI post-processing feature in

-4-

FuncTool (when enabled) and READY View can be used to compute, among other things, fractional anisotropy maps. Ex. A (Discovery MR750 3.0T Operators Manual, at 10-52); Ex. B (READY View User Guide, at 4-1).

18. While there are differences in the architecture and user interface of FuncTool and READY View, their DTI post-processing capabilities are substantively the same. In fact, both FuncTool and READY View share a common source code library pertaining to their DTI post-processing capabilities. FuncTool and READY View are the only two software packages GE manufactures or has ever manufactured that are capable of DTI post-processing. Ex. A (Discovery MR750 3.0T Operators Manual, at 10-28 thru 10-29); Ex. B (READY View User Guide, at 2-53); Ex. C (AW FuncTool Operators Manual, at 2-9 thru 2-10) (all describing the same tensor analysis algorithm applied by FuncTool on a GE Discovery MR 750 3.0T device, FuncTool on an Advantage Workstation, and READY View on an Advantage Workstation).

19. As the name "diffusion tensor imaging" suggests, the only manner in which FuncTool and READY View can compute fractional anisotropy is to first perform *tensor* analysis on each voxel within the image. The diffusion tensor is a mathematical model of diffusion in three-dimensional space. For each voxel, the diffusion tensor can be manipulated to obtain the shape and orientation of an ellipsoid representing diffusion within the voxel. The results of this tensor analysis can further be used to calculate, among other things, fractional anisotropy maps. Ex. A (Discovery MR750 3.0T Operators Manual, at 10-28 thru 10-29); Ex. B (READY View User Guide, at 2-53); Ex. C (AW FuncTool Operators Manual, at 2-9 thru 2-10) (all describing the same tensor analysis algorithm applied by FuncTool on a GE Discovery MR 750 3.0T device, FuncTool on an Advantage Workstation, and READY View on an Advantage Workstation).

20. The algorithm used to perform DTI post-processing in FuncTool or READY View is based on the work of Dr. Basser and his collaborators.

Declaration of Jason Polzin
Case No. 2:11-cv-07591-MRP-RZ

-5-

21. GE has licensed U.S. Patent 5,539,310 – which lists Dr. Basser as the first named inventor and is owned by the NIH – and is paying royalties based on the license to that patent.

22. Users of an accused MRI system with DTI capability can choose the number of diffusion gradients that the system applies during the pulse sequence and data acquisition phase of the imaging process, but cannot choose the direction of the diffusion gradients. The directions in which the accused MRI systems apply these gradients does not depend on whether the axis of anisotropy of the target structure is known or unknown; the directions are preprogrammed into the system. The system uses a predefined table of gradient directions that are not altered in real time, and do not change during the imaging process. While the number of directions of gradients can be chosen before the start of the pulse sequence, the directions themselves cannot. For example, a user can command an Accused MRI Product to apply gradients in 12 directions, but cannot choose the 12 directions in which the system applies the gradients. In fact, even if the axis of anisotropy of a particular target structure might be known in a particular instance, the Accused GE Products do not have the capability of using that information.

23. To GE's knowledge and understanding, the DTI post-processing capabilities in FuncTool and READY View are primarily used in clinical settings to obtain information about brain white matter. As brain white matter does not contain fat that would otherwise appear on images of the brain, the pulse sequence used to obtain the data that are post-processed using DTI does not ordinarily include a fat suppression component.

Declaration of Jason Polzin
Case No. 2:11-cv-07591-MRP-RZ

-6-

24. FuncTool and READY View may include an advanced post-processing feature referred to as FiberTrak.[1] FiberTrak is designed to utilize the data generated from the diffusion tensor imaging post-processing to create three-dimensional white matter fiber tracks. The white matter fiber tracks can then be coregistered with (*i.e.*, overlaid upon) fractional anisotropy maps of the brain. Ex. A (Discovery MR750 3.0T Operators Manual, at 1-47, 10-56 thru 10-60); Ex. B (READY View User Guide, at 4-5, 14-1 thru 14-13); Ex. C (AW FuncTool Operators Manual, at 2-15, 2-24, 3-48 thru 3-53).

25. FuncTool and READY View include another advanced post-processing feature referred to as BrainWave. BrainWave is designed to utilize, in part, the data generated from the diffusion tensor imaging post-processing to create functional MRI images of the brain. Ex. D (BrainWave PA Performance Operator Manual, at 2-4).

26. Neither FuncTool nor READY View, nor any other hardware or software manufactured by GE, is capable of performing HARDI or Q-ball post-processing on reconstructed image data. GE does not teach or encourage its customers to perform the HARDI or Q-ball post-processing techniques on the Accused MRI Products or the Advantage Workstation.

**Non-GE Products**

27. I further understand that Plaintiffs have accused GE of infringing the '360 patent through the use, sale, offer to sell, or license of "related software including DIRAC (Diffusion Imaging Reconstruction and Analysis Collection), DIVA (Diffusion Imaging Reconstruction and Analysis Collection), MiND (Metadata in NifTI for DWI), DTI Studio, and software written by the Regents of the University of California."

---

[1] FiberTrak is also enabled if a customer enables the DTI post-processing feature in FuncTool. FiberTrak is an optional feature within READY View that is enabled only if purchased by the customer.

-7-

Declaration of Jason Polzin
Case No. 2:11-cv-07591-MRP-RZ

1  28.  GE does not manufacture DIRAC, DIVA, MiND, DTI Studio, or the software developed by the Regents and does not participate in marketing them. GE did not assist or consult with the third parties that developed these software packages. These software packages were developed independently by third parties without GE involvement. GE does not suggest to, or encourage, customers to use these third-party software packages with the Accused GE Products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 15, 2012, in Waukesha, Wisconsin.

By: _____
Jason Polzin