# Exhibit A

GE Healthcare

# Discovery™ MR750 3.0T
# Discovery™ MR450 1.5T
# Optima™ MR450w 1.5T

# Operator Manual

GE Medical Systems does business as GE Healthcare



MR750, MR450, and MR450w MR systems
Operator Manual, English
5375781-1EN (04/2011) Rev. 4
© 2011 General Electric Company
All rights reserved.

# Applicable Regulations and Standards

## Medical Device Directive

These products conform with the requirements of council directive 93/42/EEC concerning medical devices, when they bear the following CE Mark of Conformity:



## Manufacturer

GE Medical Systems LLC, a General Electric Company, going to market as GE Healthcare

3200 N. Grandview Boulevard

Waukesha, WI 53188, USA


European Representative:

GE Medical Systems S.C.

Quality Assurance Manager

283 rue de la Minière

78530 BUC France

Telephone: +33 1 30 70 40 40

This equipment generates, uses, and can radiate radio frequency energy. The equipment may cause radio frequency interference with other medical and non-medical devices and radio communications. To provide reasonable protection against such interference, the:

GE MR Systems

comply with emissions limits for (Group 2, Class A) Medical Devices as stated in EN 60601-1-2. However, there is no guarantee that interference will not occur in a particular installation.



If this equipment is found to cause interference (which may be determined by turning the equipment on and off), the user (or qualified service personnel) should attempt to correct the problem by one or more of the following measures:

- reorient or relocated the affected devices;
- increase the separation between equipment and the affected device;
- power the equipment from a source different from that of the affected device; and/or
- consult the point of purchase or service representative for further suggestions.

The manufacturer is not responsible for any interference caused by using interconnect cables that are not recommended or by unauthorized changes or modifications to this equipment. Unauthorized changes or modifications could void the user's authority to operate the equipment.

Do not use devices that transmit RF Signals (cellular phones, transceivers, or radio controlled products) in the vicinity of this equipment as they may cause performance outside the published specifications. Keep the power to these types of devices turned off when near this equipment.

MR750, MR450 and MR450w Operator Manual

The medical staff in charge of this equipment is required to instruct technicians, patients, and other people who may be around this equipment to fully comply with the above requirement.

Immunity/Emissions Exceptions: Note the exceptions from the EMC test results. Check with the business EMC engineer for this information.

In accordance with the international safety standard IEC 60601-1, this system is:

- a Class I device

- acceptable for Continuous Operation

- having ordinary protection against ingress of water (IPX0)

- type B and BF applied parts

- is not for use in the presence of flammable anesthetics.

## Equipment disposal

A WEEE passport report is available from a GE representative upon request.



 **CAUTION**

This symbol indicates that the waste of electrical and electronic equipment must not be disposed as unsorted municipal waste and must be collected separately. Contact an authorized representative of the manufacturer for information concerning the decommissioning of your equipment.

## Indications for use

The Discovery™ MR750, Discovery™ MR450, Optima™ MR450w (part of the Discovery™ and Optima™ family of GE MR systems) is a whole body magnetic resonance scanner designed to support high resolution, high signal-to-noise ratio, and short scan times. It is indicated for use as a diagnostic imaging device to produce axial, sagittal, coronal, and oblique images, spectroscopic images, parametric maps, and/or spectra, dynamic images of the structures and/or functions of the entire body, including, but not limited to, head, neck, TMJ, spine, breast, heart, abdomen, pelvis, joints, prostate, blood vessels, and musculoskeletal regions of the body. Depending on the region of interest being imaged, contrast agents may be used *if not off label*.

The images produced by the Discovery™ MR750, Discovery™ MR450, Optima™ MR450w (part of the Discovery™ and Optima™ family of GE MR systems) reflect the spatial distribution or molecular environment of nuclei exhibiting magnetic resonance. These images and/or spectra when interpreted by a trained physician yield information that may assist in diagnosis.

 **WARNING**

Read the *full prescribing information* on the contrast media label before use of contrast media. Use contrast media only in accordance with Indications and Usage as described in full prescribing information.

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

# Table of contents

Applicable Regulations and Standards. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  i

## Chapter 1: Read me first . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-1
What's New. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-2
About this manual. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-6
Safety information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-6
Safety notices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-6
Purpose of this manual. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-7
Prerequisite skills. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-7
Pop-up windows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-7
Release Notes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-9
Protocol considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-10
Coil Apply and Apply All. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-10
Scan considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-11
Cut a series from the Workflow Manager when real time is active. . . . . . . . . . . . . . . .  1-11
Pressing Stop scan during a real time scan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-11
Acceleration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-11
VIBRANT and 7-channel breast coil. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-11
fMRI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-12
3D FGRE: change scan prescription to a 2D FGRE-ET. . . . . . . . . . . . . . . . . . . . . . . .  1-12
GRE-EPI large slice prescription. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-12
Type-in fields on scan User Interface screen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-13
T1 FLAIR PROPELLER protocol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-13
Heart rate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-13
QuickSTEP prescan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-13
TPS reset and Mx scans. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-13
Spectroscopy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-14
Printer considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-15
AGFA color printer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-15
Post Process considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-16
FuncTool maps. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-16
3DASL in Viewer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-18
Online Help. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-19
Open/close the manual. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-21
Add a topic to Favorites. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-23
Print a topic. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-24
View a movie. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-25
System user interface. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-26
Work areas. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-27
AutoView work area. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-27
Gating/Protocol Notes work area. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1-27

Scan related work areas......................................................................... 1-27

Display related work areas...................................................................... 1-27

System Management work areas............................................................. 1-27

Image Management work areas............................................................... 1-27

Header area............................................................................................ 1-28

Footer area............................................................................................. 1-30

Terminology............................................................................................ 1-32

3.0T and 1.5T Feature List...................................................................... 1-34

MR workflow........................................................................................... 1-50

**Chapter 2: Safety**............................................................................. **2-1**

Introduction............................................................................................ 2-2

Safety Information............................................................................... 2-3

User Training....................................................................................... 2-4

Product identification labels................................................................ 2-5

Indications for use.............................................................................. 2-11

Restrictions on use............................................................................. 2-12

Instructions for use............................................................................. 2-13

Contraindications for use.................................................................... 2-15

MR safety standards................................................................................ 2-16

IEC EMC compliance........................................................................... 2-17

Temperature and humidity specifications............................................. 2-22

MRCC Operating Environment............................................................. 2-23

Magnetic field basics............................................................................... 2-24

Static magnetic fields.......................................................................... 2-25

Security zone....................................................................................... 2-27

Exclusion zone.................................................................................... 2-31

Biological effects................................................................................. 2-33

Ferromagnetic objects......................................................................... 2-34

Spatial magnetic field data.................................................................. 2-36

Magnet information.............................................................................. 2-36

Definitions........................................................................................... 2-36

Spatial Magnetic Field......................................................................... 2-37

Cryogen and quench concerns............................................................. 2-41

Gradient magnetic fields.......................................................................... 2-43

Calculate maximum gradient output..................................................... 2-44

Gradient output limits.......................................................................... 2-45

Peripheral nerve stimulation................................................................ 2-46

Acoustic noise..................................................................................... 2-49

Electromagnetic fields.............................................................................. 2-51

Tissue heating..................................................................................... 2-52

Contact point heating.......................................................................... 2-55

Metallic heating................................................................................... 2-57

Specific Absorption Rate (SAR) limits.................................................. 2-58

5375781-1EN  (04/2011) Rev. 4

© 2011 General Electric Company

Clinical hazards........................................................................................... 2-61
    High risk patients.................................................................................. 2-62
    Scanning hazards.................................................................................. 2-63
Equipment hazards...................................................................................... 2-64
    Laser alignment lights........................................................................... 2-65
    Cables and equipment connections......................................................... 2-66
Clinical screening........................................................................................ 2-68
    Screening form...................................................................................... 2-69
    MR compatibility................................................................................... 2-71
Patient emergencies..................................................................................... 2-73
    Emergency medical procedures................................................................ 2-73
    Patient alert system.............................................................................. 2-74
    Emergency stop..................................................................................... 2-75
    Emergency off....................................................................................... 2-76
    PDU power off....................................................................................... 2-77
    Magnet rundown.................................................................................... 2-78
    Table transport emergency release.......................................................... 2-79
Scan and Display introduction........................................................................ 2-82
    Scan.................................................................................................... 2-83
    Display................................................................................................. 2-89
System maintenance..................................................................................... 2-92
    General cleaning.................................................................................... 2-93
    Exhaust fan........................................................................................... 2-94
    Maintenance services............................................................................. 2-95
    Magnet Rundown Unit test procedure...................................................... 2-96
Procedures introduction................................................................................ 2-98
    Protect the security and exclusion zones.................................................. 2-99
    Screen patients and personnel................................................................ 2-101
    Prepare the patient................................................................................ 2-102
    Protect the patient from RF burns............................................................ 2-105
    Protect the patient's eyes and ears.......................................................... 2-112
    Patient emergencies............................................................................... 2-113
    Equipment or environmental emergencies................................................. 2-114
    Magnet emergencies.............................................................................. 2-115
    Quench with vent failure........................................................................ 2-116
    Check cryogen levels.............................................................................. 2-117
    Systems with a Helium Level Meter.......................................................... 2-117
    Systems with a Magnet Monitor Unit........................................................ 2-117
    Handle contact with liquid cryogens......................................................... 2-118
    Safety review........................................................................................ 2-119
MR compatibility test guidelines..................................................................... 2-120
MR compatibility basics................................................................................ 2-121
    MR Safety............................................................................................. 2-121

Device Safety and Effectiveness..................................................................... 2-121

Scanner Compatibility.................................................................................... 2-122

Testing approach............................................................................................ 2-123

Classifications................................................................................................ 2-124

Device Classifications.................................................................................... 2-124

Zone Classifications....................................................................................... 2-124

Magnetic forces and torques.......................................................................... 2-126

Screening Test................................................................................................ 2-126

Heating.......................................................................................................... 2-127

Pre-Test Inspection........................................................................................ 2-127

Heating Test................................................................................................... 2-127

Magnet field distortion................................................................................... 2-128

MR compatibility procedures............................................................................. 2-129

Test MR compatibility.................................................................................... 2-130

Test magnetic force and torques: screening test............................................ 2-131

Test magnetic force and torques: small object test........................................ 2-133

Test heating: per-test inspection.................................................................... 2-135

Test heating: devices used during scanning.................................................. 2-136

MR compatibility data sheet.......................................................................... 2-140

MR compatibility log form............................................................................. 2-141

PM service schedules......................................................................................... 2-142

Discovery MR750 3.0T and MR450 1.5T and Optima MR450w 1.5T.............. 2-143

0.7T............................................................................................................... 2-146

HDxt 1.5T and 3.0T....................................................................................... 2-149

1.5T for HDx and HDx prior systems............................................................. 2-152

3.0T for HDx and HDx prior systems............................................................. 2-156

Optima MR360 and Brivo MR355 System....................................................... 2-159

China RoHS label directive................................................................................. 2-162

Signa 1.5T & 3.0T Systems............................................................................ 2-162

Chapter 3: Applications ................................................................................. 3-1

Applications annotation..................................................................................... 3-3

MR-Echo procedure........................................................................................... 3-4

MR-Echo workflow.......................................................................................... 3-4

Adjust the Scan and Save imaging parameters........................................... 3-5

Adjust the Realtime imaging parameters.................................................... 3-7

Start the scan............................................................................................. 3-8

Define a movie or bookmark...................................................................... 3-9

Define Scan and Save slice group.............................................................. 3-10

Save images to the database...................................................................... 3-11

Copy/paste Rx........................................................................................... 3-12

MR-Touch procedure......................................................................................... 3-13

MR-Touch workflow........................................................................................ 3-13

Build a protocol......................................................................................... 3-14

5375781-1EN  (04/2011) Rev. 4

© 2011 General Electric Company

Set up the patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-16

Scan the series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-19

Draw an ROI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-21

Multi station procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-23

Prepare the patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-23

Acquire a localizer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-24

Set up the series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-26

Scan the series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-28

Real Time procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-30

Start a scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-30

iDrive Pro Plus Acquire tab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-31

iDrive Pro Plus Review tab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-36

SmartPrep procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-39

Prepare the patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-39

Acquire a localizer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-40

Set up the series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-41

Scan the series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-43

Acquire a 3DASL scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-44

Acquire a BRAVO scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-47

Acquire a BREASE scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-48

Acquire a Cine IR scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-51

Acquire a COSMIC scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-53

Acquire a LAVA-Flex scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-54

Display LAVA-Flex images . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-56

Acquire a Navigator scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-57

Acquire a QuickSTEP scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-63

Acquire a T2 Map scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-66

Acquire a TRICKS scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-68

Acquire a VIBRANT-Flex scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-70

**Chapter 4: BrainWave** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4-1**

BrainWave safety . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3

fMRI hardware safety . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3

Synchronization of stimulus presentation with scanning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3

BrainWave results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3

BrainWave workflow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4

Set up the patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4

Set up a BrainWave exam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5

Acquire a localizer scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-6

Acquire a structural scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-7

Structural scan first workflow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-8

Structural scan last workflow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-9

brainwaveRT procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-10

Acquire fMRI data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-10

BrainWavePA ........................................................................................ 4-12

BrainWavePA procedures: open/close ............................................... 4-13

    Open BrainWavePA .......................................................................... 4-13

    Close BrainWavePA .......................................................................... 4-14

BrainWavePA procedures: processing images ................................. 4-15

    Segment structural images ............................................................ 4-15

    Process fMRI/DTI data .................................................................... 4-16

BrainWavePA procedures: manipulate images ................................ 4-18

    Manipulate 2D images and volumes ........................................... 4-18

    Clip 3D volume rendered images .................................................. 4-20

    Change 3D, color, and opacity ..................................................... 4-22

BrainWavePA procedures: manipulate images ................................ 4-23

    Hide/Show side bar ......................................................................... 4-23

    Annotate images .............................................................................. 4-24

    Use mouse and keyboard shortcuts ............................................ 4-25

    Select a slice number ..................................................................... 4-29

    Window and level images ............................................................... 4-30

BrainWavePA procedures: visualize images ..................................... 4-32

    Visualize fMRI/DTI data ................................................................. 4-32

    Visualize fMRI data ......................................................................... 4-33

    Deposit an ROI ................................................................................. 4-36

    Display tracts ................................................................................... 4-38

    Visualization help ............................................................................ 4-39

BrainWave procedure: data management ........................................ 4-40

    Open the Paradigm Manager ........................................................ 4-40

BrainWave Paradigm development procedure ................................. 4-41

    Develop a manual paradigm .......................................................... 4-41

    Develop a paradigm with the wizard ........................................... 4-50

**Chapter 5: Cardiac** ............................................................................ **5-1**

Record gated signals .............................................................................. 5-2

    Basic cardiac planes ......................................................................... 5-3

Cardiac planes .......................................................................................... 5-5

    Aorta plane ......................................................................................... 5-5

    Aortic valve plane .............................................................................. 5-6

    Cardiac outflow tracts and chambers ........................................... 5-8

    Mitral valve ....................................................................................... 5-10

    Pulmonary valve .............................................................................. 5-12

    Tricuspid valve ................................................................................. 5-13

Cardiac patient setup ........................................................................... 5-15

    Set up the coil .................................................................................. 5-15

    ECG gated exam .............................................................................. 5-16

    Peripheral gated exam .................................................................... 5-19

    Standard gating ............................................................................... 5-21

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

Vector gating............................................................................................. 5-23
3D Heart................................................................................................... 5-25
Cardiac workflow............................................................................................ 5-32
Acquire a 2D FIESTA Shim Volume procedure................................................... 5-32
Ischemic heart........................................................................................... 5-36
Left main coronary artery............................................................................. 5-40
Patent foramen ovale................................................................................... 5-41
Right coronary artery................................................................................... 5-43

## Chapter 6: Data Privacy..................................................................... 6-1

Open Data Privacy interface procedure................................................................. 6-2
Data Privacy procedures.................................................................................. 6-3
Activate.................................................................................................. 6-3
Emergency logon......................................................................................... 6-4
Logon and logout........................................................................................ 6-5
Data privacy group procedures.......................................................................... 6-7
Add a group.............................................................................................. 6-7
Assign permissions to groups........................................................................... 6-8
Remove a group.......................................................................................... 6-9
Data privacy user procedures........................................................................... 6-10
Add users................................................................................................ 6-10
Change user name........................................................................................ 6-11
Change user password.................................................................................... 6-12
Remove users............................................................................................. 6-13

## Chapter 7: Equipment....................................................................... 7-1

Computer.................................................................................................... 7-3
Equipment cabinet room concept......................................................................... 7-4
Gradient coils............................................................................................. 7-5
Shim coil................................................................................................... 7-6
RF coils.................................................................................................... 7-7
RF coil connector.......................................................................................... 7-9
GEM magnet controls..................................................................................... 7-11
Magnet controls........................................................................................... 7-14
Scan status display....................................................................................... 7-18
Emergency stop and abort scan buttons concept...................................................... 7-19
Emergency stop.......................................................................................... 7-19
Abort scan............................................................................................... 7-21
In-Room monitor........................................................................................... 7-23
PAC......................................................................................................... 7-26
Patient alert system...................................................................................... 7-28
GEM table.................................................................................................. 7-29
Table Specifications..................................................................................... 7-34
Table....................................................................................................... 7-36

Table Specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-40

Workstation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-42

Keyboard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-43

System specifications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-45

1.5T technical specifications for Discovery MR450. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-45

3.0T technical specifications for Discovery MR750. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-46

1.5T technical specifications for Optima MR450w. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-47

GEM coil. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-49

Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-49

Indications for use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-49

Safety. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-50

GEM coil warning messages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-50

GEM coil caution messages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-51

Coil components. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-53

Head Neck Unit. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-53

Anterior Array. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-54

Posterior Array. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-55

Peripheral Vascular Array. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-55

Head end and foot end filler. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-56

Patient comfort pads. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-57

Coil connector. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-57

Radiation oncology Options. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-58

Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-58

Express table insert and Lok-Bar™. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-60

Express GEM table insert and Lok-Bar™. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-63

Positioning package accessories concept. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-65

GEM coil procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-73

GEM coil workflow. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-73

Coil configurations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-78

GEM components and coil configurations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-79

PA GEM component patient position. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-84

PA and AA component patient position. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-86

PA, HNU, and AA component patient position. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-89

PA, AA, and PVA component patient position. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-93

Whole body patient position. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-97

GEM coil procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-102

Legacy coil setup on GEM table. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-102

Radiation oncology options procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-104

Attach Express GEM table insert. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-104

Radiation oncology options procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-106

Attach Express table insert. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-106

Patient setup for head scan with Uni-frame®. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-109

Posifix®-1 positioning package. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-113

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

Type-S™ mask . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-116

HipFix® mask for pelvis treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-120

In-room display procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-126

Patient setup . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-126

Select an in-room display tab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-126

In-room display screen saver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-126

Reset in-room monitor trackball . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-127

Set-up patient information from in-room monitor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-128

Dock and undock the table procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-129

Dock the table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-129

Undock the table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-129

Patient comfort procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-130

Adjust the fan or light controls from the magnet room . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-130

Turn off the magnet fan or light . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-130

Patient alert procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-131

Adjust the patient alert sound pattern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-132

Connect coils procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-133

8-, 16-, or 32-channel coils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-133

Legacy coils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-134

Coil ID check . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-134

Coil malfunction procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-136

Coil signal non-uniformity procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-137

Magnet Rundown Unit test procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-139

Mouse controls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-141

Phantom breakage of spillage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-142

In-room display coil screen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-143

In-room display gating screen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-147

In-room display patient setup screen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-148

In-room display scan time and table location screen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-151

**Chapter 8: Film** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8-1**

Film hide/show procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2

Hide/Show Film Composer from a session tab . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2

Open Film tab and Film Composer from the Viewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2

film method procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-3

F1 film an image . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-3

F2 film page . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4

F3 film multiple image displays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-5

Film series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-6

Drag and drop . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-7

Delete image . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-8

Configure (add) a printer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-9

View film status procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-11

Status area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-11

View film queue or backlog..............................................................................8-11

Film Text Page procedure.................................................................................8-12

   From the Viewer..........................................................................................8-12

## Chapter 9: Image filter and intensity correction ..............................9-1

Filter considerations.......................................................................................9-2

Add an image filter or intensity correction to a scan series procedure................9-4

Image Filter apply in post-process procedure......................................................9-5

Image Filter add as post-process task procedure.................................................9-6

   Run a manual filter task in the Workflow Manager..........................................9-6

## Chapter 10: FuncTool ......................................................................10-1

FuncTool open procedure...............................................................................10-3

FuncTool work area.......................................................................................10-4

FuncTool control panel screen.........................................................................10-5

FuncTool Review Controller screen....................................................................10-9

FuncTool Active Annotation procedure.............................................................10-12

FuncTool W/L procedure................................................................................10-18

   Adjust the W/L of an image..........................................................................10-18

FuncTool Keyboard Shortcut procedures...........................................................10-19

Pixel Values in Saved Images..........................................................................10-20

   Functional Maps........................................................................................10-20

   FuncTool algorithms...................................................................................10-21

FuncTool Compute procedure.........................................................................10-31

Functool workflow........................................................................................10-32

   3DASL....................................................................................................10-32

   fMRI (BOLD Blood Oxygen Level Dependent)...............................................10-35

   BrainStat considerations.............................................................................10-38

   BrainStat AIF............................................................................................10-40

   Optional: Selecting the Density ROI button....................................................10-43

   BrainStat GVF..........................................................................................10-45

   Optional: Selecting the Density ROI button....................................................10-49

   Diffusion Tensor.......................................................................................10-51

   DWI......................................................................................................10-53

   FiberTrak.................................................................................................10-56

   MR-Touch................................................................................................10-61

   MR SER Breast..........................................................................................10-65

   MR Standard Brain....................................................................................10-70

   MR Standard Breast...................................................................................10-75

   R2Star....................................................................................................10-79

   Cartigram (T2 Map)...................................................................................10-81

   Fusion....................................................................................................10-84

   Common procedures..................................................................................10-88

   Spectra display.........................................................................................10-89

5375781-1EN  (04/2011) Rev. 4

© 2011 General Electric Company

FuncTool Spectroscopy procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-93
  Baseline correction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-93
  Frequency shift adjustment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-95
  Metabolite display. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-99
  Metabolite label display. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-100
  Phase shift adjustment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-102
  Toggle spectra display. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-104
  Spectroscopy voxel shift . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-106
FuncTool Film/Save procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-108
  Save image for Generate Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-108
  Save graph data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-109
  Save parametric or function maps. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-110
  Save color images. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-112
  Save FiberTrak images. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-113
FuncTool generate report procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-114
  Generate DICOM SR report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-114
  Generate report into database. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-115
  Archive or network a generated report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-117
Functool right-click procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-118
  Right-click functions introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-118
  Procedures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-119
  Show Graph View. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-120
  Annotate a message. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-121
  Color Ramp. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-122
  Display Normal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-123
  Hide/Show PRESS ROI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-124
  Hide/Show SAT band. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-125
  Move to Center. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-126
  Set Reference Image. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-127
  Save View and Add to Report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-128
  Reset ROIs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-129
  Screen Save. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-130
  Tracts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-131

**Chapter 11: Imaging Options** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11-1**
Imaging Options procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-3
Imaging Options annotation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-4
IDEAL imaging option procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-6
  Build a series in an existing protocol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-6
  Scan a series. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-8
  Display images. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-9
Multi-phase imaging option. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-10
  Scan parameter selections. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-10
  Manual Start procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-13

Acoustic Noise Reduction considerations...........................................................11-14

ARC considerations................................................................................11-16

ASSET procedure...................................................................................11-18

Blood Suppression considerations.................................................................11-22

CCOMP considerations.............................................................................11-23

Classic considerations..............................................................................11-24

DE Prepared considerations.........................................................................11-25

Extended Dynamic Range considerations.............................................................11-26

Flow Compensation scan considerations.............................................................11-27

Acquire a Real Time scan with Fluoro Trigger.......................................................11-28

Full Echo Train considerations.....................................................................11-30

IR Prepared considerations.........................................................................11-31

Magnetization Transfer scan parameter selections...................................................11-32

MART considerations................................................................................11-33

MRCP considerations................................................................................11-34

No Phase Wrap considerations.......................................................................11-35

Respiratory Compensation considerations............................................................11-36

Respiratory Gating/Triggering considerations.......................................................11-38

Sequential considerations..........................................................................11-39

Square Pixel considerations........................................................................11-40

Spatial Spectral RF considerations.................................................................11-41

T2 Prep considerations.............................................................................11-42

Tailored RF considerations.........................................................................11-43

VERSE considerations...............................................................................11-44

ZIP considerations.................................................................................11-45

    Slice ZIP tips.................................................................................11-45

    Matrix ZIP tips...............................................................................11-45

    ZIP Considerations............................................................................11-46

Chapter 12: Image Management.......................................................................12-1

Image Management work area screen..................................................................12-2

    Patient List controls.........................................................................12-3

    Patient List..................................................................................12-3

    Destinations..................................................................................12-5

    Recycle Bin...................................................................................12-5

    Job Management................................................................................12-5

    Image Management messages.....................................................................12-5

DICOM compatibility between GE MR systems..........................................................12-7

    Find exam.....................................................................................12-8

    Sort list.....................................................................................12-9

    Filter list...................................................................................12-10

Patient List procedure.............................................................................12-11

    Remove filter.................................................................................12-11

    Refresh database..............................................................................12-12

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

Adjust images............................................................................ 12-13

Keyboard shortcuts..................................................................... 12-15

Remove images........................................................................... 12-16

Size exam/series/image areas........................................................ 12-17

Series numbering........................................................................ 12-18

Recycle Bin procedure.................................................................. 12-21

Permanently delete exams/series.................................................... 12-21

Empty contents.......................................................................... 12-22

Retrieve images.......................................................................... 12-23

**Chapter 13: Archive/Network** ..................................................... **13-1**

CD/DVD/USB procedure................................................................ 13-2

Compatibility............................................................................. 13-2

How to handle CD/DVDs................................................................ 13-3

Save images............................................................................... 13-4

Restore images............................................................................ 13-7

View images on PC or laptop.......................................................... 13-8

Archive procedure....................................................................... 13-11

Auto send................................................................................. 13-11

Set the Auto Archive node for the current exam.................................. 13-11

Set the Auto Archive node for the system......................................... 13-11

Selective auto send by series...................................................... 13-13

Define a host or node............................................................... 13-15

View backlog/queue................................................................. 13-16

Delete jobs from the Completed Jobs list.......................................... 13-16

Configure host....................................................................... 13-17

Add or edit a host....................................................................... 13-17

Move nodes on the configuration list............................................... 13-17

Adjust the column size on the Configured hosts menu bar....................... 13-18

Remove nodes from the Configuration host list.................................... 13-18

Ping a remote host...................................................................... 13-18

Manual send.......................................................................... 13-19

Detach a device...................................................................... 13-20

Local DB retrieve images.......................................................... 13-21

GSPS series........................................................................... 13-23

Auto send............................................................................. 13-24

Set the Auto Network node for the currently active exam....................... 13-24

Set the Auto Network node for the system......................................... 13-24

**Chapter 14: Image Management Data Apps** ................................... **14-1**

Data Apps work area open/close procedure........................................ 14-2

Open a Data Apps work area........................................................... 14-2

Close a Data Apps work area........................................................... 14-2

Data Export procedure.................................................................. 14-3

Compose a report ................................................................................. 14-3
Delete items from the Data Export tab ................................................... 14-4
Export a report ..................................................................................... 14-5
View a report on a PC ........................................................................... 14-7
Data Apps work area resize procedure .................................................... 14-9
Edit Patient Data procedure ................................................................. 14-10

Chapter 15: Session Apps ............................................. 15-1
Add/subtract procedure ........................................................................ 15-2
Bind images ..................................................................................... 15-2
Extract minimum/maximum pixel values ............................................. 15-3
Add/Subtract images ......................................................................... 15-4
Data Selector procedures ...................................................................... 15-5
Adjust exam, series, or image list area (1) ........................................... 15-5
Select an exam, series or image (2) and launch an application ............... 15-5
Expand or contract the menu bar selections (3) .................................... 15-5
Sort fields (4) ................................................................................... 15-5
Launch Flow Analysis procedure ............................................................. 15-6
View multiple exams in Viewer procedure ................................................ 15-8
Pasting image manipulation procedure .................................................... 15-9
Pasting procedure .............................................................................. 15-12
Select new series to paste .............................................................. 15-13

Chapter 16: Tools ...................................................... 16-1
Application Selection reorder list procedure ............................................ 16-2
CIET extract images procedure .............................................................. 16-3
Display a DICOM header procedure ......................................................... 16-4
Patient anonymize procedure ................................................................. 16-5
Patient anonymize settings procedure ..................................................... 16-6

Chapter 17: Patient preparation ................................. 17-1
Patient transfer procedure .................................................................... 17-2
Patient position procedure ..................................................................... 17-3
Patient padding .................................................................................... 17-9
Padding introduction ......................................................................... 17-9
Cardiac coil padding ........................................................................ 17-10
Surface coil padding ........................................................................ 17-11
Whole body padding ......................................................................... 17-12
Dielectric pads .................................................................................. 17-13
Dielectric pads concept ................................................................... 17-13
Abdomen procedure ........................................................................ 17-15
Neck procedure ............................................................................... 17-16
Patient landmark procedure ................................................................. 17-17
Landmark with IntelliTouch (Touch-n-Go) strip ................................. 17-17
Landmark with the alignment light ................................................... 17-19

Patient return to landmark procedure..................................................................... 17-21
Transfer the patient off the table.......................................................................... 17-22

## Chapter 18: Preferences............................................................................. 18-1

Preferences procedure........................................................................................ 18-2
  Admin password............................................................................................ 18-2
  Graphic Rx Toolbar........................................................................................ 18-3
  Research/clinical mode activate....................................................................... 18-4
  Scan parameter details................................................................................... 18-5
  Automatic table movement............................................................................... 18-6
Set Auto Calibration preference for GEM coil........................................................... 18-7

## Chapter 19: Prescan................................................................................. 19-1

Auto Prescan tips.............................................................................................. 19-2
Manual prescan procedure................................................................................... 19-3
  Manual Prescan workflow................................................................................ 19-3
  Center Frequency Coarse adjustment................................................................. 19-4
  Transmit Gain adjustment................................................................................ 19-6
  Center Frequency Fine adjustment..................................................................... 19-8
  Receive Gain adjustment................................................................................ 19-10
  Fat/Water SAT Prescan.................................................................................. 19-11
  TI time verification....................................................................................... 19-13
Spectroscopy prescan procedure......................................................................... 19-14
  Prescan a spectroscopy series........................................................................ 19-14
  Magnify a region along the axis of a waveform window.......................................... 19-14
  MNS Prescan............................................................................................... 19-16
  PROSE homogeneity adjustment...................................................................... 19-17
  PROSE spectrum visualization......................................................................... 19-19

## Chapter 20: Protocol................................................................................ 20-1

ProtoCopy procedure......................................................................................... 20-2
Protocol procedure............................................................................................ 20-3
  Create/edit................................................................................................... 20-3
  Save a protocol in scan.................................................................................... 20-4
  Define protocol as favorite................................................................................ 20-5
  Organize Site protocols.................................................................................... 20-6
  Reorganize protocols from the System Management work area................................. 20-6
  Reorganize protocols from the Worklist Manager................................................... 20-6
  Delete protocol.............................................................................................. 20-7
  Delete series................................................................................................. 20-8
  Remove a single series.................................................................................... 20-8
  Remove all series........................................................................................... 20-8
Protocol Exchange procedure.............................................................................. 20-9
  Open............................................................................................................ 20-9
  Import......................................................................................................... 20-10

Export.................................................................................................. 20-11

Add site information........................................................................... 20-13

Report preferences............................................................................. 20-14

Preview report..................................................................................... 20-15

Print..................................................................................................... 20-17

Protocol Lockout procedure.................................................................... 20-18

Reset the password............................................................................. 20-18

**Chapter 21: Protocol Notes**............................................................ **21-1**

Protocol Notes procedure......................................................................... 21-2

Add text................................................................................................. 21-2

Add an image........................................................................................ 21-3

Select an image.................................................................................... 21-3

Size an image....................................................................................... 21-3

Erase image information...................................................................... 21-4

Delete an image in a Protocol Note.................................................... 21-5

Add an image from CD/USB................................................................ 21-7

Copy/paste notes between series....................................................... 21-8

**Chapter 22: PSD**........................................................................... **22-1**

Prescribe and scan a pulse sequence..................................................... 22-4

Change PSD within a protocol procedure.............................................. 22-5

3-Plane Localizer orientation.................................................................... 22-6

3-Plane Localizer considerations.............................................................. 22-7

EPI family orientation................................................................................ 22-9

EPI scan parameter selections............................................................... 22-10

DW EPI and DTI scan considerations.................................................... 22-15

Diffusion Tensor scan considerations................................................... 22-23

FLAIR EPI scan considerations............................................................... 22-24

Gradient Echo EPI scan considerations................................................. 22-25

Spin Echo EPI scan considerations........................................................ 22-27

FSE family orientation.............................................................................. 22-29

FSE scan parameter selections............................................................... 22-30

FSE-XL scan considerations.................................................................... 22-34

FSE-XL Double and Triple IR scan considerations................................ 22-35

FSE-IR scan considerations.................................................................... 22-37

FRFSE-XL scan considerations............................................................... 22-38

FLAIR scan considerations...................................................................... 22-40

Cube scan considerations....................................................................... 22-44

SSFSE and SSFSE-IR scan considerations........................................... 22-47

GRE family orientation............................................................................. 22-49

GRE scan parameter selections.............................................................. 22-51

GRE scan considerations......................................................................... 22-53

Fast GRE scan considerations................................................................ 22-55

5375781-1EN  (04/2011) Rev. 4

© 2011 General Electric Company

SPGR scan considerations..................................................................... 22-56

Fast SPGR scan considerations.............................................................. 22-58

Fast GRE/SPGR applications................................................................. 22-60

3D FGRE/FSPGR dual echo procedure................................................... 22-61

Multi-echo FGRE/FSPGR scan considerations......................................... 22-62

FGRE TimeCourse considerations.......................................................... 22-64

Fast GRE-ET scan considerations.......................................................... 22-66

Fast GRE-ET copy/paste after heart rate change procedure...................... 22-68

2D FIESTA scan considerations............................................................. 22-69

3D FIESTA scan considerations............................................................. 22-73

3D FIESTA-C scan considerations.......................................................... 22-74

FastCINE mode considerations.............................................................. 22-75

2D MDE considerations....................................................................... 22-77

3D MDE scan considerations................................................................ 22-78

LAVA scan considerations.................................................................... 22-79

MERGE scan considerations................................................................. 22-80

VIBRANT workflow.............................................................................. 22-81

SWAN procedure................................................................................ 22-88

MNS family orientation........................................................................ 22-89

MNS scan parameter selections............................................................ 22-90

MNS phosphorus spectrum workflow..................................................... 22-92

MNS patient position procedure............................................................ 22-93

MNS Graphic Rx procedure................................................................... 22-94

Power deposition from coils.................................................................. 22-96

PROPELLER HDTM family orientation...................................................... 22-98

PROPELLER scan parameters selections................................................ 22-101

PROPELLER T2/FSE resolution comparison............................................ 22-104

PROPELLER DWI scan considerations................................................... 22-105

Brain T2 scan considerations.............................................................. 22-106

PROPELLER T2 FLAIR scan considerations............................................. 22-107

T1 FLAIR PROPELLER scan considerations............................................. 22-108

T2 Body PROPELLER considerations..................................................... 22-109

PROPELLER for extremities scan considerations..................................... 22-110

Spectroscopy family orientation.......................................................... 22-112

Spectroscopy scan parameter selections.............................................. 22-115

PROSE workflow............................................................................... 22-125

PROSE coil setup procedure................................................................ 22-127

PROSE scan prescription procedure...................................................... 22-128

PROSE PACC procedure...................................................................... 22-131

PROBE-P scan considerations.............................................................. 22-133

PROBE SVQ scan considerations.......................................................... 22-135

PRESS CSI scan considerations............................................................ 22-137

PROBE 2D CSI scan considerations....................................................... 22-138

PROBE 3D CSI scan considerations................................................................22-140

PROBE-S scan considerations.......................................................................22-143

STEAM CSI scan considerations...................................................................22-145

SE family orientation.....................................................................................22-146

SE/IR scan parameter selections...................................................................22-147

Spin Echo scan considerations.....................................................................22-151

Spin Echo Flip Angle procedure....................................................................22-152

Inversion Recovery scan considerations.......................................................22-153

Spiral family orientation................................................................................22-154

Spiral scan parameter selections..................................................................22-155

Hi-Res Spiral scan considerations................................................................22-156

Real time Spiral scan considerations............................................................22-158

Vascular family orientation...........................................................................22-159

Vascular scan parameter selections.............................................................22-161

2D TOF GRE/SPGR scan considerations......................................................22-162

2D TOF FGRE/FSPGR scan considerations..................................................22-164

3D TOF GRE/SPGR scan considerations......................................................22-166

3D TOF FGRE/FSPGR scan considerations..................................................22-168

FastCard GRE/SPGR scan considerations...................................................22-169

2D Phase Contrast considerations...............................................................22-171

Fast 2D Phase Contrast scan considerations...............................................22-172

3D Phase Contrast considerations...............................................................22-174

Phase Contrast VENC scan considerations..................................................22-175

Inhance Inflow considerations......................................................................22-177

Inhance 3D Inflow IR considerations............................................................22-179

Inhance 3D Velocity considerations.............................................................22-187

Inhance Deltaflow considerations................................................................22-188

Optimum trigger delay procedure.................................................................22-195

**Chapter 23: Respiratory**.........................................................................**23-1**

Respiratory bellows procedure......................................................................23-2

**Chapter 24: Scan**....................................................................................**24-1**

Scan work area..............................................................................................24-4

Scan workflow for a new patient....................................................................24-5

Scan with a protocol procedure.....................................................................24-6

Scan the same series procedure....................................................................24-8

Auto carry forward contrast procedure.........................................................24-9

Calibration scan procedure............................................................................24-11

AutoScanTM considerations...........................................................................24-14

AutoView considerations...............................................................................24-15

SAR dB/dt procedure.....................................................................................24-16

High Order Shim Procedure...........................................................................24-19

Perform a HOS..........................................................................................24-19

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

Calculate the Shim...................................................................................... 24-19
Save Shim values....................................................................................... 24-21
Recall stored Shim values........................................................................ 24-21
Reorder HOS series................................................................................... 24-21
Artifacts orientation..................................................................................... 24-22
Artifact tips..................................................................................................... 24-23
Annefact.................................................................................................... 24-23
C-spine Fat SAT (Bulk Susceptibility) uniformity.............................. 24-25
Dielectric shading.................................................................................... 24-26
DWI and DTI ring artifact....................................................................... 24-28
Gradient Echo Chemical Shift artifact................................................. 24-29
Non-uniformity of signal......................................................................... 24-31
PROPELLER.............................................................................................. 24-32
Crinkling..................................................................................................... 24-32
Top of scalp artifacts.............................................................................. 24-32
Blurred Images......................................................................................... 24-33
Signal voids............................................................................................... 24-33
Ripples........................................................................................................ 24-34
RF Leak....................................................................................................... 24-35
RF Inhomogeneity.................................................................................... 24-36
Shading....................................................................................................... 24-37
Star.............................................................................................................. 24-38
Surface coil................................................................................................ 24-39
Truncation................................................................................................... 24-40
Worm hole.................................................................................................. 24-42
AutoStart procedure..................................................................................... 24-43
Create/edit protocol................................................................................. 24-43
Scan............................................................................................................. 24-44
Disable......................................................................................................... 24-46
AutoVoice procedure.................................................................................... 24-47
Activate....................................................................................................... 24-47
Control volume.......................................................................................... 24-48
Speed Control........................................................................................... 24-49
Set the speed control.............................................................................. 24-49
Reset the speed to default value.......................................................... 24-49
Fluoro Trigger............................................................................................ 24-51
Add a new language................................................................................. 24-52
Record instructions.................................................................................. 24-53
Delete a language..................................................................................... 24-54
Delete a site message.............................................................................. 24-55
Graphic Rx introduction............................................................................... 24-56
Toolbar open/close................................................................................... 24-58
Graphic Rx Toolbar close........................................................................ 24-58

Graphic Rx Toolbar open/re-display . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-58
Open/close toolbar menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-58
Graphic Rx procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-59
Wide bore system considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-59
Graphic Rx procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-61
2D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-61
3D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-62
Copy/Paste . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-63
Copy Rx on the localizer in the active viewport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-63
Copy Rx on the original localizer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-63
Copy scan parameters to a new prescription . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-64
Copy Rx between 2D and 3D Graphic Rx . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-64
Erase GRx or SAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-65
Erase the active Graphic Rx . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-65
Erase both SAT and Graphic Rx . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-65
Erase only SAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-65
IR SAT bands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-66
Magnifying Glass . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-67
Magnify the active viewport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-67
Minify the active viewport . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-67
PROBE-P edit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-68
PROBE 2D CSI Spectroscopy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-70
3D CSI Spectroscopy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-73
Radial prescription . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-75
Graphic Rx Tools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-76
Reverse slice order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-78
Report Cursor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-80
Report Cursor on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-80
Report Cursor off . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-80
Shim volume . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-81
Single Voxel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-83
Select Series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-86
Tracker and 3D volume . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-87
SAT introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-89
Saturation procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-90
Chemical SAT Pulses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-90
Copy/Paste SAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-92
Spatial SAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-93
Standard Scan Parameters introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-95
Scan parameter consideration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-97
3D Geometry Correction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-97
Acceleration Factor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-99
Auto TR procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-100

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

Bandwidth. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-102

Contrast Amount and Type. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-103

ETL. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-104

Explicit Rx procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-105

Flow Comp Direction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-106

FOV. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-107

Frequency Direction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-108

GRE Flip Angle. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-109

Locs Before Pause procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-110

Locations Before Pause. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-110

Acquisitions Before Pause. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-110

Repetitions Before Pause - FSE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-110

Locs per Slab. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-111

Mode selection procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-112

NEX. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-113

Spectroscopy NEX. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-113

Number of Shots. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-114

Number of Slabs or Slices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-115

Overlap Locs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-116

Phase Correct. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-117

Phase FOV. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-119

Phase and Frequency. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-121

Spectroscopy Phase and Frequency selections. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-121

Plane selection procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-122

Prep Scan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-123

Patient Orientation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-124

Save Rx. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-125

Scan parameter trade-offs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-126

Scan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-127

Slice Spacing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-128

Slice Thickness. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-129

Spiral. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-130

TE and TE2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-131

TI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-132

TR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-133

Contrast/scan timing parameters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-134

PD/T2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-134

T1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-135

T2*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-136

Vascular. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-137

Stop Watch procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-138

Count. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-138

Reset. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-139

Workflow Manager introduction...................................................................24-140

Workflow Manager procedure....................................................................24-141

   Add scan sequence.............................................................................24-141

   Add post process task.........................................................................24-142

   Add task to automatically run................................................................24-142

   Add task to run manually.....................................................................24-143

   Cut/copy/paste series.........................................................................24-144

   Cut series.....................................................................................24-144

   Copy/Paste series.............................................................................24-144

   Move series...................................................................................24-145

   Rename task...................................................................................24-146

   Show future data..............................................................................24-147

   Link series...................................................................................24-148

   Edit link.....................................................................................24-149

   Save exam as protocol.........................................................................24-151

   Break link....................................................................................24-152

Scan stop scan/end exam procedure..............................................................24-153

**Chapter 25: Scan workflows**.....................................................................**25-1**

Ready Brain.......................................................................................25-2

Scan with multiple coils..........................................................................25-5

Breast implant workflow...........................................................................25-8

   Screening questions for patients with breast implants........................................25-8

   Center Frequency and SAT pulses..............................................................25-8

   Image contrast...............................................................................25-9

   Silicone implant procedure..................................................................25-12

**Chapter 26: Session**.............................................................................**26-1**

Desktop navigation procedure......................................................................26-2

   Image Management open work area..............................................................26-2

   Open System Management work area.............................................................26-3

   Worklist Manager open work area..............................................................26-4

Protocol Session procedure........................................................................26-5

   Open a Protocol Session......................................................................26-5

   Close a Protocol Session.....................................................................26-5

Review Session procedures.........................................................................26-6

   Open a Review Session........................................................................26-6

   Close a Review Session.......................................................................26-6

Scan Session open/close procedures................................................................26-7

   Open a Scan Session..........................................................................26-7

   Close a Scan Session.........................................................................26-7

Open the Service Desktop Manager..................................................................26-8

**Chapter 27: System startup and shutdown**.......................................................**27-1**

System startup procedure..........................................................................27-2

5375781-1EN  (04/2011) Rev. 4

© 2011 General Electric Company

System logon and logout procedures............................................................. 27-3
   Logon........................................................................................................ 27-3
   Emergency logon....................................................................................... 27-3
   Logon with administrative privileges....................................................... 27-4
   Manual logout........................................................................................... 27-4
System restart procedure............................................................................... 27-6
System shutdown procedure.......................................................................... 27-7
Emergency shutdown procedure.................................................................... 27-7
TPS reset procedure....................................................................................... 27-9
Daily Automated Quality Assurance procedure........................................... 27-10
   Scan phantom.......................................................................................... 27-10
   SNR test................................................................................................... 27-14
   System test.............................................................................................. 27-15
   DAQA trend setting................................................................................. 27-16
   DAQA messages....................................................................................... 27-18

**Chapter 28: System Management**.......................................................... **28-1**
System Management work area........................................................................ 28-2
e-Report procedure......................................................................................... 28-3
Error log view messages procedure................................................................ 28-4
   View system messages............................................................................. 28-4
   View Image Management messages......................................................... 28-4
   View scan messages................................................................................. 28-4
Legacy Image Converter procedure................................................................ 28-5
   Messages and error conditions................................................................ 28-5
Planned Maintenance procedures................................................................... 28-7
   PM Date message..................................................................................... 28-7
   PM Overdue............................................................................................... 28-7
   PM Failure................................................................................................. 28-7
Raw data save procedure................................................................................ 28-8
Second Level dB/dt password setup procedure.............................................. 28-9
Service Notepad write a message procedure................................................. 28-10
System date and time procedures.................................................................. 28-11
   Select a time zone.................................................................................. 28-11
   Change the date or time......................................................................... 28-11
   Close Guided Install............................................................................... 28-12
TiP Virtual Assist activation procedure.......................................................... 28-13

**Chapter 29: User CV**................................................................................ **29-1**
Acquisition Order User CV............................................................................... 29-3
Adaptive Phase Array User CV......................................................................... 29-5
Arrhythmia Monitoring User CV....................................................................... 29-6
   FastCINE mode........................................................................................ 29-6
   FastCard mode........................................................................................ 29-6

Automatic Water Suppression Optimization User CV.................................................... 29-7
Blurring Cancellation User CV.............................................................................. 29-8
Body Tool Kit User CV....................................................................................... 29-9
Classic Annefact Suppression User CV................................................................... 29-10
Cube Enhance User CV..................................................................................... 29-11
Echo Delay User CV......................................................................................... 29-12
Echo Tuning User CV........................................................................................ 29-13
Edge Slice CSF Suppression User CV.................................................................... 29-14
Edge Mask SAT User CV.................................................................................... 29-15
Editable Refocus Flip Angle................................................................................ 29-16
Enhanced Fine Line Suppression User CV................................................................ 29-18
Enhanced fat suppression.................................................................................. 29-19
Extreme High Resolution Optimization User CV.......................................................... 29-20
Fat Saturation Efficiency User CV......................................................................... 29-22
FLAIR Inversion User CV.................................................................................... 29-24
Flow Optimization User CV................................................................................. 29-25
Flow Quantification Optimization User CV................................................................ 29-26
Fractional NEX Optimization User CV..................................................................... 29-27
Gradient optimization for Diff All.......................................................................... 29-28
Half NEX Enhancement User CV........................................................................... 29-29
Image Acquisition Delay User CV.......................................................................... 29-30
K-Space User CV............................................................................................. 29-31
Legacy T1 Flair User CV.................................................................................... 29-33
Maximum Number of Echoes User CV..................................................................... 29-34
Maximum Monitor Period User CV......................................................................... 29-35
Magnitude Weighting Mask User CV...................................................................... 29-36
Minimum Acquisitions User CV............................................................................ 29-37
Multiple TR Acquisitions User CV......................................................................... 29-38
MT Frequency Offset User CV............................................................................. 29-39
MT Pulse Type User CV..................................................................................... 29-41
Navigator Excitation Method User CV..................................................................... 29-43
Number of ddas User CV................................................................................... 29-44
Number of Interleaving Echo Trains User CV............................................................. 29-45
Number of Points User CV.................................................................................. 29-46
Number of Slices to Discard User CV..................................................................... 29-47
Number of TE Steps User CV.............................................................................. 29-48
Legacy Phase Correction User CV........................................................................ 29-49
Ramp Sampling User CV.................................................................................... 29-51
Readout Lobe Polarity User CV............................................................................ 29-52
Recon Type................................................................................................... 29-53
Restricted Real Time Navigation User CV................................................................ 29-54
RF Pulse User CV............................................................................................ 29-55
Resolution for CSI Scans User CV......................................................................... 29-56

5375781-1EN  (04/2011) Rev. 4

© 2011 General Electric Company

Real Time SAT User CV....................................................................... 29-57

Reverse Loop Order User CV................................................................ 29-58

Optimized Satgap for SLIP User CV...................................................... 29-59

SAT Gap User CV............................................................................... 29-60

SAT Playout User CV.......................................................................... 29-62

Scan Mode User CV........................................................................... 29-63

Shim Volume Mode User CV................................................................ 29-64

Slice Uniformity User CV..................................................................... 29-65

Percentage of pkfr User CV................................................................. 29-66

Spatial SAT User CV.......................................................................... 29-67

Spectral-Spatial FatSAT User CV......................................................... 29-68

Spectral Width User CV...................................................................... 29-69

Total Number of Scans User CV........................................................... 29-70

Turbo Mode User CV.......................................................................... 29-71

Vessel Uniformity User CV.................................................................. 29-72

Viewing Order User CV....................................................................... 29-73

Whole Volume Excitation User CV........................................................ 29-74

**Chapter 30: Viewer**..........................................................................**30-1**

Viewer:  Open work area procedure......................................................30-3

Viewer work area............................................................................... 30-4

    Viewer accessed from within a scan.................................................30-4

viewer Annotation procedure................................................................30-6

    Add annotation............................................................................. 30-6

    Adjust font size............................................................................. 30-8

    Change annotation levels................................................................ 30-9

    Change the annotation level on the display image............................. 30-9

    Change annotation level on the film................................................30-11

    Propagate annotation...................................................................30-14

    Erase annotation..........................................................................30-15

viewer Matte procedure.....................................................................30-16

    Activate matte..............................................................................30-16

    Propagate matte...........................................................................30-18

    Delete matte.................................................................................30-19

viewer Measure procedure.................................................................30-20

    Measure an area...........................................................................30-20

    Propagate measurement................................................................30-22

    Delete measurement.....................................................................30-23

viewer ROI procedure........................................................................30-24

    Activate and ROI...........................................................................30-24

    Propagate an ROI..........................................................................30-26

    Delete an ROI...............................................................................30-27

    Adjust W/L values..........................................................................30-28

    Method 1:  Middle Mouse button.....................................................30-28

Method 2:  Left Mouse button. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-28

Method 3:  Presets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-28

Method 4:  Control panel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-29

Method 5:  Keyboard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-29

viewer W/L procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-30

Customize Presets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-30

viewer Cross Reference procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-31

Add a slice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-31

Add all slices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-32

Add first/last slice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-33

Add slice interval. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-34

Add slice range. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-35

Remove slices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-36

Cine play movie procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-37

Command Line type-in procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-39

Color change procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-40

Compare images procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-41

Display Normal procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-43

Erase or Hide objects procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-44

Filter images procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-45

Flip/Rotate images procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-46

Format display procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-47

Gray Scale enhance contrast procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-48

Grid display procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-49

Image Controls procedures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-51

Image selection procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-53

Method 1:  Active image annotation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-53

Method 2:  Command Line. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-53

Method 3:  Keyboard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-53

Method 4:  Image control panel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-53

Invert image procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-54

Method 1:  Window Width and Level icon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-54

Method 2:  Command Line. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-54

Minimize/Maximize image procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-55

Propagate objects procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-56

Reference Image activate procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-57

Report cursor procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-58

Scroll images procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-59

Screen layout procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-60

Screen Save image procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-62

Series Binding procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-63

Viewer:  Exam/series/image selection procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-64

Text Page display procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-65

5375781-1EN  (04/2011) Rev. 4

© 2011 General Electric Company

Tick Marks display procedure........................................................30-66

Zoom images procedure.............................................................30-67

    Method 1: Display tab...........................................................30-67

    Method 2: Image Controls panel.............................................30-67

    Method 3: On-screen annotation.............................................30-67

    Method 4: Magnify glass.......................................................30-68

Save State procedure................................................................30-69

**Chapter 31: SR Viewer**.............................................................**31-1**

SR Viewer open, view, edit procedure............................................31-2

SR Viewer create template procedure............................................31-4

**Chapter 32: Volume Viewer**........................................................**32-1**

Open Volume Viewer procedure.....................................................32-4

    Session Apps list..................................................................32-4

    Workflow Manager................................................................32-4

Volume Viewer work area.............................................................32-5

Volume Viewer review controller screen..........................................32-6

Volume Viewer On-view (right-click) menu........................................32-9

Volume Viewer annotation procedure.............................................32-12

    Active annotation................................................................32-12

    Add annotation to images......................................................32-15

    Add annotation to an image....................................................32-15

    Add preset annotations to an image..........................................32-15

    Set annotation preferences....................................................32-16

    Annotation presets..............................................................32-17

    Delete annotation................................................................32-18

    Delete preset annotation.......................................................32-18

    Delete user-entered annotation from an image...............................32-18

    Create a batch protocol.........................................................32-19

    3D (Rotation) batch for 3D and IVI.............................................32-20

    Name a batch saved series......................................................32-22

    Loop batch without a protocol..................................................32-23

    Oblique batch without protocol.................................................32-24

Volume Viewer batch film procedure...............................................32-26

    Delete a batch film protocol....................................................32-26

    Quick Export......................................................................32-27

    Save an individual image........................................................32-28

Volume Viewer color shade procedure.............................................32-29

    Color images......................................................................32-29

    Color images using a colormap.................................................32-29

    Color images shades of the same color or color non-merged views...........32-29

    Color merged 3D views..........................................................32-29

    Set discrete LUT values.........................................................32-31

Volume Viewer histogram procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-32
  Volume or cross-section (X Sect). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-32
  Profile graph. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-33
Volume Viewer measure procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-34
  Measurement accuracy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-34
  Measurement resolution. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-34
  Geometrical accuracy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-34
  Image set resolution. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-34
  Acquisition accuracy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-35
  Display settings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-35
  3D object measurements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-35
  Measure angle. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-37
  Measure area. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-38
  Measure distance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-39
  Remove and duplicate or mirror graphic. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-40
  Remove graphics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-40
  Duplicate or mirror graphics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-40
  Measure volume. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-41
  Remove graphics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-41
Volume Viewer preset layout procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-42
  Apply. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-42
  Save. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-43
  Rename. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-44
  Delete. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-45
  Modify. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-46
Volume Viewer ROI procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-48
  Deposit an ROI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-48
  Modify an ROI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-49
  Navigate between ROIs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-50
  Set ROI Preferences. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-51
  Delete or duplicate ROI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-52
Volume Viewer segment procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-53
  Auto select. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-53
  Threshold. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-54
  Keep/Remove object. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-54
  Paint on slices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-55
  Quick paint. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-57
  Removing paint. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-57
  Scalpel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-58
  Clear a trace. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-58
  Undo a cut. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-58
  Edit a trace. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-58
  Remove or keep objects. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-59

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

Remove objects....................................................................... 32-59

Show removed objects............................................................... 32-59

Volume Viewer curved reformat procedure.......................................... 32-60

Edit or clear a trace............................................................. 32-60

Save each image in the curve..................................................... 32-60

Volume Viewer IVIInteractive Vascular Imaging auto select procedure............... 32-61

Add structure.................................................................... 32-61

Edit the 3D Auto Select image.................................................... 32-61

Remove structures................................................................ 32-62

Volume Viewer IVIInteractive Vascular Imaging workflow............................ 32-63

Volume Viewer link/unlink procedure............................................... 32-66

Volume Viewer save/recall a 3D model procedure.................................... 32-67

Temporarily save a model......................................................... 32-67

Recall a 3D model icon to a viewport............................................. 32-67

Delete a 3D model icon........................................................... 32-67

Volume Viewer save state procedure................................................ 32-68

Recall a saved state image....................................................... 32-68

Volume Viewer multiplanar and 3D procedure........................................ 32-69

Volume Viewer My Tools tab  procedure............................................. 32-70

Only display My Tools tab........................................................ 32-70

Right-click to add a tool........................................................ 32-70

Drag and drop to add a tool...................................................... 32-70

Rearrange tools.................................................................. 32-70

Delete a tool.................................................................... 32-70

Volume Viewer quick access image controls procedures............................. 32-71

Freehand rotation/paging......................................................... 32-71

Zoom............................................................................. 32-71

Roam............................................................................. 32-71

Deposit Point.................................................................... 32-71

Selection........................................................................ 32-71

Width and Level (W/L)............................................................ 32-71

Volume Viewer reference image procedure.......................................... 32-73

Select a baseline view to be used as a reference................................. 32-73

Move the reference image......................................................... 32-73

Reset the focal point............................................................ 32-73

Remove the reference image....................................................... 32-73

Modify window level of reference image........................................... 32-73

Volume Viewer reformat workflow................................................... 32-74

Volume Viewer Report cursor procedure............................................ 32-76

Volume Viewer shutter on cursor procedure........................................ 32-77

Volume Viewer trace procedure.................................................... 32-78

Create a trace using the trace panel............................................. 32-78

Create a trace using the on-view menu............................................ 32-78

Edit a trace............................................................................................ 32-79

Lock the 3D cursor to a trace........................................................... 32-79

**Chapter 33: WorkList Manager**....................................................... **33-1**

Worklist Manager work area............................................................. 33-2

Worklist Manager edit, delete, duplicate a patient procedure........................................................ 33-5

Edit a patient........................................................................................ 33-5

Duplicate a patient........................................................................... 33-5

Delete a patient.................................................................................. 33-5

WorkList Manager enter a new patient procedure.................................................... 33-6

Worklist Manager find procedure.................................................... 33-8

Configure MR with the HIS/RIS system procedure..................................................... 33-9

Worklist Manager Patient List control contents procedure....................................... 33-10

Expand Patient List size.................................................................... 33-10

Show exams in progress.................................................................. 33-10

Show completed exams.................................................................... 33-10

Worklist Manager refresh data procedure...................................... 33-11

Define refresh time and refresh breadth.................................. 33-11

Worklist Manager reorganize columns procedure.......................... 33-12

Worklist Manager search database procedure............................. 33-13

Sort the patient list............................................................................. 33-14

**Glossary**.................................................................................. **Glossary-1**

**Index**.................................................................................................. **Index-1**

## Post Processing

| Post Processing | Description |
|---|---|
| ADC and eADC maps in FuncTool **Standard** | These FuncTool parametric maps The ADC algorithm subtracts the T2 information from the DWI image. The Ratio (eADC) map is a relative inverse of the ADC map. |
| BOLD Correlation Coefficients in FuncTool **Standard** | The correlation coefficient algorithm returns a value, on a pixel-by-pixel basis, that characterizes similarity between the temporal variations in time course data and a user-specified reference pattern. |
| BrainStat in FuncTool **Optional** | The BrainStat algorithms provide accurate spatial resolution for brain tissue viability given by hemodynamic parameters: BV (Blood Volume relative), BF (Blood Flow relative), TTP (Time to Peak), MTT SVD (Mean Transit Time with standard deviation). These hemodynamic parameters can provide unique information on tissue changes and improve delineation of vascular-deficient or vascular-rich regions in normal and abnormal anatomy. |
| FiberTrak in FuncTool **Optional** | FiberTrak is an optional feature with Diffusion Tensor, that allows you to display white matter tracks. |
| Fusion in FuncTool **Standard** | Fusion is a FuncTool feature that allows you to fuse and overlay high-resolution anatomical images with computed functional maps. |
| MR-Touch in FuncTool **Optional** | MR-Touch FuncTool application allows you to draw ROIs on an MR Touch image and to view the wave images in a movie mode. You can fuse magnitude, wave or elastogram images with the original or user selected series and then display two images types side-by-side as you draw an ROI over the desired area. |
| R2 Starmap in FuncTool **Optional** | The R2Starmap FuncTool application allows non-invasive tissue measurement of iron concentrations in patients with iron overload diseases and hence eliminates the need for needle biopsy for liver iron concentration measurement. |
| SER and MR Standard algorithms in FuncTool **Standard** | The SER and MR Standard FuncTool applications allow you to use SER or Standard MR for analyzing T1-contrast changes in the breast and use MR Standard to analyze T2 contrast changes in the brain. SE-EPI is used rather than GRE-EPI because it results in fewer artifacts. |
| Spectro in FuncTool **Standard** | The FuncTool Brain and Prostate MR spectroscopy protocols are used to display functional maps for metabolites and metabolite ratios in the brain and prostate. |
| T2 Map (Cartigram) in FuncTool **Optional** | The T2Map FuncTool application displays the T2 Map acquisition, where the T2 relaxation time color map is coded to capture T2 values from the TE range of the acquired images. Blue and green reflect the longer T2 values, yellow the intermediate T2 values, and red and orange the shorter T2 values. |
| ReportCARD 4.0 AW **Optional** | ReportCARD 4.0 is available on AW systems. |
| CADStream™ 4.1 or later **Optional** | Breast images can be viewed with CADstream from an AW system or from the system console. CADstream is comprised of a CADstream server and software that is installed on the operator console and AW 4.2 or later. |
| Flow Analysis **Standard** | The Flow Analysis feature allows automatic segmentation of 2D FastCine Phase Contrast and Cine Phase Contrast (PC) images with through plane encoding, to calculate flow and velocity information at various points in the cardiac cycle. |

0 if confidence level > user-defined confidence level

The pixel locations for which the algorithm returns 0 are displayed in black on the functional map.

The algorithm generates functional maps for the correlation coefficient as described above, and for the activation magnitude, defined as the amplitude $\overline{S_B} - \overline{S_A}$ of the boxcar function fitted to the time course data.

The active state of the activation function can induce either an increase or a decrease of the signal; hence, the correlation coefficient and activation magnitude at a given pixel location can also be either positive or negative. The positive and negative correlation coefficient and activation magnitude are displayed in separate functional maps.

When this algorithm has been selected, the drift-adjusted boxcar function fitted to the time course data is also shown on the graph view, either as a blue curve for the cursor ROI curve or as a red curve for the currently selected user ROI.

## Input Parameters

Reference pattern: this is defined by the user by means of three parameters:

- NS: the number of images to skip at the start of the exam
- NA: the number of images in the active state
- NB: the number of images in the inactive state

This allows the user to "synchronize" the exam data with the activation pattern used at acquisition.

Confidence level: by default a confidence level of 0.1% (0.001) is used, but this value can be changed from the protocol.

## MR Diffusion algorithms

### ADC and eADC

A diffusion-weighted MR data set contains, for each scan location, a reference T2* image (b=0) and one or more images representing the geometrical average of acquisitions with gradients applied along three perpendicular axes.

Typically, such a diffusion-weighted exam is composed (for each scan location) of one averaged diffusion-weighted image for a gradient strength of b=1000 sec/mm$^2$, followed by the reference T2* image (b=0) and three acquisition images. However, the algorithm allows for data sets organized differently, or using a different gradient strength, or containing images for more than one gradient strength.

The algorithm computes the average Apparent Diffusion Coefficient (ADC[1]) by fitting the logarithms of the pixel values I to a linear function using regression analysis, according to the equation

I(b) = I(0)*exp(−ADC*b)

or

ln (I(b) / I(0)) = −ADC*b

This regression analysis returns the value for the slope of the function, which is the desired ADC value.

The algorithm also returns a value for the exponential ADC (eADC), defined as:

eADC = exp(−ADC*b)

For data sets with only two b-values (0 and 1000 sec/mm2), this reduces to:

eADC = I(b) / I(0)

i.e., the signal attenuation (ratio of pixel values at b=1000 and b=0).

---

[1]Apparent Diffusion Coefficient

MR750, MR450 and MR450w Operator Manual

The linear regression analysis also returns a value equivalent to the standard error $\sigma_D$ from which a confidence level can be calculated (as described above for the Correlation Coefficient algorithm).

The confidence level has small values corresponding to high confidence and large values corresponding to low confidence. For example, a confidence level of 0.001 indicates a 0.1% probability that the logarithms of the pixel values are not proportional to the b-values.

A user-defined confidence level is used to threshold the diffusion coefficient calculation such that:

- Thresholded ADC = ADC if confidence level is </= user-defined confidence level

- Thresholded ADC = 0 if confidence level is > user-defined confidence level

The pixel locations for which the algorithm returns 0 are displayed in black on the functional map.

For data sets with only two b-values (0 and 1000 sec/mm2), the confidence level is of no use: it is always possible to obtain a perfect fit of a linear function between two points. However, for data sets with more than two b-values, it will be possible to use the confidence level parameter to eliminate noise areas.

## Input Parameters

Image sequence: the algorithm automatically uses the acquired b–values in the exam.

Confidence level: by default, a confidence level of 0.1% (0.001) is used, but this value can be changed by the user ("advanced settings" in the protocol).

Unit to display maps: by default, the numerical values shown on the ADC functional map represent $mm^2$/sec, but the user can change this to m2/sec if required ("advanced settings" in the protocol).

## Diffusion Tensor

In an anisotropic environment, the diffusion coefficient [D] that characterizes molecule mobility can be different along each direction of space. It can be modeled by a second rank tensor, represented by a 3x3 symmetric, positive and real matrix:

$$[D] = \begin{bmatrix} D_{xx} & D_{xy} & D_{xz} \\ D_{xy} & D_{yy} & D_{yz} \\ D_{xz} & D_{yz} & D_{zz} \end{bmatrix}$$

A diffusion-tensor data set contains, for each location, one or more reference T2* image(s) (b=0) and a number of acquisition images (from a minimum of 6 up to 55 images) each representing a different gradient orientation.

The Diffusion Tensor algorithm computes, for each pixel location, the six coefficients of the diffusion tensor from the data in the acquisition images.

The results are represented in the form of functional maps for isotropic image (or T2–weighted trace), average diffusion coefficient, exponential attenuation, fractional anisotropy, and volume ratio anisotropy.

The isotropic image (or T2–weighted trace) is defined as:

$$I_{iso} = (DW_1 \cdots DW_N)^{1/N}$$

The average diffusion coefficient is defined as:

$$D_{avg} = (D_{xx} + D_{yy} + D_{zz})/3$$

The exponential attenuation (also referred to as the exponential ADC) is defined as:

$$eADC = exp(-D_{avg}*b) .$$

The definitions for anisotropy are derived from the representation of the diffusion tensor as an ellipsoid.

The volume ratio is defined as the ratio of the volume of the diffusion ellipsoid to the spherical volume of the equivalent isotropic tensor, while the fractional anisotropy is defined as the part of the diffusion tensor [D] that can be assigned to anisotropic diffusion.

5375781-1EN  (04/2011) Rev. 4
© 2011 General Electric Company

## Input Parameters

B-value: by default, a b-value of 1000 sec/mm$^2$ is used, but this value can be changed by the user ("advanced settings" in the Diffusion Tensor protocol).

The number of acquisitions per location and the corresponding gradient orientations are recorded with the exam, so that you do not need to enter these parameters.

# Spectroscopy

### Metabolites

The relative concentrations for metabolites such as choline, creatine, N-acetyl, myoinositol, and citrate residues, or combinations of metabolites such as choline+creatine or lipid and lactate, are computed from the pixel values within defined ppm ranges of the spectrum (image ranges). A global (composite) map for the metabolites is also computed.

You can select whether the concentrations are computed as the sum of each image range (this is the default selection), the average of absolute value of each image range, or as the maximum (peak) value within each image range.

### Ratios

When computing ratios of relative metabolite concentrations, such as choline/creatine or N-acetyl/choline, the division of two concentrations with small values can result in spuriously high-ratio values that will appear as noise in the functional maps.

To reduce or eliminate such noise, you can define a threshold (advanced settings from the Ratio panel). For a ratio A/B, the threshold sets a lower limit on the denominator B. Pixels in the functional map for which B<threshold are displayed in black (transparent in composite views).

### Signal/Noise Ratio

The 3D protocols compute a signal-to-noise ratio (displayed as a separate functional map) which provides an indication of the signal-to-noise ratio during acquisition.

In this context, for each pixel location:

- **Signal** is defined as the peak value of the N-acetyl metabolite.

- **Noise** is defined as the standard deviation of the signal over the 0.9..0.4 ppm frequency range. This frequency range does not contain any significant metabolite spectral lines.

You can change the definition of signal and noise by means of the controls in the advanced settings Signal/Noise panel.

### Image Ranges

**Table 10-3:** Default image ranges used by the protocols

| Metabolite | ppm range | Protocol's image range |
|---|---|---|
| Choline | 3.24+/-0.08 | 64..74 |
| Creatine | 3.02+/-0.08 | 78..88 |
| Creatine + Choline | 3.14+/-0.15 | 66..85 |
| N-Acetyl | 2.02+/-0.08 | 143..154 |
| Lipid and lactate | 1.50 .. 0.90 | 183..222 |
| Myoinositol | 3.55+/-0.08 | 44..54 |
| Citrate | 2.70+/-0.15 | 95..114 |
| Composite | 3.32.. 0.90 | 64..222 |
| Noise | 0.9..0.4 | 223..256 |

### FUNCTOOL WORKFLOW

# Diffusion Tensor

Use these steps to generate parametric images from Diffusion Tensor images.

 **CAUTION**

Diffusion Tensor images attempt to characterize behavior of water molecules in imaged tissue. Therefore, fiber tracking representation actually displays algorithmically predicted water molecule direction. These displays may be only representative of the actual white matter anatomy. A trained neuro radiologist is required to make the association between the rendered tract display and the actual patient's anatomy.

1. **Open FuncTool**.
   - The system automatically sets the threshold, b-value, and computes the parametric images. To change these settings, on the **FuncTool control panel**, click *Diffusion Tensor* to open the *Diffusion Tensor* wizard and complete steps 4 to 8.
   - To change the color ramp, display fiber traks, and save/film the images, skip to the later steps.

2. Press the **Up** and **Down** arrows to move through the images to locate the image with the area of interest.

3. On the Corrections of EPI Distortion screen, Click *Apply Correction* to activate the correction process.
   - The correction function can automatically remove distortions by scaling, de-skewing, and translating each image to align it with the reference image.
   - The correction processing time can be as long as several minutes, depending on series size and processing speed.

4. Click *Next* if the amount of distortion is acceptable for the current analysis, or if you want to look at the data before applying correction.

5. On the Processing Thresholds screen, click and drag the left *Threshold slider* until the brain is outlined in green and all the anatomy inside the image displays within the green lines.

**Figure 10-36:** Default threshold (left, corrected (right)

 

- This indicates that all the anatomy inside the brain is used for the post-processing calculations and the noise outside the brain is not used.
- For processing threshold detail, see Processing thresholds.

6. Click *Next* to advance to the Final Settings screen.

7. Click *Compute* to generate the parametric maps.
   - The protocol generates the following functional maps:
     - Average DC (diffusion coefficient)
     - Isotropic image
     - Fractional Anisotropy
     - Volume Ratio Anisotropy
     - Exponential Attenuation
     - T2-weighted trace
   - Press *I* to toggle between a single and multiple functional map display within a single viewport.
   - Note that the order in which the manually generated functional maps is stored is the reverse order in comparison to automatically generated functional maps.

8. Place the cursor in each map viewport and right-click *Color Ramps > Gray levels* to set the color map to gray scale to film the images.

9. Click *Next* to advance to the Tract ROIs input Settings screen. Optional: to complete fiber trak procedure see FiberTrak workflow.

10. Click *Next* to advance to the Manual Registration screen. Optional: to complete manual registration procedure, see Manual Registration for image fusion.

11. Film and save the images.
    - Save graph data
    - Save image for Generate Report
    - Save images in color
    - Save parametric or function maps

12. Generate a report.
    - Generate a report into the database
    - Generate single-click DICOM SR report
    - Archive or Network a generated report

13.



To exit *FuncTool*, click the *Close icon*.

## Related topics

FuncTool Keyboard shortcuts

FuncTool orientation

© 2011 General Electric Company

## FUNCTOOL WORKFLOW

# DWI

Use these steps to generate parametric images from a diffusion series.

## Considerations

The Skip T2 and Multi b-value will only be supported in Functool from DVApps onwards. No prior scanner platforms will support the processing of these acquisitions in Functool

1. **Open FuncTool**.

   • To view a PROPELLER DWI series, simultaneously press **Ctrl** and select both the *PROPELLER* and *PROPELLER COMB* series**.**

   Figure 10-37: PROPELLER scan and PROPELLER CMB series selected

   | Series | Type | Images | Description | Modality | |
   |--------|------|--------|-------------|----------|---|
   | 10 | PROSP | 22 | Prop T2 | MR | |
   | 11 | PROSP | 22 | Ax FRFSE T2 | MR | |
   | 12 | PROSP | 56 | Ax DWI 1000b | MR | |
   | 13 | PROSP | 27 | Prop DWI 1 acq | MR | |
   | 14 | PROSP | 50 | ASSET Cal | MR | |
   | 15 | PROSP | 113 | 3dTOF 1slab ASSET | MR | |
   | 117 | PJN | 13 | PJN | MR | |
   | 1200 | SSAVE | 1 | SCREENSAVE | MR | |
   | 1300 | ADC | 27 | PROP ADC | MR | |
   | 1301 | EADC | 27 | PROP eADC | MR | |
   | 1302 | CMB | 27 | PROP COMB | MR | |

   • The system automatically sets the threshold, b-value, and computes the parametric images.

   • The graph view in the ADC Protocol of Functool Application display the Intensity curve plot corresponding to the b-value images. The y-axis represents the intensity and the x-axis represents the b-value images.

   • SNR and b-value differences are two factors that affect the accuracy of ADC measurements.

   • CSF[1] appears black in the ADC[2] and eADC[3] maps if the threshold is set improperly. The threshold can be improperly set with the auto launch of DWI in FuncTool.

   • To change these settings, click *ADC* on the FuncTool control panel to open the DWI wizard and complete steps 5 to 7.

   • To change the color ramp and save/film the images, skip to step 7.

2. Press **Up** and **Down** to move through the images to locate the image with the area of interest.

3. From the Processing Thresholds screen, click and drag the left *Threshold slider* until the brain is outlined in green and all the anatomy inside the image displays green lines.

---

[1]Cerebral Spinal Fluid
[2]Apparent Diffusion Coefficient
[3]enhanced Apparent Diffusion Coefficient

MR750, MR450 and MR450w Operator Manual

**Figure 10-38:** Default threshold (left), corrected (right)

**Figure 10-38:** Default threshold (left), corrected (right)

 

- This indicates that all the anatomy inside the brain is used for the ADC and eADC map calculations and the noise outside the brain is not used.
- For processing threshold detail, see **Processing thresholds.**

4. Click **Next** to advance to the B-Value screen.

- The b-value screen does not appear if the scan acquired multiple b-values.
- To see the b-value for a PROPELLER scan, change the rank value to 2. For PROPELLER DWI, check that the b-values match the b-values displayed on the image. The values must be entered in this order because the T2 series precedes the combined series. In this example, 1000 represents the b-value used to acquire the data. Be sure you enter the correct b-value.

5. Click **Next** to advance to the Final Settings screen.

6. Click **Compute > Close** to generate the ADC and eADC maps.

- The ADC map is displayed in the lower-right viewport.
- The eADC map is displayed in the lower-left viewport.

7. To change the confidence level and the units for the ADC map, do the following:

a. Click **ADC** and **Advanced Settings** to display the Advanced Settings screen.

b. Change the desired settings. Click **Custom** and enter a value to increase the confidence level parameter, which may eliminate black (null) areas with multiple b-value data sets. The confidence level cannot be saved, so be sure to reset it each time you open FuncTool for a multiple b-value scan - in particular for abdomen data sets.

c. Click **Done**.

d. Click **Compute**.

**Figure 10-39:** Example of confidence levels from the default to increased values



8. Place the cursor in each map viewport and right-click **Color Ramps > Gray levels** to set the color map to gray scale to film the images.

© 2011 General Electric Company

9. Optional: Manual Registration for image fusion.

10. Film and save the images.
    - Save graph data
    - Save image for Generate Report
    - Save images in color
    - Save parametric or function maps

11. Generate a report.
    - Generate a report into the database
    - Generate single-click DICOM SR report
    - Archive or Network a generated report

12.



To exit *FuncTool*, click the *Close icon* .

## Related topics

FuncTool Keyboard shortcuts
FuncTool orientation

FUNCTOOL WORKFLOW

# FiberTrak

Use these steps to generate FiberTrak images. *FiberTrak* is an optional feature with Diffusion Tensor. This workflow assumes that you have completed the steps described in the Diffusion Tensor workflow.

1. Place the cursor in the upper-left viewport, right-click and select *Show Structural View* from the FiberTrak ROIs Input Settings screen.

   • Any image viewport can be used to position the ROI[1]. Typically, use the upper-left viewport since this viewport can display a color orientation map that is very useful in visualizing the white matter tract orientation.

   • A colored orientation image displays. The color orientation box (1) illustrates the orientation of the white matter tracks. Blue pixels on the image represent white matter tracks oriented in the axial or Z direction, red pixels represent X or sagittal, and green pixels represent Y or coronal orientation.

   **Figure 10-40:** Color orientation image, 1 = orientation of white matter tracks



2. Define the Seed ROI.

   a. From the FuncTool control panel, click the *circle or box ROI icon*

   b. Size and use the color guide to help position the cursor over a white matter area of interest. For example, if you want to see white matter tracts in the axial or Z dimension, place the cursor over a blue area.

   c. Click *Set Seed ROI* to deposit the cursor location.

      – Depositing a Seed ROI results in a white matter track oriented through the ROI.

---

[1]Region Of Interest

© 2011 General Electric Company

- To display white matter tracks oriented from one ROI to another ROI, position a second ROI on the image and click **Set Target ROI**.

d. Click **Tracking** to create a white matter track image in the upper-right viewport.

e. Repeat steps c and d to deposit more ROIs.

3. Zoom the ROI pixels display to better assess the white matter tract orientation.

a. Select the ROI you want to zoom (it should be green).

b. Place the cursor over the red color orientation text in the upper-left corner.

c. Right-click and select **Main Eigenvector** to magnify the ROI with a vector displayed in each pixel.

- If the ROIs are too widely spaced, then the size of the each vector to be displayed becomes too small to be useful and an error message is displayed. Place the ROIs closer together to avoid the error message.

- The vector color represents the orientation of the white matter in that pixel. Correlate the vector color with the color guide box in the lower-right corner of the viewport.

**Figure 10-41:** Pixels from an ROI that is comprised of white matter tracks oriented in the sagittal direction.



- Some vectors are a combination of multiple orientations. For example, some vectors may be yellow indicating that the white matter represented in the pixel is oriented in both the Z and Y (blue + green = yellow) directions.

**Figure 10-42:** Pixels from an ROI that is comprised of white matter tracks oriented in multiple directions illustrated by the mix of vector colors.



4. Manipulate the *FiberTrak* image.

- All red annotations are active annotations.

- Middle-click and drag:

  - the Zoom red annotation to zoom the image
  - the transparent red annotation to change image appearance
  - axial, sagittal or coronal red location annotations to parse locations

- Place the cursor over the *FiberTrak* image and then, click and drag to rotate the image.

- Right-click to display a menu with additional options.

Figure 10-43: FiberTrak right-click menu



- Click **Help** to view the Help menu and specific functions only available with **FiberTrak**.

5. Click **Next** to advance to the Manual Registration screen. Optional: to complete manual registration procedure, see **Manual Registration for image fusion**.

6. Film and save the images.
   - Save FiberTrak images
   - Save graph data
   - Save image for Generate Report
   - Save images in color
   - Save parametric or function maps

7. 

   To exit **FuncTool**, click the **Close icon** .

8. Annotate the **FiberTrak** images from the Viewer.
   - **FiberTrak** images cannot be annotated in **FuncTool**. It may be useful to annotate the screen saved images to correlate the ROI with the fiber tract.

   a. Select the screen-saved series from the Patient List.

   b. Click the 3D **FiberTrak** image to make the viewport active.

   c. Follow the **Annotate Viewer procedure** to display an annotation text box.

   d. Type the appropriate text. For example, Fiber tract 1 = ROIs 2 and 3.

MR750, MR450 and MR450w Operator Manual

**Figure 10-44:** FiberTrak image annotated in Viewer



e.  Repeat steps c and d for each fiber tract.

f.  Click **Screen Save** to save the image to the exam.

 Consider the following with *FiberTrak*.

- Deletion of an ROI causes the corresponding fiber tract to be removed.

- The ROI numbering scheme corresponds exactly with the fiber tract numbers displayed on the 3D viewer menu.

- Fiber tracts can be hidden or viewed by placing the cursor in the 3D FiberTrak viewport, right-click and select *Tracks*, and then the specific fiber tract can be turned on/off.

## Related topics

FuncTool Keyboard shortcuts

FuncTool orientation

---

© 2011 General Electric Company