# Exhibit B

GE Healthcare

# READY View

## User Guide

GE Medical Systems does business as GE Healthcare



READY View User Guide

Operator Manual, English

5399421-1EN Rev. 3 (03/2011)

© 2011 General Electric Company

All rights reserved.



Released

# Applicable Regulations and Standards

## Medical Device Directive

This product complies with the regulatory requirements of the following:

- Council Directive 93/42/EEC concerning medical devices: the CE0459 label affixed to the product testifies compliance to the Directive, based on applicable EN60601-1 series.



- For a system, the location of the CE marking label is described in the system manual.
- Medical Device Good Manufacturing Practice Manual issued by the FDA (Food and Drug Administration, Health and Human Services, USA).
- Underwriters' Laboratories, Inc. (UL), an independent testing laboratory.
- Canadian Standards Association (CSA).
- International Electrotechnical Commission (IEC), international standards organization, when applicable.
- USA/HHS:

 **CAUTION:**

    United States Federal law restricts this device to use by or on the order of a physician.

- GE Medical Systems SCS is ISO 9001:2000 and ISO 13485:2003 certified.
- The original document is written in English.

## Manufacturer

GE Medical Systems S.C.

Quality Assurance Manager

283 rue de la Minière

78530 BUC France

Telephone: +33 1 30 70 40 40

## Indications for use

READY View is an image analysis software that allows the user to process dynamic or functional volumetric data and to generate maps that display changes in image intensity over time, echo time, b-value (Diffusion imaging) and frequency (Spectroscopy). The combination of acquired images, reconstructed images, calculated parametric images, tissue segmentation, annotations and measurement performed by the clinician allows multi-parametric analysis and may provide clinically relevant information for diagnosis.

Released

# About this manual

This topic explains the purpose and design of this manual. It is an introduction to the manual, providing information on the purpose, intended use, graphic conventions, and safety notices that may appear throughout the manual.

This operator manual is to be used for the following products:

- READY View
- Brain View

⚠ The manual does not identify components or features that are standard or purchasable options. **Therefore, if a feature or component included in the manual is not on your system, it is either not available on your system configuration or your site has not purchased the option.**

## Purpose and scope

This manual is written for health care professionals (namely, the technologist) to provide the necessary information relating to the proper operation of the included software applications. The manual is intended to teach you the features necessary to use the software applications to their maximum potential. It is not intended to make any type of clinical diagnosis.

## Graphic conventions and legends

This manual uses special conventions for images and legends to make it easier for you to work with the information. The table below describes the conventions used when working with menus, buttons, text boxes, and keyboard keys.

| Example | Description |
|---------|-------------|
| Select *Shared Segmentation* option | Selecting an option in a check box or radial button and selecting a tab. |
| Press **Enter** | Pressing a hard key on the keyboard. |
| Press and hold **Shift** | Pressing and holding down a hard key on the keyboard. |
| Click *Compute* | A button label or Interface button name. |
| In the **NS** text box ... | The name of text box in which you can select or type text. |
| Type *creatine* in the USER1 text box | Text you enter into a text box. |
| Select *Clip Min & Max > FA* | The pathway of selecting option(s) in a pull-down menu. |
| Ctrl + X | Press and hold the Control button on the keyboard and press the X button on the keyboard. Ctrl is the abbreviation used for the Control keyboard button, and ALT is the abbreviation used for the Alternative keyboard. |
| Select items in a list | Press and hold the Control button and click each item. Press and hold the Shift button and click the first and last item in a contiguous list to select all items. |

Released

Released

READY View User Guide

## Safety notices

The following safety notices are used to emphasize certain safety instructions. This manual uses the international symbol along with the danger, warning, or caution message. This section also describes the purpose of an Important notice and a Note.

 **DANGER:**

Danger is used to identify conditions or actions for which a specific hazard is known to exist that will cause severe personal injury, death, or substantial property damage if the instructions are ignored.

 **WARNING:**

Warning is used to identify conditions or actions for which a specific hazard is known to exist that may cause severe personal injury, death, or substantial property damage if the instructions are ignored.

 **CAUTION:**

Caution is used to identify conditions or actions for which a potential hazard may exist that will or can cause minor personal injury or property damage if the instructions are ignored.

Important indicates information where adherence to procedures is crucial or where your comprehension is necessary to apply a concept or effectively use the product.

Note provides additional information that is helpful to you. It may emphasize certain information regarding special tools or techniques, items to check before proceeding, or factors to consider about a concept or task.

Troubleshooting tips provide information that allow you to investigate the resolution of some type of problem, locate the difficulty, and make adjustments to solve the problem.

# Table of contents

Applicable Regulations and Standards........................................................................... i

About this manual....................................................................................................... ii

**Chapter 1: Safety....................................................................... 1-1**

Safety related software messages............................................................................ 1-1

Safety messages................................................................................................... 1-2

General READY View safety messages................................................................... 1-2

Protocol specific cautions and safety messages....................................................... 1-2

Curved reformations.......................................................................................... 1-3

Film and save images......................................................................................... 1-3

Fused images.................................................................................................... 1-4

Graphs............................................................................................................. 1-4

Image Comparison............................................................................................. 1-4

Image quality.................................................................................................... 1-4

Image reliability................................................................................................ 1-5

Measurement.................................................................................................... 1-5

Navigator......................................................................................................... 1-6

Patient confidentiality........................................................................................ 1-6

Segment Tools.................................................................................................. 1-7

Volume Rendering............................................................................................. 1-7

Window width and level (W/L)............................................................................. 1-7

Map generation................................................................................................ 1-7

**Chapter 2: General information and procedures.......................... 2-1**

READY View workflow......................................................................................... 2-2

Protocol selection work area............................................................................... 2-3

Application work area......................................................................................... 2-5

Open/launch READY View................................................................................... 2-9

Common information/procedures......................................................................... 2-12

General procedures/consideration........................................................................ 2-12

Active Annotation.............................................................................................. 2-13

Image on-view annotation................................................................................... 2-13

Parametric or Functional Annotation..................................................................... 2-13

Phase/Rank...................................................................................................... 2-14

Spectroscopy.................................................................................................... 2-15

Graphs............................................................................................................. 2-16

Adjust graph.................................................................................................. 2-17

Graph On-View controls................................................................................... 2-18

Fusion.............................................................................................................. 2-19

Mirror ROI........................................................................................................ 2-20

Select a new series/image/map procedure............................................................. 2-23

Change the image/map in a viewport.................................................................. 2-23

Released

Add a series to Review Steps.................................................... 2-23
Pixel Values in Saved Images.................................................... 2-25
Protocol procedures................................................................ 2-26
Add a favorite protocol............................................................ 2-26
Add a one-touch protocol......................................................... 2-27
Apply protocol filters............................................................... 2-28
READY View advanced protocols................................................ 2-28
Modify and save a protocol....................................................... 2-29
Save..................................................................................... 2-31
Save a single image................................................................ 2-31
Save images in a protocol......................................................... 2-31
Save images as Burnt-In Pixel (BIP) images................................. 2-32
Adjust threshold..................................................................... 2-34
Set Clip Min & Max threshold values........................................... 2-36
Window width and level............................................................ 2-38
    Auto W/L......................................................................... 2-38
    W/L shortcut.................................................................... 2-38
    Adjust the W/L of an image.................................................. 2-38
Reformat............................................................................... 2-39
Subtraction............................................................................ 2-40
Image segmentation................................................................ 2-41
READY View algorithms........................................................... 2-43
3DASL algorithm..................................................................... 2-43
BrainStat algorithms................................................................ 2-44
Time Course algorithms............................................................ 2-46
Functional (fMRI) algorithms..................................................... 2-50
Diffusion algorithms................................................................ 2-52
Spectroscopy.......................................................................... 2-53
T2Map algorithm..................................................................... 2-55
R2Star algorithm..................................................................... 2-55

Chapter 3: READY View Read me first....................................... 3-1
Overview................................................................................ 3-2
    READY View - an introduction............................................... 3-2
    Product description............................................................ 3-2
    Prerequisites.................................................................... 3-2

Chapter 4: Diffusion Tensor Imaging........................................ 4-1
Diffusion Tensor Imaging workflow.............................................. 4-2
DTI screens............................................................................ 4-5

Chapter 5: Diffusion Weighted Imaging..................................... 5-1
Diffusion Weighted Imaging workflow.......................................... 5-2
DWI screens........................................................................... 5-5

Released

## Chapter 6: Functional imaging (fMRI) ................................................. 6-1
fMRI workflow ...................................................................................... 6-3
fMRI screens ........................................................................................ 6-6

## Chapter 7: R2Star ............................................................................... 7-1
R2Star workflow ................................................................................... 7-2
R2Star screens ..................................................................................... 7-4

## Chapter 8: T2Map .............................................................................. 8-1
T2Map workflow ................................................................................... 8-2
T2Map screens ..................................................................................... 8-4

## Chapter 9: MR Standard .................................................................... 9-1
MR Standard workflow .......................................................................... 9-2
MR Standard screens ............................................................................ 9-7

## Chapter 10: SER .............................................................................. 10-1
MR SER workflow ................................................................................ 10-2
SER screens ........................................................................................ 10-5

## Chapter 11: Spectroscopy ............................................................... 11-1
Spectroscopy procedures .................................................................... 11-4
   Spectroscopy workflow .................................................................. 11-4
   Voxel correction ............................................................................. 11-9
   Baseline correction ........................................................................ 11-9
   Phase correction ......................................................................... 11-10
   Shift frequency ............................................................................ 11-10
   Ratio ........................................................................................... 11-11
   Signal/Noise ............................................................................... 11-12
   User metabolites ......................................................................... 11-13
   Voxel shifting .............................................................................. 11-14
   Metabolites ................................................................................. 11-16
Spectroscopy screens ....................................................................... 11-19

## Chapter 12: Brain View Read me First ............................................ 12-1
   Overview ....................................................................................... 12-2

## Chapter 13: ASL ............................................................................. 13-1
ASL workflow ..................................................................................... 13-2
ASL screens ....................................................................................... 13-4

## Chapter 14: FiberTrak ..................................................................... 14-1
FiberTrak workflow ............................................................................. 14-2
FiberTrak screens ............................................................................. 14-10

## Chapter 15: BrainStat ..................................................................... 15-1
BrainStat considerations ..................................................................... 15-4
   Optimal acquisition ....................................................................... 15-4

Released

READY View User Guide

      Early bolus arrival.......................................................................... 15-4

      Scan ends early............................................................................. 15-5

   BrainStat workflow.............................................................................. 15-6

   BrainStat screens................................................................................ 15-9

   BrainStat AIF workflow...................................................................... 15-12

   BrainStat AIF screens........................................................................ 15-15

**Glossary**.............................................................................. **Glossary-1**

**Index**........................................................................................ **Index-1**

Released

Released

READY View User Guide

GE Medical Systems READY View Rev:4

### Input Parameters

Reference pattern: this is defined by the user by means of three parameters:

- NS: the number of images to skip at the start of the exam
- NA: the number of images in the active state
- NB: the number of images in the inactive state

This allows the user to "synchronize" the exam data with the activation pattern used at acquisition.

Confidence level: by default a confidence level of 0.1% (0.001) is used, but this value can be changed from the protocol.

## Diffusion algorithms

### ADC and eADC

A diffusion-weighted MR data set contains, for each scan location, an optional reference T2* image (b=0) and one or more images representing the geometrical average of acquisitions with gradients applied along three perpendicular axes.

Typically, such a diffusion-weighted exam is composed (for each scan location) of one averaged diffusion-weighted image for a gradient strength of b=1000 sec/mm$^2$, followed by the reference T2* image (b=0) and three acquisition images. However, the algorithm allows for data sets organized differently, or using a different gradient strength, or containing images for more than one gradient strength.

The algorithm computes the average Apparent Diffusion Coefficient (ADC[1]) by fitting the logarithms of the pixel values I to a linear function using regression analysis, according to the equation

I(b) = I(0)*exp(−ADC*b)

or

ln (I(b) / I(0)) = −ADC*b

This regression analysis returns the value for the slope of the function, which is the desired ADC value.

The algorithm also returns a value for the exponential ADC (eADC), defined as:

eADC = exp(−ADC*b)

For data sets with only two b-values (0 and 1000 sec/mm2), this reduces to:

eADC = I(b) / I(0)

i.e., the signal attenuation (ratio of pixel values at b=1000 and b=0).

The linear regression analysis also returns a value equivalent to the standard error $\sigma_D$ from which a confidence level can be calculated (as described above for the Correlation Coefficient algorithm).

The confidence level has small values corresponding to high confidence and large values corresponding to low confidence. For example, a confidence level of 0.001 indicates a 0.1% probability that the logarithms of the pixel values are not proportional to the b-values.

A user-defined confidence level is used to threshold the diffusion coefficient calculation such that:

- Thresholded ADC = ADC if confidence level is <= user-defined confidence level
- Thresholded ADC = 0 if confidence level is > user-defined confidence level

The pixel locations for which the algorithm returns 0 are displayed in black on the functional map.

For data sets with only two b-values (0 and 1000 sec/mm2), the confidence level is of no use: it is always possible to obtain a perfect fit of a linear function between two points. However, for data sets with more than two b-values, it will be possible to use the confidence level parameter to eliminate noise areas.

---

[1]Apparent Diffusion Coefficient

### Input Parameters

Image sequence: the algorithm automatically uses the acquired b–values in the exam.

Confidence level: by default, a confidence level of 0.1% (0.001) is used, but this value can be changed by the user ("advanced settings" in the protocol).

Unit to display maps: by default, the numerical values shown on the ADC functional map represent $mm^2/sec$, but the user can change this to $m^2/sec$ if required ("advanced settings" in the protocol).

### Diffusion Tensor

In an anisotropic environment, the diffusion coefficient [D] that characterizes molecule mobility can be different along each direction of space. It can be modeled by a second rank tensor, represented by a 3x3 symmetric, positive and real matrix:

$$[D] = \begin{bmatrix} D_{xx} & D_{xy} & D_{xz} \\ D_{xy} & D_{yy} & D_{yz} \\ D_{xz} & D_{yz} & D_{zz} \end{bmatrix}$$

A diffusion-tensor data set contains, for each location, one or more reference T2* image(s) (b=0) and a number of acquisition images (from a minimum of 6 up to 55 images) each representing a different gradient orientation.

The Diffusion Tensor algorithm computes, for each pixel location, the six coefficients of the diffusion tensor from the data in the acquisition images.

The results are represented in the form of functional maps for isotropic image (or T2–weighted trace), average diffusion coefficient, exponential attenuation, fractional anisotropy, and volume ratio anisotropy.

The isotropic image (or T2–weighted trace) is defined as:

$$I_{iso} = (DW_1 \ldots DW_N)^{1/N}$$

The average diffusion coefficient is defined as:

$$D_{avg} = (D_{xx} + D_{yy} + D_{zz})^{/3}$$

The exponential attenuation (also referred to as the exponential ADC) is defined as:

$$eADC = \exp(-D_{avg} * b) .$$

The definitions for anisotropy are derived from the representation of the diffusion tensor as an ellipsoid.

The volume ratio is defined as the ratio of the volume of the diffusion ellipsoid to the spherical volume of the equivalent isotropic tensor, while the fractional anisotropy is defined as the part of the diffusion tensor [D] that can be assigned to anisotropic diffusion.

### Input Parameters

B–value: by default, a b–value of 1000 $sec/mm^2$ is used, but this value can be changed by the user ("advanced settings" in the Diffusion Tensor protocol).

The number of acquisitions per location and the corresponding gradient orientations are recorded with the exam, so that you do not need to enter these parameters.

## Spectroscopy

### Metabolites

The relative concentrations for metabolites such as choline, creatine, N–acetyl, myoinositol, and citrate residues, or combinations of metabolites such as choline+creatine or lipid and lactate, are computed from

© 2011 General Electric Company

Released

# Chapter 4: Diffusion Tensor Imaging

*READY View* has algorithms to process Diffusion Tensor images to generate the following parametric maps:

- Average DC[1]
- Fractional Anisotropy (FA)
- Isotropic
- Volume Ratio Anisotropy
- Exponential Attenuation
- T2-weighted Trace

Right-click the map text in a map viewport to display a different map.

**Figure 4-1:** Diffusion Tensor images



**Table 4-1:** Image legend

| # | Description |
|---|-------------|
| 1 | DTI source images |
| 2 | Image maps |

---

[1] Diffusion Coefficient

Released

Document DTI Page 7 Detail                                                    Document # Rev:4

READY View User Guide

# Diffusion Tensor Imaging workflow

Use these steps to generate parametric images from a Diffusion Tensor data set.

 **CAUTION**

Diffusion Tensor images attempt to characterize behavior of water molecules in imaged tissue. Therefore, fiber tracking representation actually displays algorithmically predicted water molecule direction. These displays may be only representative of the actual white matter anatomy. A trained neuro radiologist is required to make the association between the rendered tract display and the actual patient's anatomy.

1. **Open READY View** and launch DTI[1].
   - When DTI launches, the system automatically sets the threshold, b-value, and computes the parametric images. The image/graph displayed in each viewport is based on the selected protocol.

2. Scroll through the images to locate the area of interest.
   - Press *Page Up* or *Page Down*.
   - Click and drag the scroll bar on the active viewport.
   - Middle-click and drag the red image location annotation.
   - Use the Advanced review tool to review all the input images for the presence of artifacts before processing.

3. Select the desired scan plane and map from the scan plane and map red annotation menus.
   - When DTI launches, the default protocol has a particular scan plane and a map(s) displayed in the three map viewports. You may prefer to have a different scan plane and map in each viewport.

4. Adjust W/L[2] and mag factor.
   - Middle-click and drag to adjust the W/L.
   - Adjust the magnification factor by placing the cursor over the red DFOV and middle-click and drag right to left.

## Optional

To change DTI settings, select the desired DTI wizard selection.

1. From the **DTI wizard screen**, click and drag the left *Threshold slider* until the brain is outlined in green and all the anatomy inside the image displays green lines.

---

[1]Diffusion Tensor Imaging
[2]Window/Level

**Released**

Released

Chapter 4: Diffusion Tensor Imaging

**Figure 4-2:** Default threshold (left), corrected (right)



- This indicates that all the anatomy inside the brain is used for the map calculations and the noise outside the brain is not used.
- The maps automatically update as the threshold changes.
- For processing threshold detail, see Processing thresholds.

2. From the Preprocessing selection, click *EPI Correction* if the images exhibit distortions with respect to the reference image. Typically, first review the images for motion or distortion and use correction only when the features under study requires it.

- Use the Advanced review tool to review all the input images for motion artifact or incorrect geometry before processing.
- The correction function can automatically remove distortions by scaling, de-skewing, and translating each image to align it with the reference image.
- Once you click *EPI Correction* the processing begins, which is indicated by the progress bar. The correction processing time can be as long as several minutes, depending on series size and processing speed. The correction applies to the source images and the maps are automatically updated once the correction is completed.
- To save the new set of processed images so that you can access the corrected series repeatedly, click *Quick Export* on the Film/Save tab.

3. From the Clip Min & Max values selection, modify the minimum and maximum values for a selected parametric image.

   a. Select the desired map from the menu.
   b. Adjust the sliders to the desired range of values for the selected map.
   c. Click *Shared Segmentation* to propagates the segmentation to all other maps.

4. Click the *Tools icon* and from the Advanced Settings selection change the Anisotropy weighting or Kernel Spatial Smoothing.

- Anisotropy weighting changes the color weighting of the Color Orientation view based on the FA[1] values. To view the color orientation view, from a viewport, click the map red annotation and select *Colored Orientation*.
- As the kernel size increases, voxel averaging occurs and the image maps appear smoother.

   a. Change the desired settings.
   b. Click *Compute* to generate updated maps.

---

[1]Fractional Anisotropic

Released

READY View User Guide

5. From the **Final Settings selection**, review the settings. If you want to change any of the settings, click the appropriate selection from the DTI wizard. Click **Compute** to generate updated maps.

6. Optional: select any of the review steps, for example, see **FiberTrak workflow**.

7. To exit READY View, click **Exit**.

# DTI screens

The Diffusion Tensor screen displays when a DTI[1] series is selected from the Worklist Browser, READY View is launched, and a DTI protocol is selected.

## Review Steps

Review Steps content may vary if they have been customized and saved.

**Figure 4-3:** Review steps for DTI with FiberTrak option



## DTI screen

The DTI wizard is available for all review steps. Click an arrow to open a selection.

**Figure 4-4:** Diffusion Tensor screen



Set the Processing Threshold sliders to select a range of MR Units to be processed. Pixels within the selected range of values are shown in green. For processing threshold details, see **Processing Threshold procedure**.

---

[1]Diffusion Tensor Imaging

Released

Released

READY View User Guide

## Preprocessing

**Figure 4-5:** Preprocessing selection



- EPI Correction: The images in Diffusion Tensor exams may exhibit distortions with respect to the reference image (skew, differences in size, relative displacement), resulting from the EPI acquisition process. The correction function can automatically remove such distortions by scaling, de–skewing, and translating each image to align it with the reference image. The presence of distortion tends to degrade the results of an analysis: only features with dimensions significantly larger than the scale of the distortions can be studied reliably.

- Activating a preprocessing task generates a new series.

## Clip Min & Max values

**Figure 4-6:** Clip Min & Max FA values selections



- The slider allows dynamic selection of minimum and maximum values for each parametric value selected from the menu. This allows you, in effect, to create a segmentation that demonstrates the pixels representing the algorithm selected in the menu.

- The default Min1 & Max2 values do not clip data based on the factory protocol.

- Shared Segmentation propagates the segmentation to all other maps.

## Tools

The *Tools icon* displays additional DTI selections.

Released

Chapter 4: Diffusion Tensor Imaging

## Final Settings

**Figure 4-7:** Final Settings display



- Displays the selected processing settings.
- If you want to change any of the settings, click the appropriate selection from the DTI wizard or edit the value in the table.
- Compute updates the maps.

## Advanced Settings

**Figure 4-8:** Diffusion Tensor Advanced Settings selections



- The Kernel spatial smoothing default value is 0.
- Anisotropy weighting changes the color weighting of the Colored Orientation view based on the FA values.
- If you change either parameter, click **Compute** to generate maps with the new settings.
- **Reset** changes the selections to the factory default values.
- **Save** saves your selections as the new default values.

# Chapter 14: FiberTrak

FiberTrak is designed for the advanced analysis of MR images acquired with a DTI technique. It allows for processing of isotropic, ADC and FA maps among other options. The FiberTrak option augments this functionality to allow DTI processing to create:

- 2D color orientation maps
- 2D color eigenvector maps
- 3D tractography maps

**Figure 14-1:** FiberTrak 4 viewport display



**Table 14-1:** Image legend

| # | Description |
|---|-------------|
| 1 | Source images |
| 2 | Color orientation maps. The color orientation box illustrates the orientation of the white matter tracts.<br><br>• Blue pixels on the image represent white matter tracts oriented in the axial or Z direction.<br><br>• Red pixels represent X or sagittal orientation.<br><br>• Green pixels represent Y or coronal orientation. |

Released

READY View User Guide

# FiberTrak workflow

Use these steps to generate FiberTrak images. *FiberTrak* is an optional feature and requires a Diffusion Tensor data set.

In a tractography view, the software computes the gradient of each voxel within the volume in order to compute the voxel's color and associated shading for the three displayed planes: axial, coronal, and sagittal. The gradient computation requires information from not only the voxel but also its neighboring voxels. To prevent artifacts, the voxels located at the volume borders that have missing neighboring voxels are not displayed. In a tractography view, the first two slices and the last two slices are not rendered in the sagittal and coronal planes, even though some fibers might be found and displayed in those areas.

1. From the Patient List, select an exam with a Diffusion Tensor series and any other anatomical or functional series you want to review.

2. **Open READY View** and launch *FiberTrak* protocol

   • All selected series are displayed in the Review Steps. FiberTrak, Main EigenVector and Colored Orientation are always displayed with the FiberTrak protocol. Other series displayed in the Review Steps are dependent on the series selected from the Patient List.

   **Figure 14-2:** Review steps for FiberTrak protocol.

   

3. From the Review Steps, click *FiberTrak*.

   • The colored orientation images display. If your system has two screens, an oblique view displays on the second monitor. If you have only one monitor, consider changing one of the viewports to oblique. Note that as you rotate the cube, the orientation map in the lower right corner updates.

4. Scroll through the images to locate an image that displays white matter tracts or pathology of interest from which you can deposit ROIs to define the tracts.

   • Press *Page Up* or *Page Down*.
   • Click and drag the scroll bar on the active viewport.
   • Middle-click and drag the red image location annotation.
   • Use the Advanced review tool to review all the input images for the presence of artifacts before processing.

5. Adjust W/L[1] and mag factor as needed.
   • Middle-click and drag to adjust the W/L.

---

[1]Window/Level

Released

- Adjust the magnification factor by placing the cursor over the red DFOV and middle-click and drag right to left.

6. From the DTI FiberTrak screen, click **New Tract**.

7. Click one of the ROI[1] icons from the DTI[2] FiberTrak screen.

**Figure 14-3:** FiberTrak ROIs list



8. Position the cursor over the area of interest and click to deposit the ROI. Size and shape the ROI as needed.

- Any image viewport can be used to position the ROI. Typically, use the color orientation map - it is very useful in visualizing the white matter tract orientations.

- You can deposit up to 5 ROIs per tract.

- The more ROIs you deposit the longer the computation time.

- If you generate a ROI using one of the segment tools, click **Add ROI** from the ROI list to add the active ROI to the tract list. For example, consider using the Auto Contour segment tool to outline a tumor.

- To remove a tract or ROI, click the *Trash Can icon* next to the item you want to remove.

**Figure 14-4:** Example of a tumor segmented using Auto Contour and then fused with fiber tract image and volume rendered 3D image



---

[1]Region Of Interest
[2]Diffusion Tensor Imaging

Released

Chapter 14 DTI FiberTrak Image 10 (Explorer)   Essential III Rev:4

READY View User Guide

9.  Click **Track** to generate the white matter fiber tracts.

   • Up to 10 tracts can be deposited.

10.  Repeat steps 6-9 for each new tract.

## Optional procedures

### Fuse tracts with other objects and then hide/show the objects

Use these steps to hide or show objects.

1.  Fuse fibertrak(s) or other objects with the anatomical image. For details, see **Fuse images**.

2.  From the DTI FiberTrak screen, click **Display Objects**.

3.  Hide (eye closed icon) or show (eye open icon) any of the display options.

**Figure 14-5:** Examples of various objects hidden/shown



**Table 14-2:** Image legend

| # | Description |
|---|---|
| 1 | Fiber tracts with standard color scheme merged with rCBV map and T1 BRAVO[1]. |
| 2 | Fiber tracts with FA color scheme merged with FA map. |
| 3 | Fiber tracts with FA color scheme merged with FA map and 3D image. |
| 4 | Auto Contoured tumor added to fiber tract image (use Add ROI feature), tracts hidden and merged with a volume rendered 3D image. |
| 5 | Tumor and fiber tract shown and merged with volume rendered 3D Cube T2 image. |
| 6 | Tumor and fiber tract shown and merged with volume rendered 3D Cube T2 image. |

[1]BRAin VOlume Imaging

Released

## Change fiber tract color

1. Each time you add a new tract, the system automatically assigns a tract color. To change the color of the tract:

   a. Click the color icon next to the trash can and a color palette appears.

   b. Click and drag the color cursor over the desired color.

   c. Click the **X** on the color palette window to close it.

   **Figure 14-6:** Color palette appears when you click the color icon



2. To apply color scheme to the fiber tracts, place the cursor in the fiber tract viewport and right-click on the red Default. Make a selection from the menu.

   **Figure 14-7:** FiberTrak right-click color options



Released

READY View User Guide

**Table 14-3** Image legend

| # | Description |
|---|---|
| 1 | *Default* is the color defined by the system. |
| 2 | *User color* is the custom color you define. |
| 3 | *Average DC* is the color scheme used with an ADC[1] map. |
| 4 | *FA* is the color scheme used with a FA[2] map. |
| 5 | *Color orientation* is the color scheme used in the colored orientation view. |

## Display fiber tract statistics

1. From the DTI FiberTrak screen, click *Next* to display the fiber tract bundle statistics.

## View Main EigenVector

1. From the Review Steps area, click *MainEigenVector*.
2. From the Tools area, click the *Display* tab.
3. From the Display tab, select an ROI.
4. Place the ROI on any orthogonal image that is either a DTI source, map or color orientation view.
   - The line that appears in the ROI is the average of the orientations within the ROI.
5. Magnify the image to see the color orientation of the MainEigenVector.

---

[1]Apparent Diffusion Coefficient
[2]Fractional Anisotropic

Released

**Figure 14-8:** MainEigenVector display



**Table 14-4** Image legend

| # | Description |
|---|---|
| 1 | Source DTI image with cursor over area of interest. |
| 2 | FA view. |
| 3 | T2 anatomical image view. |
| 4 | Color Orientation view. |

• Below, are examples of pixels within an ROI.

Released

GE Healthcare DV24.0 Page 1 7/07/2010        Confidential Rev:4

READY View User Guide

Released

**Figure 14-9:** Pixels from an ROI that is comprised of white matter tracts oriented in the sagittal direction



  – Some vectors are a combination of multiple orientations. For example, some vectors may be yellow indicating that the white matter represented in the pixel is oriented in both the Z and Y (blue + green = yellow) directions.

**Figure 14-10:** Pixels from an ROI that is comprised of white matter tracts oriented in multiple directions illustrated by the mix of vector colors



## Mirror ROI

Mirror ROI allows you to deposit an ROI on one side of the brain and then create a mirror ROI on the other side of the brain. The fiber bundles are automatically generated from your mirror ROI. The result is two

tracts that are mirrored on either side of the brain. For details, see Mirror ROI procedure.

**Manipulate the FiberTrak image.**

- Middle-click and drag:
    - the Zoom red annotation to zoom the image
    - the transparent red annotation to change image appearance
    - axial, sagittal or coronal red location annotations to parse locations
- Click and drag the 3D box to rotate the image.
- Right-click to display a menu with additional options.
- Click the *Help icon* to view the Help menu and specific functions only available with *FiberTrak*.

**Exit READY View**

To exit READY View, click *Exit*.

**Related topics**

Diffusion Tensor workflow

FiberTrak screens

Released

# FiberTrak screens

The FiberTrak screen displays when a DTI series is selected from the Worklist Browser, READY View is launched, and a DTI protocol is selected.

## Review Steps

Review Steps content may vary if they have been customized and saved.

**Figure 14-11:** Review steps for FiberTrak protocol



## FiberTrak

The FiberTrak wizard is available for all FiberTrak review steps. Click an arrow to open a selection.

**Figure 14-12:** Diffusion Tensor FiberTrak screen



Released

**Figure 14-13:** FiberTrak with track deposited



- **New Track** allows you to deposit ROIs to define a new track. The track is listed in the Fiber Track List. The maximum number of tracks you can create is 10. You can deposit up to 5 ROIs per track.

- Fiber Track List displays all Tracks and ROIs deposited on the image. The ROI tools are displayed next to the track list and can be used to deposit ROIs on the image, which define the tracks.

- The *eye icon* next to the track toggles the tracks on/off the image.

- **Track** generates the tracks from the deposited ROIs.

- **Next** displays the track statistics.

Released

5399421-1EN Rev. 3 (03/2011)   Page 11-12   GE6910610 Rev:4

READY View User Guide

**Figure 14-14:** FiberTrak list



- *Display Object* is a list of fiber track objects. An open eye displays the object on the fiber track viewport and a closed eye hides the object on the fiber track viewport. The objects can be the orthogonal planes, a volume rendered 3D head, a 2D anatomical image, individual fiber tracks, etc.

**Figure 14-15:** Display Object



Released

- **Close** closes the wizard.

Released

© 2011 General Electric Company