# Exhibit C

Released

GE Healthcare

# AW FuncTool

## Operator Manual

GE Medical Systems does business as GE Healthcare





AW FuncTool Operator Manual
Operator Manual, English
5397012-2EN Rev. 1 (6/2010)

© 2010 General Electric Company
All rights reserved.

# Applicable Regulations and Standards

## Medical Device Directive

These products conform with the requirements of council directive 93/42/EEC concerning medical devices, when they bear the following CE Mark of Conformity:



## Manufacturer

GE Medical Systems LLC, a General Electric Company, going to market as GE Healthcare

3200 N. Grandview Boulevard

Waukesha, WI 53188, USA

European Representative:

GE Medical Systems S.C.

Quality Assurance Manager

283 rue de la Minière

78530 BUC France

Telephone: +33 1 30 70 40 40

This equipment generates, uses, and can radiate radio frequency energy. The equipment may cause radio frequency interference with other medical and non-medical devices and radio communications. To provide reasonable protection against such interference, the:

GE MR Systems

comply with emissions limits for (Group 2, Class A) Medical Devices as stated in EN 60601-1-2. However, there is no guarantee that interference will not occur in a particular installation.



If this equipment is found to cause interference (which may be determined by turning the equipment on and off), the user (or qualified service personnel) should attempt to correct the problem by one or more of the following measures:

- reorient or relocated the affected devices;
- increase the separation between equipment and the affected device;
- power the equipment from a source different from that of the affected device; and/or
- consult the point of purchase or service representative for further suggestions.

The manufacturer is not responsible for any interference caused by using interconnect cables that are not recommended or by unauthorized changes or modifications to this equipment. Unauthorized changes or modifications could void the user's authority to operate the equipment.

2367817, Rev:1

Do not use devices that transmit RF Signals (cellular phones, transceivers, or radio controlled products) in the vicinity of this equipment as they may cause performance outside the published specifications. Keep the power to these types of devices turned off when near this equipment.

The medical staff in charge of this equipment is required to instruct technicians, patients, and other people who may be around this equipment to fully comply with the above requirement.

Immunity/Emissions Exceptions: Note the exceptions from the EMC test results. Check with the business EMC engineer for this information.

In accordance with the international safety standard IEC 60601-1, this system is:

- a Class I device
- acceptable for Continuous Operation
- having ordinary protection against ingress of water (IPX0)
- type B and BF applied parts
- is not for use in the presence of flammable anesthetics.



 CAUTION:

This symbol indicates that the waste of electrical and electronic equipment must not be disposed as unsorted municipal waste and must be collected separately. Contact an authorized representative of the manufacturer for information concerning the decommissioning of your equipment.

 WARNING

Read the *full prescribing information* on the contrast media label before use of contrast media. Use contrast media only in accordance with Indications and Usage as described in full prescribing information.

Released

# Table of contents

| | |
|---|---|
| Applicable Regulations and Standards | 2 |
| **Chapter 1: Read me first** | **1-1** |
| About this manual | 1-2 |
| FuncTool considerations | 1-5 |
| **Chapter 2: Concepts** | **2-1** |
| FuncTool algorithms | 2-2 |
| Pixel Values in Saved Images | 2-12 |
| Functional Maps | 2-12 |
| 3DASL | 2-13 |
| 3D image fusion | 2-15 |
| BrainStat | 2-17 |
| Diffusion Tensor | 2-24 |
| DWI | 2-26 |
| Functional imaging | 2-28 |
| MR-Touch | 2-30 |
| R2* | 2-32 |
| Spectroscopy | 2-33 |
| Cartigram (T2 Map) | 2-36 |
| Time Course SER and MR Standard | 2-38 |
| Film/save images | 2-40 |
| **Chapter 3: Procedures** | **3-1** |
| Open/launch FuncTool | 3-3 |
| Control panel | 3-4 |
| Active Annotation | 3-8 |
| Review Controller | 3-14 |
| Keyboard Shortcut | 3-17 |
| W/L | 3-19 |
| Adjust the W/L of an image | 3-19 |
| Adjust the W/L of a reference image | 3-19 |
| Adjust the W/L of a parametric image | 3-19 |
| Compute | 3-20 |
| Common procedures | 3-21 |
| Functool workflow | 3-22 |
| 3DASL | 3-22 |
| fMRI (BOLDBlood Oxygen Level Dependent) | 3-25 |
| BrainStat considerations | 3-28 |
| BrainStat AIF | 3-31 |
| Optional: Selecting the Density ROI button | 3-35 |
| BrainStat GVF | 3-36 |

Released

Optional: Selecting the Density ROI button ................................................................ 3-41
DWI ........................................................................................................................... 3-42
Diffusion Tensor ....................................................................................................... 3-45
FiberTrak ................................................................................................................. 3-48
MR-Touch ................................................................................................................ 3-54
MR SER Breast ....................................................................................................... 3-57
MR Standard Brain ................................................................................................. 3-63
MR Standard Breast ............................................................................................... 3-68
R2Star ...................................................................................................................... 3-73
Cartigram (T2 Map) ................................................................................................ 3-76
Fusion ...................................................................................................................... 3-79
FuncTool Spectroscopy procedure .............................................................................. 3-84
Baseline correction ................................................................................................. 3-84
Frequency shift adjustment .................................................................................... 3-86
Metabolite display .................................................................................................. 3-91
Metabolite label display ......................................................................................... 3-92
Phase shift adjustment ........................................................................................... 3-94
Spectra display ....................................................................................................... 3-96
Toggle spectra display .......................................................................................... 3-101
Spectroscopy voxel shift ....................................................................................... 3-103
Save parametric or function maps ....................................................................... 3-105
FuncTool Film/Save procedure ................................................................................. 3-106
Save image for Generate Report .......................................................................... 3-106
Save graph data .................................................................................................... 3-107
Save color images ................................................................................................. 3-108
Save FiberTrak images .......................................................................................... 3-109
Generate report into database ............................................................................. 3-110
Functool right-click procedure ................................................................................. 3-112
Right-click functions introduction ....................................................................... 3-112
Procedures ............................................................................................................ 3-113
Show Graph View .................................................................................................. 3-114
Annotate a message ............................................................................................. 3-115
Color Ramp ........................................................................................................... 3-116
Display Normal ..................................................................................................... 3-117
Hide/Show PRESS ROI .......................................................................................... 3-118
Hide/Show SAT band ............................................................................................ 3-119
Move to Center ...................................................................................................... 3-120
Set Reference Image ............................................................................................. 3-121
Reset ROIs ............................................................................................................. 3-122
Screen Save ........................................................................................................... 3-123
Tracts ..................................................................................................................... 3-124
Show slice ............................................................................................................. 3-125

Released

**Chapter 4: Screens** ............................................................................. 4-1
   Work area ................................................................................. 4-2
   Select an Application ................................................................ 4-4
   3DASL ...................................................................................... 4-6
   BrainStat AIF ............................................................................ 4-9
   BrainStat GVF ........................................................................ 4-15
   fMRI ....................................................................................... 4-21
   Diffusion Tensor ..................................................................... 4-25
   DWI protocol ......................................................................... 4-31
   MR Touch ............................................................................... 4-36
   MR Standard .......................................................................... 4-39
   R2* ......................................................................................... 4-44
   SER ......................................................................................... 4-48
   Spectroscopy ......................................................................... 4-52
   T2 Map Settings ..................................................................... 4-61
   Custom View .......................................................................... 4-63
   Functional Maps .................................................................... 4-65
   Graph Data ............................................................................ 4-67
   Series Data ............................................................................. 4-69
   Generate Report .................................................................... 4-71
      Type of Report ................................................................... 4-71
   Save 3D Viewer Data ............................................................. 4-73
   Save Preferences ................................................................... 4-74
   Display Preferences ............................................................... 4-76
   Graph Preferences ................................................................. 4-80
   ROI Statistic Preferences ....................................................... 4-85
 functool preference settings screen ........................................... 4-87
   Advanced .............................................................................. 4-87

**Glossary** ............................................................................. Glossary-1
**Index** ...................................................................................... Index-1

Released

The linear regression analysis also returns a value equivalent to the standard error $\sigma_D$ from which a confidence level can be calculated (as described above for the Correlation Coefficient algorithm).

The confidence level has small values corresponding to high confidence and large values corresponding to low confidence. For example, a confidence level of 0.001 indicates a 0.1% probability that the logarithms of the pixel values are not proportional to the b-values.

A user-defined confidence level is used to threshold the diffusion coefficient calculation such that:

- Thresholded ADC = ADC if confidence level is </= user-defined confidence level
- Thresholded ADC = 0 if confidence level is > user-defined confidence level

The pixel locations for which the algorithm returns 0 are displayed in black on the functional map.

For data sets with only two b-values (0 and 1000 sec/mm2), the confidence level is of no use: it is always possible to obtain a perfect fit of a linear function between two points. However, for data sets with more than two b-values, it will be possible to use the confidence level parameter to eliminate noise areas.

### Input Parameters

Image sequence: the algorithm automatically uses the acquired b–values in the exam.

Confidence level: by default, a confidence level of 0.1% (0.001) is used, but this value can be changed by the user ("advanced settings" in the protocol).

Unit to display maps: by default, the numerical values shown on the ADC functional map represent $mm^2/sec$, but the user can change this to $m^2/sec$ if required ("advanced settings" in the protocol).

### Diffusion Tensor

In an anisotropic environment, the diffusion coefficient [D] that characterizes molecule mobility can be different along each direction of space. It can be modeled by a second rank tensor, represented by a 3x3 symmetric, positive and real matrix:

$$[D] = \begin{bmatrix} D_{xx} & D_{xy} & D_{xz} \\ D_{xy} & D_{yy} & D_{yz} \\ D_{xz} & D_{yz} & D_{zz} \end{bmatrix}$$

A diffusion-tensor data set contains, for each location, one or more reference T2* image(s) (b=0) and a number of acquisition images (from a minimum of 6 up to 55 images) each representing a different gradient orientation.

The Diffusion Tensor algorithm computes, for each pixel location, the six coefficients of the diffusion tensor from the data in the acquisition images.

The results are represented in the form of functional maps for isotropic image (or T2–weighted trace), average diffusion coefficient, exponential attenuation, fractional anisotropy, and volume ratio anisotropy.

The isotropic image (or T2–weighted trace) is defined as:

$$I_{iso} = (DW_1 ... DW_N)^{1/N}$$

The average diffusion coefficient is defined as:

$$D_{avg} = (D_{xx} + D_{yy} + D_{zz})/3$$

The exponential attenuation (also referred to as the exponential ADC) is defined as:

$$eADC = \exp(-D_{avg} * b) \,.$$

The definitions for anisotropy are derived from the representation of the diffusion tensor as an ellipsoid.

The volume ratio is defined as the ratio of the volume of the diffusion ellipsoid to the spherical volume of the equivalent isotropic tensor, while the fractional anisotropy is defined as the part of the diffusion tensor [D] that can be assigned to anisotropic diffusion.

Released

### Input Parameters

B-value: by default, a b-value of 1000 sec/mm$^2$ is used, but this value can be changed by the user ("advanced settings" in the Diffusion Tensor protocol).

The number of acquisitions per location and the corresponding gradient orientations are recorded with the exam, so that you do not need to enter these parameters.

## Spectroscopy

### Metabolites

The relative concentrations for metabolites such as choline, creatine, N-acetyl, myoinositol, and citrate residues, or combinations of metabolites such as choline+creatine or lipid and lactate, are computed from the pixel values within defined ppm ranges of the spectrum (image ranges). A global (composite) map for the metabolites is also computed.

You can select whether the concentrations are computed as the sum of each image range (this is the default selection), the average of absolute value of each image range, or as the maximum (peak) value within each image range.

### Ratios

When computing ratios of relative metabolite concentrations, such as choline/creatine or N-acetyl/choline, the division of two concentrations with small values can result in spuriously high-ratio values that will appear as noise in the functional maps.

To reduce or eliminate such noise, you can define a threshold (advanced settings from the Ratio panel). For a ratio A/B, the threshold sets a lower limit on the denominator B. Pixels in the functional map for which B<threshold are displayed in black (transparent in composite views).

### Signal/Noise Ratio

The 3D protocols compute a signal-to-noise ratio (displayed as a separate functional map) which provides an indication of the signal-to-noise ratio during acquisition.

In this context, for each pixel location:

- **Signal** is defined as the peak value of the N-acetyl metabolite.
- **Noise** is defined as the standard deviation of the signal over the 0.9..0.4 ppm frequency range. This frequency range does not contain any significant metabolite spectral lines.

You can change the definition of signal and noise by means of the controls in the advanced settings Signal/Noise panel.

### Image Ranges

**Table 2-1:** Default image ranges used by the protocols

| Metabolite | ppm range | Protocol's image range |
|---|---|---|
| Choline | 3.24+/-0.08 | 64..74 |
| Creatine | 3.02+/-0.08 | 78..88 |
| Creatine + Choline | 3.14+/-0.15 | 66..85 |
| N-Acetyl | 2.02+/-0.08 | 143..154 |
| Lipid and lactate | 1.50 .. 0.90 | 183..222 |
| Myoinositol | 3.55+/-0.08 | 44..54 |
| Citrate | 2.70+/-0.15 | 95..114 |
| Composite | 3.32.. 0.90 | 64..222 |
| Noise | 0.9..0.4 | 223..256 |

© 2010 General Electric Company

Released

FUNCTOOL CONCEPT

# 3D image fusion

The FuncTool Fusion application allows you to fuse and overlay high-resolution anatomical images with computed functional maps. This feature overcomes the existing limitations of FuncTool that prevented the loading of reference image that had different image sizes or non-matching orientations and locations.

FuncTool Fusion employs two different algorithms depending on the nature of the functional protocol in use. For most brain protocols, the application performs 3D registration between the selected anatomical volume and the loaded functional volume and then re-samples the registered anatomical volume and displays the slice of interest. This approach is used for the following protocols/applications:

- MR Standard
- ADC
- DTI
- FiberTrak
- BrainStat

The second algorithm does not perform 3D registration. Instead, it re-samples the high-resolution anatomical volume and displays the slice of interest. This approach is used in the remaining protocols:

- SER
- fMRI
- T2Map
- R2Star
- All Spectroscopy (Brain/Prostate/Brain SVQ/Breast SVQ)
- 3DASL
- MR-Touch

FuncTool Fusion accepts a reference series even if it has different pixel size, resolution, dimensions, locations when compared to the functional volume.

FuncTool Fusion applies the following acceptance criteria to a reference series:

- Same Landmark
- Same Study
- Difference in orientation less than 30 degrees (for Registration) or 5 degrees (for Reformat)
- Coverage in z-direction greater than 50% of the original volume
- Must not be a time series
- Must not be a multi-phase or multi-direction series
- Must not be a processed series (PROC, RFMT, SSAVE, Subtracted, PJN)

Released

FUNCTOOL CONCEPT
# Diffusion Tensor

*FuncTool* has algorithms to process Diffusion Tensor images to generate the following parametric maps:

- Average DC
- Fractional Anisotropic
- Isotropic
- Volume Ratio Anisotropic
- Exponential Attenuation
- T2-weighted Trace
- FiberTrak (optional)

Although all maps are calculated, only two maps are displayed in the lower viewports once the calculations are executed. Right-click the map text in either viewport to display a different map in the viewport. FiberTrak allows display of white matter tracts overlaid on a 3D image. Typically, the colored orientation image is used to position the ROIs from which a track can be calculated.

 CAUTION

Diffusion Tensor images attempt to characterize behavior of water molecules in imaged tissue. Therefore, fiber tracking representation actually displays algorithmically predicted water molecule direction. These displays may be only representative of the actual white matter anatomy. A trained neuro radiologist is required to make the association between the rendered tract display and the actual patient's anatomy.

Figure 2-18: Colored orientation (upper-left viewport), Fibertrak (upper-right viewport), image maps (lower viewports)



Released

# FUNCTOOL WORKFLOW

## FiberTrak

Use these steps to generate FiberTrak images. *FiberTrak* is an optional feature with Diffusion Tensor. This workflow assumes that you have completed the steps described in the Diffusion Tensor workflow.

1. Place the cursor in the upper-left viewport, right-click and select *Show Structural View* from the FiberTrak ROIs Input Settings screen.
    - Any image viewport can be used to position the ROI[1]. Typically, use the upper-left viewport since this viewport can display a color orientation map that is very useful in visualizing the white matter tract orientation.
    - A colored orientation image displays. The color orientation box (1) illustrates the orientation of the white matter tracks. Blue pixels on the image represent white matter tracks oriented in the axial or Z direction, red pixels represent X or sagittal, and green pixels represent Y or coronal orientation.

    **Figure 3-40:** Color orientation image, 1 = orientation of white matter tracks



2. Define the Seed ROI.

---

[1]Region Of Interest

Released

Released

a. From the *FuncTool control panel*, click the *circle or box ROI icon*.

b. Size and use the color guide to help position the cursor over a white matter area of interest. For example, if you want to see white matter tracts in the axial or Z dimension, place the cursor over a blue area.

c. Click *Set Seed ROI* to deposit the cursor location.

- Depositing a Seed ROI results in a white matter track oriented through the ROI.
- To display white matter tracks oriented from one ROI to another ROI, position a second ROI on the image and click *Set Target ROI*.

d. Click *Tracking* to create a white matter track image in the upper-right viewport.

e. Repeat steps c and d to deposit more ROIs.

3. Zoom the ROI pixels display to better assess the white matter tract orientation.

a. Select the ROI you want to zoom (it should be green).

b. Place the cursor over the red color orientation text in the upper-left corner.

c. Right-click and select *Main Eigenvector* to magnify the ROI with a vector displayed in each pixel.

- If the ROIs are too widely spaced, then the size of the each vector to be displayed becomes too small to be useful and an error message is displayed. Place the ROIs closer together to avoid the error message.
- The vector color represents the orientation of the white matter in that pixel. Correlate the vector color with the color guide box in the lower-right corner of the viewport.

Figure 3-41: Pixels from an ROI that is comprised of white matter tracks oriented in the sagittal direction.



- Some vectors are a combination of multiple orientations. For example, some vectors may be yellow indicating that the white matter represented in the pixel is oriented in both the Z and Y (blue + green = yellow) directions.

Released

**Figure 3-42:** Pixels from an ROI that is comprised of white matter tracks oriented in multiple directions illustrated by the mix of vector colors.



4. Manipulate the *FiberTrak* image.
   - All red annotations are **active annotations**.
   - Middle-click and drag:
     - the Zoom red annotation to zoom the image
     - the transparent red annotation to change image appearance
     - axial, sagittal or coronal red location annotations to parse locations
   - Place the cursor over the *FiberTrak* image and then, click and drag to rotate the image.
   - Right-click to display a menu with additional options.

AW FuncTool Operator Manual

Figure 3-43: FiberTrak right-click menu



- Click *Help* to view the Help menu and specific functions only available with *FiberTrak*.

5. Click *Next* to advance to the Manual Registration screen. Optional: to complete manual registration procedure, see Manual Registration for image fusion.

6. Film and save the images.
   - Save FiberTrak images
   - Save graph data
   - Save image for Generate Report
   - Save images in color
   - Save parametric or function maps

7. To exit *FuncTool*, click the *Close icon* .

8. Annotate the *FiberTrak* images from the Viewer.
   - *FiberTrak* images cannot be annotated in *FuncTool*. It may be useful to annotate the screen saved images to correlate the ROI with the fiber tract.

   a. Select the screen-saved series from the Patient List.
   b. Click the 3D *FiberTrak* image to make the viewport active.

c.  Follow the Annotate Viewer procedure to display an annotation text box.
d.  Type the appropriate text. For example, Fiber tract 1 = ROIs 2 and 3.

**Figure 3-44:** FiberTrak image annotated in Viewer



e.  Repeat steps c and d for each fiber tract.
f.  Click **Screen Save** to save the image to the exam.

 Consider the following with *FiberTrak*.

- Deletion of an ROI causes the corresponding fiber tract to be removed.
- The ROI numbering scheme corresponds exactly with the fiber tract numbers displayed on the 3D viewer menu.
- Fiber tracts can be hidden or viewed by placing the cursor in the 3D FiberTrak viewport, right-click and select *Tracks*, and then the specific fiber tract can be turned on/off.

**Related topics**

Diffusion Tensor
Diffusion Tensor screens
FuncTool Keyboard shortcuts

Released