# Exhibit D

GE Healthcare

# BrainWave PA Performance

## Operator Manual

GE Medical Systems, LLC doing business as GE Healthcare.





BrainWave PA Performance
Operator Manual, English
5421069-1EN Rev. 1 (July 2011)
© 2011 General Electric Company
All rights reserved.

Released

Released

# Revision history

| Revision | Date | Reason for change |
|---|---|---|
| 1 | July 2011 | First release for BrainWave PA Performance Operator Manual |
| | | |
| | | |
| | | |

Burden PDF1114 Page 4 of 8

5406990-186, Rev:1

# Table of contents

Applicable Regulations and Standards...................................................................................... i

## Chapter 1: About this manual............................................................... 1-1
Safe and proper use notices............................................................................. 1-1
Notices................................................................................................................ 1-1
Purpose of this manual.................................................................................... 1-1
Prerequisite skills.............................................................................................. 1-2
Pop-up windows................................................................................................ 1-2
Mouse controls.................................................................................................. 1-2
Graphic conventions and legends.................................................................... 1-3

## Chapter 2: BrainWave PA Performance................................................... 2-4
Open BrainWave PA.......................................................................................... 2-5
Close BrainWave PA.......................................................................................... 2-6

## Chapter 3: BrainWave PA post processing.............................................. 3-7
fMRI data processing......................................................................................... 3-7
Motion correction.............................................................................................. 3-7
BrainWave PA segmentation process............................................................... 3-8
Process tab......................................................................................................... 3-9
Configuration Defaults screen......................................................................... 3-11
Processing Status screen.................................................................................. 3-13
Segment structural images............................................................................... 3-14
Process fMRI/DTI data...................................................................................... 3-15

## Chapter 4: BrainWave PA visualization................................................. 4-17
Functional data overlays................................................................................... 4-17
Composite Selection.......................................................................................... 4-19
Display Report................................................................................................... 4-19
Visualizer interface............................................................................................ 4-19
Visualize tab...................................................................................................... 4-21
Visualizer screen............................................................................................... 4-24
    Viewports tab................................................................................................ 4-34
    Format tab.................................................................................................... 4-37
    Clipping tab.................................................................................................. 4-41
    DTI tab.......................................................................................................... 4-45
Visualize fMRI/DTI data.................................................................................... 4-48
Exit the Visualize tab/load new series.............................................................. 4-49
Visualize fMRI data........................................................................................... 4-50
Deposit an ROI.................................................................................................. 4-52
Display tracts..................................................................................................... 4-53
Visualization help.............................................................................................. 4-54
Window and level images.................................................................................. 4-55

Released

BrainWave PA Performance

5406099-1036, Rev:1

Change the window and level for a 2D image ........................................ 4-55
Change the window and level for a 3D image ........................................ 4-55
Change the level of the activation area .............................................. 4-55
Select a slice number .................................................................... 4-56
Select a slice in Image Display view ................................................ 4-56
Select a slice in Lightbox Mode .................................................... 4-56
Manipulate 2D images and volumes ................................................... 4-57
Rotate the 3D volume .............................................................. 4-57
Pan the 3D volume or 2D image ................................................... 4-57
Zoom the 3D volume or 2D image ................................................ 4-57
Display intersecting lines on the 3D volume ................................... 4-57
Alter the image in the 3D viewport ............................................. 4-57
Change the 2D or 3D orientation plane ........................................ 4-58
Clip 3D volume rendered images ..................................................... 4-59
Use the advanced features ......................................................... 4-59
Change 3D, color, and opacity ........................................................ 4-61
Change the 3D image color .......................................................... 4-61
Change the activation color .......................................................... 4-61
Change the opacity ................................................................... 4-61
Hide/Show side bar ..................................................................... 4-62
Annotate images .......................................................................... 4-63
Annotate designated locations .................................................... 4-63
Annotate freehand messages ...................................................... 4-63
Use mouse and keyboard shortcuts .................................................. 4-64

**Glossary** ................................................................ **Glossary-1**

**Index** ...................................................................... **Index-1**

Released

5220599-1086, Rev:1

# Chapter 2: BrainWave PA Performance

BrainWave PA[1] Performance is the post processing and visualization software for fMRI[2] data collected with BrainWave RT[3]. BrainWave PA allows you to interactively view and edit fMRI data. It is important you read and understand BrainWave RT before you use the visualization tool.

BrainWave PA provides post-processing and visualization of structural and activation data collected with BrainWave RT. This tool allows the transformation of the 3D[4] volume fMRI data into an image. You can then use volume rendering techniques to interactively view the fMRI images.

The key advantages of BrainWave PA include:

- elaborate processing of fMRI data sets (motion correction and alignment with segmented data)
- 3D activation display and display of multiple activation maps against the same background data

## Procedures

### Open BrainWave PA
### Close BrainWave PA

---

[1]Post Acquisition
[2]Functional Magnetic Resonance Imaging
[3]Real Time
[4]three-dimensional

Released

© 2011 General Electric Company