**RUSS AUGUST & KABAT**
Marc A. Fenster, State Bar No. 181067
Alexander C.D. Giza, State Bar No. 212327
Adam S. Hoffman, State Bar No. 218740
Andrew D. Weiss, State Bar No. 232974
Fredricka Ung, State Bar No. 253794
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel   (310) 826-7474
Fax   (310) 826-6991
Email: mfenster@raklaw.com;
Email: agiza@raklaw.com;
Email: ahoffman@raklaw.com;
Email: aweiss@raklaw.com; and
Email: fung@raklaw.com

Attorneys for NEUROGRAFIX,
NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.,
IMAGE-BASED SURGICENTER CORPORATION,
and WASHINGTON RESEARCH FOUNDATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; IMAGE-BASED SURGICENTER CORPORATION, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>GENERAL ELECTRIC COMPANY<br><br>    Intervener-Plaintiff,<br><br>vs.<br><br>NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; WASHINGTON RESEARCH FOUNDATION,<br><br>    Defendants. | Case No. 2:11-cv-07591-MRP-RZ<br>The Honorable Mariana R. Pfaelzer<br>United States District Court Judge<br><br>DECLARATION OF FREDRICKA UNG IN SUPPORT OF PLAINTIFFS NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC. AND IMAGE-BASED SURGICENTER CORPORATION OPPOSITION TO PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24 |

I, Fredricka Ung, declare and state as follows:

1. I am a member of the State Bar of California and an associate at the firm of Russ August & Kabat, counsel of record for Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc., Image-Based Surgicenter Corporation, and Washington Research Foundation (collectively, "NeuroGrafix") in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Michael Molano of Mayer Brown LLP defended Philips at a deposition taken in this action on October 25, 2012 in connection with Defendants' Motion for Summary Judgment and later appeared on behalf of the Regents at the deposition of General Electric Company's ("GE") expert (Dr. Moseley).

3. Immediately after Plaintiffs reached settlement with GE, Mr. Molano and additional colleagues contacted Plaintiffs to seek a similar settlement for Philips Electronics North America Corporation ("Philips").

4. NeuroGrafix and Philips are currently engaged in litigation in the District of Massachusetts. Attached hereto as Exhibit 1 is a true and correct copy of the docket sheet for *NeuroGrafix v. Philips Electronics*, No. 12-cv-11065-RGS (D. Mass.), filed on June 15, 2012.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Order entered in *NeuroGrafix v. Philips Electronics*, No. 12-cv-11065-RGS, in which the Court denied Philips' motion to transfer the case to this Court.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the hearing transcript of the July 10, 2012 status conference.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 24th day of December, 2012 at Los Angeles, California.

By: */s/ Fredricka Ung*
     Fredricka Ung

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 24, 2012.  Counsel for General Electric Company will be served via electronic mail and First Class U.S. Mail on this same date.

                                                By: */s/ Fredricka Ung*
                                                           Fredricka Ung

Russ, August & Kabat