# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:12-cv-11065-RGS

| | |
|---|---|
| Neurografix et al v. Philips Electronics North America Corporation et al | Date Filed: 06/15/2012 |
| Assigned to: Judge Richard G. Stearns | Jury Demand: Both |
| related Cases: 1:12-cv-11274-RGS | Nature of Suit: 830 Patent |
| 1:12-cv-11277-RGS | Jurisdiction: Federal Question |
| 1:12-cv-11275-RGS | |
| Cause: 28:1338 Patent Infringement | |

**Plaintiff**

**Neurografix**
*A California Corporation*

represented by **Andrew D. Weiss**
Russ August & Kabat
12424 Wilshire Boulevard
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: aweiss@raklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Godkin**
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
617-307-6100
Fax: 617-307-6101
Email: godkin@birnbaumgodkin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
Russ August & Kabat
12424 Wilshire Boulevard
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: fung@raklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**

Russ August & Kabat
12424 Wilshire Boulevard
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: mfenster@raklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neurography Institute Medical Associates, Inc.**
*A California Corporation*

represented by **Andrew D. Weiss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Godkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Image-Based Surgicenter Corporation**
*A California Corporation*

represented by **Andrew D. Weiss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Godkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Philips Electronics North America Corporation**
*doing business as*
Philips Medical Systems North America

represented by **Claire Laporte**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
Fax: 617-832-7000
Email: claporte@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Jeremy A.M. Evans**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
617-832-1236
Fax: 617-832-7000
Email: jevans@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Michael A. Molano**
Mayer Brown LLP
2 Palo AltoSquare
Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
650-331-2000
Email: mmolano@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philips Medical Systems, N.A., Inc.**
*A Delaware Corporation*

represented by **Claire Laporte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy A.M. Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

Michael A. Molano
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Invivo Corporation**
*A Delaware Corporation*

represented by **Claire Laporte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy A.M. Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Molano**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philips Medical Systems Nederland B.V.**
*A Dutch Corporation*

represented by **Claire Laporte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy A.M. Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Molano**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koninklijke Philips Electronics N.V.**
*A Dutch Corporation*

represented by **Claire Laporte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Molano**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philips Healthcare Informatics, Inc.**
*A Delaware Corporation*

represented by **Claire Laporte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy A.M. Evans**
(See above for address)

ATTORNEY TO BE NOTICED

Michael A. Molano
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Counter Claimant

**Philips Electronics North America Corporation**

represented by **Claire Laporte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy A.M. Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Molano**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Counter Defendant

**Image-Based Surgicenter Corporation**
*A California Corporation*

represented by **Andrew D. Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Godkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Counter Defendant

**Neurografix**
*A California Corporation*

represented by **Andrew D. Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Godkin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Neurography Institute Medical Associates, Inc.**
*A California Corporation*

represented by **Andrew D. Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Godkin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fredricka Ung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2012 | 1 | COMPLAINT against All Defendants Filing fee: $ 350, receipt number 0101-3990348 (Fee Status: Filing Fee paid), filed by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Category Sheet)(Godkin, David) (Entered: 06/15/2012) |
| 06/15/2012 | 2 | CORPORATE DISCLOSURE STATEMENT by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc.. (Godkin, David) (Entered: 06/15/2012) |
| 06/15/2012 | | NOTICE of Case Assignment. Magistrate Judge Judith G. Dein assigned to case. Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the Notice and Procedures regarding Consent to Proceed before the Magistrate Judge which can be downloaded here. These |

| | | |
|---|---|---|
| | | documents will be mailed to counsel not receiving notice electronically. (Abaid, Kimberly) (Entered: 06/15/2012) |
| 06/15/2012 | 3 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Geraldino-Karasek, Clarilde) (Entered: 06/15/2012) |
| 06/15/2012 | 4 | REPORT ON THE FILING OF AN ACTION REGARDING PATENT OR TRADEMARK. (Godkin, David) (Main Document 4 replaced on 6/15/2012 for non-fillable form format ) (Geraldino-Karasek, Clarilde). (Entered: 06/15/2012) |
| 06/26/2012 | 5 | SUMMONS Returned Executed Invivo Corporation served on 6/21/2012, answer due 7/12/2012. (Godkin, David) (Entered: 06/26/2012) |
| 06/26/2012 | 6 | SUMMONS Returned Executed Philips Electronics North America Corporation served on 6/21/2012, answer due 7/12/2012; Philips Medical Systems, N.A., Inc. served on 6/21/2012, answer due 7/12/2012. (Godkin, David) (Entered: 06/26/2012) |
| 06/26/2012 | 7 | SUMMONS Returned Executed Philips Healthcare Informatics, Inc. served on 6/21/2012, answer due 7/12/2012. (Godkin, David) (Entered: 06/26/2012) |
| 06/28/2012 | 8 | Ex Parte MOTION for Leave to Appear Pro Hac Vice for admission of Marc A. Fenster Filing fee: $ 100, receipt number 0101-4008522 by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc.. (Attachments: # 1 Certificate)(Godkin, David) (Entered: 06/28/2012) |
| 06/28/2012 | 9 | Ex Parte MOTION for Leave to Appear Pro Hac Vice for admission of Fredricka Ung Filing fee: $ 100, receipt number 0101-4008563 by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc.. (Attachments: # 1 Certificate)(Godkin, David) (Entered: 06/28/2012) |
| 06/28/2012 | 10 | Ex Parte MOTION for Leave to Appear Pro Hac Vice for admission of Andrew D. Weiss Filing fee: $ 100, receipt number 0101-4008583 by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc.. (Attachments: # 1 Certificate)(Godkin, David) (Entered: 06/28/2012) |
| 06/29/2012 | | Magistrate Judge Judith G. Dein: ELECTRONIC ORDER entered granting 8 , 9 & 10 Motions for Leave to Appear Pro Hac Vice. Marc A. Fenster, Fredericka Ung & Andrew D. Weiss added. Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (Dambrosio, Jolyne) (Entered: 06/29/2012) |
| 07/12/2012 | 11 | Assented to MOTION for Extension of Time to 09/25/2012 to File Answer *to Complaint* by Invivo Corporation, Philips Electronics North America Corporation, Philips Healthcare Informatics, Inc., Philips Medical Systems, N.A., Inc..(Evans, Jeremy) (Entered: 07/12/2012) |
| 07/12/2012 | 12 | WAIVER OF SERVICE Returned Executed by Koninklijke Philips Electronics N.V., Philips Medical Systems Nederland B.V.. Koninklijke Philips Electronics N.V. waiver sent on 6/27/2012, answer due 9/25/2012; Philips Medical Systems Nederland B.V. waiver sent on 6/27/2012, answer due 9/25/2012. (Evans, Jeremy) (Entered: |

| | | |
|---|---|---|
| | | 07/12/2012) |
| 07/13/2012 | | Magistrate Judge Judith G. Dein: ELECTRONIC ORDER entered granting 11 Motion for Extension of Time to Answer Philips Electronics North America Corporation answer due 9/25/2012; Philips Healthcare Informatics, Inc. answer due 9/25/2012; Philips Medical Systems, N.A., Inc. answer due 9/25/2012. (Quinn, Thomas) (Entered: 07/13/2012) |
| 08/07/2012 | | ELECTRONIC NOTICE TO COUNSEL: Notification forms indicating whether or not a party has consented to proceed before a U.S. Magistrate Judge have not been received in the Clerk's Office. The submission of the form is mandatory. Completed forms shall be filed promptly. Additional forms can be obtained on the Court's web page at http://www.mad.uscourts.gov. (Dambrosio, Jolyne) (Entered: 08/07/2012) |
| 08/08/2012 | 13 | Refusal to Consent to Proceed Before a US Magistrate Judge. . (Godkin, David) (Main Document 13 replaced on 8/9/2012 for non-fillable form format ) (Geraldino-Karasek, Clarilde). (Entered: 08/08/2012) |
| 08/10/2012 | 14 | ELECTRONIC NOTICE of Reassignment. Judge Richard G. Stearns added. (Abaid, Kimberly) (Entered: 08/10/2012) |
| 08/10/2012 | 15 | NOTICE of Appearance by Claire Laporte on behalf of Invivo Corporation, Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Healthcare Informatics, Inc., Philips Medical Systems Nederland B.V., Philips Medical Systems, N.A., Inc. (Laporte, Claire) (Entered: 08/10/2012) |
| 08/17/2012 | 16 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Michael A. Molano Filing fee: $ 100, receipt number 0101-4076274 by Philips Electronics North America Corporation, Philips Healthcare Informatics, Inc., Philips Medical Systems Nederland B.V., Philips Medical Systems, N.A., Inc.. (Attachments: # 1 Exhibit Affidavit of Michael A. Molano)(Evans, Jeremy) (Entered: 08/17/2012) |
| 08/24/2012 | 17 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 16 Motion for Leave to Appear Pro Hac Vice Added Molano. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Flaherty, Elaine) (Entered: 08/24/2012) |
| 08/31/2012 | 18 | CORPORATE DISCLOSURE STATEMENT by Philips Electronics North America Corporation. (Molano, Michael) (Entered: 08/31/2012) |
| 08/31/2012 | 19 | MOTION to Transfer Case to Central District of California. by Philips Electronics North America Corporation.(Molano, Michael) (Entered: 08/31/2012) |
| 08/31/2012 | 20 | DECLARATION *of Leonardus Antonius Gerardus Ammerlaan ISO Motion To Transfer* by Philips Electronics North America Corporation. (Molano, Michael) (Entered: 08/31/2012) |
| 08/31/2012 | 21 | DECLARATION re 19 MOTION to Transfer Case to Central District of California. *Michael A. Molano ISO Motion to Transfer* by Philips Electronics North America Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Molano, Michael) (Entered: 08/31/2012) |

| | | |
|---|---|---|
| 09/11/2012 | 22 | Assented to MOTION for Extension of Time to 9/28/12 to To Oppose Motion to Transfer Venue by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc..(Godkin, David) (Entered: 09/11/2012) |
| 09/17/2012 | 23 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 22 Assented to MOTION for Extension of Time to 9/28/12 to Oppose Motion to Transfer Venue. (Seelye, Terri) (Entered: 09/17/2012) |
| 09/25/2012 | 24 | *Defendants'* ANSWER to 1 Complaint, with Jury Demand *and*, COUNTERCLAIM against All Plaintiffs by Philips Electronics North America Corporation.(Molano, Michael) (Entered: 09/25/2012) |
| 09/28/2012 | 25 | Opposition re 19 MOTION to Transfer Case to Central District of California. filed by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc.. (Godkin, David) (Entered: 09/28/2012) |
| 09/28/2012 | 26 | AFFIDAVIT in Opposition re 19 MOTION to Transfer Case to Central District of California. filed by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Godkin, David) (Entered: 09/28/2012) |
| 10/03/2012 | 27 | Judge Richard G. Stearns: ELECTRONIC ORDER entered denying 19 Motion to Transfer Case. Philips has failed to overcome presumption in favor of Neurografix choice of forum. See Nowak v. Tak How Inv., Ltd., 94 F.3d 708, 719 (1st Cir. 1996). Notably, Philips has no connection to the alternative forum (CDCA) which would make it more convenient to litigate there. (Zierk, Marsha) (Entered: 10/03/2012) |
| 10/16/2012 | 28 | *Plaintiffs'* ANSWER to Counterclaim by Image-Based Surgicenter Corporation, Neurografix, Neurography Institute Medical Associates, Inc..(Godkin, David) (Entered: 10/16/2012) |
| 12/11/2012 | 29 | NOTICE of Scheduling Conference. Scheduling Conference set for 1/11/2013 at 12:15 PM in Courtroom 21 before Judge Richard G. Stearns. (Seelye, Terri) (Entered: 12/11/2012) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/24/2012 13:44:27 | | |
| PACER Login: | ra0374 | Client Code: | 3199-003 |
| Description: | Docket Report | Search Criteria: | 1:12-cv-11065-RGS |
| Billable Pages: | 9 | Cost: | 0.90 |