ECFnotice@mad.uscourts.gov    October 3, 2012 8:24 AM
To: CourtCopy@mad.uscourts.gov
Activity in Case 1:12-cv-11065-RGS Neurografix et al v. Philips Electronics North America Corporation et al Order on Motion to Transfer Case

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2012 at 11:22 AM EDT and filed on 10/3/2012
**Case Name:**  Neurografix et al v. Philips Electronics North America Corporation et al
**Case Number:**  1:12-cv-11065-RGS
**Filer:**
**Document Number:** 27(No document attached)

**Docket Text:**
Judge Richard G. Stearns: ELECTRONIC ORDER entered denying [19] Motion to Transfer Case. Philips has failed to overcome presumption in favor of Neurografix choice of forum. See Nowak v. Tak How Inv., Ltd., 94 F.3d 708, 719 (1st Cir. 1996). Notably, Philips has no connection to the alternative forum (CDCA) which would make it more convenient to litigate there. (Zierk, Marsha)


**1:12-cv-11065-RGS Notice has been electronically mailed to:**

Claire Laporte claporte@foleyhoag.com, cthorp@foleyhoag.com

David S. Godkin godkin@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Jeremy A.M. Evans jevans@foleyhoag.com, sarnold@foleyhoag.com

Michael A. Molano mmolano@mayerbrown.com

Marc A. Fenster mfenster@raklaw.com, para@raklaw.com

Fredricka Ung fung@raklaw.com, nwilson@raklaw.com, tvogt@raklaw.com

Andrew D. Weiss aweiss@raklaw.com, mballesteros@raklaw.com, nwilson@raklaw.com

**1:12-cv-11065-RGS Notice will not be electronically mailed to:**