MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
CLIFF A. MAIER (SBN 248858)
cmaier@mayerbrown.com
JENNIFER T. LORCH (SBN 267647)
jlorch@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Proposed Intervenor-Defendant/Counter-Claimant
Philips Electronics North America Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.; IMAGE-BASED SURGICENTER CORPORATION; WASHINGTON RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Defendant.<br><br>GENERAL ELECTRIC COMPANY<br><br>Intervenor. | Case No.   11-07591 MRP (RZx)<br><br>**[PROPOSED] ORDER GRANTING PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S *EX PARTE* APPLICATION FOR LEAVE TO FILE TWO-PAGE MEET AND CONFER LETTER ON MOTION TO INTERVENE**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

[PROPOSED] ORDER
CASE NO. 11-07591 MRP (RZX)

704549777

This Court, having considered the papers filed in support of and in opposition to Philips Electronics North America Corporation's ("Philips") *Ex Parte* Application For Leave To File Two-Page Meet And Confer Letter On Motion To Intervene (the "Application"), the pleadings and files in this action, and the arguments of counsel at the hearing on the Application, hereby finds that good cause exists for the requested relief.

IT IS THEREFORE ORDERED THAT:

1. The Application is GRANTED, and

2. The December 20, 2012 letter attached as Exhibit B to the Declaration of Michael A. Molano In Support of Philips Electronics North America Corporation's Ex Parte Application For Leave To File Two-Page Meet And Confer Letter On Motion To Intervene (Dkt. No. 152, Ex. B) is hereby entered as filed with regard to Philips' Motion to Intervene (Dkt. No. 142).

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　Hon. Mariana R. Pfaelzer
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE