# Ex. 1

"Molano, Michael A." <MMolano@mayerbrown.com>  December 13, 2012  4:24 PM
To: "Marc Fenster" <mfenster@raklaw.com>, "Andrew Weiss" <aweiss@raklaw.com>, "Fredricka Ung" <fung@raklaw.com>
Neurografix et al. v. Regents (11-7591 MRP)(C.D. Cal.):  Ex Parte Application Shorten Time

Counsel:

We write on behalf of our client Philips Electronics North America Corporation ("Philips") with regard to the above-identified action.

Today we filed and served Philips' Motion to Intervene ("Motion") noticed before Judge Pfaelzer on January 14, 2013.  We write to meet and confer under L.R. 7-19 as to whether Neurografix will agree to hear the Motion on shortened time given the pending Notice of Settlement and imminent dismissal.  Please let us know if you will agree to hear the Motion on the following schedule by tomorrow at 12noon PT.  We will proceed to file the Ex Parte Application To Shorten Time On The Motion should we not receive your agreement to shorten time by then.

| Event | Current Date | Requested New Date |
|---|---|---|
| Opposition to Philips Motion to Intervene | December 31, 2012 | December 24, 2012 |
| Reply to Philips Motion to Intervene | January 7, 2013 | Philips agrees to forego filing a Reply so that its Motion to Intervene may be heard expeditiously |
| Hearing on Philips Motion to Intervene | January 14, 2013 | January 7, 2013 or as soon as the Motion to Intervene may be heard by the Court |

Mike

Michael A. Molano
Mayer Brown LLP
Intellectual Property Group
Two Palo Alto Square, Suite 300
3000 El Camino Real | Palo Alto, CA 94306
650.331.2035 | 650.331.4535 (fax)
mmolano@mayerbrown.com

_____
IRS CIRCULAR 230 NOTICE. Any tax advice expressed above by Mayer Brown LLP was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor. This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.